UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------X
BRIAN PFAIL,

        Plaintiff-Appellee,

    -against-

COUNTY OF NASSAU, *et al.*

        Defendants-Appellants.
-------------------------------------------------------------X

Docket No. 25-3129 (L)
Docket No. 25-3132 (CON)
Docket No. 25-3135 (CON)

### DECLARATION OF SCOTT A. KORENBAUM IN OPPOSITION TO THE COUNTY APPELLANTS' MOTION FOR AN EXTENSION OF TIME TO FILE AND SERVE THEIR BRIEF AND JOINT APPENDIX

    SCOTT A. KORENBAUM declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1.    The Law Offices of Frederick K. Brewington and I represent plaintiff-appellee Brian Pfail. I submit this declaration in opposition to the motion of Defendants-Appellants County of Nassau, Police Officer Jonathan Panuthos, and Police Officer Karen C. O'Brien (the "County Appellants") for a one month extension of time to serve and file their brief and the joint appendix. All appellants' briefs and Joint Appendixes are presently due to be filed by March 30, 2026. The County appellants request until April 30th, 2026, to file their papers. Of course, if the motion is granted, all appellants' papers will be due on that date.

2.    Mr. Pfail continues to suffer the ravages of the traumatic brain injury he experienced at the hands of the defendants-appellants more than 11 years ago. As such, he has not authorized his attorneys to consent to the extension of time. Accordingly, we ask that the Court deny the County Appellants' motion.

Dated: New York, New York
March 13, 2026

Scott A. Korenbaum