# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand twenty-six.

Before:        Alison J. Nathan,
                     *Circuit Judge.*

_____

Brian Pfail,

              Plaintiff - Appellee,

    v.

County of Nassau, Police Officer Jonathan Panuthos, in his individual and official capacity, Police Officer Karen C. O'Brien, in her individual and official capacity, John Does 1-10, in their individual and official capacities, Nassau County Police Department, Sergeant Thomas Iannucci, in his individual and official capacity, Police Officer Joseph Massaro, in his individual and official capacity,

              Defendants - Appellants.

_____

**ORDER**

Docket Nos. 25-3129 (L), 25-3132 (Con), 25-3135 (Con)

The County Appellants move for 30-day extension to April 30, 2026, to file the opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions will be granted. All Appellants' briefs are due April 30, 2026. The appeals are dismissed effective April 30, 2026, if Appellants' briefs are not filed by that date.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

