A-3306

BP

7/6/21 (cont'd) continues to fight against his struggles + try to move forward in his life. Will continue to monitor pt's mood + behavior.
NEXT SESSION: Week of 7/12/21

7/12/21 Pt. requested a session today; pt. did not show up for session + did not call to cancel; left pt. a message + asked him to call me.

7/13/21 Newscorp Viacom Pt. discussing his reaction to what occurred yesterday ē his family re his Instagram post. Pt. also continues to discuss his concerns about his future + getting a job. Exploring options ē pt. Pt. enjoying his visit ē his friend + feels he will struggle when he goes back to his apartment. Although pt. was upset yesterday he handled it relatively well — was hurt + disgusted more than angry. Will continue to monitor pt's mood + behavior. NEXT SESSION: Week of 7/19/21

A-3307

BP

6/29/21 (cont'd) and then subsides somewhat. Pt. also being affected by what is occurring between him & his friend (gf?) Meisha. Pt. states he will not respond to her texts. Pt. continuing to work on his course requirements which ends next week. Will continue to monitor pt's mood & behavior

NEXT SESSION:
Week of 7/5/21

7/6/21 Pt. has completed his course & believes he got an A; pt continues to work on getting his (articles) papers published Pt. states that his night terrors are very frequent again. Pt. is visiting his friend & appears relaxed & happier than usual. Pt. continues to long for a more normal life & being in a relationship which he feels he won't have until he is established c̄ employment & stability financially Pt. continues to struggle c̄ his emotional issues i.e. depression & anxiety. Pt.

GBX 090

A-3308

BP

6/22/21 Pt. reports being ↑ depressed; night terrors have returned + are very severe; pt. became very emotional when discussing the night terrors. pt. has been struggling a great deal this week + last to get his course work done; pt. also upset about his friend Masha putting pressure on him to visit her + becoming angry + mean when he doesn't agree c̄ what she wants; discussed c̄ pt. how he can protect himself when this occurs. Advised pt. to call or text as needed.
NEXT SESSION:
Week of 6/28/21

6/29/21 Pt. discussing his anxiety related to his coursework including his presentation. Pt. is going for the 1st vaccine (Pfizer) on Friday as required by Fordham. Pt. is taking it but has concerns. Pt. has 2 courses in the Fall + will then graduate. Pt. states he is depressed which gets worse

A-3309

BP

6/8/21 Pt. is focused on his summer course + doing well in his course. Pt. also writing another article for publication in Fordham's school paper The Observer. Pt. reports his parents are closing on their house. Pt. appears to be calm + functioning better. Pt.'s concern is finishing his schooling + getting a job. Will continue to offer pt. encouragement + support + monitor his mood + behavior.
NEXT SESSION:
Week of June 14, 2021

6/15/21 Pt. focusing on his course + doing well in it. Pt. pitched an article to Hazlet + is also writing another article for The Observer. Pt. continues to do better - states his depression is not as severe, PTSD symptoms are lessening + his impulsiveness is improving. Continue to offer pt. encouragement + support + monitor his mood + behavior. NEXT SESSION: Week

GR X 092

A-3310

BP

5/18/21
Gateway
Pundit

Injection
into
back of neck
for PTSD

Pt. at his parents' house helping his mother preparing to move. Pt. had night terrors last night - states they are the worst he's had in months. Pt. had work c̄ Meisha prior to the night terrors which he feels contributed to it. Pt. trying to get another piece published. Pt. discouraged re gaining employment 2° being rejected a number of times for jobs + internships. Pt. believes it is because of the felony conviction. Pt. planning on taking a summer course c̄ Dr. Foley. Pt. having difficulty participating in the session 2° being awake last night 2° night terrors + helping his parents all day. Advised pt. to text as needed. Will continue to monitor pt's mood + behavior + offer encouragement + support.
NEXT SESSION:
Week of June 7, 2021

A-3311

BP

5/4/21 (cont'd) re medical marijuana + how it helps him. Pt.'s focus is on doing well + getting his degree. Will continue to monitor pt's mood + behavior.
NEXT SESSION:
Week of 5/10/21

5/11/21 "The Hill" "420" Pt. discussing the outlet Hazlitt, NE + sending them a "pitch." Pt. appear optimistic regarding getting his articles published. Pt. states he is overwhelmed right now trying to get his work done for his classes. Pt. waiting to hear about the results of his meeting with the Dean. Pt. continues to see his friend Nancy + is still in touch c̄ Meisha. Pt's anxiety continues + is somewhat alleviated c̄ cannabis. Pt. states his depression is somewhat improved. Will continue to monitor pt's mood + behavior.
NEXT SESSION;
Tuesday 5/18/21

GRX

094

A-3312

BP

4/27/21

(Vaush)
(Libertarian
Socialist)

Pt. reports that he can't concentrate; feels tired + energized at the same time; Pt. states that his depression is improving 2° him finding effective ways to combat it. Pt. did not get the Busted Halo internship but appears to be handling it well. Pt. still having dreams that are disturbing to him; will monitor pts' dreams + discuss c̄ him. Pt. continues to do well in school despite the challenges he faces.
NEXT SESSION:
Week of 5/3/21

5/4/21

Pt. continues to report difficulties c̄ concentration + focus. Pt. working hard to complete his assignments; pt. concerned about the Fordham vaccine mandate for students as he is fearful of getting the vaccine. Advised pt. to discuss c̄ Ms. Brewington re his legal rights. Pt. saw Dr. Weingarten yesterday

A-3313

BP

4/13/21 (cont'd) this psychologist which were addressed. Also discussed pt. following up c̄ a thank you email to Broken Halo interviewers. Pt. receptive. Will continue to monitor pts mood + behavior. NEXT SESSION: Tuesday 4/20/21

4/20/21

Macchia Latte -

Pt. states he needs an orthopedic surgeon + a psychiatrist; will try to give pt. names of psychiatrist in addition to the ones given to him already. Pt. states he continues to be anxious + overwhelmed about getting his schoolwork completed. Discussing ways in which pt. can reduce his anxiety related to school. Pt. receptive. Will continue to monitor pts mood + behavior. NEXT SESSION: Week of 4/26/21

A-3314

BP

4/6/21 — Pt. continues to struggle c̄ anxiety + nightmares; pt. states the meds continue to help him but he cannot function well s̄ them. Pt. working on his papers + continues to try to focus on doing well, getting an internship + getting his degree. Pt. has two interviews - Catholic Charities on Thursday + Broken Halo next Tuesday. Discussing c̄ pt. how he can continue to make his voice heard s̄ giving others an excuse to dismiss him.
NEXT SESSION: Week of 4/12/21

4/13/21 — Pt. requested a phone session rather than Zoom. Pt. stated he needed to get out of the apt. to combat his depression. Pt. had interview c̄ Broken Halo + feels it did not go well. Pt. struggling + making inappropriate statements to

GR X                                                                 097

A-3315

BP

3/23/21 Pt. continues to discuss his concerns about getting an internship. Pt. working hard to accomplish his goals. Pt. states the ↑ lithuim and medical marijuana are helping him. states his depression is ↓ but his anxiety is still high. Pt. reports intermittent nightmares from PTSD. Pt. struggling but continues to work hard to finish college. Will continue to monitor pt's mood + behavior.
NEXT SESSION:
Week of 3/29/21

3/30/21 Pt. continues to discuss his concerns about getting his degree + an internship. Pt. also discussing the Fordham interview and what occurred. Pt's TBI Coordinator was present. Pt. states that microdosing of meds have been helping him although he continues to be anxious. Pt. focused on doing well in school. Will continue to monitor pt's mood + behavior. NEXT SESSION: Week of 4/5/21

GRX 098

A-3316

BP

3/10/21 (cont'd) — pt. on 3/4/21: Dr. Aaron Pinkhasov M.D. 516-663-2691. Pt. reported he is not taking new patients. NEXT SESSION: Week of 3/15/21

3/13/21 — Advised pt. of another psychiatrist: Dr. Mark Kerman - 631-444-2769. Pt. reports he is not taking new patients.

3/18/21 — Pt's article was published in the Fordham newspaper The Observer — pt. feeling good about his accomplishment. Pt. states that Dr. Gunyan has ↑ the lithium to 1800 mg a day which is helping c̄ his agitation + anger. Pt. continue to struggle c̄ anxiety + PTSD nightmares but continues to push himself to continue c̄ school. Pt. is very anxious about getting an internship + graduating. Will continue to monitor pt's mood + behavior + offer pt. support + encouragement. NEXT SESSION: Week of 3/22/21

GR X    3/22/21/099

BP

3/2/21 — Pt. discussing Marinol + writing about it for one of his courses. Pt. struggles c̄ his coursework 2° depression - feels he is not doing well in his courses this semester. Pt. is on 50,000 IUs of Vitamin b3. Pt. feels he needs to get out a little more + not just be trying to get his work done. Recommended that patient try to go for a walk each day. Advised pt. to call me if needed. Will continue to monitor pt's mood + behavior. NEXT SESSION: Week of 3/8/21

3/10/21 — Pt. continues to struggle c̄ his depression + anxiety; pt. also states the PTSD nightmares are continuing; advised pt. to discuss c̄ Dr. Gurfan; am also contacting colleagues regarding psychiatrists who are knowledgeable about PTSD + TBI; will give pt. the information I receive if anyone can advise me. Gave pt. a psychiatrist yesterday via text - which was originally sent to

A-3318

BP

2/16/21 (cont'd) a healthy way; pt receptive to suggestions but struggles c̄ being able to follow-three 2° frontal lobe damage from TBIs. Will continue to monitor pt's mood & behavior.

NEXT SESSION:
Week of 2/22/21

2/24/21 Advised pt. that medical records were turned over to Andrew Preston pt. concerned about the outcome of the lawsuit. Encouraging pt. to continue on the path he is on finishing school & moving on with his life as best he can. Also discussing pt's concern about his courses and internship. Supporting pt's efforts & reinforcing the progress he has made within the context of his physiological & psychological difficulties. Will continue to monitor pt's mood & behavior.

NEXT SESSION:
Week of 3/1/21

A-3319

BP

2/9/21 — Pt. is applying for an internship c̄ Intervarsity Christian Fellowship, Pt. struggling we applying for internships + doing well in his course work. Pt. states he is still feeling depressed and is struggling to get out of bed in the morning. Pt. continues to be deeply affected by the time he has lost in moving ahead in his life but continues to work hard to try to move forward. Will continue to monitor pt's mood + behavior + offer him support, encouragement + coping strategies

NEXT SESSION: Week of 2/15/21

2/16/21 — Pt. working hard to complete his internship application; pt. also working on his courses; pt. feeling depressed + anxious 2° conflict c̄ his ex gf; discussing how pt. can remove himself from verbal arguments + be able to communicate in

A-3320

BP

1/27/21 (cont'd) — pt's ↑ depression, anxiety & PTSD symptoms when he is not in classes & on a break. Discussed also pt. trying to focus on using his life experiences as a positive to get an internship &/or future employment. Pt. receptive.
NEXT SESSION:
Week of 2/1/21

2/2/21 — Pt. has begun taking classes again & is more focused. Pt. continues to struggle c̄ depression & anxiety but focusing on school is somewhat helpful. Pt. continues to struggle c̄ all the time he has lost & where he is in his life. Continue to reinforce pt's strengths & accomplishments. Pt. receptive. Will continue to monitor pt's mood & behavior.
NEXT SESSION:
Week of 2/8/21

A-3321

BP

1/20/21 Pt. discussing what occurred c̄ the woman he has been seeing + his difficulty in finding someone who is a suitable match for him. Pt. also discussing applying for internships - pt. concerned about his ability to interact c̄ others + feels overwhelmed by applications. Reviewing c̄ pt. how he can do one thing at a time + when he is not tired.

NEXT SESSION:
Week of 1/25/21

1/27/21 Pt. applied for 5 or 6 internships - no response from NewsMax or The Daily Caller yet. Pt. going to LISH for PT for his shoulder - pt. not feeling good about it. Pt. taking Vimovo generic - naproxen + esomepera - is hoping it will help.
Pt. taking an ethics course this semester + is concerned about it. Pt's main concern is being able to get employment when he completes school. Classes start next week. Pt. depressed - discussed

A-3322

BP

1/5/21
(cont'd) improving his social skills; pt. feeling very isolated. Pt. continues to struggle c̄ his depression related to his TBT's + anxiety. Will continue to monitor Pt's mood~~ing~~ + behavior.
NEXT SESSION:
Week of 1/11/21

1/12/21 Pt. discussing his situation re: trying to move on c̄ his life; trying to get an internship; taking care of his physical problems - i.e. his shoulder, his stomach, the depression the anxiety, PTSD symptoms. Pt. states he is depressed + anxious. Dr. G ↑ lithium; discussing how pt. can balance keeping himself busy + having structure + not getting overwhelmed + having it affect his mental health. Will continue to monitor pt. mood + behavior. NEXT SESSION:
Week of 1/18/21

A-3323

BP

12/16/20 which are interfering c̄ his ability to function as effectively as he would like to function; yet trying to focus on completing his education & get an intern ship this coming summer. Pt. continues to struggle c̄ PTSD symptoms when exposed to something that reminds him of the incident at Fairway in Westbury. Pt. planning to be c̄ his family for Christmas. Will continue to monitor pts mood & behavior; advised pt. to contact me if needed until the first week in January. NEXT SESSION: Week of 1/4/21

1/5/21 Pt. discussing book he is reading: "Bowling Alone". Pt is anxious 2 ↑ pain in his shoulder; pt. will be going for PT when insurance approves it. Pt. working hard to get good grades in school. Pt. wants to focus on →

Book: The Challenge of Jesus by N.T. Wright & church infenished

GRIX                                          106

A-3324

BP

12/8/20 Spoke c̄ pt. re my conversation c̄ Mr. Brewington; pt. advised me to not send the records right now & he will advise me when & if he wants the records sent. Pt. depressed 2° his ex-gf telling him she has met someone else; discussing pt's feelings about her & his ambivalence about commiting to her fully; Pt. also discussing his schoolwork & being overwhelmed. Encouraging pt. to make sure he gets all the services he is entitled to from Fordham. Will continue to monitor pt's mood & behavior NEXT SESSION. Week of 12/14/20

12/16/20 Pt. was accepted into the Jesuit Honor Society. states he is not sure why but he is not elated about it & feels he should be; Pt. also discussing his physical issues - his shoulder & back

A-3325

BP

12/2/20 summer session; pts' mood is
(cont'd) stable in the context of his
chronic depression 2° TBI. PTSD
symptoms have been less this
week but continue to be
variable; will continue to
monitor pts' mood + behavior.
NEXT SESSION:
Week of 12/7/20

12/2/20 Called Frederick Brewington's
office to advise them that
I do not have my records in
electronic format; Tammi Mitchell
is no longer employed there;
spoke c̄ Rose Walker who stated
she is not sure that this is
still relevant; said Mr.
Brewington will call me back.

12/2/20 Spoke c̄ Mr. Brewington - he
advised me to "sit tight for
now"; he will contact me to
advise further re: if copies of
medical records are needed.
Will confirm c̄ pt.

A-3326

BP

11/17/20 continues to experience PTSD symptom
(cont'd) as well. Will continue to monitor
pt's mood + behavior.
             NEXT SESSION:
          Week of 11/23/20

11/23/20 Pt. revoked the revocation of the
HIPAA Authorization for release
of Health Information signed on
April 17, 2019.

11/25/20 Pt. unable to have session this
week 2° overload c̄ school assign-
ments, TBI Waiver appts + doctor
appointments. Will see pt. next
week.
             NEXT SESSION:
          Week of 11/30/20

12/2/20 Pt. discussing his class + professor;
LogiTech pt. working very hard to do well in
C920 school; pt. does have to spend ↑↑
time on his assignments etc. to
be able to complete them properly
Pt. working on internship application
but feels he is not ready – will
most likely apply for the

A-3327

11/24/2020                                                        Updated Note

**From:** brian.pfail@gmail.com,
**To:** neurog@aol.com,
**Subject:** Updated Note
**Date:** Mon, Nov 23, 2020 8:33 pm
**Attachments:** Note11.23.20.pdf (749K)

See attached


Thanks,

BP

GRIX                                      110

A-3328

11/23/20

I, Brian J. Pfail, am rescinding the revocation of the authorization for the release of health information pursuant to HIPAA signed on April 17, 2019.

Brian J. Pfail

A-3329

BP

11/10/20 Pt. continues to struggle c̄ his concern about his civil case; pt. states he is still not sleeping well — Pt. continues to discuss his concerns about his future. Pt. has decided to revoke the HIPAA authorization he signed last year. Pt's mood continues to be depressed + anxious. Working c̄ pt. to focus on what positive actions he can take. Pt. also talking about his deceased brother who he is still grieving. Pt. continues to experience PTSD symptoms.

NEXT SESSION:
Week of 11/16/20

11/17/20 Pt. reports that his sentencing is this Thursday — meeting c̄ Mr. Brewington tomorrow re sentencing. His family is meeting c̄ Mr. B on Friday re civil case. Pt. experiencing gastrointestinal problems 2° stress. Pt. continues to work on his class assignments; Pt's mood continues to be depressed + anxious;

A-3330

BP

11/4/20 Pt. ended the session 2° feeling angry + upset that I am charging him for my time at the deposition.

Session ended at 2:42 PM

11/5/20 Pt. called – discussed deposition further – i.e. my appt. c̄ an atty; will call pt. on Monday + inform him of what the atty advised; told pt. I cannot give him legal advice – he must discuss that c̄ his atty; will speak to pt. on Monday.

11/9/20 Had a conference c̄ Atty re deposition + my responsibility re same; will speak to pt.

11/9/20 Spoke c̄ pt. + advised pt. of what atty advised me + that I am required to send my records. Advised pt. to discuss c̄ his atty. Pt. will contact me re next session.

A-3331

10/20/20 — Pt. discussing his ongoing struggle c̄ depression + being able to function, both personally + for school. Pt. also discussing his distrust of me + everyone else. Exploring c̄ pt. why he feels the way he does + what his concerns mean. Pt. under a lot of stress — Dr. Krakower cannot work c̄ pt; will continue to discuss pt's feelings of distrust and will attempt to give pt. other names of psychiatrists if possible. NEXT SESSION: Week of 10/26/20

10/27/20 — Contacted pt. re session today who advised me that he is in the hospital 2° dehydration + exhaustion; pt. will advise re session.

10/28/20 — Pt. cannot have a session this week — states he is "catching up". Advised pt. about charge for the deposition. Pt. surprised + angry; will discuss c̄ pt. in session. NEXT SESSION: WEEK OF 11/2/20

A-3332

BP

10/16/20 — Pt. called extremely upset about his situation c̄ the felony; spoke c̄ pt. for 58 minutes; pt. was calmer at that time.

10/17/20 — Pt. called extremely upset again - discussed situation c̄ pt; advised pt. to call as needed.

10/20/20 — Discussed pt's distrust of me & what can be done about it. Pt. struggling a great deal 2° felony being reinstated & sentencing on Monday 10/26, & the fact that Mr. Brewington has not contacted him at all. Pt. struggling c̄ school but continues to do well – was sent an application to join the Honor Society of Fordham, Pt. planning to apply. Will monitor pt's mood & behavior.
NEXT SESSION:
Week of 10/26/20

A-3333

10/13/20     BP

Pt. discussing the letter his
mother is writing to the governor
& senator re the appeal.
Pt. discussing his upcoming
meeting tomorrow c̄ his
professor re his felony &
future employment.
Also discussing what is
occurring in his classes.
Pt. also discussing how
things are going c̄ Nancy.
Continues to be in touch
c̄ Meisha via iPad &
minimally.
Pt. discussing how he is
feeling today; pt. states
he is feeling better 2°
getting in touch c̄ Mr.
Brewington's office &
getting his computer &
monitor set up & it →

A-3334

10/13/20 (Cont'd)          BP

is working much better.
Advised pt. to call if
needed. Pt. still trying
to set up appt. c̄ Dr.
Krakower.

NEXT SESSION:
Week of 10/19/20

10/6/20     BP

APPEALS
ATTY:
BKLYN;
Rosenberg
Wall St. Journal
NY Times
Tucker / Justin
Carleson / Naiman
Journal
Professor

Pt. not doing well; extremely upset about the reversal of his case. Discussing at length what steps pt. can take — positive steps — to help himself. Pt. states he will discuss it with his journalism professor. Pt. not doing well in school because of what has occurred. Focus of the session: Pt. needs to concentrate on school + his goals + not focus so much on his negative thoughts. Will continue to offer pt. support + encouragement re his future. Will continue to recommend pt. find a new

A-3336

10/6/20 (cont'd)   BP

psychiatrist who he
feels is more in
tune c̄ his TBI
sequelae

NEXT Session:
Week of 10/12/20

A-3337

9/30/20          BP.

Pt. cancelled appt. - not
feeling well. NEXT APPT:
Week of 10/5/20

A-3338

9/22/20      BP

Pt. states he is not doing well in the journalism class. Pt. states he needs to talk to Fred before contacting the appeals atty: Sanford F. Young

Pt. very concerned about the felony charge and is having difficulty concentrating in school. Gave pt. two psychiatrist's names: Scott Krakower, DO & Daniel B. Cucco, MD

Pt. agreed to contact them. Discussing c̄ pt. how he can focus on what he can do going forward.

NEXT APPT:
Tues. or Wed. 9/29 or 9/30/20

GRIX        121

**A-3339**

9//20     BP

Pt. discussing his journalism class + interviewing his 101 yr. old aunt. Pt. continues to struggle c̄ school 2° focusing on reversal of his felony charge. Reviewing c̄ pt. ways in which he can work toward continuing to accomplish his goals. Pt. depressed + struggling. Advised pt. to contact two psychiatrists at NYU. Pt. receptive.

NEXT APPT:
Tues. or Wed. 9/22 or 9/23/20

A-3340

9 [illegible]/20                    BP

Pt. states he is very depressed + angry. Pt's KP psychiatrist lithium to 1500 from 1200 mg. Pt. experiencing shakes but Marijuana is calming it down. Pt. extremely upset about felony (the appeal was denied).

Focusing on ways in which pt. can calm himself down when he feels himself getting overwhelmed by PTSD symptomatology + depression. Pt. receptive.

NEXT APPT:
Week of 9/15/20

A-3341

8/18/20                                    BP

Pt continues to state he
is depressed + his PTSD
symptoms have ↑.
Advised pt. to contact
Dr. Dolores Brandt
if needed until my
return on 9/8/20.
Also advised pt. to
contact his psychiatrist
+ advise him of his
mood + symptoms.
Will see pt. upon
my return to the
office on 9/8/20.

A-3342

8/5/#/20          BP

Appt. cancelled 2° Tropical Storm Isiais + loss of power. Will see pt. when power is restored.

8/10/20
Credit: 4  new classes: End of August —
3  ① Intro to Journalism for Adults
4  ② Christian Mystical Texts
  ③ Digital Media

Pt. concerned about being able to concentrate + do well in school 2° reversal of his case. Pt. ↑ depressed c̄ ↑ PTSD symptoms. Advised pt. to call as needed.

NEXT SESSION:
Week of 8/12/20

GRIX                    125

A-3343

7/29/20                    BP

Pt. continues to discuss his ↑
anxiety + depression as a
result of the reversal of
the court decision re his
felony charge. Pt. struggl-
ing c̄ concerns about his
future. Pt. reports his TBI
service coordinator is working
on getting his case transf-
erred to Queens. Pt.
having a rhinoplasty
next month. Pt. also
having PT work done on
his shoulders. Will
continue to monitor pt's
mood + behavior.
        NEXT APPT:
Week of 8/3/20

A-3344

7/20/20 Pt. discussing the movie "The Painted Bird" which he had discussed c̄ his sister. Pt. sending a letter to Hunter about his professor. Pt. seeing another woman + says she is making him "happy" which is helping his mood. Pt. got a medical leave of absence from Baruch for the summer course + will go back to Fordham at the end of August. Pt. feels he needs the MLA to cope c̄ what has occurred re his felony charge.
NEXT APPT:
Week of 7/27/20

7/28/20 Pt. is highly anxious + depressed 2° court decision reversed on appeal. Pt. has taken a medical LOA for his course at Baruch 2° his emotional distress. Pt's PTSD symptoms are ↑ - nightmares, difficulty sleeping, ↑ irritability. Pt. requested a second session this week. Working c̄ pt. to ↓ anxiety + depression. Focusing on pt. relaxing and ↓ irritability.

A-3345

7/7/20 Pt. states he is taking "Genus Mush-rooms" & states he sees a benefit from taking them. Pt. had his last class last night & states he is relieved it is over. Pt. continues to have contact c̄ his ex gf & is making contact c̄ other women as well. Pt. continues to struggle with & fight against his depression, TBI sequelae & PTSD symptoms. Pt. is determined to move ahead in his life.
NEXT APPT: Week of 7/13/20

7/13/20 Pt. discussing his grade (A-) in his course & any action he can take regarding how he was treated in the class. Exploring options; pt. was informed that he received a scholarship from Fordham which he is very happy about. Encouraged pt. to focus on the positives & move forward. Pt. seeing new woman which helps him feel ↓ isolated. Pt. started new course today:—Medieval History. NEXT APPT: Week of 7/20/20

GRIX                    128

A-3346

6/23/20  Pt. focusing on his schoolwork —
less agitated about the professor.
Pt. met another woman who he
thinks is on the same wavelength
as he is. Pt. states he is "a little
depressed" that it "comes in & out."
Pt. is working around his professor
rather than being confrontational.
Pt's mood continues to vacillate
2° his TBI + life stressors.
NEXT APPT: 6/30/20

6/30/20  Pt. discussing school + how he feels
about the class he is in at Hunter.
Pt. doing well in school but is
angry about how he is treated in
class by the teachers + some students.
Focus: pt. needs to stay focused
on getting the degree so he can
be freer to do what he wants to
do in the world — work in journal-
ism + express his beliefs freely.
NEXT APPT: Tuesday
7/7/20

A-3347

6/16/20 (cont'd) not contacted the woman he had been seeing since the exchange they had recently. Pt. is still in contact c̄ old gf who is now going for help. Pt. continues to work on his courses but refuses to back down on his beliefs which is problematic in the current environment. Pt. continues to struggle c̄ depression but is not drinking at all, as he had started to last month.
NEXT APPT: Tuesday 6/23/20

6/19/20 Pt. requested another session 2° appeal reinstating his felony charg. Dr. Bunyan has ↑ lithium to 900 mg AM + PM from 600 mg AM + PM. Pt. states he is angry + depressed but he continues to try to move forward c̄ his life. Continue to work c̄ pt. on not allowing himself to be acting out to his own detriment. Pt. receptive. Pt's atty working on a motion or a retrial.
NEXT APPT: 6/23/20

GRIX 130

A-3348

**6/6/20 (cont'd)** depressed; gave pt. my professional opinion the actions he should + shouldn't take + advised pt. to call Dr. Gunyan to discuss medication adjustment.
NEXT APPT: Week of 6/8/20

**6/9/20** Pt. discussing the tweets between him + his family. Pt. also continue to discuss what occurred c̄ the woman he had been dating. Pt. was escalating but quickly reversed it when confronted. Then began making a list of what he can do in a positive way to help himself. Also discussing going for sex therapy— was referred to R [?] Institute of Sex Therapy by his neurologist. Pt. continues to work hard to obtain his degree.
NEXT APPT: Tues. 6/16/20

**6/16/20** Pt. continues to struggle c̄ anger, + depression. Pt. taking courses online at CUNY + is struggling c̄ the environment there. Pt. has

5/26/20 — Pt. discussing what has happened c̄ woman he had been dating. Pt. had been acting out verbally when drinking. Discussing how pt. reacts when drinking & how to stop it. Pt. had a negative interaction c̄ his family as well. Will continue to work c̄ pt. to ↓ verbal acting out. Pt. saw urologist re his sexual dysfunction who said it is psychological. Two referrals:

Dr. Lisette Gutiérrez - Great Neck & Manhattan.

neurologist - Dr. Taranova

Pt. continues to struggle c̄ his mental health issues while working to function to the best of his ability.

NEXT APPT: Week of 6/8/2

6/5/20 — Received voicemail message from pts mother - pt. not doing well. called & spoke c̄ pt for 25 mins; will call pt. again tomorrow.

6/6/20 — Spoke c̄ pt 2X - 12 mins + 21 minutes. Pt. not doing well - severely

A-3350

5/5/20 (cont'd) woman on the web. Although pt. is functioning better he continues to struggle c̄ depression + the effects of TBI. NEXT APPT: Week of 5/11/20

5/13/20 I cancelled appt. death in my family. Next appt: Wed. 5/20/20

5/20/20 Pt. concerned about his lungs — seeing a pulmonologist. wants another opinion about medical marijuana. Pt. seeing a woman he had been dating previously. states he is stopping communication c̄ old gf. Also discussing pt's sexual dysfunction. advised pt. again to NO physiological causes + if needed see a specialist in sexual dysfunction. related to psychological issues. Also discussing pts recent ↑ drinking. Pt. receptive. NEXT APPT: Tuesday 5/26/20 Pt. will be attending summer school classes at Baruch online.

4/22/20 Pt. reports he is very depressed 2° new relationship falling apart. Working c̄ pt. to focus on the positives that are occurring in his life & trying to meet new women to ↓ loneliness & isolation which is exacerbating his symptomatology. COVID is a deterrent however. Will continue to explore c̄ pt.
NEXt SESSION: Week of 4/27/20

4/29/20 Pt. discussing his mood. states his depression is somewhat better than it was. Pt. seeing Dr. Weiner on 5/8/20 re: nodule on the lung, also seeing his PCP Dr. Peters. Pt. also discussing his schoolwork. Pt. doing very well. Pt. contemplate having his ex gf visit again.
NEXT APPT: Week of 5/4/20

5/5/20 Pt. discussing school & his hope to be finished by the summer of 2021. Pt. also discussing politics & how he feels about what is going on in the country. Pt. met a new

A-3352

4/1/20 — I cancelled appt. 2° family emergency. Offered pt a session on Thursday 4/2/20 but pt. unable to attend 2° ex-gf visiting from Fl. Pt. will advise when she leaves & we will reschedule.

4/9/20 — Pt. requested a phone session for privacy reasons. Pt. discussing how he feels about his ex gf who is visiting, struggling c̄ her being here & what she did c̄ a new woman he was seeing. Exploring how pt. can work around this & get past it. Pt. struggling c̄ depression & anxiety related to these relationships.
NEXT APPT: Week of 4/13/20

4/16/20 — Pt. states he is not doing well physically; reports having pain in his chest and back. Pt. also discussing his depression related to his relationships & not knowing how to handle it.
NEXT APPT:
Week of 4/20/20

GRIX                    135

A-3353

3/16/20 (Cont'd) 2° pandemic. NEXT APPT: Week of 3/23/20

3/22/20 Pt. continues to struggle c̄ depression + ~~anxiety~~ effects of TBI. Continue to discuss pt's concern about sexual dysfunction. Advised pt. to see specialist in this area. Pt. also requested a session today 2° problem c̄ his family when he heard them talking negatively about him. Focus of session: Pt. focusing on himself + not letting others affect him negatively. NEXT APPT: 3/24/20

3/24/20 Pt. had requested a second session last week 2° family issues which were discussed on 3/22/20. Pt. continues to discuss school, meeting women, concerns about old gf + the loneliness he is experiencing. Offering pt support + encouragement related to ongoing depression, anxiety + PTSD symptoms. NEXT APPT: Wednesday 4/1/20

A-3354

3/10/20 Pt. doesn't have classes in Manhattan this week 2° Fordham closing; classes starting online Wednesday. ∴ pt. asked for session today. Pt. met c̄ new woman + her 2 yr old son on Sunday; pt. stated he was kind to her + her son. Pt. concerned about old of wanting to visit this weekend. Exploring c̄ pt. + allowing him to make the decision. Pt. leaning toward no but may change his mind. Pt. doing generally well, states he is not getting angry as he had been in the past. NEXT APPT: Week of 3/16/20.

3/16/20 Pt. discussing his sexual dysfunction + his concern about it. Discussing steps he can take - i.e. see a neurologist + have a sensory function test if warranted. Also explore psychological issues if all physiological causes are ruled out. Pt. also discussing his loneliness + wanting more social contact c̄ women. Exploring ways pt can ↑ his interactions c̄ women. Advised pt to be cautious during this time, ⟶

2/28/20 Pt. continues to discuss his uncertain-ty c̄ new young woman he is seeing. Pt. also in touch c̄ old gf which is a concern + distraction for him. Pt. reviewing his application + resume for the Walsh Scholarship. Pt. getting a lot of support from his professors. Pt. brainstorming ways he can stand out on the application. Pt's focus is improved now that he is on medical marijuana
NEXT APPT: Thursday 3/5/20

3/5/20 Pt. discussing what is occurring c̄ the new woman in his life + his old gf acting out. Also discussing how he is doing c̄ his classes, the scholarships + internships. Pt. improving c̄ staying in control + reacting more calmly. Pt. also discussing what he needs for TBI Waiver Program. Pt. functioning better but continues to struggle c̄ depression + anxiety + c̄ ↑ anxiety PTSD symptomatology.
Next Appt: Thursday 3/12/20

A-3356

2/18/20 Pt. discussing the "date" he had last night. Also discussing letter re doing an internship at NBC News. Pt. not feeling well physically. Otherwise pt. appears to be functioning generally adequately in the context of his ongoing mental health issues.

NEXT APPT:
Wednesday 2/26/20

2/26/20 Pt. discussing the young woman he has been seeing + how he feels about it. Pt. concentrating on + working on applying for the Walsh Scholarship; pt. doesn't expect to get it but feels it is a good exercise for him to apply. Pt. was approved for medical marijuana again which helps him focus + ↓ anxiety. Pt. requested an additional session this week, 2° concerns about school + family issues.

NEXT APPT:
Friday 2/28/20

2/5/20 Pt. had a date c̄ a new woman, which went well. Pt. feeling better about himself. Classes are going well also. Pt. still having contact c̄ old gf which is not good for him. Pt. seeing Dr. to renew his medical marijuana license. Pt. continues to have periods of darkness + depression even though his life is improving most likely related to depression, TBI + ongoing PTSD symptoms. Will continue to work c̄ pt. to change his thought pattern.
NEXT APPT: Wed. 2/12/20

2/12/20 Pt. discussing the new woman he is seeing + how he feels about it. Also discussing old gf + his concerns about her. Pt. continues to do well in school. Pt. is functioning generally adequately despite ongoing symptomatology of depression, anxiety + TBI sequelae. Will continue to offer pt. encouragement + support + make him responsible for his actions.
NEXT APPT: Tuesday 2/18/20

1/15/20 Pt. had been struggling greatly 2° not being in school + having more structur. Pt. improving now that classes have begun. Pt. continues to be concerned + trying to reconnect c̄ gf but believes their relationship is over which is affecting his mood.
NEXT APPT:
1/22/20

1/22/20 Pt. discussing his new class which is going well, his online class going well to. Pt's deposition is scheduled for Friday which is affecting him. Pt. reports PTSD like nightmares. Pt. coming to terms c̄ gf ending their relationship + has begun to be active on dating websites. Continues to struggle c̄ ongoing depression + anxiety. NEXT APPT: 1/29/20

1/29/20 Pt's deposition was changed to Tuesday 2/4/20; Pt. upset but was able to re-evaluate + accept it. Pt. has made contact c̄ woman online which is encouraging to him. Social interaction alleviates his symptomatology somewhat. NEXT APPT:
2/5/20

GRIX                    141

A-3359

1/2/20 — Pt. requested a session 2° argument c̄ his gf + her mother getting involved. Pt. was inappropriate + disrespectful. Discussing pt's behavior + how he can avert this type of reaction. Pt. also discussing his plan for school + how he can move forward. Pt. continues to struggle c̄ depression + anxiety. NEXT APPT: Tuesday 1/7/20

1/7/20 — Pt. has decided to not take off this semester as he had said previously. Also decided to keep Communications as his Major for now. Also discussing his gf. Focusing c̄ pt. on the unhealthiness of the relationship + the disrespect they show each others. Pt. will call if he needs another session this week 2° ↑ depression. Otherwise - next session 1/15/2

1/9/20 — Pt. requested another session 2° ↑ depression + feeling very unsure about how to proceed c̄ school. Pt. also continue to be upset about gf. Discussing how pt. can move forward c̄ school + not become overwhelmed. Pt will advise if he feels he is escalating. Will contact pt re next appt.

A-3360

12/11/19 Pt. discussing: final exam tomorrow, politics & what's going on in the world today - discussing it in his paper for school. Pt. also discussing his gf. Pt. struggling c̄ the IA theft that has occurred & his Verizon bill. Pt's foot hurts & is bruised - going for X-ray. Pt. reports his smoking is helping him relax. Pt. planning for his courses next semester. Continues to try to function in spite of depression & anxiety. NEXT APPT: Week of 12/16/19.

12/17/19 Pt. struggling c̄ gf not talking to him & blocking him right now. Continue to work c̄ pt. to focus on his studies & not allow gf to manipulate him. Pt's depression continues to affect his perceptions in a negative way. Advise pt. to contact Dr. Gunyan.
NEXT APPT: Week of 12/30/19

12/31/19 Pt. states he is having bouts of depression - up & down. Dr. Gunyon won't be in until Jan. 6th 2020. Pt. discussing his gf & his concern about her drug use which he is very much against. Also discussing his career path & school. NEXT APPT: Tuesday 1/9/20

A-3361

11/19/19 Pt. continues to discuss school. had a positive conversation, c̄ an "Antifa" student. Also discussing his preparation for two essays due on 12/1 or 12/2. Pt. has a deposition on Wed. 12/4. Pt. reports his psychiatrist Dr. Dunyan is moving to Baldwin. Pt. doing well in school although he has the ongoing struggle c̄ depression + anxiety. Pt. discussing his gf as well. NEXT APPT: Week of 11/25/19

11/27/19 Pt. discussing how he is being treated unfairly. Exploring pts reaction to his feelings about this - how he can not react + think of the goals + greater good for himself Pt. receptive. Pt. will be home tomorrow for Thanksgiving. NEXT APPT: Week of 12/2/19

12/3/19 Pt. discussing his paper + the grade he got. Pt. trying to work around the bias he feels he is experiencing in class + how he cannot react to it in a negative way utilizing CBTechniques. Pt. also anxious about the deposition tomorrow NEXT APPT: Week of 12/9/19

A-3362

10/21/19 (cont'd) relationship. Focus of the session: 1) Pt. not allowing others to trigger him. + 2) not losing sight of his goal. ~~Pt. will call me next session~~ (mf) Pt. also continues to struggle c̄ dealing c̄ his brother's death (second anniversary was on 10/17/19) + his father's dementia. Pt. will call me next session.

11/6/19 Pt. continues to discuss what is occurring in his classes. Focus of the session is on pt. being able to not allow others' views of him have a negative effect + interfere c̄ his ability to achieve his goals. Pt. continues to struggle c̄ family issues. Next session: 11/11/19

11/11/19 Pt. continues to focus on school + accomplishing his goals. Although pt. continues to struggle c̄ his cognitive + emotional problems he is working hard to move on with his life. Next session: 11/19/19

A-3363

9/17/19  Pt. discussing what occurred in his last class - "mob mentality." pt discussed it c̄ professor. Pt. doing very well in school - another A grade on his paper. Pt. concerned about his parents - his father's condition + lawsuit. Discussed how pt. can continue to do well in journalism + not get baited by others. Pt. will call for next appt. next week.

9/25/19  Pt. did not schedule an appt.

10/16/19  Pt. did not schedule an appt. advised pt. that he needs to be in treatment on a weekly basis, either c̄ me or TBI Waiver Program. pt. agreed + will schedule an appt. for next week.

11/21/19  Pt. discussing how he is doing in school + his struggle c̄ being in the minority re political views. Pt. also discussing his concerns about his

9/3/19 — Pt. overwhelmed c̄ school & his relationship; pt. also going for a colonoscopy & endoscopy on Friday which he is concerned about. pt. also very concerned about his family especially his father & mother. Advised pt. to call Dr. Gunyon but pt. somewhat resistant - feels a medication adjustment won't make a difference - feels it's seasonal. Pt. will call for appt. next week.

1/10/19 — Pt. discussing what is occurring in his class's how he feels about it. Pt. also having second thoughts about his gf. Pt's colonoscopy & endoscopy revealed only the hernia that had been seen previously. Pt's depression appears to be somewhat better than last week. Pt. will call for next appt next week.

8/14/19 — Pt. discussing what occurred c̄ of when she visited - pt. concerned about her using drugs & is very against it. Pt. also angry about having his identity stolen + not getting enough help from the waiver c̄ that + his paperwork for school financial aid. Pt. did very well in the journalism course - Final Course Grade 97.5. Pt. stressed but handling it better than he has in the past. Pt. will call for appt. next week.

8/20/19 — Pt. discussing the syllabus for his next class which begins 8/28/19. Pt. is concerned about bias. Discussing how pt. can express his views as he did in the previous class. Pt. seeing Dr. Gunyon on Thursday so won't be able to attend Orientation. Pt. will call for appt. next week.

8/29/19 — Pt. called + stated he is too depressed to have a session - sleeping a lot. Pt. will call for appt. next week.

GRIX                                      148

A-3365

7/30/19   Pt. discussing what occurred the other night when he called "Anthony" on YouTube show - felt positive about it. Also discussing his class + how he is doing - pt. doing well in school which is helping his self-esteem + mood. Pt.'s gf planning to visit on 8/5 + 8/6. Pt. will call to make an appt. for next week.

8/7/19   Pt. did not call for appt. this week; will wait for pt. to call next week.

8/14/19   See next page.



A-3367

**7/9/19** Pt. started school & is feeling positive about it. Pt. feels he is more ready to cope with the stress of school. Pt. being able to function in school is helpful to his self-esteem. Pt. continues to struggle c̄ his anxiety, depression & TBI sequelae but is working hard to circumvent his emotional & cognitive challenges. NEXT APPT: 7/16/1

**7/16/19** Pt. discussing school & his relationship; school going well. Relationship going well except for concerns about his family's acceptance of his girlfriend. Pt. continues to struggle c̄ depression & anxiety. NEXT APPT: w/o 7/22/19

**7/24/19** Pt. discussing school & his participation; pt. feeling better about himself; pt. disappointed about the conversation c̄ his mother re his gf; Pt. upset yesterday (by report) about his flag disappearing from outside his apt. but states his mood is better about it today. Struggle c̄ depression & anxiety ongoing. NEXT APPT. w/o 7/29/20

GRIX                                          150

6/12/19 — Pt. continues to discuss his physical problems which are affecting his mood. Pt. looking forward to starting school although he is anxious about traveling + interacting c̄ others; reviewing c̄ pt. how to appear friendly + relaxed; pt. concerned that his physical problems will impede his progress.
NEXT APPT: 6/19/19

6/19/19 — Pt. discussing his physical problems + upcoming tests - has two gastroin-testinal tests on 8/23/19; has check-up tomorrow c̄ neurologist - Dr. Santo Terranova; has Neuropsycho-logical Evaluation c̄ Dr. Burrell on Friday 6/21/19. Pt. starting school on 7/2/19. NEXT APPT: 6/26/19

6/26/19 — Pt. discussing school - pt. spoke c̄ his professor; pt. excited about school which is starting on 7/3/19. Pt's mood relatively stable at this time in the context of his chronic depression, anxiety + TBI sequelae. Will continue to work c̄ pt. to combat these issues + monitor his mood + behavior. NEXT APPT - Pt. will call.

'GRIX' 151

A-3369

5/21/19 — Pt. will attend Fordham University; is going to do a dry run re travel into Manhattan to ↓ anxiety. Pt. will be requesting accomodations for his TBI cognitive sequelae. Pt. continues to have contact c̄ his exgf; pt. is working hard to be able to obtain his degree + move on, c̄ his life. NEXT APPT: 5/28/19

5/28/19 — Pt. discussing how he feels about being able to move on c̄ his life + is hopeful that getting his degree will make a difference for him. Pt. continues to struggle c̄ chronic depression, anxiety + TBI sequelae but is functioning better with this renewed hope. NEXT APPT: 6/4/19

6/4/19 — Pt. continues to struggle c̄ his physical problems - particularly his gastrointestinal problems - pt. not sure if the medical marijua is affecting him; will discuss c̄ MD. Pt. preparing to attend Fordham University + hopes to do well whic will benefit his self-esteem. NEXT APPT: 06/12/19

GRIX

152

5/1/19 Pt. has been struggling c̄ physical problems - gastrointestinal problems are particularly severe. Pt's mood is negatively affected when physical problems exacerbate. Working c̄ pt. to use relaxation techniques to help c̄ pain + negative thoughts. Continue to use CBT techniques as well.
NEXT APPT: 5/8/19

5/8/19 Pt's physical issues continue to be problematic for patient. Pt. is consulting c̄ doctors (specialists) regarding these problems. Pt. is planning to attend Fordham University - Lincoln Center campus to obtain his degree. Pt. continues to have contact c̄ exgf at this time.
NEXT APPT: 5/15/19

5/15/19 Pt. continues to plan to attend Fordham University - Lincoln Center campus. Pt. has ↑ anxiety about traveling into Manhattan from Lake Ronkonkoma. Pt. continues to adapt generally well to living independently; loneliness continues however; chronic depression + anxiety are ongoing. NEXT APPT: 5/21/19

GRIX                                                                 153

A-3371

4/9/19 Pt. continues to prepare for going back to school; pts relationship c̄ his ex-gf seems to be improving. pt. continues to feel better about himself while living independently. Pt. does however continue to express feelings of loneliness. Pt's depression + anxiety remain at a consistent level - not worsening.
NEXT APPT: 4/16/19

4/16/19 Pt's mood generally stable in the context of his chronic depression + anxiety. Pt. continues to have contact c̄ his ex gf which lessens his feelings of loneliness. Pt. not sure he will be with his family for the holiday. Focusing on pt thinking positive.
NEXT APPT: 4/23/19

4/23/19 Pt. struggling somewhat more at this time c̄ feelings of depression, anxiety + loneliness. Discussed pt. speaking c̄ his psychiatrist to determine if a medication adjustment is warranted. Pt. receptive but feels it is not needed. Continuing to work c̄ CBT techniques. NEXT APPT: 5/1/19

GRIX 154

A-3372

3/20/19 — Pt. discussing other options re getting his degree. Pt. has started to consider the possibility of attending Fordham University. Pt. continues to have contact c̄ ex gf but is ↑ focused on getting his degree. Pt. continues to struggle c̄ anxiety + depression. NEXT APPT: 3/26/19

3/26/19 — Pt. continues to adjust to living on his own which has been generally positive for him although he is very lonely. Pt. continues to take steps to go back to college - continues to investigate Fordham University. Pt.'s ongoing struggle c̄ depression + anxiety is a challenge; work focuses on reversing negative thoughts and self-concepts. Next appt: 4/2/19

4/2/19 — Pt. continues to plan for college; pt. is focused on completing his education; pt.'s mood is generally stable in the context of his ongoing depression + anxiety - i.e., depression is not worsening + anxiety is not increasing at this time. NEXT appt: 4/9/19

A-3373

3/6/19 — Pt. discussing what occurred c̄ Villanova + that he can only return via Professional Studies program which does not have his major. Pt. wants to pursue this further. Working c̄ pt. to pursue further if possible but to work to accept disappointment if it doesn't materialize + work around it. Pt's depression + anxiety are affecting his ability to cope c̄ disappointment. Continuing to work on pt. improving his self-esteem and adjust negative thinking.
NEXT APPT: 3/12/19

3/11/19 — Pt. changed appt. to today. Pt. continues to struggle c̄ not being able to return to Villanova c̄ a math major as he had hoped. Focus of the session: help pt. change his negative thought patterns utilizing CBT techniques to help ↓ depression + anxiety.
NEXT APPT:
3/20/19

A-3374

2/13/19 Pt. continues to communicate c̄ Villanova re returning there c̄ a math major. Pt. wants this very much but is concerned that it may not happen. Depression + anxiety continue to affect pt's ability to function as well as he could s̄ these emotional difficulties. Offering pt. support + encouragement re his goals. NEXT APPT: 2/20/19

2/20/19 Appt. cancelled 2° Dr. Grix being sick; appt. rescheduled for 2/26/19.

2/26/19 Pt's last session in person; pt. will begin telehealth sessions next week. Pt. signed Telemedicine Informed Consent Form. Pt. continues to discuss his attempts to return to Villanova; pt frustrated c̄ lack of communication on Villanova's part which is affecting his depression + anxiety. Pt. continues to work on handling these situations calmly + adjusting to disappointments. NEXT APPT. via telehealth: 3/6/19

GRIX                    157

1/23/19  Pt. intent on going back to Villanova; pt. discussing working further on his anger management. Pt. reconnected c̄ ex-gf + wants to see her. Pt. utilizing TBI Waiver Program Services but is not happy c̄ it. Pt. will call ne appt for next week

1/30/19  Pt. continues to discuss + investigate going back to Villanova; pt is again in contact c̄ his ex-gf + discussing how that is affecting him; pts depression + anxiety an ongoing struggle. Utilizing CBT techniques to combat it
Next session: 2/5/19

2/5/19  Pt continues to struggle c̄ depression + anxiety; working on that utilizing CBT techniques. Pt. continues to try to return to Villanova; Returning to school + having a relationship c̄ a woman are what pt is focused on. Will continue to work c̄ pt on these issues, NEXT APPT: 3/13/20

GRIX
158

A-3375

1/3/19 — Advised pt. that effective 3/1/19 I will be working via telehealth. Pt. amenable to working that way. Pt. continues to struggle c̄ depression + anxiety which continues to vacillate but is consistently interfering in pt's ability to function. Will continue to work c̄ pt. re self-esteem + negative thought patterns. NEXT APPT: 1/9/19

1/9/19 — Pt. discussing his depression, anxiety, anger, + TBI sequelae; Pt. continues to state that he wants to go back to school + hopes he will be able to; working c̄ pt. to address his concerns + assist in helping him function more effectively. NEXT APPT: 1/15/19

1/15/19 — Pt. trying to adjust to living alone — enjoys being independent but continues to struggle c̄ loneliness + frustration about his struggles. Working c̄ pt. to ↑ his positive self-esteem + be able to express his anger in a healthy way. NEXT APPT: 1/23/19

A-3377

| | |
|---|---|
| 12/10/18 (cont'd) | Advised pt. to give my information to the hospital. Will wait to hear from pt. |
| 12/14/18 | Pt. being discharged today. Received Discharge Summary from Syosset Hospital. Appt. scheduled c̄ pt. for 12/19/18. |
| 12/19/18 | Spoke c̄ Dr. Viktoria Toth re pt's hospital stay & her evaluation of pt's diagnoses. Dr. Toth was rude, dismissive & arrogant & not receptive to collaborating. |
| 12/19/18 | Continue to discuss pt's relationship c̄ his ex gf, exploring why pt is allowing himself to be mistreated - pt receptive to examining this issue. Pt states that his self-esteem is low 2° being so far behind his peers in attaining goals in his life. Pt being on his own is somewhat helpful but pt is very lonely. Also discussed pt's hospital stay. Will continue to work c̄ pt on self-esteem. Also discussed again pt. being consistent in treatment. Next appt: 1/3/19 |

GRIX                                        160

| 11/21/18 | Pt is very upset because ex gf has blocked him + told him they cannot have contact anymore. Pt is confused about it and devastated. Focusing on pt trying to meet new people. Advised pt to get self-esteem book. Pt receptive. Exploring why pt is allowing himself to be mistreated. Pt will call re appt. next week. |
| 11/28/18 | re cancelled appts. – death in the family. Pt will call re appt next week. |
| 12/3/18 | Have not heard from pt. re appt; |
| 12/10/18 | Pt. made contact – not doing well Advised pt. to call Dr. Gunyan. Pt considering voluntary hospitalization. Will wait to hear from pt. |
| 12/10/18 | Pt. has decided to voluntarily be admitted to the hospital 2° T thoughts of self-harm. |

A-3379

11/16/18  Pt. greatly concerned about his relationship c̄ his ex gf which is not going well. Pt. struggling 2° low self-esteem + loneliness. Focus on pt. building self-esteem. Will see pt. next week — will call re day + time.

11/14/18  Pt. continues to struggle c̄ his ongoing "relationship" c̄ his ex gf. Pt. appears to be adjusting to his new apt. + enjoying cooking + his independence. Will see pt. next week — will call re date + time.

A-3380

10/10/18 (cont'd) court date next week + moving to Suffolk next week. Pt seeing Dr. Gunyon on Friday. Will see pt. next week on Tuesday 10/16/18.

10/18/18 telephone call Pt's court date went well; Judge dismissed all charges "in the interest of justice." Pt is moving to Suffolk this week; feels good about it. Pt in touch c̄ ex-gf which is not going well + not in his best interest. Will see pt. next week. Pt will call re day + time.

10/16/18 Pt discussing his anxiety about court + moving. Focusing on pt looking at the positive + moving forward once the results are in. Pt will call re court + next appts.

10/23/18 + 10/30/18 Pt unable to come in this week + next; pt will call re next appt.

GRIX                              163

9/11/18 (cont'd) — agreed to monitor; pt. Lithium dosage also increased; pt. states he feels calmer; Will see pt. tomorrow if needed; pt. aware he can call me when I am out of the office. Will see pt. in three weeks - will discuss day - Tuesday October 2 or Wednesday October 3 c̄ pt

10/2/18 — Pt. continues to mourn his brother (anniversary is 10/17/18 - 1 year). Generally pt. is less angry + feels the Latuda + ↑ in Lithium is helping. Pt. concerned about court date - 10/18/18 but feels it will be postponed again. Will see pt. next week - pt. will call re appt. day.

10/10/18 — Pt. seems to be having a negative reaction to the Latuda (?) = ↑ anger; pt. also struggling c̄ his brother's death + 1 year anniversary next week, the

8/29/18 discussing his difficulty c̄ lashing out at others when angry. Pt upset by this + wants to stop it. Pt decided to go back to Dr. Gupta for meds. seeing him tomorrow. Pt. will call re appt day - will see pt next week

9/5/18 Pt extremely upset re court date next week. Discussed tools for pt. to use to calm himself down. Pt was receptive. called pt's psychiatrist which pt agreed to, to discuss medications. Also called pt's mother at his request. Will see pt. next week on Tuesday September 11, 2018.

9/11/18 Pt anxious about sentencing court date tomorrow. Pt said Dr. Gunyon who prescribed Katuda which patient is taking; advised pt. about side effect of anger; pt

8/15/18 (cont'd) + anxious. PTSD symptoms are ↑. Will see pt. next week - pt. will call re appt. day.

8/22/18 Pt. not doing well. frustrated about lack of action on the part of the police re his brother's death. Pt. also anxious + frustrated about his upcoming court case + motion to dismiss in the interest of justice. Pt's PTSD symptoms are significantly interfering c̄ pt's ability to function + cope - nightmares are ↑, physical reactions, etc., pt. isolating + fearful of reminders. Pt. feeling hopeless about his future but said he would not do anything to harm himself. Pt. will call re appt day. I will see pt. next week.

8/29/18 Pt. continues to grieve his brother + is struggling a great deal. Reviewed grief reactions c̄ pt. to normalize it for him (ie. his reactions); pt. also

8/8/18 — Pt. is struggling c̄ grieving his brother's death. Pt. feeling angry about how he died; discussed c̄ pt. that the anger is blocking the sadness which is underneath. Pt. also discussing his hope of going back to school. Pt. concerned about his parents physical illnesses; pt. is supposed to move Oct. 13th. Pt's mood appears less depressed + angry than previously; pt. does state that his mood varies. PTSD symptoms continue — i.e. nightmares, reaction to police, etc. Pt. will call re appt. day next week.

8/15/18 — Pt. continues to discuss his brother's death; anniversary is in Oct. — discussed ↑ sadness 2° its approach. Pt. also discussing moving in October + his concerns about going back to school. Pt's mood continues to be depressed

GRIX      167

A-3384

7/25/18 — Pt. disturbed by ↑ in PTSD symptoms discussing nightmares + high anxiety; pt. also discussing his concerns abt court next Monday. Pt. continues to mourn his brother's death. Pt. was accepted for the apt in Ronkonkoma — pt. planning to move in October. Will see pt next week — pt. will call re appt. day.

7/31/18 — Pt. discussing court case + what occurred yesterday; sentencing has been postponed until September 12th; pt. continues to discuss his brother, + is struggling a great deal c̄ grieving his death. Pt. reacting to all of the above + states that the Medical Marijuana is helping him cope. Will see pt next week — pt will call re appt. day.

7/11/18 Pt. continues to focus on his upcoming Court date + his concerns about it and how it is affecting his functioning. Pt. wants to return to school at Villanova if that is possible. Pt. reports ↑ depression, anxiety + PTSD symptoms as well as TBI sequelae. Pt. continues to employ CBT techniques to combat negative thoughts. NEXT APPT: 7/18/18

7/18/18 Pt. discussing his upcoming Court date + his concerns about it. pt. seeing Medical Marijuana Dr. to address PTSD symptoms that are continuing to interfere in his functioning. Pt. continue to struggle c̄ TBI sequelae. Pt. continues to discuss returning to Villanova; pt. also in the process of getting his own apt. in Ronkonkoma thru the TBI Waiver Program. Will see pt. next week; pt. will call re appt. day.

A-3387

6/20/18 Pt. has returned to treatment + agreed to come consistently. Pt's mood continues to vacillate between feeling less depressed + then feeling ↑ more depressed. Pt's anxiety + PTSD symptoms are being helped somewhat by the medical marijuana; pt. continues to be concerned about his sentencing. Reviewing CBT techniques to ↓ negative thoughts. NEXT APPT:

6/26/18

6/26/18 Pt continues to struggle c̄ depression + anxiety; pt also reports nightmares + flashbacks; pt. continues to be concerned about his upcoming sentencing. Continue to work c̄ pt. to utilize CBT techniques to change negative to positive thoughts. NEXT APPT:

7/3/18

7/3/18 Pt's ongoing struggle c̄ depression, anxiety, PTSD symptoms + TBI sequelae continue to interfere w̄ his functional abilities; pt. working hard to fight back/against his physical/cognitive/emotional struggles. Will continue to work c̄ pt re: negative thoughts. NEXT APPT: 7/11/18

GRIX                                                    170

A-3388

*Maureen C. Grix, Ph.D.*

LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

June 16, 2018

Mr. Brian Pfail

Dear Brian:

As we both know, and have been discussing, your insurance is no longer covering your treatment with me because I am not a participating provider with Beacon Health and your policy does not allow you to go out of network as other policies do. Unfortunately, although I had written to Beacon Health to get approval for a Single Case Agreement for your treatment they denied the request saying that there are other in-network psychologists who are available to work with you. I know that you have not wanted to see anyone else but I also am very aware of the burden this places on your parents even though I have reduced my private fee from $150.00 per session to $95.00 per session for you.

You have not been calling regularly to make appointments and I cannot, either morally or ethically, continue to have you see me intermittently. You know that I have told you a number of times that it is my professional opinion that you be seen on a weekly basis to address the issues you are facing. Through our most previous communication on Tuesday June 12, I had asked you to discuss your decision with your parents and let me know what you have decided and I have not heard from you. Prior to this, our last appointment was on May 23, 2018. This is not in your best interest so, although we have worked together since 2012, my recommendation now is that you find a psychologist in network so that you can see him/her on a weekly basis.
Although this decision is a difficult one for me to make I believe it is the only solution and one that will allow you to continue in treatment in the best possible way for you to continue to move on with your life to the best of your ability and with the consistent support that you need.

Continued...

GRIX                                        171

A-3389

Until you find someone else to work with, if you have not already done so, I will be available to you if you call for an appointment.

It has been a privilege for me to work with you and assist you as you struggle through all you have endured and continue to withstand. You will be out of sight but not out of mind and I wish you all good things always.

Sincerely,

*Maureen C. Grix, Ph.D.*

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

A-3390

*Maureen C. Grix, Ph.D.*

LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID'#20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

June 16, 2018

Mrs. Eileen Pfail
████████████

Dear Eileen:

I have written a letter to Brian which I hope he will share with you. As you are aware, I had written to Beacon Health to request a Single Case Agreement so that Brian could continue in treatment with me but they denied the request. As I have discussed with Brian, it is my professional opinion that he be seen weekly. Unfortunately, Brian has not been making appointments on a weekly basis. I realize it is a hardship for you and Don and wish this wasn't the case as I have worked with Brian for six years and know that his treatment is vital to his recovery from his traumatic brain injury and consequent sequelae. Morally and ethically I cannot continue to see Brian intermittently as it is my professional opinion that he requires consistent weekly treatment to help ameliorate the psychological and physiological trauma he has sustained. I have advised him that until he finds an in-network psychologist I will be available to him for an appointment if he calls me. I have enclosed Brian's outstanding bill for your review and payment. Thank you.

I have come to know you and your family over these many years and admire your courage and steadfast loyalty to your loved ones. Your fortitude in the face of adversity is astounding and I will think of you with fondness always.

Sincerely,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

enclosure

GRIX        173

**A-3391**

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3,123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfall

**Bill as of :**   Jun 1, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $425.00 |
| 9/5/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 9/13/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 9/27/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 9/27/2017 | Payment | | | | | ($200.00) |
| 10/4/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 10/10/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 10/18/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 10/25/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 11/1/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 11/15/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $25.00 |
| 11/28/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| | Insurance cancelled; will accept prior insurance payment of $95.00 per session not the $150.00 regular fee for private pay for sessions not covered by insurance | | | | | |
| 12/5/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 12/13/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX                                                        174

A-3392

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :** Jun 1, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|---|---|---|---|---|---|---|
| 12/20/2017 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 12/20/2017 | Payment | | | | | ($225.00) |
| 1/9/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| | The patient's plan does not provide out of plan benefits for non-emergency services; provider will accept in network payment of $95 per session | | | | | |
| 1/17/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 1/24/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 1/30/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 2/7/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 2/13/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 2/28/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 3/6/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 3/13/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 3/23/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 4/3/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 4/17/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-3393

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail
35 Roxbury Road
Garden City, NY 11530

**Bill as of :**    Jun 1, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| 5/9/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 5/23/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| | | | | | $3,060.00 | $1,935.00 |

**Please Pay this Amount:**    $1,935.00

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | ▮▮▮ | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX                                                                 176

A-3394

5/9/18 — Pt's mood improved; pt. has been accepted into the Medical Marijuana Program. Pt. has also been reaccepted into the TBI Waiver program. Pt. feeling more hopeful. Pt. seeing self again but not sure where it's going. Advised pt. that it is important for his therapy to be consistent either c̄ me or someone else. Will discuss further. Pt. will call re next appt.

5/23/18 — Pt. continues to exhibit ↑ calmness + improved mood. Pt. discussing the insurance issues; advised pt. to seek a participating provider if necessary as he needs to have consistent treatment. Pt. discussing his concerns about his family issues. Pt. will advise re next session +/or continuing in treatment.

GRIX                    177

A-3395

4/3/18 Pt. discussing what occurred at home last week. Pt continues to focus on felony charge. Pt. meeting c Probation officer on Thursday Pt anxious about the meeting Gave pt. letter to give to P.O. Pt's mother having a test re heart valve not working. Pt's father doing poorly as well. Pt. continues to struggle c negative view of himself. Continue to encourage + support patient. P.O will call re next week's appt.

4/17/18 Pt severely depressed + highly anxious re sentencing. S+AA Eval + Medical Marijuana Eval. Pt. also upset re anniversary (6 mos) of his brother's death. Pt. feels hopeless + "pathetic." Pt. struggling to continue in session. Pt. will call re next appt. → Advised pt. to call as needed to verbalize if necessary.

3/13/18 Pt. depressed; focused on not being able to get a job 2° felony charge. Discussing pt's concerns c̄ him; pt. continues to volunteer at Senator Hannon's office. Pt continues to grieve for his brother. Pt continues to work c̄ Lani McElgun for A.M. Will see pt. next week — pt. will call re appt

3/23/18 Pt. discussing what is disturbing him — pt's father physically attacked him + pt. extremely upset by it. Pt. did not respond physically but is very shaken up by it. Pt. feels he needs to move out of his house. Pt. has concerns about appts. 2° new insurance not covering the sessions. Pt. will call re appt.

3/27/18 Pt. unable to have appt. this week 2° insurance issues. Pt. will call re next appt.

3/28/18  Pt discussing the trial & his feelings about it; pt very anxious about the outcome of the trial & preparing himself mentally if he is found guilty. Pt focused on staying in control during the trial; pt also concerned about his parents who are not doing well, particularly his father. Pt's trial resumes tomorrow. Pt will call to advise me about the trial & to schedule next appt.

3/6/18  Pt's trial ended - found not guilty on all counts against the P.O.s - found guilty on felony charge of breaking the window. Pt focused on that rather than all the not guilty counts. Pt has to meet c̄ Probation Officer & needs a letter. Will call Probation Officer & discuss c̄ her. Pt will call re next week's appt.

GRIX                              180

A-3398

2/7/18 Pt. states he is depressed about his brother Steven's death. Discussed pt's neuro y report from Winthrop. Pt. also discussed his upcoming trial but then said he didn't want to talk about it. Pt. seeing Lani McElgun for Anger Management, having second appt tomorrow. Will call re next appt.

2/13/18 Pt. continues to grieve for his brother; pt continues to work c̄ Lani McElgun for Anger Management; pt preparing for trial - meeting c̄ attorney. Pt. depressed + has negative self-image. Pt. hopeless about his future. Will see pt. next week - pt. will call re next appt.

2/20/18 Pt. did not have session this week, 2° trial. Will hopefully see pt. next week.

**A-3399**

1/17/18 (cont'd) discussing his concerns about his father's behavior 2° his hydrocephalus; pt. continues to grieve his brother's death. Pt. will call re next appt.

1/24/18 Pt. discussing the postponement of his trial & how it is affecting him; recommended pt. make an appt. c̄ Lani McElgun - Anger Management Specialist; pt. receptive; pt. continues to struggle c̄ the loss of his brother as well as upcoming trial; Pt will call re next appt;

1/30/18 Pt. made appt c̄ Anger Management Specialist; pt. continues to grieve the loss of his brother; pt. not dating at this time; has decided to wait 2° what is occurring in his life. Pt. anxious about upcoming trial. Generally pt appears calmer than he has been in the past. Will call me re next appt.

A-3400

12/20/17    Pt. discussing his mood + how he is trying to cope c̄ the stress of the upcoming trial; pt. focused on Christmas + how he feels about it in relation to his brother's death. Pt. continues to struggle c̄ his brother's death + his own issues. Will see pt. in January when I return. Pt. will call re next session.

1/9/18    Pt's trial has not started yet; pt. continues to struggle c̄ his anxiety re trial; also struggling c̄ family issues — ie brother's death, father's illness; pt. continues to socialize which is helping him c̄ relaxation at times. Pt. will call re next session.

1/17/18    Pt.'s trial is scheduled to start on Monday 1/22/18; pt. concerned + anxious about trial; pt. highly anxious about seeing the police officers involved in his arrest; pt. also

A-3401

12/5/17 — Pt discussing his request to have me write a letter in support of him being eligible for medical marijuana to help him cope c his PTSD symptomatology. Advised pt to have his psychiatrist write the letter for him. Pt also discussing his family's financial situation, his brother's death + how he will handle Christmas. Pt will call me session next week.

12/13/17 — Pt discussing how he feels about his upcoming trial which was postponed until Jan 4, 2018. Pt also discussing his socializing + how he enjoyed being in Manhattan c others. Pt's mood stable today, pt not experiencing PTSD like symptoms today although he reports nightmares + flashbacks when he is going to court. Pt continues to mourn his brother's death. Pt will call me session next week.

11/15/17 (cont'd) feels about both of them as well as young woman from St. John's c̄ whom he is having minimal contact. Pt. trying to cope the best he can c̄ his feelings about his brother's death. Advised pt. that I sent his mother the names of two psychiatrists at NYU who specialize in TBI related cognitive, behavioral + emotional difficulties - Dr. Scott Hirsch and Dr. Lindsey J. Gurin. Pt. will call me next session

11/28/17 Pt. discussing the outcome of the trial + how he feels about it. Pt. concerned about the next trial + reports nightmare + flashbacks when thinking about reliving what occurred. Pt continues to plan for the future, i.e. going back to school, etc. Pt. will call me session next week.

A-3403

0/25/17 (cont'd) on TBI waiver program + possibly getting housing; will continue to communicate c̄ her. Will wait for pt. to call re next appt.

1/1/17 Pt. grieving deeply about his brother's death; pt. vacillating between feeling angry + feeling extremely bad. Pt. extremely vulnerable; pt. highly anxious about court tomorrow. Encouraged pt. to not react to anything; family friend going c̄ him which is helping him. Pt. will advise me of outcome. Pt. will contact me re next appt.

1/15/17 Pt. discussing the trial, how it is going + how it is affecting him. Pt. continues to grieve deeply for his brother. Pt. also discussing the woman he is dating + being in contact c̄ his ex gf + how he

A-3404

**Stephen Michael Pfail**
**8/12/91 - 10/17/17**



Stephen Michael Pfail passed away suddenly on October 17, 2017 at the age of 26. Stephen was a resident of Garden City until recently when he moved into his Upper East Side apartment in Manhattan. His impact on his family, friends, and beloved girlfriend, Kara, did not go unnoticed. Born in Floral Park and raised in Garden City, Stephen had a beautiful childhood filled with love and laughter. His two older brothers, Thomas and Brian, and his younger sister, Erin, look back fondly at his love and charisma.

As a student at Chaminade High School (Class of 2009), Stephen found his sense of humor and lust for life. A member of the Chaminade Wrestling team for four years and two years on the Chaminade Lacrosse team, Stephen was a dedicated athlete. He marched at his own beat through the halls of Chaminade. Attending high school with his older brother, Brian, grew them closer then ever before. Stephen and Brian were roommates and best friends. No words can describe the relationship the two of them shared.

His oldest brother, Thomas, fondly looks back at the lacrosse catches the two of them shared in the backyard, constantly talking back and forth. As mini-Rangers, the two shared many memories together playing iced hockey at Hubbell's Pond. The three boys held the Rangers spirit close to their hearts from youth into adulthood. Thomas, Brian, and Stephen celebrated a huge Ranger win together at Mustang Harry's where they met "Dancing Larry."

He had a special place in is heart for his baby sister, Erin. She always sat, with a big bow in her hair, mesmerized by whatever came out of his mouth. He was her storyteller. He was her best friend. She is a senior nursing student at the University of Scranton and plans to follow in his footsteps and graduate in May.

Stephen attended the University of Scranton (Class of 2013) with a Bachelor's of Science and a Masters in Accountancy. Going out with friends was one of Stephen's favorite past times. Stephen always loved a good party. Parade day was Stephen's absolute favorite day of the year. "Ain't no party like a Scranton cuz' a Scranton party don't stop - Michael Scott" - Stephen Pfail. Well...Stephen proved that to be true. As a talented guitarist, Stephen was

**A-3405**

### Stephen Michael Pfail
### 8/12/91 - 10/17/17

constantly strumming with his college buddies in the band Cucumber Salad. As "the cute bouncer at Cockeyed's," Stephen boasted his huge muscles and charmed everyone around him. His college friends saw the light in his heart and embraced his hilarious comic routines. Oh could he make a group laugh... He found himself at Scranton! The people, the education, the Jesuit values, everything drew Stephen in. The University of Scranton molded Stephen into the beautiful man that he is. He truly found his home in Scranton, Pennsylvania for five incredible years.

Stephen's girlfriend of four years, Kara, was his everything. After catching his eye in February of his graduate school year, Stephen was hooked. Within months of meeting her, Stephen told his mother and sister that Kara was the one for him. He loved her with his heart open and their love will always carry on. Stephen spent his weekends off from work lounging in his sweatpants watching Netflix at our summer house in Point Lookout with Kara and the family. His very own paradise.

A few years back, Stephen (against the advice of his parents) got a tattoo. Unbeknownst to mom and dad, his tattoo was filled with unconditional love for his family. In Latin, **"Mi Familia Omnia, Omnia mi Familia"** which translates to **"Family is Everything, Everything is Family."** He also has a fighting Irishmen tattoo in memory of his late grandmother. Stephen always had little ways of showing his love.

His father, Donald, cherishes his memories coaching Rams lacrosse and working together at Keefe Bruyette & Woods during his college years. Stephen followed in his father's footsteps with a Masters in Accountancy with a fond admiration of his father's success. Stephen worked as a Senior Associate at KPMG and was very dedicated to his work. Donald was so proud of Stephen!

Stephen held a special place in his heart for his beautiful and loving mother, Eileen. As the baby of the three boys, Stephen always kept mom on her toes. Even adding a few gray hairs! She always melted at the twinkle in his eyes and his adorable dimples. He grew into a handsome young man that his mom was so proud of and loved dearly. Stephen always took the time to spend making her smile and laugh whenever he was home with us. He spent hours on hours talking with mom, both of them forgetting where the time went.

Through the struggles the Pfail family has endured, Stephen was the glue that kept us together. A day will not go by that we will not miss his contagious laugh and sense of humor that filled our household. Stephen touched so many lives in his short time on earth and will continue to look down on us from above.

**"Last night I saw you in my dreams. Now I can't wait to go to sleep."** (A quote from his favorite artist, Kanye West) Rest easy, Stephen. We will love you forever and always, our beautiful angel.

Endless Love,
Mom, Dad, Thomas, Brian, Erin, Toby, & Hunter

A-3406

10/13/17 — Pt called yesterday to tell me his younger brother was found dead in his apartment. Pt distraught. Pt came in & spoke about his brother; was with pt in his grief. Will keep in touch c̄ pt as needed.

10/23/17 — Went to wake for pt's brother. pt. was not there — spoke c̄ pt on the phone after leaving the wake. Will wait for pt to call re next session.

10/25/17 — Pt came in for session. pt talking about his brother's wake + what occurred at the wake + funeral. Pt continues to mourn his brother. Discussing pt. seeing his ex gf + how it will affect his mother. Allowing pt to mourn his brother + express himself about it. Advised pt. that I had spoken c̄ his mother about his ex gf.

Also spoke c̄ Denise Galloway this morning re pt being reinstated

GRIX

189

STATE OF NEW YORK    )
    )    ss.:
COUNTY OF NEW YORK   )

**AFFIDAVIT OF SERVICE
BY OVERNIGHT FEDERAL
EXPRESS NEXT DAY AIR**

       I, Melissa Pickett, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

    **On April 30, 2026**

deponent served the within:  **DEFENDANTS' DVD EXHIBITS D AND E**

    **Upon:**

SCOTT A. KORENBAUM
SCOTT A. KORENBAUM, ESQ.
14 Wall Street, Suite 4C
New York, New York 10005
(212) 587-0018

   – and –

FREDERICK K. BREWINGTON
LAW OFFICES OF
  FREDERICK K. BREWINGTON
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959
*Attorneys for Plaintiff-Appellee*

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, enclosed in a properly addressed wrapper in an Overnight Next Day Air Federal Express Official Depository, under the exclusive custody and care of Federal Express, within the State of New York.

**Sworn to before me on April 30, 2026**

**/s/ Mariana Braylovskiy**
*Mariana Braylovskiy*
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2030

**/s/ Melissa Pickett**
**Melissa Pickett**

**Job #  392582**