# 25-3129 (L),
## 25-3132 (CON), 25-3135 (CON)

## United States Court of Appeals
### *for the*
## Second Circuit

BRIAN PFAIL,

*Plaintiff-Appellee,*

− v. −

COUNTY OF NASSAU, POLICE OFFICER JONATHAN PANUTHOS, in his individual and official capacity, POLICE OFFICER KAREN C. O'BRIEN, in her individual and official capacity, JOHN DOES 1-10, in their individual and official capacities, NASSAU COUNTY POLICE DEPARTMENT, SERGEANT THOMAS IANNUCCI, in his individual and official capacity, POLICE OFFICER JOSEPH MASSARO, in his individual and official capacity,

*Defendants-Appellants.*

———————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## APPENDIX FOR DEFENDANTS-APPELLANTS
## VOLUME 13 OF 17 (PAGES A-3407 TO A-3690)

<table>
<tr><td>

MATTHEW A. CUOMO<br>
CUOMO LLC<br>
*Attorneys for Defendant-Appellant*<br>
  *Thomas Iannucci*<br>
200 Old Country Road, Suite 2 South<br>
Mineola, New York 11501<br>
(516) 741-3222

</td><td>

LEO DORFMAN<br>
SOKOLOFF STERN LLP<br>
*Attorneys for Defendant-Appellant*<br>
  *Joseph Massaro*<br>
179 Westbury Avenue, Suite 201<br>
Carle Place, New York 11514<br>
(516) 334-4500

</td></tr>
</table>

*(For Continuation of Appearances See Inside Cover)*

 (800) 4-APPEAL • (392582)

HELEN M. BENZIE
THE LAW OFFICE OF
  VINCENT D. MCNAMARA
*Attorneys for Defendants-Appellants*
  *Police Officer Jonathan Panuthos, in*
  *his individual and official capacity.*
  *Police Officer Karen C. O'Brien, in*
  *her individual and official capacity,*
  *Nassau County Police Department*
1045 Oyster Bay Road, Suite 1
East Norwich, New York 11732
(516) 922-9100
hbenzie@vdm-law.com

i

# TABLE OF CONTENTS

**Page**

U.S. District Court Docket Entries ........................... A-1

Complaint, dated February 1, 2016 .......................... A-37

Answer, by Defendants, dated April 1, 2016 ............. A-64

Order of the Honorable Cheryl L. Pollak, dated
    January 2, 2023 ...................................................... A-77

Order of the Honorable Cheryl L. Pollak, dated
    November 8, 2023 ................................................ A-88

Proposed Pretrial Order, dated May 10, 2024............ A-93

Proposed Pretrial Order with Comments, dated
    January 3, 2025 ..................................................... A-153

Proposed Pretrial Order, dated January 14, 2025 ...... A-195

Motions *In Limine*, by Plaintiff, dated
    March 21, 2025 ..................................................... A-234

Motions *In Limine*, by Plaintiff, dated
    March 21, 2025 ..................................................... A-243

    Exhibit A to Motions In Limine -
    (i) Certificate of Disposition Dismissal, in *The
    People of the State of New York v. Pfail*, Nassau
    County Court Case No. 00402B-2015, dated
    December 21, 2018 ............................................... A-252

    (ii) Certificate of Disposition Acquittal, in *The
    People of the State of New York v. Pfail*, Nassau
    County Court Case No. 00402N-2015, dated
    December 20, 2018 ............................................... A-254

    (iii) Certificate of Disposition Dismissal, in *The
    People of the State of New York v. Pfail*, Nassau
    County Court Case No. 00402A-2015, dated
    December 21, 2018 ............................................... A-255

**ii**

**Page**

(iv) Certificate of Disposition, in *The People of the State of New York v. Pfail*, Nassau District Court Docket No. CR-003681-17NA, dated December 21, 2018 ............................................... A-256

(v) Certificate of Disposition, in *The People of the State of New York v. Pfail*, Queens Criminal Court Docket No. CR-016669-17QN, dated November 19, 2018 ............................................... A-257

Request to Charge, by Plaintiff, dated March 21, 2025 ...................................................... A-258

Proposed Verdict Sheet, filed May 21, 2025 .............. A-304

Motion *In Limine*, by Defendants, dated March 21, 2025 ...................................................... A-309

Notice of Motion I*n Limine*, by Defendant Police Officer Joseph Massaro, dated March 21, 2025 .... A-316

Declaration of Leo Dorfman, for Defendant Police Officer Joseph Massaro, in Support of Motion, dated March 21, 2025 ........................................... A-318

Exhibit A to Dorfman Declaration - Neuropsychological Evaluation of N.G. Berrill, Ph.D., dated May 19, 2020 ................................... A-320

Exhibit B to Dorfman Declaration - Dr. N.G. Berrill's Amended Expert Report Disclosure Pursuant to FRCP Rule 26(A)(2)(a), by Plaintiff, dated December 10, 2024 .................. A-338

Annexed to Disclosure - Updated Evaluation of N.G. Berrill, Ph.D., dated December 4, 2024 ................................... A-342

Exhibit C to Dorfman Declaration - Deposition Transcript of Dr. N.G. Berrill, dated December 20, 2024 ............................................... A-369

**iii**

| | Page |
|---|---|

Exhibit D to Dorfman Declaration -
Deposition Transcript of Dr. Naftali Garcia
Berrill, dated February 4, 2025 ............................... A-503

Motion *In Limine*, by Defendants, for an Order to
Preclude Dr. Berrill's Testimony, dated
March 21, 2025 ...................................................... A-616

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
March 21, 2025 ...................................................... A-635

Memorandum of Law, by Defendants, in Opposition
to Plaintiff's Motion *In Limine*, dated
April 4, 2025 ......................................................... A-637

Opposition, by Plaintiff, to Defendants' Motions *In
Limine*, dated April 4, 2025 ................................... A-649

Opposition, by Plaintiff, to Defendants' Motions to
Preclude Dr. Berrill, dated April 4, 2025 ............... A-657

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated April 14, 2025............................... A-669

Exhibit A to Letter -
Independent Neuropsychological Evaluation of
Dustin J. Gordon, Ph.D., dated June 22, 2023 ....... A-673

Exhibit B to Letter -
Neuropsychological Evaluation of Amanda L.
Sacks, Ph.D. and Wayne Gordon, Ph.D., dated
August 12, 2008 ..................................................... A-712

Exhibit C to Letter -
Patient Care Report of Nassau County Police
Emergency Ambulance Bureau, dated
July 16, 2013 ......................................................... A-721

Exhibit D to Letter -
Medical Records from Nassau University
Medical Center....................................................... A-723

iv

Page

Exhibit E to Letter -
Medical Records from Nassau University
Medical Center...................................................... A-729

Exhibit F to Letter -
Initial Psychiatric Rehabilitation Assessment
Note of Danielle Dimeo, dated July 18, 2013 ....... A-738

Exhibit G to Letter -
Excerpts from Discharge Summary of John
Maloy, M.D., dated November 12, 2013 ............... A-740

Exhibit H to Letter -
Excerpt from Documents Review Report, dated
December 3, 2014.................................................. A-743

Exhibit I to Letter -
Documents Review Report, dated
February 7, 2017................................................... A-745

Exhibit J to Letter -
Excerpt from Initial Psychiatric Rehabilitation
Assessment, dated February 24, 2017 ................... A-751

Exhibit K to Letter -
Excerpts from Discharge Summary of Augusto
Angulo, M.D., dated April 14, 2015...................... A-753

Exhibit L to Letter -
Excerpt from Discharge Summary of Patricia
Giarrusso, N.P., dated February 24, 2017 ............. A-756

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated May 2, 2025 . A-758

Letter from John Carnevale to the Honorable Nina
R. Morrison, dated May 5, 2025............................ A-760

Transcript of Pretrial Conference held before the
Honorable Nina R. Morrison, dated May 6, 2025 . A-762

Letter from Matthew A. Cuomo to the Honorable
Nina R. Morrison, dated May 10, 2025 ................. A-810

v

**Page**

Letter from Matthew A. Cuomo to the Honorable
Nina R. Morrison, dated May 11, 2025 ................. A-812

Annexed to Letter -
(i) Transcript of Trial Proceedings held before the
Honorable Terence P. Murphy, in *The People of
the State of New York v. Pfail*, Nassau County
Supreme Court Indictment No. 402A-15, dated
February 27, 2018 .................................................. A-813

(ii) Excerpts from Transcript of Trial Proceedings
held before the Honorable Terence P. Murphy, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402A-15, dated March 1, 2018 .............................. A-892

Excerpts from Transcript of Pretrial Conference
held before the Honorable Nina R. Morrison,
dated May 12, 2025 ................................................ A-945

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 13, 2025 .......................................................... A-966

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 14, 2025 .......................................................... A-1014

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 15, 2025 .......................................................... A-1245

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 15, 2025 .......................................................... A-1247

Transcript of Conference in Chambers held before
the Honorable Nina R. Morrison, dated
May 15, 2025 .......................................................... A-1489

**vi**

**Page**

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 16, 2025 ........................................................ A-1497

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 18, 2025 ........................................................ A-1714

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 19, 2025 ........................................................ A-1716

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated May 19, 2025 .............................. A-1721

Exhibit A to Letter -
Letter from Tammi M. Mitchell to Maureen Grix,
Ph.D., dated April 29, 2019 .................................. A-1723

Exhibit B to Letter -
Email from Maureen Grix, Ph.D. to Frederick K.
Brewington, dated May 5, 2018, with Letters ....... A-1724

Exhibit C to Letter -
Combined First Set of Interrogatories and
Requests for Documents, by Defendants, dated
July 23, 2019 ........................................................ A-1729

Exhibit D to Letter -
Letter from Jeremy J. Scileppi to Maureen Grix,
Ph.D., dated May 9, 2019 ..................................... A-1739

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated May 20, 2025 .............................. A-1740

Exhibit A to Letter -
List of Items Being Filed, in *The People of the
State of New York v. Pfail*, Nassau County
Supreme Court Indictment No. 402N-15 ............... A-1748

vii

**Page**

Exhibit B to Letter -
Letter from Matthew Perry to the Honorable
Teresa Corrigan, dated January 19, 2018 ............... A-1752

Exhibit C to Letter -
Excerpts from Transcript of Trial Proceedings, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402N-15, dated March 2, 2018 ............................. A-1753

Proposed Jury Charge, filed May 20, 2025 ................ A-1767

Transcript of Trial Proceedings held before the
    Honorable Nina R. Morrison, dated
    May 20, 2025 .......................................... A-1800

Jury Charge, dated May 21, 2025 .............................. A-2071

Annexed to Jury Charge -
Proposed Verdict Sheet ......................................... A-2102

Letter from Frederick K. Brewington to the
    Honorable Nina R. Morrison, dated
    May 21, 2025 .......................................... A-2105

Exhibit A to Letter -
Letter from Lavern Van Ommeren to Leo
Dorfman, dated January 12, 2023 .......................... A-2109

Exhibit B to Letter -
Order of the Honorable Cheryl L. Pollak, dated
January 2, 2023 ...................................... A-2110

Exhibit C to Letter-
Letter from Lavern Van Ommeren to Ralph
Reissman, dated January 12, 2023 ......................... A-2121

Exhibit D to Letter -
Letter from Tammi M. Mitchell to Jeremy James
Scileppi, dated April 17, 2019 .............................. A-2122

viii

**Page**

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 21, 2025 ........................................................ A-2123

Letter from Matthew A. Cuomo to the Honorable
Nina R. Morrison, dated May 22, 2025 ................. A-2336

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 22, 2025 ........................................................ A-2339

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 23, 2025 ........................................................ A-2410

Verdict Sheet, dated May 23, 2025 ............................ A-2616

Letter from John Carnevale to the Honorable Nina
R. Morrison, dated May 26, 2025 .......................... A-2619

Proposed Jury Charge, filed May 27, 2025 ................ A-2621

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated May 27, 2025 .............................. A-2628

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 27, 2025 ........................................................ A-2631

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 27, 2025 ........................................................ A-2889

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 28, 2025 ........................................................ A-2891

Jury Charge, dated May 28, 2025 .............................. A-3108

Annexed to Jury Charge -
Proposed Verdict Sheet (Damages)........................ A-3116

Supplemental Jury Charge, dated May 29, 2025 ....... A-3118

ix

**Page**

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 29, 2025 ........................................................ A-3120

Verdict Sheet (Damages), dated May 29, 2025 ......... A-3159

Defendants' Trial Exhibit C -
Redacted Indictment, in *The People of the State
of New York v. Pfail*, Nassau County Supreme
Court .................................................................... A-3161

Defendants' Trial Exhibit D -
DVD Containing Outside Video ............................. A-3169

Defendants' Trial Exhibit E -
DVD Containing Inside Video................................ A-3171

Defendants' Trial Exhibit F -
Redacted District Court – Felony Complaint, in
*The People of the State of New York v. Pfail*,
Nassau County District Court Docket No. 23996 . A-3173

Defendants' Trial Exhibit G -
District Court – Information, in *The People of the
State of New York v. Pfail*, Nassau County
District Court Docket No. 23996............................ A-3182

Defendants' Trial Exhibit O -
Redacted Neuropsychological Evaluation of
Wayne A. Gordon, Ph.D., dated August 12, 2008 . A-3185

Defendants' Trial Exhibit P -
Redacted Emergency Department Nursing Care
Record from Nassau University Medical Center... A-3189

Defendants' Trial Exhibit Q -
Redacted Initial Psychiatric Rehabilitation
Assessment Note of Danielle Dimeo, dated July
18, 2013 ................................................................ A-3191

x

**Page**

Defendants' Trial Exhibit R -
Patient Results Report from Nassau University
Medical Center, dated November 4, 2014 ............. A-3193

Defendants' Trial Exhibit BBBBB -
Photograph of Plaintiff's Face ............................... A-3197

Defendants' Trial Exhibit CCCCC -
Photograph of Plaintiff's Face ............................... A-3199

Defendants' Trial Exhibit DDDDD -
Photograph of Plaintiff's Face ............................... A-3201

Defendants' Trial Exhibit FFFFF -
Aerial View of Incident Location .......................... A-3203

Defendants' Trial Exhibit IIIII -
Photograph of Plaintiff's Face ............................... A-3205

Defendants' Trial Exhibit JJJJJ -
Photograph of Plaintiff's Sweatshirt...................... A-3207

Defendants' Trial Exhibit ZZZZZ -
Redacted Nassau County Police Dept Physical
Condition Questionnaire of Brian J. Pfail, dated
November 4, 2014 ................................................. A-3209

Court Exhibit 2 -
Email from John Carnevale to Albert Huber and
Freddie Valderrama, dated May 22, 2025.............. A-3212

Court Exhibit 3 -
Email Thread between Freddie Valderrama, John
Carnevale, *et al.*, dated May 15-16, 2025.............. A-3213

Court Exhibit 4 -
Handwritten Abuse of Process Questions.............. A-3217

Trial Exhibit -
Medical Records from Maureen Grix, Ph.D.......... A-3218

Judgment in a Civil Action, dated May 30, 2025 ...... A-4205

Notice of Appeal, dated June 26, 2025 ...................... A-4206

**xi**

**Page**

Letter from Robert F. Van der Waag to the
Honorable Brenna B. Mahoney, dated
June 26, 2025 ......................................................  A-4208

Motion and Notice of Motion, by Plaintiff, for Costs
and Reasonable Attorneys' Fees, dated
July 22, 2025 .......................................................  A-4209

Declaration of Frederick K. Brewington, for
Plaintiff, in Support of Motion, dated
July 22, 2025 .......................................................  A-4212

Exhibit 1 to Brewington Declaration -
Pre-Bill Worksheet from the Law Offices of
Frederick K. Brewington, dated July 18, 2025 ......  A-4265

Exhibit 2 to Brewington Declaration -
Abbreviated *Curriculum Vitae* of Frederick K.
Brewington ..........................................................  A-4347

Exhibit 3 to Brewington Declaration -
Declaration of Harry Ballan, in *Greenaway v.
County of Nassau*, U.S. District Court, EDNY
Case No. 11-cv-2024 (LDH) (AKT)
("Greenaway Action"), dated June 15, 2018 .........  A-4398

Exhibit 4 to Brewington Declaration -
Declaration of Patricia E. Salkin, for Plaintiff, in
Support of Motion, in Greenaway Action, dated
June 18, 2018 .......................................................  A-4401

Exhibit 5 to Brewington Declaration -
Declaration of Howard A. Glickstein, for
Plaintiff, in Support of Motion, in Greenaway
Action, dated June 11, 2018 ..................................  A-4406

Exhibit 6 to Brewington Declaration -
Declaration of Randolph M. McLaughlin, for
Plaintiff, in Support of Motion, in Greenaway
Action, dated June 15, 2018 ..................................  A-4410

xii

**Page**

Exhibit 7 to Brewington Declaration - Declaration of Rick Ostrove, for Plaintiff, in Support of Motion, in Greenaway Action, dated June 15, 2018 ........................................... A-4416

Exhibit 8 to Brewington Declaration - Declaration of Jonathan C. Moore, for Plaintiff, in Support of Motion, in *Besedin v. County of Nassau*, U.S. District Court, EDNY Case No. CV-18-819 (NRM) (ST) ("Besedin Action"), dated November 14, 2024 ...................................... A-4421

Declaration of Scott A. Korenbaum, for Plaintiff, in Support of Motion, dated July 21, 2025 ................ A-4433

Exhibit 1 to Korenbaum Declaration - Declaration of Gabriel P. Harvis, for Plaintiff, in Support of Motion, in Besedin Action, dated November 13, 2024 ................................................ A-4450

Exhibit 2 to Korenbaum Declaration - Declaration of Jonathan C. Moore, for Plaintiff, in Support of Motion, in Besedin Action, dated November 14, 2024 ................................................ A-4467

Exhibit 3 to Korenbaum Declaration - May and June 2025 Time and Expense Entries for SAK .................................................................. A-4478

Memorandum of Law, by Plaintiff, in Support of Motion, dated July 22, 2025 ................................. A-4484

Declaration of John Carnevale, for Defendants, in Support of Motion for Judgment and for a New Trial or Remittitur Pursuant to Rules 50 and 59, dated August 1, 2025 ........................................... A-4512

Combined Memorandum of Law, by Defendants, in Support of Motion for Judgment and for a New Trial or Remittitur Pursuant to Rules 50 and 59, dated August 1, 2025 ........................................... A-4513

**xiii**

**Page**

Exhibit A to Carnevale Declaration -
Excerpts from Transcripts of Trial Proceedings
held before the Honorable Nina R. Morrison ........ A-4562

Exhibit B to Carnevale Declaration -
Excerpts from Transcript of Trial Proceedings
held before the Honorable Terence P. Murphy, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402A-15, dated February 27, 2018 ........................ A-4615

Memorandum of Law, by Defendants, in Opposition
to Plaintiff's Motion for Attorneys' Fees and
Costs, dated September 4, 2025 ............................. A-4626

Memorandum of Law, by Plaintiff, in Opposition to
Defendants' Motion for Judgment and for a New
Trial or Remittitur Pursuant to Rules 50 and 59,
dated September 4, 2025 ....................................... A-4646

Reply Memorandum of Law, by Defendants, in
Further Support of Motion for Judgment and for
a New Trial or Remittitur Pursuant to Rules 50
and 59, dated September 17, 2025 ......................... A-4693

Memorandum and Order of the Honorable Nina R.
Morrison, dated November 13, 2025 ..................... A-4717

Memorandum and Order of the Honorable Nina R.
Morrison, dated December 3, 2025 ....................... A-4761

Notice of Appeal, by Defendants County of Nassau.
Nassau County Police Department, Police Officer
Jonathan Panuthos, Police Officer Karen C.
O'Brien and John Does 1-10, dated
December 11, 2025 .............................................. A-4765

Notice of Appeal, by Defendant Sergeant Thomas
Iannucci, dated December 11, 2025 ....................... A-4767

Notice of Appeal, by Defendant Police Officer
Joseph Massaro, dated December 11, 2025 ........... A-4769

**A-3407**

10/4/17 — Pt called + was able to come in for session; pt. discussing what occurred at car dealership, pt. bought a 2011 Ford Mustang - grey. Pt. also discussing dating + how it is going. Pt. continues to struggle c̄ TBI symptoms + PTSD like symptoms. Pt's mother will give me a copy of pt's neuro eval. Will see pt. next week on Tuesday 10/10/17.

10/10/17 — Pt. discussing how he feels about the new car + the loan that was taken out for it. Pt. highly anxious about the court case tomorrow. Discussing pt knowing that he is reacting to that + everything else is secondary. Called pt's parents + had a conference call c̄ them + pt. Will wait for pt. to call re scheduling appt. for next week.

A-3408

9/26/17 Spoke c̄ pt. + his parents in a conference call this evening to allow pt. to share c̄ his father in particular what he feels (hurt) about his father's reactions to him. Will discuss further c̄ pt in session.

9/27/17 Pt continues to be in good spirits, discussing his plans to return to school after the trials. pt seeing ex gf + two other women. Pt. asking if I have children which I did not share. Discussed conference call c̄ pt. + encouraged him to try to not rehash what has happened in the past but focus on the present. Will see pt. next week – pt will call re appt.

10/4/17 Pt. cancelled appt. 2° conflict c̄ having to go to 5 towns + traffic problems possibly interfering c̄ arriving on time. Will see pt. next week on Tuesday Oct. 10, 2017.

(VOID) ↓ pt. did make it in time.

9/5/17 — Pt. discussing upcoming trial + his concerns about it. Pt. also discussing family. Pt. continues to volunteer at Kemp Hannon's office. + states he is enjoying it. Pt. had a date this past week which he said was "OK". Will see pt. next week — will speak to pt. to schedule.

9/13/17 — Pt in good spirits — exhibiting humor + relaxed; pt. had words c̄ ex gf + discussed what he thought about what occurred; advised pt. re to handle it better in the future. Pt. + his mother meeting c̄ Atty on Sept. 18 + 19 to prep for trial which is to begin on Oct. 11th. Will see pt in 2 weeks — will speak to pt. to schedule.

8/23/17 — Pt's mood continues to be less angry; pt. discussing what is occurring at home c̄ his siblings + parents. Pt. went for neuropsych testing; Pt's court date scheduled for Sept. 18 + 19; Will see pt. next week on Wed. 8/30/17.

8/29/17 — Changed pt's appt. to today; pt continues to volunteer at Senator Kemp Hannon's office; pt. discussing his father + brother; Pt. concerned about upcoming trials. Pt. states he is having suicidal ideation but would not carry it out — describes it as "his body needing to die to stop the pain." Will see pt. next week — pt. will call me day of appt.

A-3411

8/9/17  Pt. is concerned about going to court, continues to discuss, how he is feeling regarding going to court and all that has occurred in his life. Pt. is anxious to move on in his life. Pt's verbalizations are less angry. Will see pt. next week on Wednesday, August 16, 2012

8/16/17  Pt's mood less angry; pt. continues to volunteer at Senator Hannon's office & is enjoying it. Pt. is very focused on moving on with his life. Pt. states his mood continues to be depressed at times but is trying to work thru it. Will see pt. next week next week on Wednesday 8/23/12.

A-3412

Page 1 of 1

Subj: **Corrected letter to Nicole Polidoro at SILO for Brian Pfail**
Date: 7/29/2017 7:55:01 P.M. Eastern Daylight Time
From: NeuroG@aol.com
To: ▇▇▇▇▇▇▇▇▇ dgalloway42001@yahoo.com

Hi Again Eileen & Denise,

Attached is the letter to Nicole Polidoro which shows the corrected, full address, which I am mailing directly to her. Sorry for the error. Any questions, let me know.

Sincerely,
Dr. Grix

The information and material contained in this e-mail and any attachments are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy of distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify Dr. Maureen Grix, 516-746-3691 immediately by telephone to arrange for its proper return.

This e-mail contains protected health information protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

A-3413

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

July 29, 2017

Ms. Nicole Polidoro, Regional Lead
Traumatic Brain Injury Waiver
SILO
755 Waverly Avenue
Holtsville, NY 11742

Dear Ms. Polidoro,

I am writing to you in support of Brian Pfail being reinstated into the Traumatic Brain Injury Waiver Program.

Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – 2/8/2017
May 4, 2017 – present
Any interruption in treatment is secondary to patient being admitted to a Traumatic Brain Injury Rehabilitation Center or being hospitalized.

Mr. Pfail's diagnoses are:
1. Depressive Disorder Due to Traumatic Brain Injury with Major depressive-like episode – Code F06.32 (formerly 293.83).
2. Anxiety Disorder Due to Traumatic Brain Injury - Code F06.4 (formerly 293.84)
3. Mild Neurocognitive Disorder Due to Traumatic Brain Injury – Code G31.84 (formerly331.83) With Behavioral Disturbance (Anger Management Issues)

Mr. Pfail is currently attending weekly individual therapy sessions with this Neuropsychologist/Psychotherapist. He is being treated for the diagnoses stated above and because he is currently exhibiting symptoms of Post Traumatic Stress Disorder he is being monitored closely to determine if he meets the criteria for the diagnosis.

Continued...

GRIX

196

A-3414

2

Mr. Pfail has been suffering from both psychiatric and psychosocial sequelae of head injury since he was the victim of an assault in April 2007. His psychiatric symptoms (i.e., major depressive-like episodes) are of an organic etiology combined with reactive symptoms to his injury. The alterations in personality that Mr. Pfail exhibits typically reflect damage to the frontal and/or temporal lobes. Mr. Pfail exhibits the frontal lobe personality changes of excitability manifested as impulsivity, emotional lability and mood swings. In addition he exhibits the temporal lobe personality changes which include episodic hyperirritability and angry or aggressive outbursts.

Mr. Pfail's treatment was interrupted in January of this year as the result of having been arrested and charged with domestic violence. Subsequent to being incarcerated, Mr. Pfail was hospitalized at Zucker Hillside Hospital of the Northwell Health System as a consequence of suicidal ideation with a plan while he was incarcerated. Mr. Pfail was recently informed that during this period of hospitalization his eligibility for remaining on the TBI Waiver Program had lapsed. However, during this time, his Service Coordinator, Denise Galloway, continued to be in contact with Mr. Pfail and Zucker Hillside Hospital in trying to have Mr. Pfail transferred to a Traumatic Brain Injury Rehabilitation Center upon his release from the hospital which, due to Mr. Pfail's untimely and inappropriate discharge from Zucker Hillside, did not occur.

Since his return to treatment with me on May 4, 2017 and his treatment with a new psychiatrist who has been adjusting his medication regimen, his behavior has been more stable than previously. However, it would be in his best interest to have the additional services that would be available to him through the TBI Waiver Program.

It is my professional opinion that Mr. Pfail requires the extensive treatment and support that is available to him through the TBI Waiver Program in addition to the services he is currently receiving from this Neuropsychologist/Psychotherapist. A treatment plan including the TBI Waiver Program is needed to enhance the likelihood of Mr. Pfail's psychological stability, personal safety and the opportunity to move on in his life to the best of his ability.

If you have any questions please feel free to contact me.

Very truly yours,

*Maureen C. Grix*

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

A-3415

Page 1 of 2

Subj:    **Fwd: Letter to Nicole Polidoro at SILO for Brian Pfail**
Date:    7/29/2017 7:26:51 P.M. Eastern Daylight Time
From:   NeuroG@aol.com
To:                     lgalloway42001@yahoo.com

Hi Eileen & Denise,

I apologize - I just re-read Eileen's email of 7/17/2017 in which she gave me the full address for Nicole Polidoro. I will reprint the letter with the full address and mail it directly to Nicole Polidoro. Still not clear on who needs to call to initiate the enrollment process.

Thanks,
Dr. Grix

The information and material contained in this e-mail and any attachments are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy of distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify Dr. Maureen Grix, 516-746-3691 immediately by telephone to arrange for its proper return.

This e-mail contains protected health information protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

From: NeuroG@aol.com
To              dgalloway42001@yahoo.com
Sent: 7/29/2017 6:28:03 P.M. Eastern Daylight Time
Subj: Letter to Nicole Polidoro at SILO for Brian Pfail

Dear Eileen & Denise,

Attached please find the letter I wrote to Nicole Polidoro regarding Brian's reinstatement to the TBI Waiver Program. Any questions please let me know.

Sincerely,
Dr. Grix

The information and material contained in this e-mail and any attachments are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy of distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify Dr. Maureen Grix, 516-746-3691 immediately by telephone to arrange for its proper return.

This e-mail contains protected health information protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it

GRIX                        198

Saturday, July 29, 2017 AOL: Neuro G

A-3416

is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

A-3417

Subj: **Re: Letter to Nicole Polidoro at SILO for Brian Pfail**
Date: 7/29/2017 7:04:53 P.M. Eastern Daylight Time
From: NeuroG@aol.com
To: dgalloway42001@yahoo.com

Hi Denise,

I'm not sure what you mean by "Someone has to call...". Who is the someone? I don't understand how that works. And how will my letter get sent to Nicole Polidoro? It was my understanding that you were handling getting everything to her. Is that incorrect? If I need to send the letter myself then I need specific contact information for Nicole Polidoro. Thanks Denise.

Dr. Grix

The information and material contained in this e-mail and any attachments are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy of distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify Dr. Maureen Grix, 516-746-3691 immediately by telephone to arrange for its proper return.

This e-mail contains protected health information protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

In a message dated 7/29/2017 6:52:02 P.M. Eastern Daylight Time, dgalloway42001@yahoo.com writes:

> It looks good to me. Someone has to call to initiate the enrollment process; this way someone from SILO will be able to come out and do the intake assessment.
>
> Denise
>
> On Jul 29, 2017, at 6:28 PM, NeuroG@aol.com wrote:
>
>> Dear Eileen & Denise,
>>
>> Attached please find the letter I wrote to Nicole Polidoro regarding Brian's reinstatement to the TBI Waiver Program. Any questions please let me know.
>>
>> Sincerely,
>> Dr. Grix
>>
>> The information and material contained in this e-mail and any attachments are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy of distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify Dr. Maureen Grix, 516-746-3691 immediately by telephone to arrange for its proper return.
>>
>> This e-mail contains protected health information protected by Federal (HIPAA) and New

GRIX                                                                          200

Saturday, July 29, 2017 AOL: Neuro G

A-3418

York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

<Brian Pfail - letter to SILO 7 29 17.pdf>

A-3419

Subj: **Letter to Nicole Polidoro at SILO for Brian Pfail**
Date: 7/29/2017 6:28:03 P.M. Eastern Daylight Time
From: NeuroG@aol.com
To: ▓▓▓▓▓▓▓▓▓▓ dgalloway42001@yahoo.com

Dear Eileen & Denise,

Attached please find the letter I wrote to Nicole Polidoro regarding Brian's reinstatement to the TBI Waiver Program. Any questions please let me know.

Sincerely,
Dr. Grix

The information and material contained in this e-mail and any attachments are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy of distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify Dr. Maureen Grix, 516-746-3691 immediately by telephone to arrange for its proper return.

This e-mail contains protected health information protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

A-3420

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
Fax 516-801-3426

July 29, 2017

Ms. Nicole Polidoro
Regional Resource Developmental Specialist
S.I.L.O. Inc.

Dear Ms. Polidoro,

I am writing to you in support of Brian Pfail being reinstated into the Traumatic Brain Injury Waiver Program.

Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – 2/8/2017
May 4, 2017 – present
Any interruption in treatment is secondary to patient being admitted to a Traumatic Brain Injury Rehabilitation Center or being hospitalized.

Mr. Pfail's diagnoses are:
1. Depressive Disorder Due to Traumatic Brain Injury with Major depressive-like episode – Code F06.32 (formerly 293.83).
2. Anxiety Disorder Due to Traumatic Brain Injury - Code F06.4 (formerly 293.84)
3. Mild Neurocognitive Disorder Due to Traumatic Brain Injury – Code G31.84 (formerly331.83) With Behavioral Disturbance (Anger Management Issues)

Mr. Pfail is currently attending weekly individual therapy sessions with this Neuropsychologist/Psychotherapist. He is being treated for the diagnoses stated above and because he is currently exhibiting some symptoms of Post Traumatic Stress Disorder he is being monitored closely to determine if he meets the criteria for the diagnosis.

Mr. Pfail has been suffering from both psychiatric and psychosocial sequelae of head injury since he was the victim of an assault in April 2007. His psychiatric symptoms (i.e., major depressive-like episodes) are of an organic etiology combined with reactive symptoms to his injury. The alterations in personality that Mr. Pfail exhibits typically reflect damage to the frontal

A-3421

2

and/or temporal lobes. Mr. Pfail exhibits the frontal lobe personality changes of excitability manifested as impulsivity, emotional lability and mood swings. In addition he exhibits the temporal lobe personality changes which include episodic hyperirritability and angry or aggressive outbursts.

Mr. Pfail's treatment was interrupted in January of this year as the result of having been arrested and charged with domestic violence. Subsequent to being incarcerated, Mr. Pfail was hospitalized at Zucker Hillside Hospital of the Northwell Health System as a consequence of suicidal ideation with a plan while he was incarcerated. Mr. Pfail was recently informed that during this period of hospitalization his eligibility for remaining on the TBI Waiver Program had lapsed. However, during this time, his Service Coordinator, Denise Galloway, continued to be in contact with Mr. Pfail and Zucker Hillside Hospital in trying to have Mr. Pfail transferred to a Traumatic Brain Injury Rehabiliation Center upon his release from the hospital which, due to Mr. Pfail's untimely and inappropriate discharge from Zucker Hillside, did not occur.

Since his return to treatment with me on May 4, 2017 and his treatment with a new psychiatrist who has been adjusting his medication regimen, his behavior has been more stable than previously. However, it would be in his best interest to have the additional services that would be available to him through the TBI Waiver Program.

It is my professional opinion that Mr. Pfail requires the extensive treatment and support that is available to him through the TBI Waiver Program in addition to the services he is currently receiving from this Neuropsychologist/Psychotherapist. A treatment plan including the TBI Waiver Program is needed to enhance the likelihood of Mr. Pfail's psychological stability, personal safety and the opportunity to move on in his life to the best of his ability.

If you have any questions please feel free to contact me.

Very truly yours,

*Maureen C. Grix*

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

A-3422

SI LD
Atti Nichole Polidoro
Regional Resource
Developmental
Specialist

A-3423

7/25/17 Pt. depressed; pt. verbalizing his anger about his situation + where he is in his life right now. Pt. discussing his brother moving back home + how he feels about that. Pt. has c.o.n.t. tomorrow. Pt. appears physically agitated. Pt. asked me to call his mother re her comments to him. Will see pt. next week. Pt. will call re next appt.

8/2/17 Pt. continues to verbalize his anger regarding what has happened to him. Pt. less agitated than at his last appointment. Pt's brother not moving back home but is getting his own apartment in Manhattan. Pt. continues to feel sad about not being where he wants to be. Will see pt. next week. Pt. will call re next appt.



7/5/17  Pt. feeling depressed, lonely & isolated; pt. very much wants to return to school. court was postponed; pt. frustrated about the delays. Pt. reaching out to young woman at St. Johns - hopes she is OK; will see pt. next week - pt. will call re next appt.

7/18/17  Pt.'s mood improved - pt. was interviewed to volunteer at Senator Kemp Hannon's office. Pt. more hopeful about school. Pt. seeing psychiatrist to adjust meds. Will see pt. next week - pt. will call re next appt.

7/18/17  Pt. continues to struggle c̄ feeling isolated + abandoned. Offering pt. encouragement + support. Pt. discussing his need for female contact. Will see pt. next week - pt. will call for appt.

A-3425

6/7/17 Pt. discussing his concerns about his situation re being at the beach house + not being able to get on with his life. Pt. states he is very depressed. Pt. needs encouragement re his situation. Pt. should be in a TBI long term care facility. Pt. will call when he is able to come in for the next session.

6/21/17 Pt. states that he is back in G.C.; pt. discussing his concerns about the upcoming trial, going back to school and how he feels about his family. Pt. saw new psychiatrist + states that he likes him. Pt. also discussing what occurred a young woman from St. John's. Pt. doesn't seem to be focused on that. Advised pt. that I will not be in next week but to call if needed. Will see pt. upon return to office week of July 3rd — pt. will call.

A-3426

5/23/17 Pt: discussing how he feels about his incarceration; also discussing his family, particularly his father + how he feels about what he does + how he acts. Pt. seeing girl from St. John's but is conflicted about her. Pt. angry about his situation, has been terminated from the TBI Waiver Program. Pt. wants to take courses at Villanova. Pt. will call when he is ready to have another appt. based on his schedule for dr. appts. + court dates.

5/31/17 Pt. expressing hopelessness re his situation. Pt. wants to get on c̄ his life + go back to Villanova. Pt. meeting c̄ atty tomorrow or Friday. Also discussing how he feels about Mia. Pt. lonely + feeling sad + angry. Pt. will call when he is able to come in for another session.

5/4/17 Pt. was arrested at Zucker-Hillside Hospital 2° assaulting a psychologist there. Pt. is now staying at his parents' bungalow in Point Rookout + returned to treatment until he is accepted at a TBI facility. Pt. discussing what happened to him since he was arrested in February, hospitalized at Zucker + arrested now in Queens + what occurred on "The Boat". Pt. severely depressed + is not being seen by his former psychiatrist Dr. Angulo because he cannot go to Zucker. Pt. needs to be seen by a psychiatrist. His discharge from Zucker was unethical + a reason for a report of malpractice. Pt. expressing hopelessness. Advised pt. to call me to schedule next appt. when he knows his medical appt. schedule for next week.

GRIX 210

A-3428

Subj:   **Brian Pfail letter**
Date:   4/5/2017 10:54:59 P.M. Eastern Daylight Time
From:   NeuroG@aol.com
To:     cathryn.harris@brewingtonlaw.com

Hi Cathryn,

Attached is the letter we discussed earlier today.   If you need anything further, please call me.

Sincerely,
Dr. Grix

The information and material contained in this e-mail are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy of distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed.  If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify Dr. Maureen Grix,  516-746-3691 immediately by telephone to arrange for its proper return.

This e-mail contains protected health information protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations.  This is strictly confidential material and is for the information of only the person or entity to whom it is addressed.  No responsibility can be accepted if it is made available to any other person or entity.  Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written authorization of the person to whom it pertains, or is otherwise permitted by law.  Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both.  In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

A-3429

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

April 4, 2017

Frederick K. Brewington
Attorney at Law
556 Peninsula Blvd.
Hempstead, NY 11550

RE: Brian Pfail

Dear Mr. Brewington:

As discussed with your associate Cathryn Harris earlier today, the following is a brief synopsis of Brian Pfail's condition. Mr. Pfail has been in treatment with me since October 2, 2012. His diagnoses are Mood Disorder due to Traumatic Brain Injury with major depressive-like episodes (Code F06.32) and Mild Cognitive Disorder due to Traumatic Brain Injury (Code G31.84) with behavioral disturbance.

Mr. Pfail's treatment was interrupted in January as the result of having been arrested and charged with domestic violence. Mr. Pfail is suffering from both psychiatric and psychosocial sequelae of head injury. His psychiatric symptoms (i.e., major depressive-like episodes) are of an organic etiology combined with reactive symptoms to his injury. The alterations in personality that Mr. Pfail exhibits typically reflect damage to the frontal and/or temporal lobes. Mr. Pfail exhibits the frontal lobe personality changes of excitability manifested as impulsivity, emotional lability and mood swings. In addition he exhibits the temporal lobe personality changes which include episodic hyperirritability and angry or aggressive outbursts.

As you are aware, Mr. Pfail is currently hospitalized at Zucker Hillside Hospital of the Northwell Health System as a consequence of suicidal ideation with a plan while he was incarcerated. Mr. Pfail's treatment plan includes a transfer to an appropriate Traumatic Brain Injury treatment facility that can address his neurobehavioral issues. This treatment plan is needed to ensure Mr. Pfail's recovery and safety.

GRIX                                                        212

A-3430

2

If you have any questions or require additional information please feel free to contact me at the above number.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist

A-3430

**A-3431**

TRANSMISSION VERIFICATION REPORT

TIME : 03/12/2017 19:46

| | |
|---|---|
| DATE,TIME | 03/12 19:45 |
| FAX NO./NAME | 7391544 |
| DURATION | 00:00:43 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

GRIX                                                                214

FAX COVER LETTER

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
~~520 FRANKLIN AVE. SUITE 211~~
~~GARDEN CITY, NY 11530~~
233 SEVENTH ST SUITE 2
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: ████████ FAX: 516 - 894 - 9057
280 - 7754
801 - 3426

PLEASE DELIVER THE ATTACHED TO:

NAME: _Eileen Pfail_ FAX NUMBER: 516 - 739 - 1544
FROM: _____ TOTAL NUMBER OF PAGES: 2
(including Fax Letter)

TIME SENT: 8:45 AM    DATE: 3/12/17

MESSAGE: _Hi Eileen - Sorry for the delay._
_If you need anything else_
_please let me know._
_Dr Grix_

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_DR GRIX_ AT _516 - 746 - 3691_

CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify _DR GRIX_ _516 - 746 - 3691_ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

A-3433

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

March 11, 2017

Commissioner of Jurors
262 Old Country Road
Mineola, NY 11501

RE: Brian Pfail

To Whom It May Concern:

Brian Pfail has been under my care since October 2, 2012. His diagnoses are Mood Disorder due to Traumatic Brain Injury with major depressive-like episodes (Code F06.32) and Mild Cognitive Disorder due to Traumatic Brain Injury (Code G31.84) with behavioral disturbance.

Mr. Pfail is currently hospitalized at Zucker Hillside Hospital of the Northwell Health System as a consequence of suicidal ideation with a plan. Mr. Pfail's treatment plan includes a transfer to an appropriate long-term Traumatic Brain Injury treatment facility as soon as it is determined that he can be safely transferred. As such, it is not possible for Mr. Pfail to serve as a juror at this time and it is not possible to state when he would be able to serve in the future.

If you have any questions or require additional information please feel free to contact me at the above number. Thank you for your attention to this matter.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist

GRIX                    216

A-3434

```
TRANSMISSION VERIFICATION REPORT

                                              TIME : 02/28/2017 01:12

      DATE,TIME                  02/28 01:11
      FAX NO./NAME               16316980639
      DURATION                   00:01:02
      PAGE(S)                    03
      RESULT                     OK
      MODE                       STANDARD
                                 ECM
```

A-3435

FAX COVER LETTER

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
~~520 FRANKLIN AVE. SUITE 271~~
~~GARDEN CITY, NY 11530~~
233 SEVENTH ST. SUITE 2
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: _516-746-3691_ FAX: _516-894-9059_
280-9954
801-3426

PLEASE DELIVER THE ATTACHED TO:

NAME: _DENISE GALLOWAY_ FAX NUMBER: _631-698-0639_
FROM: _TBI WAIVER SVCS_ TOTAL NUMBER OF PAGES: _3_
(including Fax Letter)

TIME SENT: _1:10 AM_ DATE: _2/28/17_

MESSAGE: _Denise - If you need anything else please call me. Thanks, Dr. Grix_

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_DR. GRIX_ AT _516-746-3691_

CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify _DR. GRIX_ _516-746-3691_ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

A-3436

**New York State Medicaid Program**

Print Form

**Prior Authorization for Initial Admission in an
Out of State Skilled Nursing Facility**

(see reverse for instructions)

**A.** **Beneficiary:**

Name: _____    Medicaid CIN: _____

County/District of Residence: _____    Primary Diagnosis: _____    Secondary Diagnosis: _____

Address: _____

**B.** **Referring Practitioner:**

Name: _MAUREEN C. GRIX PhD._ NPI: _15282 75989_
(NEUROPSYCHOLOGIST)

**C.** **Discharge Planner/Case Manager:**

Name: _____    License #: _____

Phone # _____    Hospital/Agency: _____

Address: _____

**D.** **Proposed Nursing Facility:**

Name: _____    NPI: _____

Address: _____

Contact Person: _____    Phone #: _____

Anticipated Placement Date: _____    ☐ N/S Custodial    ☐ High/Special

**E.** **Documentation:**
The following documentation is on file. (Please indicate yes or no.):

Yes   No

☐   ☐   Completed SCREEN form and/or completed PASRR Evaluation Report for level of care requested.

☐   ☐   Beneficiary has been denied admission to all in-state facility placements for requested level of care within 50-75 miles from his/her residence.

☐   ☐   Beneficiary will be temporarily absent from the state and residents of beneficiary's county/district customarily obtain care at proposed facility.

**F.** **Attestation:**
The information above is true and accurate and I/we understand that the documentation must be kept on file and produced upon request to the Department of Health and/or its agents.

_____    Date
Discharge Planner/Case Manager Signature

_Maureen C. Grix PhD_    _2/27/17_
Attending /Ordering Practitioner's Signature    Date
GRIX

January 2012 v2
219

A-3437

**New York State Medicaid Program**

**Prior Authorization for Initial Admission in an**
**Out of State Skilled Nursing Facility**

**Prior Authorization:**

Prior authorization for initial admission in an **Out of State Skilled Nursing Facility** ensures that New York State Medicaid beneficiaries are provided every opportunity to remain in and receive health care services from providers within the borders of New York. Payment will not be made to facilities unless admission has been authorized by the New York State Department of Health, Office of Health Insurance Programs.

**NOTE: Prior Authorization is not required for short term rehabilitation or when Medicare is the primary payer.**

**Instructions: (should be completed by the Discharge Planner/Case Manager)**

**A.  Beneficiary Information**
Include full name, Medicaid Client Identification Number (8 digit alphanumeric), the county/local social services district of residence, address at which the beneficiary can be reached, primary and secondary diagnosis codes.

**B.  Referring Practitioner**
Include the full name and National Provider Identification number of the referring/attending/ordering physician recommending skilled nursing facility placement.

**C.  Discharge Planner/Case Manager**
Include full name, license number, phone number where you can be reached, the hospital or agency you represent and your full work mailing address (street number, street, city, state and zip code).

**D.  Proposed Nursing Facility**
Include name of facility, National Provider Identification number, contact person and their phone number, full mailing address (street number, street, city, state, and zip code) anticipated placement date of beneficiary, and check either non-specialized/custodial or high/special level of care. High/special level of care includes beneficiaries with Traumatic Brain Injury or other significant medical, behavioral and/or developmental issues.

**E.  Documentation**
Answer YES or NO to the three questions. This documentation may be requested and must be provided upon request.

**F.  Attestation**
The physician and discharge planner must sign and date attesting that the information provided is true and accurate.

**Submission:**

Fax completed and signed form to **(518)402-3253.**

Questions? Call **1(800)342-3005, option 1.** For callers outside of New York State please call **(518) 474-3575, option 1.**

A-3438

Subj:    **Re: Lists of Places to be contacted**
Date:    2/27/2017 7:58:38 P.M. Eastern Standard Time
From:    dgalloway42001@yahoo.com
To:
CC:      neurog@aol.com

Great.

Denise

On Feb 27, 2017, at 7:41 PM, eileen pfail <etpfail@optonline.net> wrote:

Denise/Dr. Grix,

I will make my calls tomorrow morning.  Dr. Grix, I will call the first five starting at
Mercy Hospital.  If you cannot do it, please let me know.

Also, Fred Brewington said to move forward with placement for Brian.  He said that he
will work with the court and there should be no problem even if it is out of state.

Thanks, again!

~Eileen

On Mon, Feb 27, 2017 at 07:00 PM, Denise Galloway wrote:

> Below is a list of names I would like to share with both of you to contact and
> please document the call and the response. So, these are the things to pay
> attention to: do they treat dual diagnosed TBI individuals; are they long term; is it
> an inpatient hospital/rehabilitation setting?
>
> I give 10 names, that you can split and I have 7.
>
> Mercy Hospital, Rockville Center:
> Saratoga Hospital, Saratoga NY: 518 587-3222
> Gracie Hospital, NY: 212 434-5300
> Bellevue Hospital, NY: 212 562-1000
> Austen Riggs Center, Stockbridge Ma: 800 517-4447
>
> Manhattan Psy Center: 646 672-6767
> Weill Cornell Specialty Center 646 962-2820
> Mount Sinai Hospital 212 659-8752
> Metropolitan Center 212 362-8755
> Rockland Psychiatric Center 845 359-1000
>
> Denise

Name of Facility / Hospital
+
<u>Date Called</u>   <u>Spoke with</u>   <u>Treat Dual Diagnoses</u>   <u>Long Term?</u>
                          <u>TBI Individuals?</u>

2/28/17

① Manhattan   Miss Henry
Psychiatric
Center   – needs to reside in or be admitted from a
                       hospital in Manhattan as with all

646 – 672 –
        6156                 State Facilities.
Miss Henry

2/28/17

② Weill Cornell – Outpatient
Specialty Center   Only

212 – 746 – 4250

        Inpatient Unit   Acute Care   – Rehab Facility –   Brenda
NY   Transfer Center –   Hospital Setting      212 746 – 0548   Marshall
Presbyterian   212 – 746 – 4703            ↓ Inpt. Rehab
2/28/17   (Racquel)              Acute  (left message)

③ Mount Sinai   Norma ~~Barets~~
Hospital          Inpatient – Supv. by an MD   No long term
           Admissions  physician       rehab
Faculty Practice        has to have medical
X 88152  Associates          issues – + acute   O.P.
           Outpatient – eval. by a Physiatrist ←  only

GRIX

222

Case: 25-3129, 04/30/2026, DktEntry: 62.1, Page 49 of 178

A-3440

| Name of Facility/ Hospital + Date Called | Spoke With | Treat Dual Diagnosis TBI Individuals? | Pg. 1 Continued Long Term? |
|---|---|---|---|
| 2/25/17  2:30 PM ④ Metropolitan Center – for Mental Health (Clinic) 160 W. 86 ST NYC | Outpt only Not long term Refused to give her name Receptionist Executive Director – Andrew Pardo, LCSW apardo @ metropolitancenter.com | Not a rehab facility | |
| ⑤ Rockland Psychiatric Center (Administration – Jacqueline) ↓ Director of Operations – Holly Bedford ↓ Mental Illness only NO TBI | needs Rehab – Recommended – Upstate – Northeast Center | | |

GRX

223

Facility
Called

<u>Inpatient Hospital / Rehab Setting ?</u>

① Manhattan
Psychiatric
Center

② Weill Cornell
Specialty Center

③ Mount Sinai
Hospital

GRIX

Case: 25-3129, 04/30/2026, DktEntry: 62.1, Page 50 of 178

A-3441

Facility
Called

Inpatient Hospital / Rehab Setting $

Pg 2
Continued

④ Metropolitan
Center

ⒼⓇⒾⓍ Rockland
Psychiatric
Center

A-3442

Date of Call ~~Treat Dual-Diagnosis~~
~~TBI Individuals?~~

① Mrs Henry – recommended Pilgrim *

② ~~Transfer Center~~
212-246-4703
Brenda Marshall – Admissions Coordinator
NY Presb. Rehab Unit
Acute

① * Looked up Pilgrim which offers
Crisis Residence – 17 bed residence
temporary housing for
those experiencing housing or
other situational crises.
Psych Svces from Pilgrim's
community programs or other
providers as needed.

A-3444

2/7/17  Pt's mother called + cancelled appt. for tomorrow as family car broke down. Will see pt. next week on 2/15/17.

2/8/17  Pt's mother called. pt. arrested last night – charged c̄ domestic violence,

1/25/17 Pt. discussing what occurred c̄ his family last Friday; pt. afraid to live alone; pt. saw Dr. Angulo yesterday — meds. were adjusted. I spoke c̄ pt's attorney last week — had scheduled an appt. yesterday which I had to cancel. Meeting c̄ pt's atty on Thursday 2/9/17. Will see pt. next Wed. 2/1/17.

1/30/17 Spoke c̄ pt's mother; left message for Dr. Angulo re pt.

1/31/17 Pt. called — had car accident; pt. upset; will see pt. tomorrow.

2/1/17 Pt. called + cancelled appt. 2° not sleeping all night. Scheduled appt. for tomorrow — Thursday 2/2/17.

2/2/17 Pt's mother called + cancelled appt. for tomorrow; will see pt. next week on 2/8/17.

GRIX                                    228

1/12/17 Saw pt. today; I cancelled appt. yesterday 2° not feeling well. Pt. discussing his ex gf + her text. Also discussing his feelings toward his mother; pt. going to court next Tuesday. Will see pt. next Wed 1/18/17 Pt. saw his psychiatrist + his mother - will call pt's mother to get updated meds list.

1/18/17 Pt. discussing his upcoming date on Friday night. Wanted to cancel because of a pimple. Discussed c̄ pt; pt. briefly touched on court yesterday but did not want to discuss it. Also continues to discuss his family dynamics. I called pt's attorney at 6:30 PM this evening + left a message for him to call me. Will see pt. next Wednesday 1/25/17.

GRIX                                    229

12/21/16    Pt. discussing what he bought for his family for Christmas. Pt. saw a woman who looks like his ex gf in a store - exploring how he could approach her for a coffee date. Pt's mood stable, pt. states he no longer feels rage. Pt. concerned about court tomorrow. Advised pt. to call as needed. Will see pt. in two weeks on Wednesday 1/4/17.

1/4/17    Pt. discussing his frustration c̄ his attorney. pt. also discussing what is going on c̄ his family + how he feels about it. Pt. asked me to call his atty as he did when we spoke during Christmas week. Court was postponed until Jan. 17ᵗʰ or 18ᵗʰ. Will see pt. next week on Wed. 1/11/12.

A-3448

12/7/16 pt. next week on Wednesday
(Cont'd) 12/14/16.

12/14/16 Pt. brought in a Christmas gift - Lindt Tower; expressed my gratitude for his thoughtfulness. Pt. discussing his mood + anger toward others who say things that "make him mad." Pt's psychiatrist adjusted his meds again 2° ↑ depression. Pt. going back to court next Thursday 12/22/16. Pt. also discussing his other family members, his father, two brothers + sister + how each are doing. Pt. does not want to move out - wants to stay at home + go back to school at Fordham Lincoln Center. Will see pt. next week on Wednesday 12/21/16.

A-3449

11/16/16 (cont'd) psychiatrist on Monday who ↓ the lithium + depakote + discontinued the blood pressure medication. Asked pt. to get revised med list from his mother + bring it in. Will see pt. next week on Wednesday 11/23/16.

11/23/16 Pt. cancelled appt; will see pt. next week on Wednesday 11/30/16.

11/30/16 Pt. discussing his court case; will be going to trial; pt. feels he is in good hands c̄ his atty; pt. also discussing his ongoing feelings about his ex gf + how it is affecting him. Will see pt. next week on Wednesday Dec. 7, 2016.

12/7/16 Gave pt. printout from atty re new law re paying Medicaid back. Pt. in good spirits – playful mood today. Pt. going for final pre-trial hearing on 12/22/16 c̄ atty Frederick Brewington. Will s

GRIX 232

11/2/16    Pt. discussing Mr. Redmond + his psychiatrist + what was told to him. Pt. refusing to continue ē Mr. Redmond. Also discussing how he is feeling. Pt. states no suicidal ideation. Discusse pt. volunteering - pt. receptive. Will see pt. next week on Wed 11/9/16.

11/9/16    Pt. appears ↑ depressed; pt. states when asked about suicidal ideation that he would not do that to his family. Pt. sad + upset about his father's physical condition. Pt. ↑ quiet today. Advised pt. to call as needed between sessions. Will see pt. next week on Wed. 11/16/16

11/16/16    Pt. concerned about court tomorrow pt. also continues to discuss his father's condition; pt. verbalizing more this week than last week. As I spoke ē Mr. Redmond last week will advise him of pt's current status. Pt. saw his

GRIX    233

A-3451

10/12/16 — Pt. discussing his challenge of trying to meet women online. Pt. feels it is a problem if they google him. Also discussing the possibility of going back to Villanova + thru online courses. Pt. showed me his online profile. Pt. states he is "tired of dealing with all of this." Gave pt. positive reinforcement + encouragement. Pt. going to court on Friday. Advised pt. to call me as needed. Will see pt. next week on Wed. 10/19/16.

10/19/16 — Pt. cancelled appt. will see pt. next week on Wed 10/26/16.

10/26/16 — Pt. discussing the court case + how difficult it is for him to be there. Pt. trying to meet women online — has a possible meeting tomorrow for coffee. Pt. states he is depressed but coping. Discussed my conversation c̄ Ms. Redmond about pt discontinuing treatment with him. Pt. resistant to continuing c̄ him. Will see pt next week on Wed. 11/2/16.

GRIX 234

A-3452

8/24/16   Pt. did not show up for session + did not call. Called pt. who stated he was confused about my vacation but did say he has the date list I gave him. Advised pt. to call if needed during my time off, will see pt. in 3 weeks on Wed. 9/14/16.

9/14/16   Pt. cancelled appt. 2° looking for an apt. c̄ Service Coordinator Will see pt. on Wed. 9/21/16. *
(over)

9/28/16   Pt. cancelled appt. 2° looking for an apt. c̄ Service Coordinator, Will see pt. on Wed. 10/5/16.

10/5/16   Pt. discussing what occurred c̄ new exgf + how he feels about it. Pt. looks sad + is not doing well in functioning; pt. states he feels depressed. Recommended pt. try to exercise at least. Court case still pending; pt. looking for apt. c̄ service coordinator Will see pt. next week on Wed 10/12/16.

GRIX     235

8/10/16 Pt. saw psychiatrist on Monday. ↑ Abilify + ↑ propanolol to 4x a day. Gave pt. my vacation schedule + new address. Pt. discussing how he is handling his Dad now. Pt. also discussing his resistance to going to Zucker although he does like Mr. Redmond. Pt. showed me a picture of his family yesterday for his sister's birthday. Will see pt. next week on Wed. 8/17/16.

8/17/16 Pt. feeling frustrated + angry c̄ family. Pt. continues to work c̄ Mr. Redmond to address anger issues. Pt. speaking c̄ ex-gf but states he is over her. Focus on pt. not allowing her to be verbally abusive toward him. Pt. discussing going back to school. Pt. returning to court on Sept. 7. Will see pt. next week on Wed. 8/24/16.

A-3454

7/20/16 Pt. went to court yesterday but court was adjourned until next week. Pt. calm - not angry. Pt. also discussing his weight which is concerning him. Discussed the negatives of drinking c̄ pt as pt. reports having beer on the weekend. Will see pt. next week on Wed 7/27/16.

7/27/16 Pt. discussing incident c̄ his father + what occurred; pt. also stopped by G.C.P.O. for tailgating him. Pt. talking c̄ ex gf again. Pt. needed stitches in his (R) hand torn ligaments. Pt. went to court yesterday - charges are being separated. most likely going to trial. Will see pt. next week on Wed 8/3/16.

8/3/16 Pt. cancelled appt. 2° error in taking his meds; will see pt. next week on Wed. 8/10/16.

A-3455

7/6/16 Pt. reporting dreams of himself as a child + competing c̄ his father. Pt. called old gf + left a message re her drug use. Pt. discussing his feelings about his younger brother's concern for him. Pt going back to court on July 19th + 20th. Pt. somewhat negative about his atty who he previously spoke highly of. Pt's mood stable. Will see pt. next week on Wed. 7/13/16.

7/13/16 Pt. discussing his case; pt. also reporting his annoyance c̄ others; pt. appears somewhat more angry than previous weeks. Pt. negative about his court cases + his atty. Will see pt. next week on Wed. 7/20/16.

A-3456

6/22/16   Pt. discussing his reaction to going to Zucker for his appts. c̄ Dr. Redmond & old memories. Pt. states that he is not affected by what happened here as much as what happened at Fairway. Pt. also discussing his father & his concerns about him. Pt. is hoping to go for coffee c̄ intern at Pt. Will see pt. next week on 6/29/16.

6/29/16   Pt. discussing friend who died of an overdose; pt. attended wake & is affected by her death. Pt. met her in the hospital. Pt's father not doing so well - pt. compassionate toward him. Pt. asked intern who said she has a boyfriend. Pt's mood stable. Recommended pt. contact Stephen Liller Foundation to volunteer. pt. receptive. Will see pt. next week on Wednesday July 6, 2016.

GRIX    239

5/11/16 — Pt's mood improved; pt. not exhibiting anger or agitation. Pt. discussing what is occurring in his life - father doing better since surgery - having shunt placement. Pt. discussing the upstate rehab - remembering fun times there; pt. has contacted ex gf¹ᶜ no response from her. Pt. doing better overall. Will see pt. next week on Wed. 5/18/16.

5/18/16 — Pt. cancelled appt. 2° other appts; will see pt. next week on Wed. 5/25/16.

5/25/16 — Pt. discussing going to court yesterday + what occurred at home c̄ his family. Pt. remorseful about his behavior. Discussing options for pt. - i.e. living arrangements. Will see pt. next week on, Wednesday 6/1/16.

A-3458

4/13/16 Pt.'s meds changed again; pt. states he is doing better. Pt. appears calm. Discussing court, shoulder, + ex gf. Also discussing what is occurring in his family. Will see pt. next week on Wed 4/20/16.

4/20/16 Pt continues to improve; mood calm + stable; ↓ anger; pt. went to Manhattan to visit his brother + had a positive experience. Pt. considering going to trial + not pursuing mental health court. Will see pt. next week on Wed. 4/27/16.

4/26/16 [27] [mg]  Pt. discussing his ex gf - states he is feeling very sad about her; pts father is having surgery to drain CSF from his brain (N.P.H?); pt. calm + not agitated + not expressing excess anger. Will see pt. in two weeks on WED. 5/11/16.

GRIX                                    241

**A-3459**

3/9/16 Pt. cancelled appt. 2° appt c̄ TBT. Services at same time today. Offered pt. 5:00 PM today or next Wed 3/16/16 at 4:30. Will wait to hear from pt.

3/16/16 Pt. discussing his vivid + complex dreams. Pt. brought in revised list of medication Pt. appears calm Pt. exhibiting sense of humor. Pt. also talking about upcoming meeting c̄ attorney Mr. Brewington. Will see pt. next week on Wed. 3/23/16.

3/23/16 Pt. cancelled appt; not feeling well.

3/30/16 Pt. cancelled appt; not feeling well; will wait to hear from pt.

4/7/16 Pt. called. will see pt. next Wed. 4/13/16.

**A-3460**

2/24/16 Pt. is no longer working c̄ Dr. Acevedo; called Dr. Acevedo + left her a message on 2/22/16 re pt's decision; pt. advised me of this last week. pt. cancelled appt. today 2° having change in meds + not feeling able to drive. Spoke c̄ pt. on phone + advised him to call if needed. Will see pt. next week on Wed. 3/2/16.

3/2/16 Pt. discussing what is occurring c̄ his father — pt. concerned. Pt. also discussing his feelings of "derealization". I received a phone call from Ed Redmond at LIJ re pt. as well, on 3/1/16 — stated he is having "dissociative episodes" which pt. reported to me as well; pt. saw new psychiatrist — changed meds — will get info from pts. mom. Mn. R also states pt. is less aggressive as well. Will see pt. next week on 3/9/16.

A-3461

2/3/16    Pt. agitated re how he is being treated by others. Pt. brought in copy of deposition of P.O. Florio - pt. states it is all a lie. Pt. also discussing his "gf" + how he feels about her now. Will see pt. next week on Wed. 2/10/16.

2/10/16    Pt. discussing his plans for Sunday; reviewed concerns about TBI + alcohol. Pt. also discussing medical court + what occurred. Pt. purchased books to help c̄ his memory functioning. Will see pt. next week on Wednesday 2/17/16.

2/17/16    Pt. discussing his date c̄ his "gf" + his unhappiness about what occurred. Pt. handled himself well. complemented pt. on his behavior + made recommendations re future contact c̄ her. Will see pt. next week on 2/24/16.

GRIX 244

1/13/16    Pt. discussing feelings of isolation + loneliness. Pt. continues to work c̄ Mr. Redmond at Zucker which he is still receptive to. Will see pt. next week on Wednesday 1/20/16.

1/20/16    Pt. continues to appear somewhat more concerned about his isolation + loneliness. Pt. feels that he is not recovering well from all that has occurred these past few years. Will see pt. next week on Wed. 1/27/16

1/27/16    Pt. reporting ↑ depression. pt's mood depressed + irritated. Advised Dr. Acevedo + Mr. Redmond of pt's status. Will see pt. next week on Wed. 2/3/16.

A-3463

12/16/15 Pt. continues to work c̄ Mr. Redmond + here which seems to be helping him. Pt. struggling to cope c̄ feelings possibly related to holidays Will see pt. next week, on Wednesday, 12/23/15.

12/23/15 Pt. discussing how he feels about what has been happening to him over the past several years. Continues to work c̄ Mr. Redmond. Will see pt. next 2 weeks on Wednesday 1/6/16.

1/6/16 Pt. discussing the holidays + how he felt during them. Pt. appears to be struggling more now than over the past few months. Will see pt. next week on Wednesday 1/13/16.

A-3464

12/2/15 Pt. discussing his meeting c̄ Mr. Redmond at Zucker. Pt. receptive to working c̄ Mr. Redmond. Will see pt. next week on Wednesday 12/9/15.

12/9/15 Pt. cancelled appt — pt. sick; Pt. did not reschedule; advised pt. to call me when he feels he is up to coming in for an appt.

A-3465

11/18/15 Pt. discussing his activities of the week & his appointments at Zucker Hillside. Pt. reports that although he does not like going to Zucker the appts. are helping him. Will see pt. next week on Wednesday 11/25/15.

11/25/15 Pt. continues to discuss how he is feeling & how he is participating in the groups at Zucker. Will see pt. next week on Wednesday 12/2/15.

A-3466

10/15/15 Pt. discussing his surgery & upcoming court case. Pt. continues to report being in control. Pt. attending Anger Mgmt & Men's Groups. Pt. stated he will call re next appt.

11/5/15 Pt's family has changed the criminal atty. New attorney's name is: Salvatore Marinello. Civil atty: Fred Brewington. Pt. encouraged by these changes. Will see pt. next week on Thursday. 11/12/15.

11/12/15 Pt continues to appear less depressed & anxious. Continues to attend Anger Mgmt & Men's Groups. Will see pt. next week on Wednesday 11/18/15.



9/8/15  Pt. continues to discuss what he is doing daily + his concerns about what he is dealing c̄ right now. Will see pt. next week on Tuesday 9/15/15.

9/15/15  Pt. changed appt. to Thursday 9/17/15.

9/17/15  Pt. discussing what occurred at meeting c̄ Atty; pt. concerned about his future. Pt's depression + anxiety is not as severe as it has been previously. Will see pt. next week on Wednesday 9/23/15.

9/23/15  Pt. discussing his upcoming surgery + how he feels about it. Pt. continues to report being in control. Will see pt. in 3 weeks on Thursday 10/15/15.

A-3468

*Maureen C. Grix, Ph.D.*

LICENSED PSYCHOLOGIST

GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-294-9057

September 1, 2015

To Whom It May Concern:

As stated in my letter dated July 27, 2015, Brian Pfail is being seen weekly in individual therapy since July 8, 2015. The following are the dates he has been seen thus far:

Wednesday, July 8, 2015
Wednesday July 15, 2015
Wednesday July 22, 2015
Wednesday July 29, 2015
Wednesday August 5, 2015
Wednesday August 19, 2015
Tuesday August 25, 2015
Tuesday September 1, 2015

Mr. Pfail's diagnoses are:
1. Depressive Disorder Due to Traumatic Brain Injury with Major depressive-like episode – Code 293.83 (F06.32)
2. Anxiety Disorder Due to Traumatic Brain Injury - Code 293.84 (F06.4)
3. Mild Neurocognitive Disorder Due to Traumatic Brain Injury – Code 331.83 (G31.84) With Behavioral Disturbance (Anger Management Issues)

In addition to ongoing treatment in the Outpatient Partial Program at Long Island Jewish – Zucker Hillside Hospital, Mr. Pfail will continue to attend weekly individual therapy with this Neuropsychologist/Psychotherapist until further notice. Mr. Pfail's appointment for a follow-up Neuropsychological Evaluation with Dr. Joseph Vollaro – Neuropsychologist is pending insurance approval.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Psychotherapist

GRIX                                    251

A-3469

8/25/15 Pt. improving c̄ decision making processing by his report. Pt. appears calm + in control. Pt. working on computer + computer case. Next court date is Thursday 9/10/15. Will see pt. next Tuesday 9/1/15.

9/1/15 Pt. continues to report improvement in decision making process. Pt. continues to appear calm + in control. Pt. is concerned about court dates. Will see pt. next Tuesday 9/8/15.

GRIX

252

7/29/15 Pt. continues to struggle c̄ anxiety + depression. working c̄ pt. using CBT techniques to help pt. ↓ symptomatology. Well see pt. next week on Wednesday 8/5/15.

8/5/15 Pt. continues to report anxiety + depression. allowing pt. to express his feelings about both. Pt. also going to LIJ for additional support. Well see pt. next week on Wed 8/12/15.

8/12/15 Pt. cancelled appt. will see pt. next week on 8/19/15.

8/19/15 Pt. states he is still anxious + depressed; pt. reports having nightmares every night. Pt. appears calm; going to two groups at LIJ; works on his computer at home. Well see pt. next Tuesday 8/25/15.

GRIX 253

A-3471

7/21/15 Spoke c̄ Dr. Acevedo at Zucker re pt's status. Pt. also called + requested an appt today; unable to reschedule - will see pt. on Wed 7/22/15 as planned.

Dr. Acevedo - Zucker Hillside
718 - 470 - 8866

7/22/15 Received phone call from Dr. Acevedo re pt's meds; added Trazadone for ~~meds~~ insomnia.

7/22/15 Pt. continues to state he will not harm himself; continues to experience PTSD symptoms. Continues to ruminate about ex gf; will continue to work on these concerns c̄ pt. Will see pt. next week on Wed. 7/29/15.

GRIX 254

A-3472

```
                TRANSMISSION VERIFICATION REPORT

                                        TIME : 07/26/2015 22:23


        DATE,TIME                    07/26 22:23
        FAX NO./NAME                 7391544
        DURATION                     00:00:44
        PAGE(S)                      02
        RESULT                       OK
        MODE                         STANDARD
                                     ECM
```

A-3473

**FAX COVER LETTER**

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE ▓▓▓▓▓▓▓▓▓▓ FAX: 516 - 294 - 9059
280 - 7754

PLEASE DELIVER THE ATTACHED TO:

NAME: EILEEN PFAIL  FAX NUMBER: 516 - 739 - 1544
FROM: _____  TOTAL NUMBER OF PAGES: 2
(including Fax Letter)

TIME SENT: 10:20 PM  DATE: 7/26/15

MESSAGE: Eileen - Sorry for the delay - I was
unable to mail it. Please let me
know that you've received it.
Dr. Grix

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_____ DR. GRIX _____ AT 516 - 746 - 3691

**CONFIDENTIALITY NOTICE**

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify _DR. GRIX_
_516 - 746 - 3691_ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

A-3474

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-294-9057

July 27, 2015

To Whom It May Concern:

Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – present

Mr. Pfail's diagnoses are:
1. Depressive Disorder Due to Traumatic Brain Injury with Major depressive-like episode – Code 293.83 (F06.32)
2. Anxiety Disorder Due to Traumatic Brain Injury - Code 293.84 (F06.4)
3. Mild Neurocognitive Disorder Due to Traumatic Brain Injury – Code 331.83 (G31.84) With Behavioral Disturbance (Anger Management Issues)

In addition to attending the Outpatient Partial Program at Long Island Jewish – Zucker Hillside Hospital, Mr. Pfail is currently attending weekly individual therapy sessions with this Neuropsychologist/Psychotherapist. He is being treated for the diagnoses stated above and because he is currently exhibiting some symptoms of Post Traumatic Stress Disorder he is being monitored closely to determine if he meets the criteria for the diagnosis. Mr. Pfail is also currently awaiting an appointment for a follow-up Neuropsychological Evaluation with Dr. Joseph Vollaro - Neuropsychologist.

Very truly yours,

Maureen C. Grix

Maureen C. Grix, Ph.D.
Neuropsychologist
Psychotherapist

GRIX                                                                257

7/8/15  Pt. returned to treatment. pt. experiencing PTSD symptoms. pt. depressed. Will call Dr. Vollaro + also investigate treatment for PTSD.. Pt. being treated at Zucker Hillside for meds + anger management group. Will contact Drs. at ZH to coordinate treatment. Will see pt. next week on Wed. 7/15/15.

7/15/15  Spoke c̄ Dr. Vollaro today - pt. has been approved for the TBI Waiver program. Pt. states he is very depressed. Pt. attempted to stop the pain of depression by acting out c̄ alcohol yesterday. Pt. ruminating about his ex - gf. Pt. also continues to exper-ience PTSD symptoms. Advised pt. of my research of providers result. Pt. states he will not harm himself. Will see pt. next week on Wed. 7/22/15.

A-3476

TRANSMISSION VERIFICATION REPORT

TIME : 05/27/2015 08:26

```
DATE,TIME              05/27 08:26
FAX NO./NAME           7391544
DURATION               00:00:39
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

GRIX                                           259

A-3477

**FAX COVER LETTER**

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE, SUITE 211
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: ███████████ FAX: 516 - 294 - 9057
                                                280 - 7754

PLEASE DELIVER THE ATTACHED TO:

NAME: BRIAN PFAIL FAX NUMBER: 516 - 739 - 1544
FROM: _____ TOTAL NUMBER OF PAGES: 2
                         (including Fax Letter)

TIME SENT: 8:25 AM DATE: 5/27/15

MESSAGE: Hi Brian - As we discussed, please give me the names of all your treatment providers & your permission to speak with them. Please fax to me at the fax # above. We will talk again after to speak with them. Thanks! Dr. Grix.

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_____ DR. GRIX _____ AT 516 - 746 - 3691.

**CONFIDENTIALITY NOTICE**

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify DR. GRIX 516 - 746 - 3691 immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

A-3478

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
820 FRANKLIN AVE. SUITE 211
GARDEN CITY, NY 11530

516-746-3691

**Patient Authorization**

In addition to my referring provider (name: _____) and insurer (which may be Medicare, No-Fault, Workers' Compensation or other third party re-imburser), this is authorization for Dr. Maureen Grix to speak with the following individuals to discuss issues related to my treatment:

1.  Name _____
    Address _____
    Telephone: _____

2.  Name _____
    Address _____
    Telephone _____

3.  Name _____
    Address _____
    Telephone _____

4.  Name _____
    Address _____
    Telephone _____

5.  Name _____
    Address _____
    Telephone _____

Signature: _____

Name: _____

Address: _____

Telephone: _____

Date: _____

GRIX                                    261

LIJ-
Zucker
4/1/15

FOR BP

Dr. Robert(?) Galata — Nurse / Behav Sr Counselin for Meds / Struct Day Program

Treating Psychiatrist

Row 4

718-470-8450

Housing but all other eq Medicare Medicaid in Nassau County

Eligible

Will meet c̄ him to explain everything

FIDA
Fully Integrated Duals Advantage in this afternoon

OMH — Prem Psych Diagnose includes Housin

Claudia — S.W. — Row 4

718-470-8525

Dr. Brian Keefe —

718-470-5223

John
Dr. Kane — Chair of Psychiatry and Dept.

Has: TBI Waiver
SSI
Medicaid
+ Private Ins.

Dr. Vollaro    631-732-0255

631-732-4794

United Healtha Oxford

RES TBI

4/1/15 — returned to Claudia — s'won tour's
3:00 PM        call
                asked her to call me back on my
                  cell phone re: BP —

A-3481



## NeuLife
Residential Post-Acute Programs

2725 Roble Avenue
Mount Dora, FL 32757
800-62-NEURO
800-626-3876
Fax: 352-735-2181

# Confidential Fax

TO: Dr. Maureen Grix, PHD    FROM: Jamie Davis

FAX: 516-280-7754    PAGES: INCLUDING COVER 3

PHONE:                  DATE: 1-7-2015

RE: Brian Pfail         CC:

(× Urgent)  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments: Thank you for returning my call today. I have attached a copy of the signed ROI.

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

A-3482

3527352181          NeuLife                                                              15:27:17    01-07-2015      2/3

DEC-12-2014 11:29 AM    ALL PATHSCEMETERY              7184972750                P. 1

## RELEASE OF INFORMATION

HIPAA COMPLIANT AUTHORIZATION FOR THE RELEASE OF PATIENT INFORMATION

This Release of Information is provided to:

Medical Provider or Medical Facility: **Dr Maureen Grix**

Address: **520 Franklin Ave, 211,** City **Garden City** State: **NY** Zip Code: **11530**

Phone Number: **516 746 3691** Fax: **516-280-7764**

In order for facility above to disclose medical information to the Provider identified on Page 2 of this Release of Information,

RE: Patient Name: **BRIAN J. PFAIC** ▮▮▮

Date of Birth: ▮▮▮▮▮                Social Security Number: ▮▮▮▮▮

I authorize and request the disclosure of all protected information for the purpose of review and evaluation for consideration of continued care and/or treatment. I expressly request that the designated record custodian of all covered entities under HIPAA identified above disclose full and complete protected medical information including the following:

- All medical records including but not limited to: office notes, history and physical, consultation notes, reports, orders, progress notes, nurses' notes, social worker records, treatment plans, admission records, discharge summaries, test results, and records received by other medical providers only if specifically requested here **BP** (initial)
- All physical, occupational and rehab requests, consultations and progress notes
- All disability, Medicaid or Medicare records including claim forms and record of denial of benefits.
- All reports in the above-named patient's chart including: laboratory, histology, cytology, pathology, immunohistochemistry records and specimens; radiology records and films including CT scan, MRI, MRA, EMG, bone scan, myleogram; nerve conduction study; echocardiogram and cardiac catheterization results, videos/CDs/films/reels and reports.
- All psychiatric and, psychological and neuropsychological evaluations and consultations **BP** (initial)
- All medication/pharmacy/prescription records including NDC numbers and drug information handouts and monographs on the file.

I understand the information to be released or disclosed may include information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), and alcohol and drug abuse. I authorize the release or disclosure of this type of information **BP** (initial).

This protected health information is disclosed for the following purposes: Continuation of care

This authorization is given in compliance with the federal consent requirements for release of alcohol or substance abuse records of 42 CFR 2.31, the restrictions of which have been specifically considered and expressly waived.

Form-Release of Info-20140429

GRIX                                                                              265

A-3483

3527352181     NeuLife           15:28:20   01-07-2015     3/3

DEC-12-2014 11:30 AM    ALLFAITHSCEMETERY     7184972750      P. 2

RE: Patient Name: _BRIAN F PFAIL_

You are authorized to release the above records to the following representative for the continuation of care for the individual identified in this release.

Name of NeuLife staff: _Jamie Davis_

Confidential Fax: 352-735-2181
OR
Email records to: JamieDavis@NeuLifeRehab.com

NeuLife Residential Post Acute Programs
2725 Robie Avenue
Mount Dora, FL 32757

I understand the following:
a. I have a right to revoke this authorization in writing at any time, except to the extent information has been released in reliance upon this authorization.
b. The information released in response to this authorization may be re-disclosed to other parties.
c. My treatment or payment for my treatment cannot be conditioned on the signing of this authorization.

Any facsimile, copy or photocopy of the authorization shall authorize you to release the records requested herein. This authorization shall be in force and effect until two years from date of execution at which time this authorization expires.

X _____
Signature of Patient or Legally Authorized Representative for patient (Patient/Guardian/Power of Attorney)

X _12/11/14_
Date

_Self_
Name and Relationship of above Representative (Patient/Guardian/Power of Attorney/Healthcare Surrogate)

X _Donald M Pfeil_       X _Donald M. Pfeil_
Witness Signature             Print Name

X _12/11/14_
Date

NOTE: If the patient referred to in this document is represented by a legal guardian, power of attorney, or health care surrogate, a copy of said document must be presented with this Release of Information.

Fax to: 352-735-2181 or
Email to: JamieDavis@NeuLifeRehab.com

Form-Release of Info-20140429

11/29/14   Pt. continues to discuss his concerns about his mother. Pt. also continues to discuss what happened to him c̄ arrest. Pt. having difficult time regarding both of these occurrences. Will see pt. Tuesday 12/2/14.

12/2/14   Pt. struggling c̄ feelings about what is occurring at this time. Working c̄ pt. in these areas + continues to work c̄ anger management techniques. Will see pt. on Thursday 12/4/14.

12/4/14   Pt. arrested; pt. treatment discontinued 2° arrest + hospitalization.

A-3485

11/19/14
(cont'd) Offered pt. a Saturday morning session - he will call + let me know. Have one appt. scheduled c̄ pt. next Wed. 11/26/14 at 11:30 AM.  (over)
11/22/14 appt

11/26/14 Pt. discussing what happened to his mother last night - bleeding profusely from the throat. Mother in ICU at Winthrop. Pt. states "an artery in her neck burst." Mother had surgery + is now stable. Pt. also discussing his case - atty recommending a plea bargain. Pt. concerned about outcome + not having his mother able to be involved. Pt. appears calm + in control. Reviewing c̄ pt. how to stay calm + in control. Will see pt. on Saturday 11/29/14 at 10:00 AM if mother's condition is same or better. Will call pt. Friday evening to confirm.

A-3486

*Reviewed*
*11/22/14*

which only

n you have
ou love. It's
their rage
iving their
suicide as

ıful, harsh,
bric of life,
t even you,
tegrate into
et smashed?
ill go away,

he costs so
ıately, there
nt to begin
ıctions, this

20 percent

st. You may
u're wonder-
ıcern, please
lecide if you
ou have.

# Rage Questionnaire

**Instructions:** For each of the statements below, give the answer that best describes you.

Y     "Yes, that's true about me at least once in a while."

N     "No, I'm sure that I don't do that or think like that."

M     "Maybe. I'm just not sure if that statement describes what I think or do."

\*     "Yes, and very important. This is serious, dangerous, scary."

## Sudden Rage Indicators

1. My anger comes on both very quickly and very intensely.    \*

2. I get so angry that I lose control over what I say or do.    \*

3. People say I act strange, scary, or crazy when I get really mad.    \*

4. I have blacked out (not from alcohol or drugs) when I became very angry so that I did not remember things I said or did.    Y

5. I get so angry that I worry I might seriously harm or kill someone.    N

6. I feel like I become a different person when I get angry, as if I am not really myself.    M

7. I become instantly furious when I feel that somebody has insulted or threatened me.    M

**Number of items marked Y or \* on 1–7:**   4

What Is Rage?    17

A-3487

## Seething Rage Indicators

8. I am unable to quit thinking about past insults or injuries.    Y

9. My anger about some past insult sometimes seems to grow greater over time instead of leveling off or diminishing.    N

10. I sometimes have intense fantasies of revenge against people who have harmed me.    N

11. I hate people for what they have done to me.    M

12. People would be amazed if they knew how angry I get even though I don't show it.    N

13. I feel outraged about what people try to get away with.    *

14. I have difficulty forgiving people.    N

15. I seethe in anger but don't say anything to others.    N

16. I deliberately hurt people (physically or verbally) in order to pay them back for something they did to me.    Y

**Number of items marked Y or * on 8–16:** 3

## Survival Rage Indicators

17. I have gotten into a physical fight where it took several people to pull me away from the other person.    *

18. I threaten to severely hurt or even to kill people when I become very angry.    *

18    Rage

19. I startle e
    touches m

20. I feel like
    become ai

21. I go into c
    against re

22. People say
    that peop

23. I have a fi
    I feel both

Number of it

24. I feel like
    me or und

25. I blow up
    "I just car

26. I feel both
    situations

27. I pound th
    scream ou
    way I wan

28. I get so ai
    —even if

29. I harbor ti
    people wh
    over me.

Number of it

19. *I startle easily in situations, such as when somebody touches me on the shoulder from behind.*  N

20. *I feel like I am fighting for my life when I become angry.*  M

21. *I go into a blind rage when defending myself against real or imagined danger.*  ✶

22. *People say I am paranoid or that I falsely believe that people are trying to harm me.*  Y

23. *I have a fight-or-flight reaction, during which I feel both really angry and really scared.*  Y

**Number of items marked Y or ✶ on 17–23:**  5

## Impotent Rage Indicators

24. *I feel like exploding when people don't listen to me or understand me.*  ✶

25. *I blow up after thinking such thoughts as "I just can't take it anymore."*  M

26. *I feel both helpless and furious about situations I cannot control.*  ✶

27. *I pound the ground, break things, or scream out loud when things don't go the way I want them to.*  ✶

28. *I get so angry I have to do something—anything —even if it makes the problem worse.*  ✶

29. *I harbor thoughts of violence or revenge toward people who have (or once had) power or control over me.*  N

**Number of items marked Y or ✶ on 24–29:**  4

What Is Rage?   19

## Shame-Based Rage Indicators

30. I become furious when people seem to disrespect me.   *N*

31. My reputation—my good name—is something I strongly defend.   *M*

32. I frequently worry that people think I am stupid, ugly, or incompetent.   *N*

33. I get really mad after a moment of embarrassment—for instance, if someone points out something I did wrong.   *N*

34. People say that I am way too sensitive to criticism.   *M*

35. I dwell upon put-downs that I believe people have made about me.   *M*

36. I become irate when people seem to be ignoring me.   *N*

Number of items marked Y or * on 30–36:   *0*

## Abandonment Rage Indicators

37. I become furious when I think about times when I have been abandoned or betrayed.   *M*

38. I struggle with intense feelings of jealousy.   *Y*

39. I look for proof that the people who say they care about me cannot be trusted.   *N*

40. Feeling neglected or ignored by the people I love seems almost intolerable to me.   *Y*

20    Rage

41. I be
    at
    neg

42. I fe
    bec
    att

43. I ho
    I c
    car

Number

Interpr
naire tha
or "*" a
more "y
you have
in any si
problem.
    Now
the rest
Do you t

41. I become preoccupied with wanting to get back at my parents or partners because they left me, neglected me, or betrayed me.

42. I feel cheated by my partner, children, or friends because I give them way more love, caring, and attention than I get back.

43. I have been told that once I become really mad, I can't take in any reassurances or statements of caring from the people I am angry with.

Number of items marked Y or * on 37–43:  3

**Interpretation.** There is no minimum score on this questionnaire that says you have a rage problem. Instead, even one "yes" or "*" answer means you could have a problem with rage. The more "yes" or "*" answers in general, the more likely it is that you have a serious rage problem. The more "yes" or "*" answers in any single section, the more likely you have that kind of rage problem.

Now that you have completed the questionnaire, please use the rest of the space on this page to answer these two questions: Do you think you have a problem with rage? Why?

What Is Rage?   21

A-3491

11/13/14 (Cont'd) Pt. did not make an appt. for next week; stated he will call me.)

11/18/14 Received call from pt & returned his phone call. Will see pt. tomorrow at 11:30 AM.

11/19/14 Spoke c̄ Dr. T about pt. Pt. came in for session. Gave pt. copy of Efron-Potter Rage book. Pt. will begin reading it & fill out questionnaire. Advised pt. that 2X week sessions are recommended. Pt. agreed. Also discussed pt. not living c̄ his family at some point in the future. Pt. & family saw video last night, pt. dissatisfied c̄ attorney. Will continue to work c̄ pt. to control his anger and be able to live in the world, s̄ exhibiting violent behaviors. Called ins. co. — no co-pay.

A-3492

11/11/14

(#5)

Pt. continues to work on his anger. Pt. upset about the problem he is having in wanting to see Misha. Pt. wants to have a session c̄ his mother to discuss it. Will see pt. c̄ his mother on Thursday November 13, 2014.

11/13/14 Pt. had a session c̄ his mother. Pt. discussing wanting to see Misha. Pt's mother not in agreement but said he could see her outside of the house. Recommendations:

1) Pt. will apply for job at Microsoft at Roosevelt Field Mall. Will investigate volunteering while trying to get a job.
2. Pt. will go to the gym.
3. Pt. will show his parents that he can control his temper for 2 weeks.
4. If so, pt's mother will consider him going to the city to meet Misha

GRIX 275

A-3493

10/30/14 — Pt's appt. cancelled 2° Dr. Grix's mother's death. Will see pt. next week on 11/4/14.

11/4/14 — Pt's mother called. pt. was arrested last night + will not be able to keep appt. Will see pt. asap after his release.

11/7/14
(#4) — Pt. discussing what occurred the other night + how he feels about it. Pt. will continue to have sessions 2X a week to help c̄ anger management. Will see pt. on Tuesday, November 11, 2014.

GRIX                                              276

A-3494

10/16/14 Pt. came directly from gym. Pt. appeared somewhat hyper. As pt. continued to talk he appeared to become less hyper Pt. discussing what he is doing + how he is feeling generally. Pt. had an appt. to see Dr. T. next Wed. 10/22/14. Pt's parents went for deposition yesterday + left 2° questioning that could have impacted his criminal case, according to pt. Will see pt. in two weeks on Thursday 10/30/14. Advised pt. to call in the interim if needed. Pt. also discussing the waves of depression that occur although he states they do not last long.

**A-3495**

7/26/13 Called Neuro International —
Fl. — 3 Standing Facilities
accept mild to severe —
~~Facility~~

Tammy —
will call
me back

Fl. — Medicaid —
Secondary
Not
Primary

[Medicare]
↓
doesn't help —
Can he go out of
state ? +
be covered

8/1/13 called + spoke c̄ Tammy; advised to
go thru the insurance — + get
approval for treatment.

GRIX                                    278

A-3496

7/25/13: Conversation c̄ Benjamin Clark —
Takes clients c̄ TBI +
mental health piece.

re:
BP

[avg. age 45]   Holyoke, MA.   30 min. east of Albany NO of
              Lowell, MA.    30 min. BOSTON
              Cedarhill, MA  30 min SO BOSTON

6 mos — 4/5 yrs.

usual length of stay   13 mos. ———————→ + then TBI waiver program.

1 bedroom apt.
1/3 income toward rent.

Needs — medicaid        45 days
                        6 mos.

Needs his name — + DOB

Social Worker's name —

GRIX                                    279

7/16/13 (cont'd) Ultimately pt. was not hospital-ized but was arrested. Pt's parents extremely upset.

7/18/13 Advised by pt's parents that he was admitted to the hospital late last night. Hospital called me at 1:45 AM (Dr. Curti), pt. is on a unit at Zucker.

7/20/13 Collaborating c̄ Dr. Joseph Vollaro to help get pt. transferred to a long term care TBI facility; Dr. Vollaro will meet c̄ pt's family regarding this plan.

7/24/13 Spoke at length c̄ Dr. Cantu at LIJ-Zucker re pt's condition. Advised pt's family.

7/31/13 Spoke c̄ Dr. Cantu, Social Worker Alise Aron + Belinda Cohen, N.P. - pt. was administered SCIP today; also working on referrals + Medicaid for pt.

A-3498

6/25/13 Pt. filled out questionnaire in Rage book; reviewed results c̄ pt + what his results mean. Pt. receptive + will continue to work c̄ book. Pt. feels he is doing better this week. Will see pt. on Tuesday 7/2/13.

7/1/13 Informed by pt's mother that pt. has been hospitalized at NSUH tonight. Pt. has 3 broken fingers + 3 torn tendons 2° Rage reaction + harming himself. Pt's appt. cancelled for tomorrow.

7/2/13 Pt's family requested an EEG to r/o complex partial seizures; meds being adjusted as well. Pt's family will keep me informed.

7/16/13 Pt. was released from hospital + came in for session today. after an incident at home. Pt's parents joined us at his request; as the session evolved it was decided to have pt. hospitalized again.

A-3499

6/25/13

which only

n you have
ou love. It's
; their rage
iving their
suicide as


iful, harsh,
bric of life,
even you,
tegrate into
it smashed?
ill go away.

he costs so
nately, there
nt to begin
ictions, this


20 percent


st. You may
u're wonder-
icern, please
lecide if you
ou have.

# Rage Questionnaire

**Instructions:** For each of the statements below, give the answer that best describes you.

Y    "Yes, that's true about me at least once in a while."

N    "No, I'm sure that I don't do that or think like that."

M    "Maybe. I'm just not sure if that statement describes what I think or do."

*    "Yes, and very important. This is serious, dangerous, scary."

## Sudden Rage Indicators

1.  *My anger comes on both very quickly and very intensely.*    ___

2.  *I get so angry that I lose control over what I say or do.*    ✗

3.  *People say I act strange, scary, or crazy when I get really mad.*    ✗

4.  *I have blacked out (not from alcohol or drugs) when I became very angry so that I did not remember things I said or did.*    N

5.  *I get so angry that I worry I might seriously harm or kill someone.*    ✗

6.  *I feel like I become a different person when I get angry, as if I am not really myself.*    ✗

7.  *I become instantly furious when I feel that somebody has insulted or threatened me.*    M

**Number of items marked Y or * on 1–7:**    5

What Is Rage?    17

## Seething Rage Indicators

8. I am unable to quit thinking about past insults or injuries.

9. My anger about some past insult sometimes seems to grow greater over time instead of leveling off or diminishing.

10. I sometimes have intense fantasies of revenge against people who have harmed me.

11. I hate people for what they have done to me.

12. People would be amazed if they knew how angry I get even though I don't show it.

13. I feel outraged about what people try to get away with.

14. I have difficulty forgiving people.

15. I seethe in anger but don't say anything to others.

16. I deliberately hurt people (physically or verbally) in order to pay them back for something they did to me.

Number of items marked Y or * on 8–16: ___2___

## Survival Rage Indicators

17. I have gotten into a physical fight where it took several people to pull me away from the other person.

18. I threaten to severely hurt or even to kill people when I become very angry.

18    Rage

19. I sta
    touch

20. I feel
    becor

21. I go i
    again.

22. Peopl
    that

23. I have
    I feel

Number (

24. I feel I
    me or

25. I blow
    "I just

26. I feel b
    situatio

27. I pound
    scream
    way I w

28. I get so
    —even

29. I harbor
    people
    over me

Number of

A-3501

19. I startle easily in situations, such as when somebody touches me on the shoulder from behind.   *N*

20. I feel like I am fighting for my life when I become angry.   *N*

21. I go into a blind rage when defending myself against real or imagined danger.   *N*

22. People say I am paranoid or that I falsely believe that people are trying to harm me.   *M*   ✗

23. I have a fight-or-flight reaction, during which I feel both really angry and really scared.   *N*

**Number of items marked Y or * on 17–23:**   2

## Impotent Rage Indicators

24. I feel like exploding when people don't listen to me or understand me.   *Y*

25. I blow up after thinking such thoughts as "I just can't take it anymore."   ✶

26. I feel both helpless and furious about situations I cannot control.   *Y*

27. I pound the ground, break things, or scream out loud when things don't go the way I want them to.   ✶

28. I get so angry I have to do something—anything —even if it makes the problem worse.   ✶

29. I harbor thoughts of violence or revenge toward people who have (or once had) power or control over me.   *N*

**Number of items marked Y or * on 24–29:**   5

A-3502

## Shame-Based Rage Indicators

30. I become furious when people seem to disrespect me.                     _M_

31. My reputation——my good name——is something I strongly defend.          _Y_

32. I frequently worry that people think I am stupid, ugly, or incompetent.   _Y_

33. I get really mad after a moment of embarrassment——for instance, if someone points out something I did wrong.   _N_

34. People say that I am way too sensitive to criticism.                    _Y_

35. I dwell upon put-downs that I believe people have made about me.         _y_

36. I become irate when people seem to be ignoring me.                       _M_

Number of items marked Y or * on 30–36:   _4_

## Abandonment Rage Indicators

37. I become furious when I think about times when I have been abandoned or betrayed.   _Y_

38. I struggle with intense feelings of jealousy.                           _A_

39. I look for proof that the people who say they care about me cannot be trusted.   _M_

40. Feeling neglected or ignored by the people I love seems almost intolerable to me.   _M_

20    Rage

41. I be
    at
    neg

42. I fe
    bec
    att

43. I h
    I c
    car

Numbe

Interpr
naire th
or "*" a
more "y
you have
in any si
problem
    Now
the rest
Do you

**A-3503**

41. *I become preoccupied with wanting to get back at my parents or partners because they left me, neglected me, or betrayed me.*

42. *I feel cheated by my partner, children, or friends because I give them way more love, caring, and attention than I get back.*

43. *I have been told that once I become really mad, I can't take in any reassurances or statements of caring from the people I am angry with.*

Number of items marked Y or * on 37–43:

**Interpretation.** There is no minimum score on this questionnaire that says you have a rage problem. Instead, even one "yes" or "*" answer means you could have a problem with rage. The more "yes" or "*" answers in general, the more likely it is that you have a serious rage problem. The more "yes" or "*" answers in any single section, the more likely you have that kind of rage problem.

Now that you have completed the questionnaire, please use the rest of the space on this page to answer these two questions: Do you think you have a problem with rage? Why?

What Is Rage?    21

**A-3504**

6/17/13
9:05PM

Received telephone call from a Dr. Menami(?) at LIJ + pt. went to ER c̄ his father - wanted to be admitted. Is being accepted into the partial program for medication monitoring + group therapy daily. Dr. Gupta has been informed as well. Will see pt. tomorrow.

6/18/13

Pt. discussing the partial program. Pt.'s anger is ↑, pt. states he will attend the partial program. Pt. cannot express what is related to the ↑ in angry outbursts. Discussed working c̄ the Rage Book - pt. agreed. Will see pt. next week on Tuesday 6/25/19.13 MH

6/19/13

Pt.'s mother informed me that he does not want to attend PP as did pt. Encouraged pt. to attend to no avail. Pt. seeing Dr. Gupta tomorrow where his meds + ↑ rage will be discussed. Will see pt. next week on Tuesday 6/25/13

GRIX 287

A-3505

6/4/13 Pt. discussing the incident that occurred c̄ his family last week + how he feels about it; pt. also discussing feeling isolated + that is not positive for him. Pt. has decided to take a very small dosage of Sofris 2x a day to alleviate rage. Pt.'s Ⓡ arm in a splint 2° incident but arm is not broken. Will see pt. next week. Advised pt. to call me as needed. Pt. plans to go forward c̄ attending Fordham. Will continue to monitor pt. for ↑ anxiety + depression.

6/12/13 Pt. discussing going on a job interview tomorrow. discussed various points re. interview; pt. also discussing his purchases of sports jerseys, etc. exploring the dichotomy of that + his expressions of faith. Pt. states that he is doing better + has been controlling his anger more — no outbursts since the one in late May. Will continue to monitor; will see pt. next week.

GRIX 288

A-3506

5/8/13 **(#26)** **(cont'd)** decided not to send the letter to Adelphi's Disability Services. Pt's mood is stable during the session. Pt. appears more hopeful regarding finishing the course. Will see pt. next week.

5/8/13 Pt. called - had an incident with his father; spoke c̄ pt. + pt's mother; referred pt. to Dr. Teitelbaum. Advised pt. to call if needed.

5/14/13 Pt. came to session c̄ his mother; pt. had another incident at home - pt's mother gave him Safris + pt. was unable to particepate; spoke c̄ pt's parents - they may hospitalize pt - will advise me.

5/22/13 Pt. saw Dr. Gupta last week - continues to adjust meds; pt. states that he is doing better; appears more relaxed + less depressed + anxious. Advised pt. that letter was mailed to Dr. Rubin yesterday. Will see pt. in two weeks. Will call him on 6/3 for appt. date.

GRIX 288

A-3507

4/25/13 (#24) Pt's anger increasing; pt. stated in session that he had an urge to break the air conditioning/heater unit. Pt. very angry at his family as well as students at Adelphi. At end of session, pt. began crying because of what has happened to him. Pt. asked that I call him at 8:00 PM tonight + will see pt. next week

4/30/13 (#25) Pt. has decided not to return to English class 2° students being cruel to him as he perceives it. Pt's mood elevated; pt. discussing what he wants regarding his courses + going on to Fordham. Continue to discuss c̄ pt. the concerns about his mental well being + that school is secondary. Pt. also brought in his new Rangers (Nash) jersey. Will see pt. next week.

5/8/13 (#26) Pt. discussing the situation with his coursed work. - pt's mother has

3/27/13 (#21) Pt. discussing feeling uncomfortable in his English class + not feeling included. Focus: build pt. up + help him view himself differently. Help pt. interact more socially acceptable c̄ others. Will see pt. next week

4/9/13 (#22) Pt. discussing how he feels about the girl he has been seeing; had a falling out + feels very alone. Pt. also discussing his concerns about his classes. Pt. states that he is having tremors 2° to meds (?); advised pt. to speak to Dr. Gupta. Will see pt. next week.

4/16/13 (#23) Pt. continues to discuss his struggle c̄ his classes + getting his papers finished on time. Pt. states that he is "all over the place." Pt. is having difficulty staying c̄ his feelings except anger. Exploring how pt. feels hurt. Pt. continues to sell items thru E-Bay for extra #; will see pt. next week.

291

A-3509

2/28/13 (Cont'd)    Dr. Brandt of pt's status.

3/12/13    Pt. did not show up for session + did not call; called pt.'s cell phone + left message asking pt to call me.

3/14/13 (#19)    Pt. discussing his mood + his feeling left out particularly at school. Pt. states that he is not suicidal. Pt. hopes to go to Fordham in the Fall. Pt. continues to also discuss the girl he has been seeing. Relationship appears to be having a negative effect on him. Will see pt. next week.

3/19/13 (#20)    Pt's mood much improved. Pt. states that he is feeling better + is in a "good mood." Continues to struggle c̄ his classwork + wants help from teachers. Pt. struggles c̄ being s̄ friends + c̄ his high anxiety. Advised pt. to discuss further c̄ Dr. Gupta. Will see pt. next week.

GRIX 292.

A-3510

2/21/13 Pt. continues to state that he is feeling ↑ depressed, anxious & angry. Pt. continues to state that he is not satisfied c̄ the care he is receiving from Dr. Gupta; pt. discussing his feelings about his family, particularly his father. Will see pt. next week. Pt. states he will not harm himself.

(#16)

2/26/13 Pt. highly anxious regarding finances & school. Pt. states that he has suicidal ideation but will not take action 2° to having a family. Pt. continue to feel that Dr. Gupta is not helping him. Pt. exploring the possibility of applying for SSI. Advised pt. that Dr. Brandt will cover for me next week. Will see pt. on Thursday

(#17)

2/28/13 Pt. continues to be highly anxious & ↑ depressed. discussed considerations for school; gave pt. Dr. Brandt's info while I'm on vacation. Will see pt. on 3/12/13. Pt. states he will not harm himself in any way. Advised

(#18)

293

A-3511

1/23/13 (cont'd) (#12) Pt. states that he wants to have a session c̄ his father to see if they can improve their relationship. Will schedule for next week.

1/30/13 (#13) 90847 Pt. had a family session c̄ his father present. Discussed how pt. feels about his relationship c̄ his father + his father verbalized how he feels about pt. Pt. expressed disappointment that I did not "scold" his father about how he acts toward pt. Will see pt. next week.

2/5/13 Pt. called + said he would not be able to attend session 2° his mother vomiting + not able to drive him. Will try to reschedule for this week — if not will see pt. next week. (No charge)

2/12/13 (#14) Pt. emotional — stating he hates his life; also stated he does not want to go back to the hospital.

GRIX 294

A-3512

1/2/13 (cont'd) #10
Will explore further c̄ pt. Will see pt. next week.

1/8/13
Pt. scheduled a 4:00 PM appt. & did not show up; called pt & left message; received return call - pt. forgot. will call pt. to reschedule.

1/15/13 #11
Pt. continues to discuss how he feels about the purchases he is making & asking for refunds. Pt. also discussing his plans for the future (School) & how he feels about it. Will continue to explore; will see pt. next week.

1/23/13 #12
Pt. saw Dr. Gupta - ↓ Depakote to 1000 mg a day. 500 BID Klonopin .5 mg AM & PM. Off Xanax; D₃ 2000 iu; Fish Oil 1000 mg AM & PM, off Ambien, pt. will bring full list next time; deja vu is occurring & Dr. G asked pt. to speak to me about it.

A-3513

1/2/13
(#10)
Pt. discussing what occurred with his brother + father over the holiday period. Pt. has a black eye which he stated his brother gave him. Pt. discussing the physical violence in his household. Pt. receiveid his grades - got 2 As. Has registered for 2 courses in the spring. Considering going to Fordham in the Fall. Pt. also discussing how he attains # three purchases - says he does not feel it is morally wrong.

Case: 25-3129, 04/30/2026, DktEntry: 62.1, Page 123 of 178

IVATIONAL GOVT. SVCS                         NET          159.58

NAME ████████████████  ██████████████  ███████████████████
REM: N535
REM: N535                                                1.63
CLAIM TOTALS ██████████████████████████████
CLAIM INFORMATION FORWARDED TO: ████████████████
                                                    NET    █████

NAME ████████████  ███████████████  ██████████████████████
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP    118.32         CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO ████████████████
                                                    NET

NAME ████████████  ███████████████  ███████████████████
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO: █████████████████

NATIONAL GOVERNMENT SERVICES, INC.                809430944 000019496

NPI:      1528275989              MAUREEN C. GRIX  PH.                    MEDICARE

CHECK/EFT #:809430944        10/18/22       PAGE #: 2 OF 2               REMITTANCE
                                                                          ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | | ACNT 1327110110 | | | ICN 1122277520420 | ASG Y  MOA MA01  MA07 | |
| | 0903 090322 | 02 | 1.0 | 90834 | GT | 225.00 | 101.77 | 0.00 | 20.35 | CO-45   123.23 | 79.79 |
| REM: N535 | | | | | | | | | | CO-253    1.63 | |
| | 0905 090522 | 02 | 1.0 | 90834 | GT | 225.00 | 101.77 | 0.00 | 20.35 | CO-45   123.23 | 79.79 |
| REM: N535 | | | | | | | | | | CO-253    1.63 | |
| | 0906 090622 | 02 | 1.0 | 90834 | GT | 225.00 | 101.77 | 0.00 | 20.35 | CO-45   123.23 | 79.79 |
| REM: N535 | | | | | | | | | | CO-253    1.63 | |
| | 0914 091422 | 02 | 1.0 | 90834 | GT | 225.00 | 101.77 | 0.00 | 20.35 | CO-45   123.23 | 79.79 |

REM: N535
PT RESP    101.75        CLAIM TOTALS    1125.00    508.85    0.00    101.75    CO-253    1.63
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH                              624.30    398.95

                                                                             NET    398.95

NAME ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

REM: N535 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

REM: N535 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
PT RESP ▓▓▓▓▓▓▓        CLAIM TOTALS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
CLAIM INFORMATION FORWARDED TO: ▓▓▓▓▓▓▓▓▓

                                                                             NET ▓▓▓▓▓▓▓

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 5700.00 | 2995.80 | 0.00 | 599.16 | 2752.20 | 2348.64 | 0.00 | 2348.64 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO    Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.

253   Sequestration - reduction in federal payment.

45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01  Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07  Alert: The claim information has also been forwarded to Medicaid for review.

MA18  Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535  Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

NATIONAL GOVERNMENT SVCES

Case: 25-3129, 04/30/2026, DktEntry: 62.1, Page 124 of 178

GRIX

A-3515

A-3516

*NATIONAL GOVT. SVCES* (handwritten)

*299* (handwritten)      *GRIX* (handwritten)

---

NATIONAL GOVERNMENT SERVICES, INC.

NPI: 1528275989      MAUREEN C. GRIX PH.      MEDICARE

CHECK/EFT #:809315002      09/28/22      PAGE #: 2 OF 2      REMITTANCE

8093150002 000021566      ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3KG5X14QR77 | | ACNT 1327110110 | | | ICN 1122257499480 | | ASG Y MOA MA01 | MA07 |
| 0802 | 080222 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45 98.23 | 79.79 |
| | | | | | | | | | | CO-253 1.63 | |
| REM: N535 | | | | | | | | | | | |
| 0823 | 082322 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45 98.23 | 79.79 |
| | | | | | | | | | | CO-253 1.63 | |
| REM: N535 | | | | | | | | | | | |
| 0830 | 083022 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45 98.23 | 79.79 |
| | | | | | | | | | | CO-253 1.63 | |
| REM: N535 | | | | | | | | | | | |
| PT RESP 61.05 | | | | CLAIM TOTALS | | 600.00 | 305.31 | 0.00 | 61.05 | 299.58 | 239.37 |

NET

A-3517

```
NAME PFAIL, BRIAN          MID 3KG5XJ4QR77  ACNT 1327110110        ICN 1122224490460 ASG Y  MOA MA01 MA07
         0706 070622 02    1.0 90834 GT     200.00   101.77   0.00  20.35 CO-45      98.23      79.79
REM: N535                                                                CO-253      1.63
         0719 071922 02    1.0 90834 GT     200.00   101.77   0.00  20.35 CO-45      98.23      79.79
REM: N535                                                                CO-253      1.63
PT RESP    40.70                  CLAIM TOTALS   400.00   203.54   0.00  40.70       199.72     159.58
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH
                                                                          NET        159.58
```

NATIONAL GOVERNMENT SERVICES, INC.                       809134095 000021966                 MEDICARE

NPI:      1528275989                     MAUREEN C. GRIX PH.                                  REMITTANCE

CHECK/EFT #:809134095              08/26/22          PAGE #: 2 OF 2                            ADVICE

PERF PROV  SERV DATE  POS  NOS  PROC  MODS  BILLED  ALLOWED  DEDUCT  COINS  GRP/RC-AMT  PROV PD

REM: N535

REM: N535
PT RESP                 CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 7 | 3500.00 | 2142.43 | 0.00 | 428.51 | 1391.90 | 1679.59 | 0.00 | 1679.59 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO      Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.
253     Sequestration - reduction in federal payment.
45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01    Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07    Alert: The claim information has also been forwarded to Medicaid for review.
MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535    Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

GRIX                                                                     300

A-3518



REM: N535
REM: N535
REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:

CLAIM TOTALS

NET

NATIONAL GOVERNMENT SERVICES, INC.                    808963306 000023627

MEDICARE
REMITTANCE

NPI:     1528275989                          MAUREEN C. GRIX  PH.

CHECK/EFT #:808963306          07/29/22          PAGE #: 2 OF 2

ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

NAME
REM: N535
REM: N535
CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:

NET

NAME PFAIL, BRIAN          MID 3KG5XJ4QR77   ACNT 1327110110        ICN 1122196481710  ASG Y  MOA MA01  MA07

| | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0607 060722 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 80.61 |
| REM: N535 | | | | | | | | | | CO-253   0.81 | |
| | 0615 061522 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 80.61 |
| REM: N535 | | | | | | | | | | CO-253   0.81 | |
| | 0621 062122 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 80.61 |
| REM: N535 | | | | | | | | | | CO-253   0.81 | |
| | 0628 062822 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 80.61 |
| REM: N535 | | | | | | | | | | CO-253   0.81 | |
| PT RESP | 81.40 | | | CLAIM TOTALS | | 800.00 | 407.08 | 0.00 | 81.40 | 396.16 | 322.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET          322.44

NAME
REM: N535
REM: N535
PT R
CLAIM INFORMATION FORWARDED TO:

CLAIM TOTALS

NET

| TOTALS: # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|
| 9 | 4900.00 | 2894.03 | 0.00 | 578.81 | 2029.04 | 2292.15 | 0.00 | 2292.15 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO    Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.

253   Sequestration - reduction in federal payment.

45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01  Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07  Alert: The claim information has also been forwarded to Medicaid for review.

MA18  Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535  Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

GRIX                                                                                301

A-3519

NET     585.60

REM: N535
REM: N535
REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO             CLAIM TOTALS

NET

1   NATIONAL GOVERNMENT SERVICES, INC.                    808784598 000022156

    NPI:     1528275989                    MAUREEN C. GRIX  PH.          MEDICARE

    CHECK/EFT #:808784598          06/29/22        PAGE #: 2 OF 2        REMITTANCE

                                                                         ADVICE
3 PERF PROV  SERV DATE  POS   NOS   PROC   MODS   BILLED   ALLOWED  DEDUCT   COINS   GRP/RC-AMT   PROV PD

REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO                CLAIM TOTALS

NET

| NAME PFAIL, BRIAN | | MID 3KG5XJ4QR77 | | ACNT 1327110110 | | | ICN 1122166583320 | ASG Y | MOA MA01  MA07 |
|---|---|---|---|---|---|---|---|---|---|
| 0504 050422 02 | 1.0 90834 GT | | 200.00 | 101.77 | 0.00 | 20.35 | CO-45 | 98.23 | 80.61 |
| REM: N535 | | | | | | | CO-253 | 0.81 | |
| 0512 051222 02 | 1.0 90834 GT | | 200.00 | 101.77 | 0.00 | 20.35 | CO-45 | 98.23 | 80.61 |
| REM: N535 | | | | | | | CO-253 | 0.81 | |
| 0520 052022 02 | 1.0 90834 GT | | 200.00 | 101.77 | 0.00 | 20.35 | CO-45 | 98.23 | 80.61 |
| REM: N535 | | | | | | | CO-253 | 0.81 | |
| 0524 052422 02 | 1.0 90834 GT | | 200.00 | 101.77 | 0.00 | 20.35 | CO-45 | 98.23 | 80.61 |
| REM: N535 | | | | | | | CO-253 | 0.81 | |
| PT RESP 81.40 | CLAIM TOTALS | | 800.00 | 407.08 | 0.00 | 81.40 | | 396.16 | 322.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET     322.44

NAME
REM: N535
REM: N535
PT RESP                    CLAIM TOTALS
CLAIM INFORMATION FORWARDED

NET

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 6200.00 | 3639.09 | 0.00 | 737.83 | 2540.32 | 2921.85 | 0.00 | 2921.85 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO       Contractual Obligation. Amount for which the provider is financially liable. The patient may
         not be billed for this amount.
253      Sequestration - reduction in federal payment.
45       Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
         This adjustment amount cannot equal the total service or claim charge amount; and must not
         duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
         from prior payer(s) adjudication.
MA01     Alert: If you do not agree with what we approved for these services, you may appeal our
         decision. To make sure that we are fair to you, we require another individual that did not
         process your initial claim to conduct the appeal. However, in order to be eligible for an
         appeal, you must write to us within 120 days of the date you received this notice, unless you
         have a good reason for being late.
MA07     Alert: The claim information has also been forwarded to Medicaid for review.
MA18     Alert: The claim information is also being forwarded to the patient's supplemental insurer.
         Send any questions regarding supplemental benefits to them.
N535     Payment is adjusted when procedure is performed in this place of service based on the submitted
         procedure code and place of service.

GRIX                                                                        302

A-3520

|  |  | NET | 702.72 |
|---|---|---|---|

NAM█████████████

REM: N535
PT RESP ████████          CLAIM TOTALS
CLAIM INFORMATION FORWARDED T████████████

NET ████████

1  NATIONAL GOVERNMENT SERVICES, INC.                          808612201 000064888

NPI:      1528275989                          MAUREEN C. GRIX  PH.

CHECK/EFT #:808612201              05/31/22          PAGE #: 2 OF 2

**MEDICARE REMITTANCE ADVICE**

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3KGSXJ4QR77 | | | ACNT 1327110110 | | | ICN 1822136026660 | ASG Y  MOA MA01  MA07 | |
| | 0405 040522 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 80.61 |
| REM: N535 | | | | | | | | | | CO-253  0.81 | |
| | 0412 041222 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 30.61 |
| REM: N535 | | | | | | | | | | CO-253  0.81 | |
| | 0419 041922 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 80.61 |
| REM: N535 | | | | | | | | | | CO-253  0.81 | |
| | 0426 042622 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 | CO-45  98.23 | 80.61 |
| REM: N535 | | | | | | | | | | CO-253  0.81 | |
| PT RESP  81.40 | | | | CLAIM TOTALS | | 800.00 | 407.08 | 0.00 | 81.40 | 396.16 | 322.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET      322.44

NAME ████████████████

REM: N535 ████████████████

REM: N535 ████████████████

REM: N535 ████████
PT RESP ████████          CLAIM TOTALS ████████
CLAIM INFORMATION FORWARDED TO: ████████

NET ████████

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 4750.00 | 2884.48 | 0.00 | 576.92 | 1888.52 | 2284.56 | 0.00 | 2284.56 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO        Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.

253       Sequestration - reduction in federal payment.

45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01      Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07      Alert: The claim information has also been forwarded to Medicaid for review.

MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535      Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3521



REM: N535
REM: N535
REM: N535
REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:    CLAIM TOTALS

                                                                                NET

| 1 NATIONAL GOVERNMENT SERVICES, INC. | | | | | 808433049 000020219 | | | | MEDICARE |
|---|---|---|---|---|---|---|---|---|---|
| NPI: 1528275989 | | | | MAUREEN C. GRIX PH. | | | | | REMITTANCE |
| CHECK/EFT #:808433049 | | 04/29/22 | | PAGE #: 2 OF 2 | | | | | ADVICE |

| 3 PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3KG5XJ4QR77 | | | ACNT 1327110110 | | | ICN 1122105499230 | ASG Y  MOA MA01  MA07 | |
| 0308 | 030822 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 CO-45 | 98.23 | 81.42 |
| REM: N535 | | | | | | | | | | | |
| 0315 | 031522 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 CO-45 | 98.23 | 81.42 |
| REM: N535 | | | | | | | | | | | |
| 0322 | 032222 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 CO-45 | 98.23 | 81.42 |
| REM: N535 | | | | | | | | | | | |
| 0329 | 032922 | 02 | 1.0 | 90834 | GT | 200.00 | 101.77 | 0.00 | 20.35 CO-45 | 98.23 | 81.42 |
| REM: N535 | | | | | | | | | | | |
| PT RESP 81.40 | | | | CLAIM TOTALS | | 800.00 | 407.08 | 0.00 | 81.40 | 392.92 | 325.68 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

                                                                           NET     325.68

REM: N535
REM: N535
REM: N535
                                   CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

                                                                                NET

| 0 TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 4925.00 | 2905.56 | 0.00 | 581.12 | 2019.44 | 2324.44 | 0.00 | 2324.44 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO      Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
        not be billed for this amount.

45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
        This adjustment amount cannot equal the total service or claim charge amount; and must not
        duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
        from prior payer(s) adjudication.

MA01    Alert: If you do not agree with what we approved for these services, you may appeal our
        decision. To make sure that we are fair to you, we require another individual that did not
        process your initial claim to conduct the appeal.  However, in order to be eligible for an
        appeal, you must write to us within 120 days of the date you received this notice, unless you
        have a good reason for being late.

MA07    Alert: The claim information has also been forwarded to Medicaid for review.

MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer.
        Send any questions regarding supplemental benefits to them.

N535    Payment is adjusted when procedure is performed in this place of service based on the submitted
        procedure code and place of service.

A-3522

```
NAME PFAIL, BRIAN         MID 3KG5XJ4QR77  ACNT 1327110110        ICN 1122091449480  ASG Y  MOA MA01  MA07
         0210 021022 02   1.0 90834 GT      200.00    101.77    0.00    20.35 CO-45      98.23      81.42
REM: N535
         0215 021522 02   1.0 90834 GT      200.00    101.77    0.00    20.35 CO-45      98.23      81.42
REM: N535
         0222 022222 02   1.0 90834 GT      200.00    101.77    0.00    20.35 CO-45      98.23      81.42
REM: N535
PT RESP     61.05              CLAIM TOTALS  600.00    305.31    0.00    61.05          294.69     244.26
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH
                                                                                       NET        244.26
```

```
1   NATIONAL GOVERNMENT SERVICES, INC.                      808341109 000022457
                                                                                        MEDICARE
    NPI:       1528275989                       MAUREEN C. GRIX  PH.
                                                                                        REMITTANCE
    CHECK/EFT #:808341109          04/15/22       PAGE #: 2 OF 2
                                                                                        ADVICE
3  PERF PROV  SERV DATE  POS   NOS   PROC   MODS    BILLED   ALLOWED  DEDUCT   COINS   GRP/RC-AMT  PROV PD
```

[redacted]

```
0 TOTALS:  # OF     BILLED    ALLOWED   DEDUCT    COINS     TOTAL     PROV PD    PROV     CHECK
           CLAIMS    AMT        AMT       AMT       AMT      RC-AMT     AMT     ADJ AMT     AMT
             7      4075.00   2440.84    0.00     488.18    1634.16   1952.66    0.00     1952.66
```

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO     Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.
45     Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01   Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07   Alert: The claim information has also been forwarded to Medicaid for review.
MA18   Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535   Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3523

PT RESP
CLAIM INFORMATION FORWARDED TO:

1  NATIONAL GOVERNMENT SERVICES, INC.                    808072712 000020233
                                                                              MEDICARE
   NPI:    1528275989                      MAUREEN C. GRIX  PH.
                                                                              REMITTANCE
   CHECK/EFT #:808072712         02/23/22       PAGE #: 2 OF 2
                                                                              ADVICE
3 PERF PROV  SERV DATE  POS   NOS   PROC   MODS    BILLED   ALLOWED  DEDUCT   COINS    GRP/RC-AMT   PROV PD

| NAME PFAIL, BRIAN | MID 3KG5XJ4QR77 | ACNT 1327110110 | | | ICN 1122045626150 | ASG Y MOA MA01 MA07 | |
|---|---|---|---|---|---|---|---|
| 0104 010422 02 | 1.0 90834 GT | 200.00 | 101.77 | 0.00 | 20.35 CO-45 | 98.23 | 81.42 |

REM: N535
          0114 011422 02  1.0 90834 GT     200.00   101.77   0.00   20.35 CO-45    98.23      81.42
REM: N535
          0118 011822 02  1.0 90834 GT     200.00   101.77   0.00   20.35 CO-45    98.23      81.42
REM: N535
          0127 012722 02  1.0 90834 GT     200.00   101.77   0.00   20.35 CO-45    98.23      81.42
REM: N535
PT RESP   81.40              CLAIM TOTALS   800.00   407.08   0.00   81.40         392.92     325.68
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH
                                                                              NET        325.68

NAME
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP                        CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:
                                                                              NET

| 0 TOTALS: # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|
| 7 | 5000.00 | 3078.47 | 0.00 | 615.73 | 1921.53 | 2462.74 | 0.00 | 2462.74 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
   CO        Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
             not be billed for this amount.
   45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
             This adjustment amount cannot equal the total service or claim charge amount; and must not
             duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
             from prior payer(s) adjudication.
   MA01      Alert: If you do not agree with what we approved for these services, you may appeal our
             decision. To make sure that we are fair to you, we require another individual that did not
             process your initial claim to conduct the appeal.  However, in order to be eligible for an
             appeal, you must write to us within 120 days of the date you received this notice, unless you
             have a good reason for being late.
   MA07      Alert: The claim information has also been forwarded to Medicaid for review.
   MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer.
             Send any questions regarding supplemental benefits to them.
   N535      Payment is adjusted when procedure is performed in this place of service based on the submitted
             procedure code and place of service.

A-3524



:09 PM

**NAME**
REM: N535
REM: N535
REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:

NET

1 NATIONAL GOVERNMENT SERVICES, INC.                    807918748 000021334

NPI:    1528275989                    MAUREEN C. GRIX  PH.                    MEDICARE

CHECK/EFT #:807918748          02/01/22          PAGE #: 2 OF 2                    REMITTANCE

3 PERF PROV  SERV DATE  POS  NOS  PROC  MODS    BILLED  ALLOWED  DEDUCT    COINS    GRP/RC-AMT   ADVICE PROV PD

REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:

NET

| NAME PFAIL, BRIAN | MID 3KG5XJ4QR77 | ACNT 1327110110 | | ICN 1922018042360 | ASG Y | MOA MA01 MA07 |
|---|---|---|---|---|---|---|

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1207 | 120721 | 02 | 1.0 | 90834 | GT | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| 1214 | 121421 | 02 | 1.0 | 90834 | GT | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| 1221 | 122121 | 02 | 1.0 | 90834 | GT | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| 1228 | 122821 | 02 | 1.0 | 90834 | GT | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| 1231 | 123121 | 02 | 1.0 | 90834 | GT | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |

REM: N535 (×5)
PT RESP 102.20          CLAIM TOTALS  1000.00  510.95  0.00  102.20          489.05   408.75
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET  408.75

NAME
REM: N535
REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:

NET

| 0 TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 5775.00 | 3491.13 | 0.00 | 698.28 | 2283.87 | 2792.85 | 0.00 | 2792.85 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO    Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.

45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01  Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07  Alert: The claim information has also been forwarded to Medicaid for review.

MA18  Alert: The claim information is also being forwarded to the patient's supplemental insurer.

307

A-3525



| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

**1** NATIONAL GOVERNMENT SERVICES, INC.    807750746 000018930

MEDICARE REMITTANCE ADVICE

NPI: 1528275989    MAUREEN C. GRIX PH.

CHECK/EFT #:807750746    12/30/21    PAGE #: 2 OF 2

NAME PFAIL, BRIAN    MID 3KG5XJ4QR77    ACNT 1327110110    ICN 1121350549150    ASG Y   MOA MA01  MA07

| | 1102 110221 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
REM: N535

| | 1105 110521 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
REM: N535

| | 1123 112321 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
REM: N535

| | 1130 113021 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
REM: N535

PT RESP  81.76    CLAIM TOTALS  800.00  408.76  0.00  81.76  391.24  327.00
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET  327.00

| TOTALS: # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|
| 7 | 3325.00 | 1879.04 | 0.00 | 375.84 | 1445.96 | 1503.20 | 0.00 | 1503.20 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO    Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01  Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07  Alert: The claim information has also been forwarded to Medicaid for review.

MA18  Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535  Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3526



, PM

REM: N535

REM: N535

REM: N535

REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

CLAIM TOTALS

NET

| 1 | NATIONAL GOVERNMENT SERVICES, INC. | | | | | | 807682715 000025792 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NPI: | 1528275989 | | | | | | MAUREEN C. GRIX PH. | | | | MEDICARE |
| CHECK/EFT #:807682715 | | | 12/20/21 | | | PAGE #: 2 OF 2 | | | | | REMITTANCE |

| 3 PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | ADVICE PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

NAME

REM: N535

REM: N535

REM: N535

REM: N535

REM: N535

REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:

CLAIM TOTALS

NET

NAME PFAIL, BRIAN  MID 3KG5XJ4QR77  ACNT 1327110110  ICN 1121340907980 ASG Y MOA MA01 MA07

| | SERV DATE | POS | NOS PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1005 | 100521 | 02 | 1.0 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | |
| 1012 | 101221 | 02 | 1.0 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | |
| 1019 | 101921 | 02 | 1.0 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | |
| 1026 | 102621 | 02 | 1.0 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | |

PT RESP 81.76      CLAIM TOTALS     800.00   408.76   0.00   81.76   391.24   327.00
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET   327.00

REM: N535

REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:

CLAIM TOTALS

NET

| 0 TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 5850.00 | 3563.17 | 0.00 | 712.68 | 2286.83 | 2850.49 | 0.00 | 2850.49 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO   Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

45   Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01   Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07   Alert: The claim information has also been forwarded to Medicaid for review.
MA18   Alert: The claim information is also being forwarded to the patient's supplemental insurer.

GRIX   309

2/3

A-3527

11/22/21, 4:08 PM

```
! L    P2PE0195
1  NATIONAL GOVERNMENT SERVICES, INC.
+
   PO BOX 7111
+
   INDIANAPOLIS, IN  46207-7111
+
   877-869-6504
```

807334220 000021804

MEDICARE

REMITTANCE

ADVICE

NPI:          1528275989
PAGE #:       1 OF 2
DATE:         10/25/21
CHECK/EFT #:  807334220

```
+    MAUREEN C. GRIX  PH.
+    16 CARDINAL CT
+    GLEN COVE, NY  11542-1235
+
+
+
2 PERF PROV  SERV DATE  POS  NOS  PROC  MODS   BILLED  ALLOWED  DEDUCT  COINS   GRP/RC-AMT  PROV PD
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

NAME ▓▓▓▓▓
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP ▓▓▓    CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO: ▓▓▓▓▓
                                          NET  ▓▓▓▓

NAME ▓▓▓▓▓
REM: N535
REM: N535
REM: N535
PT RESP ▓▓▓    CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO: ▓▓▓▓▓
                                          NET  ▓▓▓▓

| NAME PFAIL, BRIAN | | MID 3KG5XJ4QR77 | | ACNT 1327110110 | | | ICN 1121284848990 | | ASG Y | MOA MA01 | MA07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0907 090721 | 02 | 1.0 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45 | 97.81 | 81.75 | |
| 0914 091421 | 02 | 1.0 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45 | 97.81 | 81.75 | |
| 0921 092121 | 02 | 1.0 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45 | 97.81 | 81.75 | |

REM: N535 (after first line)
REM: N535 (after second line)
REM: N535 (after third line)
PT RESP 61.32    CLAIM TOTALS  600.00  306.57  0.00  61.32  293.43  245.25
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH
                                          NET  245.25

NAME ▓▓▓▓▓
REM: ▓▓▓
REM: N535
PT RESP ▓▓▓    CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO: ▓▓▓▓▓

GRIX                                      NET  ▓▓▓310

1/2

A-3528



2:09 PM

REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:      CLAIM TOTALS

NET

| 1 | NATIONAL GOVERNMENT SERVICES, INC. | | | | | 807205756 000023670 | | | | | MEDICARE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NPI: 1528275989 | | | | | MAUREEN C. GRIX PH. | | | | | REMITTANCE |
| | CHECK/EFT #:807205756 | | | 10/04/21 | | PAGE #: 2 OF 2 | | | | | ADVICE |
| 3 | PERF PROV | SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |

NAME

REM: N535

REM: N535

REM: N535

REM: N535

REM: N535

REM: N535
PT RESP      CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:

NET

NAME

REM: N535

REM: N535
PT RESP      CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:

NET

| NAME PFAIL, BRIAN | | MID 3KG5XJ4QR77 | | ACNT 1327110110 | | | ICN 1121263709570 | ASG Y | MOA MA01 MA07 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0804 080421 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| 0810 081021 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| 0817 081721 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| 0824 082421 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| 0831 083121 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| PT RESP 102.20 | CLAIM TOTALS | 1000.00 | 510.95 | 0.00 | 102.20 | 489.05 | 408.75 | | | |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET 408.75

NAME

REM: N535

REM: N535
PT RESP
CLAIM INFORMATION FORWARDED TO:

NET

| 0 TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 6000.00 | 3604.94 | 0.00 | 721.04 | 2395.06 | 2883.90 | 0.00 | 2883.90 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO      Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01      Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

GRIX      311

**A-3529**



```
.M: NS35
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP                    CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:
                                                              NET
```

1  NATIONAL GOVERNMENT SERVICES, INC.                    807012724 000019561

MEDICARE

NPI:      1528275989                    MAUREEN C. GRIX  PH.

REMITTANCE

CHECK/EFT #:807012724          08/31/21      PAGE #: 2 OF 2

ADVICE

3 PERF PROV  SERV DATE  POS   NOS   PROC   MODS    BILLED    ALLOWED   DEDUCT    COINS      GRP/RC-AMT   PROV PD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
NAME PFAIL, BRIAN | MID 3KG5XJ4QR77 | ACNT 1327110110 | | ICN 1121229672080 ASG Y MOA MA01 MA07 |

| SERV DATE | POS | NOS PROC MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|
| 0706 070621 | 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| 0713 071321 | 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| 0720 072021 | 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| 0727 072721 | 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |

REM: N535

PT RESP  81.76          CLAIM TOTALS    800.00    408.76    0.00    81.76      391.24      327.00
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET      327.00

```
NAM
REM: N535
PT RESP                    CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO
                                                              NET
```

| 0 TOTALS: # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|
| 8 | 4250.00 | 2531.80 | 0.00 | 506.40 | 1718.20 | 2025.40 | 0.00 | 2025.40 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO        Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
          not be billed for this amount.

45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
          This adjustment amount cannot equal the total service or claim charge amount; and must not
          duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
          from prior payer(s) adjudication.

MA01      Alert: If you do not agree with what we approved for these services, you may appeal our
          decision. To make sure that we are fair to you, we require another individual that did not
          process your initial claim to conduct the appeal.  However, in order to be eligible for an
          appeal, you must write to us within 120 days of the date you received this notice, unless you
          have a good reason for being late.

MA07      Alert: The claim information has also been forwarded to Medicaid for review.

MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer.
          Send any questions regarding supplemental benefits to them.

N535      Payment is adjusted when procedure is performed in this place of service based on the submitted
          procedure code and place of service.

A-3530



REM: N535

REM: N535

REM: N535

REM: N535

REM: N535
PT RESP                         CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:

                                                                    NET

| 1 | NATIONAL GOVERNMENT SERVICES, INC. | | | | | | 806782020 000020147 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

MEDICARE

NPI:        1528275989                        MAUREEN C. GRIX  PH.

REMITTANCE

CHECK/EFT #:806782020            07/26/21         PAGE #: 2 OF 2

ADVICE

| 3 PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3KG5XJ4QR77 | | | ACNT 1327110110 | | | ICN 1821193062620 | ASG Y  MOA MA01  MA07 | |
| 0608 | 060821 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| 0615 | 061521 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| 0622 | 062221 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| 0629 | 062921 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| PT RESP | 81.76 | | | CLAIM TOTALS | | 800.00 | 408.76 | 0.00 | 81.76 | 391.24 | 327.00 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

                                                                    NET      327.00

NAME

REM: N535
PT RESP                         CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO

                                                                    NET

| 0 TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 4250.00 | 2531.80 | 0.00 | 506.40 | 1718.20 | 2025.40 | 0.00 | 2025.40 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO        Contractual Obligation. Amount for which the provider is financially liable.  The patient may not be billed for this amount.

45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01      Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07      Alert: The claim information has also been forwarded to Medicaid for review.

MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535      Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

GRIX                                                                  313

A-3531



REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP
CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:

NET

1 NATIONAL GOVERNMENT SERVICES, INC.                          806639637 000019580

MEDICARE

NPI:        1528275989                          MAUREEN C. GRIX PH.

REMITTANCE

CHECK/EFT #:806639637              06/30/21          PAGE #: 2 OF 2

ADVICE

3 PERF PROV  SERV DATE  POS   NOS   PROC   MODS    BILLED    ALLOWED   DEDUCT    COINS     GRP/RC-AMT   PROV PD

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | MID 3KG5XJ4QR77 | ACNT 1327110110 | | | ICN 1121167623720 | ASG Y  MOA MA01  MA07 | | | |
| 0504 050421 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| 0511 051121 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| 0518 051821 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | | |
| REM: N535 | | | | | | | | | | |
| PT RESP  61.32 | CLAIM TOTALS | 600.00 | 306.57 | 0.00 | 61.32 | 293.43 | 245.25 | | | |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET      245.25

NAME
REM: N535
REM: N535
PT RESP
CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO:

NET

| 0 TOTALS: # OF | BILLED | ALLOWED | DEDUCT | COINS | TOTAL | PROV PD | PROV | CHECK |
|---|---|---|---|---|---|---|---|---|
| CLAIMS | AMT | AMT | AMT | AMT | RC-AMT | AMT | ADJ AMT | AMT |
| 8 | 4050.00 | 2429.61 | 0.00 | 485.96 | 1620.39 | 1943.65 | 0.00 | 1943.65 |

0 GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO        Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
          not be billed for this amount.

45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
          This adjustment amount cannot equal the total service or claim charge amount; and must not
          duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
          from prior payer(s) adjudication.

MA01      Alert: If you do not agree with what we approved for these services, you may appeal our
          decision. To make sure that we are fair to you, we require another individual that did not
          process your initial claim to conduct the appeal.  However, in order to be eligible for an
          appeal, you must write to us within 120 days of the date you received this notice, unless you
          have a good reason for being late.

MA07      Alert: The claim information has also been forwarded to Medicaid for review.

MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer.
          Send any questions regarding supplemental benefits to them.

N535      Payment is adjusted when procedure is performed in this place of service based on the submitted
          procedure code and place of service.

GRIX                                                                                    314

A-3532

| NPI: | 1528275989 | | | | | MAUREEN C. GRIX  PH. | | | | REMITTANCE |
|------|-----------|---|---|---|---|------|---|---|---|---|
| CHECK/EFT #:806454212 | | | 05/28/21 | | | PAGE #: 2 OF 2 | | | | ADVICE |

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-------|-----------|---------|

NAME ▓▓▓
REM: N535 ▓▓▓
REM: N535 ▓▓▓
REM: N535 ▓▓▓
REM: N535 ▓▓▓
REM: N535 ▓▓▓
PT RESP ▓▓▓          CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO: ▓▓▓                                    NET

| NAME PFAIL, BRIAN | | | MID 3KG5XJ4QR77 | | | ACNT XXXXXX0110 | | | ICN 1121134413130 | | ASG Y  MOA MA01  MA07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0406 060621 | 02 | 1.0 90834 | 95 | | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | 0413 041321 | 02 | 1.0 90834 | 95 | | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | 0420 042021 | 02 | 1.0 90834 | 95 | | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | 0427 042721 | 02 | 1.0 90834 | 95 | | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| PT RESP 81.76 | | | CLAIM TOTALS | | | 800.00 | 408.76 | 0.00 | 81.76 | 391.24 | 327.00 |
| CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH | | | | | | | | | | NET | 327.00 |

NAME ▓▓▓
REM: N535 ▓▓▓
PT RESP ▓▓▓          CLAIM TOTALS
CLAIM INFORMATION FORWARDED TO: ▓▓▓                                    NET

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---------|-------------|------------|-------------|------------|-----------|--------------|-------------|--------------|-----------|
| | 8 | 4250.00 | 2531.80 | 0.00 | 506.40 | 1718.20 | 2025.40 | 0.00 | 2025.40 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO      Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.
45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01    Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07    Alert: The claim information has also been forwarded to Medicaid for review.
MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535    Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3533



```
NAME ████████████
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP ████████        CLAIM TOTALS   ████████████
CLAIM INFORMATION FORWARDED TO ████                      NET   ████

NAME ████████████
REM: N535
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP ████                CLAIM TOTALS   ████████████
CLAIM INFORMATION FORWARDED TO: ████████                 NET   ████

N ████████████
REM: N535
PT RESP ████████           CLAIM TOTALS   ████████████
CLAIM INFORMATION FORWARDED TO: ████████                 NET   ████
```

| NAME PFAIL, BRIAN | MID 3KG5XJ4QR77 | | ACNT 1327110110 | | | ICN 1121109692620 | ASG Y | MOA MA01 | MA07 |
|---|---|---|---|---|---|---|---|---|---|
| 0302 030221 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | |
| REM: N535 | | | | | | | | | |
| 0310 031021 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | |
| REM: N535 | | | | | | | | | |
| 0318 031821 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | |
| REM: N535 | | | | | | | | | |
| 0323 032321 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | |
| REM: N535 | | | | | | | | | |
| 0330 033021 02 | 1.0 90834 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 | | |
| REM: N535 | | | | | | | | | |
| PT RESP 102.20 | CLAIM TOTALS | 1000.00 | 510.95 | 0.00 | 102.20 | 489.05 | 408.75 | | |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

NET 408.75

```
NAME ████████████
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP ████             CLAIM TOTALS   ████████████
CLAIM INFORMATION FORWARDED TO: ████                     NET   ████
```

```
L    ●P2PE0196
NATIONAL GOVERNMENT SERVICES, INC.                806282875 000030175
                                                                        MEDICARE
NPI:      1528275989            MAUREEN C. GRIX   PH.
                                                                        REMITTANCE
CHECK/EFT #:806282875          05/03/21      PAGE #: 3 OF 3
                                                                        ADVICE
PERF PROV  SERV DATE  POS  NOS  PROC  MODS  BILLED  ALLOWED  DEDUCT  COINS  GRP/RC-AMT  PROV PD
```

```
NAME ████████████
REM: N535
REM: N535
REM: N535
REM: N535
PT RESP ████             CLAIM TOTALS   ████████████
CLAIM INFORMATION FORWARDED TO: ████                     NET   ████
```

GRIX

316

## A-3534



NATIONAL GOVERNMENT SERVICES, INC.                    806282875 400001396        MEDICARE
NPI:        1528275989                        MAUREEN C. GRIX  PH.              REMITTANCE
CHECK/EFT #:806282875              05/03/21      PAGE #: 2 OF 3                 ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

NAME PFAIL, BRIAN              HID 3KG5XJ4QR77    ACNT XXXXXX0110      ICN 1121109692620  ASG Y  MOA MA01  MA07

| | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0302 030221 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| | 0310 031021 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| | 0318 031821 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| | 0323 032321 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| | 0330 033021 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 CO-45 | 97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |

PT RESP   102.20              CLAIM TOTALS    1000.00   510.95   0.00   102.20        489.05    408.75
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH                              NET       408.75

A-3535



NATIONAL GOVERNMENT SERVICES, INC.                    806082391 400001550        MEDICARE
NPI:        1528275989                          MAUREEN C. GRIX  PH.            REMITTANCE
CHECK/EFT #:806082391              03/30/21      PAGE #: 2 OF 2                  ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-------|------------|---------|

NAME PFAIL, BRIAN               MID 3K65XJ4QR77   ACNT XXXXXX0110      ICN 1121075517970  ASG Y  MOA MA01  MA07
        0202 020221 02    1.0 90834 95      200.00   102.19   0.00   20.44 CO-45    97.81      81.75
REM: N535
        0209 020921 02    1.0 90834 95      200.00   102.19   0.00   20.44 CO-45    97.81      81.75
REM: N535
        0216 021621 02    1.0 90834 95      200.00   102.19   0.00   20.44 CO-45    97.81      81.75
REM: N535
        0224 022421 02    1.0 90834 95      200.00   102.19   0.00   20.44 CO-45    97.81      81.75
REM: N535
PT RESP    81.76            CLAIM TOTALS       800.00   408.76   0.00   81.76       391.24     327.00
CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH                                NET        327.00

| TOTALS: | # OF<br>CLAIMS | BILLED<br>AMT | ALLOWED<br>AMT | DEDUCT<br>AMT | COINS<br>AMT | TOTAL<br>RC-AMT | PROV PD<br>AMT | PROV<br>ADJ AMT | CHECK<br>AMT |
|---------|----------------|---------------|----------------|---------------|--------------|-----------------|----------------|-----------------|--------------|
|         | 9 | 4475.00 | 2682.79 | 0.00 | 536.60 | 1792.21 | 2146.19 | 0.00 | 2146.19 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO        Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
          not be billed for this amount.
45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
          This adjustment amount cannot equal the total service or claim charge amount; and must not
          duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
          from prior payer(s) adjudication.
MA01      Alert: If you do not agree with what we approved for these services, you may appeal our
          decision. To make sure that we are fair to you, we require another individual that did not
          process your initial claim to conduct the appeal.  However, in order to be eligible for an
          appeal, you must write to us within 120 days of the date you received this notice, unless you
          have a good reason for being late.
MA07      Alert: The claim information has also been forwarded to Medicaid for review.
MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer.
          Send any questions regarding supplemental benefits to them.
N535      Payment is adjusted when procedure is performed in this place of service based on the submitted
          procedure code and place of service.

## A-3536

NATIONAL GOVERNMENT SERVICES, INC.                                    805928936 900001558        MEDICARE
NPI:      1528275989                                    MAUREEN C. GRIX  PH.               REMITTANCE
CHECK/EFT #:805928936              03/03/21              PAGE #: 2 OF 2                      ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME ███ | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| PT RESP ███ | | | CLAIM TOTALS | | | | | | | 444.86 NET | |
| CLAIM INFORMATION FORWARDED TO: ███ | | | | | | | | | | | |

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3KG5XJ4QR77 | | | ACNT XXXXXX0110 | | | | ICN 1121048369470  ASG Y  MOA MA01  MA07 | |
| | 0105 010521 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| | 0112 011221 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| | 0120 012021 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| | 0127 012721 | 02 | 1.0 | 90834 | 95 | 200.00 | 102.19 | 0.00 | 20.44 | CO-45  97.81 | 81.75 |
| REM: N535 | | | | | | | | | | | |
| PT RESP 81.76 | | | CLAIM TOTALS | | | 800.00 | 408.76 | 0.00 | 81.76 | 391.24 NET | 327.00 327.00 |
| CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH | | | | | | | | | | | |

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME ███ | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| PT RESP ███ | | | CLAIM TOTALS | | | | | | | NET | |
| CLAIM INFORMATION FORWARDED TO: ███ | | | | | | | | | | | |

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME ███ | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 ███ | | | | | | | | | | | |
| PT RESP ███ | | | CLAIM TOTALS | | | | | | | NET | |
| CLAIM INFORMATION FORWARDED TO: ███ | | | | | | | | | | | |

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 5600.00 | 3485.07 | 352.58 | 610.54 | 2194.93 | 2441.95 | 0.00 | 2441.95 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO    Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01    Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07    Alert: The claim information has also been forwarded to Medicaid for review.

MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535    Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3537

NATIONAL GOVERNMENT SERVICES, INC.                    005803687 400001052          MEDICARE
NPI:        1528275989                           MAUREEN C. GRIX  PN.              REMITTANCE
CHECK/EFT #:005803687          02/08/21          PAGE #: 2 OF 2                    ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| PT RESP | | | | | CLAIM TOTALS | | | | | | |
| CLAIM INFORMATION FORWARDED TO: | | | | | | | | | | NET | |

| NAME PFAIL, BRIAN | | | | MID 3K05XJ4QR77 | | ACNT XXXXXX0110 | | | ICN 1121025573430 | ASG Y MOA MA01 MA07 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1202 120220 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | | | | | | | | |
| | 1208 120820 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | | | | | | | | |
| | 1216 121620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | | | | | | | | |
| PT RESP | 56.76 | | | | CLAIM TOTALS | 600.00 | 283.86 | 0.00 | 56.76 | 316.14 | 227.10 |
| CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH | | | | | | | | | | NET | 227.10 |

| NAME | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| REM: N535 | | | | | | | | | | | |
| PT RESP | | | | | CLAIM TOTALS | | | | | | |
| CLAIM INFORMATION FORWARDED TO: | | | | | | | | | | NET | |

| NAME | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | | | | | | | | |
| PT RESP | | | | | CLAIM TOTALS | | | | | | |
| CLAIM INFORMATION FORWARDED | | | | | | | | | | NET | |

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 10 | 4525.00 | 2590.74 | 0.00 | 518.09 | 1934.26 | 2072.65 | 0.00 | 2072.65 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO — Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

45 — Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01 — Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07 — Alert: The claim information has also been forwarded to Medicaid for review.

MA18 — Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535 — Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

## A-3538

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

MPI: 1828275989                               MAUREEN C. GRIX PM.         REMITTANCE

CHECK/EFT #:805592220        12/28/20        PAGE #: 2 OF 2           ADVICE

| PERF PROV | SERV DATE | POS | MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 1104 110420 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1109 110920 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1111 111120 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1116 111620 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1118 111820 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1121 112120 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| PT RESP 169.26 | | | CLAIM TOTALS | | | 1350.00 | 846.36 | 0.00 | 169.26 | 503.64 | 677.10 |
| | | | | | | | | | | NET | 677.10 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

NAME PFAIL, BRIAN        HID 3KG5XJ4QR77   ACNT XXXXXX0110     ICN 1120345407020  ASG Y  MOA MA01  MA07

| PERF PROV | SERV DATE | POS | MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 1104 110420 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 1110 111020 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 1117 111720 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| PT RESP 56.76 | | | CLAIM TOTALS | | | 600.00 | 283.86 | 0.00 | 56.76 | 316.14 | 227.10 |
| | | | | | | | | | | NET | 227.10 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| PERF PROV | SERV DATE | POS | MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 1103 110320 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1110 111020 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1118 111820 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1124 112420 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| PT RESP 112.84 | | | CLAIM TOTALS | | | 900.00 | 564.24 | 0.00 | 112.84 | 335.76 | 451.40 |
| | | | | | | | | | | NET | 451.40 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| PERF PROV | SERV DATE | POS | MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 1110 111020 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| PT RESP 18.92 | | | CLAIM TOTALS | | | 200.00 | 94.62 | 0.00 | 18.92 | 105.38 | 75.70 |
| | | | | | | | | | | NET | 75.70 |

CLAIM INFORMATION FORWARDED TO: GLOBE LIFE INSURANCE COMPAN

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 4775.00 | 2789.64 | 0.00 | 557.67 | 1985.36 | 2231.77 | 0.00 | 2231.77 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO        Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.

45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01      Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07      Alert: The claim information has also been forwarded to Medicaid for review.

MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535      Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

## A-3539

```
NATIONAL GOVERNMENT SERVICES, INC.                805468983 400001350        MEDICARE
NPI:      1528275989                         MAUREEN C. GRIX  PN.            REMITTANCE
CHECK/EFT #:805468983            12/03/20    PAGE #: 2 OF 2                    ADVICE
```

| PERF PROV | SERV DATE POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | HIC 3KG5KJ4QR77 | ACNT XXXXXX0110 | | | ICN 1120326347130 | | ASG Y MOA MA01 MA07 | |
| REM: N535 | 1006 100620 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 1013 101320 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 1020 102020 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| PT RESP 56.76 | | | CLAIM TOTALS | | 600.00 | 283.86 | 0.00 | 56.76 | 316.14 | 227.10 |
| CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH | | | | | | | | | NET | 227.10 |
| REM: N535 | 1006 100620 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1013 101320 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1020 102020 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 1028 102820 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| PT RESP 112.84 | | | CLAIM TOTALS | | 900.00 | 564.24 | 0.00 | 112.84 | 335.76 | 451.40 |
| CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS | | | | | | | | | NET | 451.40 |
| REM: N535 | 1013 101320 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| PT RESP 18.92 | | | CLAIM TOTALS | | 200.00 | 94.62 | 0.00 | 18.92 | 105.38 | 75.70 |
| CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA | | | | | | | | | NET | 75.70 |

| TOTALS: # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|
| 8 | 4425.00 | 2416.38 | 0.00 | 483.21 | 2008.62 | 1933.17 | 0.00 | 1933.17 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO — Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

45 — Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01 — Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07 — Alert: The claim information has also been forwarded to Medicaid for review.

MA18 — Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535 — Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3540

NATIONAL GOVERNMENT SERVICES, INC.                        805282697 900001992
NPI:       1528275989                          MAUREEN C. GRIX  PH.          REMITTANCE
CHECK/EFT #:805282697            11/02/20      PAGE #: 2 OF 2                 ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | HIC 3K65XJ4QR77 | | ACNT XXXXXX0110 | | ICN 1120293663860 | | ASG Y MOA MA01 MA07 | |
| | 0908 090820 02 | | 1.0 | 90834 95 | | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | | | | | | | | |
| | 0916 091620 02 | | 1.0 | 90834 95 | | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | | | | | | | | |
| | 0922 092220 02 | | 1.0 | 90834 95 | | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | | | | | | | | |
| PT RESP | 56.76 | | | CLAIM TOTALS | | 600.00 | 283.86 | 0.00 | 56.76 | 316.14 NET | 227.10 227.10 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | 0909 090920 02 | | 1.0 | 90837 95 | | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | | | | | | | | |
| | 0929 092920 02 | | 1.0 | 90837 95 | | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | | | | | | | | | | | |
| PT RESP | 56.42 | | | CLAIM TOTALS | | 450.00 | 282.12 | 0.00 | 56.42 | 167.88 NET | 225.70 225.70 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 0915 091520 02 | | 1.0 | 90834 95 | | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | | | | | | | | |
| PT RESP | 18.92 | | | CLAIM TOTALS | | 200.00 | 94.62 | 0.00 | 18.92 | 105.38 NET | 75.70 75.70 |

CLAIM INFORMATION FORWARDED TO: GLOBE LIFE & ACCIDENTAL INS

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 4350.00 | 2288.46 | 0.00 | 457.62 | 2061.54 | 1830.84 | 0.00 | 1830.84 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO      Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.
45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01    Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07    Alert: The claim information has also been forwarded to Medicaid for review.
MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535    Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3541

NATIONAL GOVERNMENT SERVICES, INC.                                          REMITTANCE
NPI:    1520276989                          MAUREEN C. GRIX  PH.              ADVICE
CHECK/EFT #:805074773          09/29/20      PAGE #: 2 OF 2

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QH77 | ACNT XXXXXA0110 | 200.00 | 94.62 | ICN 1120259400650 | 18.92 CO-45 | AS6 Y MOA MA01 MA07 105.38 | MA07 75.70 |
| REM: N535 | 0810 081020 02 | | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0818 081820 02 | | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| PT RESP | 37.84 | | | CLAIM TOTALS | | 400.00 | 189.24 | 0.00 | 37.84 | 210.76 NET | 151.40 151.40 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH
---

| | 0811 081120 02 | | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0812 081220 02 | | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0818 081820 02 | | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | | | | | | | | | | | |
| PT RESP | 84.63 | | | CLAIM TOTALS | | 675.00 | 423.18 | 0.00 | 84.63 | 251.82 NET | 338.55 338.55 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS
---

| | 0804 080420 02 | | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | | | | | | | 105.38 | 75.70 |
| PT RESP | 18.92 | | | CLAIM TOTALS | | 200.00 | 94.62 | 0.00 | 18.92 | NET | 75.70 |

CLAIM INFORMATION FORWARDED TO: GLOBE LIFE & ACCIDENTAL INS
---

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 3350.00 | 1803.96 | 0.00 | 360.74 | 1546.04 | 1443.22 | 0.00 | 1443.22 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO    Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
      not be billed for this amount.
45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
      This adjustment amount cannot equal the total service or claim charge amount; and must not
      duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
      from prior payer(s) adjudication.
MA01  Alert: If you do not agree with what we approved for these services, you may appeal our
      decision. To make sure that we are fair to you, we require another individual that did not
      process your initial claim to conduct the appeal.  However, in order to be eligible for an
      appeal, you must write to us within 120 days of the date you received this notice, unless you
      have a good reason for being late.
MA07  Alert: The claim information has also been forwarded to Medicaid for review.
MA18  Alert: The claim information is also being forwarded to the patient's supplemental insurer.
      Send any questions regarding supplemental benefits to them.
N535  Payment is adjusted when procedure is performed in this place of service based on the submitted
      procedure code and place of service.

A-3542

NATIONAL GOVERNMENT SERVICES, INC.
NPI:    1528275989
CHECK/EFT #:804908363                08/31/20

REMITTANCE
ADVICE

MAUREEN C. GRIX  PH.
PAGE #: 2 OF 2

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3KG5XJ4QR77 | | | ACNT XXXXXX0110 | | | ICN 1120230656770 | ASG Y  MOA  MA01  MA07 | |
| | 0707 070720 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0713 071320 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0720 072020 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0728 072820 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.08 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0729 072920 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | | | | CLAIM TOTALS | | 1000.00 | 473.10 | 0.00 | 94.60 | 526.90 | 378.50 |
| PT RESP | 94.60 | | | | | | | | | NET | 378.50 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | 0701 070120 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 0707 070720 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0708 070820 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0714 071420 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0716 071620 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0721 072120 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | | | | CLAIM TOTALS | | 1350.00 | 846.36 | 0.00 | 169.26 | 503.64 | 677.10 |
| PT RESP | 169.26 | | | | | | | | | NET | 677.10 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 0722 072220 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | CLAIM TOTALS | | 225.00 | 141.06 | 0.00 | 28.21 | 83.94 | 112.85 |
| PT RESP | 28.21 | | | | | | | | | NET | 112.85 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 0716 071620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | CLAIM TOTALS | | 200.00 | 94.62 | 0.00 | 18.92 | 105.38 | 75.70 |
| PT RESP | 18.92 | | | | | | | | | NET | 75.70 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | 5650.00 | 3030.54 | 0.00 | 606.02 | 2619.46 | 2424.52 | 0.00 | 2424.52 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO    Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.
45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01  Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07  Alert: The claim information has also been forwarded to Medicaid for review.
MA18  Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535  Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3543

NATIONAL GOVERNMENT SERVICES, INC.
NPI:      1528275989
CHECK/EFT #:804739670          07/31/20

MAUREEN C. GRIX PH.
PAGE #: 2 OF 2

REMITTANCE
ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-ANT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | | ACNT XXXXXX0110 | | | ICN 1120199261430 | ASG Y MOA MA01 MA07 | |
| | 0609 060920 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0616 061620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0619 061920 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0623 062320 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0630 063020 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 PT RESP 94.60 | | | | CLAIM TOTALS | | 1000.00 | 473.10 | 0.00 | 94.60 | 526.90 NET | 378.50 378.50 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | 0609 060920 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 0616 061620 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0617 061720 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0623 062320 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0624 062420 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0630 063020 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 PT RESP 169.26 | | | | CLAIM TOTALS | | 1350.00 | 846.36 | 0.00 | 169.26 | 503.64 NET | 677.10 677.10 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 0623 062320 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 PT RESP 18.92 | | | | CLAIM TOTALS | | 200.00 | 94.62 | 0.00 | 18.92 | 105.38 NET | 75.70 75.70 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 5050.00 | 2758.08 | 198.00 | 511.95 | 2291.92 | 2048.13 | 0.00 | 2048.13 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO        Contractual Obligation. Amount for which the provider is financially liable.  The patient may not be billed for this amount.
45        Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01      Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07      Alert: The claim information has also been forwarded to Medicaid for review.
MA18      Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535      Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

**A-3544**

NATIONAL GOVERNMENT SERVICES, INC.
PO BOX 7111
INDIANAPOLIS, IN 46207-7111

804587200 200001157

MEDICARE
REMITTANCE
ADVICE

8/20/19 2:37 PM 3  0004148 20200710 PG2YH102 D0R6051 1 oz DOM PG2YH10000* 159288 JK

MAUREEN C. GRIX PH.
16 CARDINAL CT
GLEN COVE NY 11542-1235

NPI: 1528275989
PAGE #: 1 OF 2
DATE: 07/06/20
CHECK/EFT #: 804587200

Interactive Voice Response: 1-877-869-6504
TTY for Hearing Impaired: 1-866-786-7155
National Government Services Website: www.NGSMedicare.com

Have you heard about the Provider Automated Reopening function within Connex? Visit NGSMedicare.com to learn more about this feature and others available with Connex.

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0506 050620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0527 052720 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 PT RESP | 37.84 | | | CLAIM TOTALS | | 400.00 | 189.24 | 0.00 | 37.84 | 210.76 NET | 151.40 151.40 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| | 0506 050620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 0520 052020 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 PT RESP | 37.84 | | | CLAIM TOTALS | | 400.00 | 189.24 | 0.00 | 37.84 | 210.76 NET | 151.40 151.40 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| | 0505 050520 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 0519 051920 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 | 0526 052620 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 CO-45 | 83.94 | 112.85 |
| REM: N535 PT RESP | 84.63 | | | CLAIM TOTALS | | 675.00 | 423.18 | 0.00 | 84.63 | 251.82 NET | 338.55 338.55 |

CLAIM INFORMATION FORWARDED TO: ANTHEM INC

| | 0506 050620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 0520 052020 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0522 052220 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0527 052720 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 PT RESP | 75.68 | | | CLAIM TOTALS | | 800.00 | 378.48 | 0.00 | 75.68 | 421.52 NET | 302.80 302.80 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| NAME PFAIL, BRIAN | | MID 3K65XJ4QR77 | ACNT XXXXXX0110 | | | | | ICN 1120174673710 | ASG Y | MOA MA01 MA07 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0505 050520 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0520 052020 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 | 0526 052620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 CO-45 | 105.38 | 75.70 |
| REM: N535 PT RESP | 56.76 | | | CLAIM TOTALS | | 600.00 | 283.86 | 0.00 | 56.76 | 316.14 NET | 227.10 227.10 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

A-3545

NATIONAL GOVERNMENT SERVICES, INC.                                                    REMITTANCE
NPI:      1528275989                           MAUREEN C. GRIX  PH.                      ADVICE
CHECK/EFT #:804439597          06/05/20        PAGE #: 2 OF 2

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | | ACNT XXXXXX0110 | | ICN 1120143212240 | | ASG Y MOA MA01 MA07 | |
| | 0409 040920 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253   1.51 | |
| REM: N535 | 0416 041620 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253   1.51 | |
| REM: N535 | 0422 042220 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253   1.51 | |
| REM: N535 | 0429 042920 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253   1.51 | |
| REM: N535 | | | | | | | | | | 427.56 | 296.76 |
| PT RESP 75.68 | | | | CLAIM TOTALS | | 800.00 | 378.48 | 0.00 | 75.68 | NET | 296.76 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | 0408 040820 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253   1.51 | |
| REM: N535 | 0415 041520 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253   1.51 | |
| REM: N535 | 0422 042220 | 02 | 1.0 | 90834 | 95 | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253   1.51 | |
| REM: N535 | | | | | | | | | | 320.67 | 222.57 |
| PT RESP 56.76 | | | | CLAIM TOTALS | | 600.00 | 283.86 | 0.00 | 56.76 | NET | 222.57 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 0429 042920 | 02 | 1.0 | 90837 | 95 | 225.00 | 141.06 | 0.00 | 28.21 | CO-45  83.94 | 110.59 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253   2.26 | |
| REM: N535 | | | | | | | | | | 86.20 | 110.59 |
| PT RESP 28.21 | | | | CLAIM TOTALS | | 225.00 | 141.06 | 0.00 | 28.21 | NET | 110.59 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 4525.00 | 2313.84 | 0.00 | 462.69 | 2248.13 | 1814.18 | 0.00 | 1814.18 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO     Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.
253    Sequestration - reduction in federal payment.
45     Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01   Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07   Alert: The claim information has also been forwarded to Medicaid for review.
MA18   Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535   Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3546

NATIONAL GOVERNMENT SERVICES, INC.
NPI:      1528275989
CHECK/EFT #:804305960                    05/08/20

MAUREEN C. GRIX PH.                         REMITTANCE
PAGE #: 2 OF 2                                ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3K55XJ4QR77 | | ACNT XXXXX0118 | | | ICN 1120115216410 | | ASG Y MOA MA01 MA07 | |
| | 0305 030520 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | 0310 031020 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | 0316 031620 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | 0322 032220 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | 0324 032420 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | | | CLAIM TOTALS | | | 1000.00 | 473.10 | 0.00 | 94.60 | 534.45 | 370.95 |
| PT RESP | 94.60 | | | | | | | | | NET | 370.95 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | 0304 030420 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | 0311 031120 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | 0318 031820 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | 0325 032520 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 0.00 | 18.92 | CO-45    105.38 | 74.19 |
| | | | | | | | | | | CO-253     1.51 | |
| REM: N535 | | | CLAIM TOTALS | | | 800.00 | 378.48 | 0.00 | 75.68 | 427.56 | 296.76 |
| PT RESP | 75.68 | | | | | | | | | NET | 296.76 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 0324 032420 02 | 1.0 | 90834 95 | | | 200.00 | 94.62 | 8.76 | 17.17 | CO-45    105.38 | 67.32 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253     1.37 | |
| REM: N535 | | | CLAIM TOTALS | | | 200.00 | 94.62 | 8.76 | 17.17 | 106.75 | 67.32 |
| PT RESP | 25.93 | | | | | | | | | NET | 67.32 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 7 | 4725.00 | 2400.46 | 8.76 | 479.86 | 2354.88 | 1881.50 | 0.00 | 1881.50 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO      Contractual Obligation. Amount for which the provider is financially liable. The patient may
        not be billed for this amount.
253     Sequestration - reduction in federal payment.
45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
        This adjustment amount cannot equal the total service or claim charge amount; and must not
        duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
        from prior payer(s) adjudication.
MA01    Alert: If you do not agree with what we approved for these services, you may appeal our
        decision. To make sure that we are fair to you, we require another individual that did not
        process your initial claim to conduct the appeal. However, in order to be eligible for an
        appeal, you must write to us within 120 days of the date you received this notice, unless you
        have a good reason for being late.
MA07    Alert: The claim information has also been forwarded to Medicaid for review.
MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer.
        Send any questions regarding supplemental benefits to them.
N535    Payment is adjusted when procedure is performed in this place of service based on the submitted
        procedure code and place of service.

A-3547

NATIONAL GOVERNMENT SERVICES, INC.

NPI: 1528275989

CHECK/EFT #:804127875          04/02/20

804127875 400001560

MAUREEN C. GRIX PH.

PAGE #: 2 OF 2

MEDICARE

REMITTANCE

ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-------|-----------|---|---------|
| NAME PFAIL, BRIAN | | | | MID 3KGEXJ9QN77 | | ACNT XXXXXX0110 | | TCN T120079371620 | | ASG Y MOA MA01 | MA07 | |
| | 0205 020520 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| | 0212 021220 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| | 0218 021820 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| | 0226 022620 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| | 0228 022820 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| PT RESP | 94.60 | | | CLAIM TOTALS | | 1000.00 | 473.10 | 0.00 | 94.60 | | 534.45 | 370.95 |
| | | | | | | | | | | NET | | 370.95 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | 0205 020520 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-------|-----------|---|---------|
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| | 0212 021220 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| | 0226 022620 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45 | 105.38 | 74.19 |
| REM: N535 | | | | | | | | | | CO-253 | 1.51 | |
| PT RESP | 56.76 | | | CLAIM TOTALS | | 600.00 | 283.86 | 0.00 | 56.76 | | 320.67 | 222.57 |
| | | | | | | | | | | NET | | 222.57 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---------|-------------|------------|-------------|------------|-----------|--------------|-------------|--------------|-----------|
| | 6 | 4100.00 | 2078.16 | 0.00 | 415.56 | 2055.04 | 1629.40 | 0.00 | 1629.40 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO   Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

253  Sequestration - reduction in federal payment.

45   Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01  Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA07  Alert: The claim information has also been forwarded to Medicaid for review.

MA18  Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

N535  Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3548

```
NATIONAL GOVERNMENT SERVICES, INC.                803925768 480001200              REMITTANCE
NPI:     1528275989                          MAUREEN C. GRIX  PH.                    ADVICE
CHECK/EFT #:803925768          02/28/20      PAGE #: 2 OF 2
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | | ACNT XXXXXX0110 | | ICN I820045589960 | | ASG Y  MOA MA01 MA07 | |
| 0102 | 010220 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 94.62 | 0.00 | CO-45  105.38 | 0.00 |
| REM: N535 | | | | | | | | | | | |
| 0107 | 010720 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 94.62 | 0.00 | CO-45  105.38 | 0.00 |
| REM: N535 | | | | | | | | | | | |
| 0109 | 010920 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 8.76 | 17.17 | CO-45  105.38 | 67.32 |
| | | | | | | | | | | CO-253  1.37 | |
| REM: N535 | | | | | | | | | | | |
| 0115 | 011520 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253  1.51 | |
| REM: N535 | | | | | | | | | | | |
| 0122 | 012220 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253  1.51 | |
| REM: N535 | | | | | | | | | | | |
| 0129 | 012920 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253  1.51 | |
| REM: N535 | | | | | | | | | | | |
| PT RESP  271.93 | | | | CLAIM TOTALS | | 1200.00 | 567.72 | 198.00 | 73.93 | 638.18 | 289.89 |
| | | | | | | | | | | NET | 289.89 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0108 | 010820 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253  1.51 | |
| REM: N535 | | | | | | | | | | | |
| 0129 | 012920 | 02 | 1.0 | 90834 | GT | 200.00 | 94.62 | 0.00 | 18.92 | CO-45  105.38 | 74.19 |
| | | | | | | | | | | CO-253  1.51 | |
| REM: N535 | | | | | | | | | | | |
| PT RESP  37.84 | | | | CLAIM TOTALS | | 400.00 | 189.24 | 0.00 | 37.84 | 213.78 | 148.38 |
| | | | | | | | | | | NET | 148.38 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | 4925.00 | 2503.08 | 327.15 | 435.12 | 2456.68 | 1706.05 | 0.00 | 1706.05 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO     Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.
253    Sequestration - reduction in federal payment.
45     Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01   Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07   Alert: The claim information has also been forwarded to Medicaid for review.
MA18   Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.
N535   Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3549

```
NATIONAL GOVERNMENT SERVICES, INC.                                          REMITTANCE
NPI:     1528275989                           MAUREEN C. GRIX  PH.             ADVICE
CHECK/EFT #:803734884          01/27/20       PAGE #: 2 OF 2
```

| PERF PROV | SERV DATE | POS | NOS | PROC | NODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-------|-----------|---------|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | | ACNT XXXXXXO110 | | | ICN 1120013547550 | ASG Y MOA MAO1 MA07 | |
| | 1203 120319 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 1211 121119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 1217 121719 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 1231 123119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | | | | | | | | |
| PT RESP 74.08 | | | | CLAIM TOTALS | | 800.00 | 370.44 | 0.00 | 74.08 | 435.48 | 290.44 |
| | | | | | | | | | | NET | 290.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | 1211 121119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | 1217 121719 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-253 1.48 | 72.61 |
| | | | | | | | | | | CO-45 107.39 | |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| PT RESP 37.04 | | | | CLAIM TOTALS | | 400.00 | 185.22 | 0.00 | 37.04 | 217.74 | 145.22 |
| | | | | | | | | | | NET | 145.22 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 1231 123119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| PT RESP 18.52 | | | | CLAIM TOTALS | | 200.00 | 92.61 | 0.00 | 18.52 | 108.87 | 72.61 |
| | | | | | | | | | | NET | 72.61 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---------|-------------|------------|-------------|------------|-----------|--------------|-------------|--------------|-----------|
| | 7 | 3700.00 | 1853.78 | 0.00 | 370.72 | 1875.86 | 1453.42 | 0.00 | 1453.42 |

```
GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO       Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
         not be billed for this amount.
253      Sequestration - reduction in federal payment.
45       Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
         This adjustment amount cannot equal the total service or claim charge amount; and must not
         duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
         from prior payer(s) adjudication.
MA01     Alert: If you do not agree with what we approved for these services, you may appeal our
         decision. To make sure that we are fair to you, we require another individual that did not
         process your initial claim to conduct the appeal.  However, in order to be eligible for an
         appeal, you must write to us within 120 days of the date you received this notice, unless you
         have a good reason for being late.
MA07     Alert: The claim information has also been forwarded to Medicaid for review.
MA18     Alert: The claim information is also being forwarded to the patient's supplemental insurer.
         Send any questions regarding supplemental benefits to them.
N535     Payment is adjusted when procedure is performed in this place of service based on the submitted
         procedure code and place of service.
```

A-3550

```
NATIONAL GOVERNMENT SERVICES, INC.              803592472 600001520        MEDICARE
NPI:       1528275989                   MAUREEN C. GRIX  PH.               REMITTANCE
CHECK/EFT #:803592472          12/30/19  PAGE #: 2 OF 2                       ADVICE
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3K65XJ4QR77 | | ACNT XXXXXX0110 | | ICN 1119350683250 | | ASG Y MOA MA01 MA07 | | |
| | 1106 110619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1111 111119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1119 111919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1127 112719 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP 74.08 | | | CLAIM TOTALS | | | 800.00 | 370.44 | 0.00 | 74.08 | | 435.48 | 290.44 |
| | | | | | | | | | | NET | | 290.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | MB1 2NN1FF4W724 | | | | | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1105 110519 | 02 | 1.0 | 90834 | GT | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1112 111219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1119 111919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1125 112519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP 74.08 | | | CLAIM TOTALS | | | 800.00 | 370.44 | 0.00 | 74.08 | | 435.48 | 290.44 |
| | | | | | | | | | | NET | | 290.44 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | | | | | | | | | | | MA18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1105 110519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1126 112619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP 37.04 | | | CLAIM TOTALS | | | 400.00 | 185.22 | 0.00 | 37.04 | | 217.74 | 145.22 |
| | | | | | | | | | | NET | | 145.22 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 7 | 4700.00 | 2316.83 | 0.00 | 463.32 | 2420.21 | 1816.47 | 0.00 | 1816.47 |

```
GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO       Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
         not be billed for this amount.
253      Sequestration - reduction in federal payment.
45       Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
         This adjustment amount cannot equal the total service or claim charge amount; and must not
         duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
         from prior payer(s) adjudication.
MA01     Alert: If you do not agree with what we approved for these services, you may appeal our
         decision. To make sure that we are fair to you, we require another individual that did not
         process your initial claim to conduct the appeal.  However, in order to be eligible for an
         appeal, you must write to us within 120 days of the date you received this notice, unless you
         have a good reason for being late.
MA07     Alert: The claim information has also been forwarded to Medicaid for review.
MA18     Alert: The claim information is also being forwarded to the patient's supplemental insurer.
         Send any questions regarding supplemental benefits to them.
MA27     Missing/incomplete/invalid entitlement number or name shown on the claim.
N535     Payment is adjusted when procedure is performed in this place of service based on the submitted
         procedure code and place of service.
```

GRIX

333

A-3551

NATIONAL GOVERNMENT SERVICES, INC.
PO BOX 7111
INDIANAPOLIS, IN 46207-7111

803383906 400001621

**MEDICARE**
**REMITTANCE**
**ADVICE**

8/20/19 2:37 PM 3  0804647 20191129 CK656102 DD66051 1 oz DOM CK889318990* 159205 JK

MAUREEN C. GRIX PH.
16 CARDINAL CT
GLEN COVE NY 11542-1235

| NPI: | 1528275989 |
|---|---|
| PAGE #: | 1 OF 2 |
| DATE: | 11/22/19 |
| CHECK/EFT #: | 803383906 |

```
**************************************************************************
*        Interactive Voice Response: 1-877-869-6506                     *
*        TTY for Hearing Impaired: 1-866-786-7155                       *
*        National Government Services Website: www.NGSMedicare.com      *
*                                                                        *
*        Have you heard about the Provider Automated Reopening function within *
*        Connex? Visit NGSMedicare.com to learn more about this feature and *
*        others available with Connex.                                  *
*                                                                        *
*        Alert: Starting January 1, 2020, Medicare will ONLY accept claims submitted *
*        with the Medicare Beneficiary Identifier (MBI). Medicare will reject any *
*        claims submitted with the Health Insurance Claim Number (HICN) with a few *
*        exceptions -www.cms.gov/Outreach-and-Education/Medicare-Learning-Network- *
*        MLN/MLNMattersArticles/downloads/SE18006.pdf.                  *
**************************************************************************
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1022 102219 02 | | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1029 102919 02 | | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP | 37.04 | | | CLAIM TOTALS | | 400.00 | 185.22 | 0.00 | 37.04 | | 217.74 | 145.22 |
| | | | | | | | | | | NET | | 145.22 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| | 1025 102319 02 | | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP | 18.52 | | | CLAIM TOTALS | | 200.00 | 92.61 | 0.00 | 18.52 | | 108.87 | 72.61 |
| | | | | | | | | | | NET | | 72.61 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| | 1015 101519 02 | | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 | 85.69 | 109.22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253 | 2.23 | |
| REM: N535 | | | | | | | | | | | | |
| | 1022 102219 02 | | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 | 85.69 | 109.22 |
| | | | | | | | | | | CO-253 | 2.23 | |
| REM: N535 | | | | | | | | | | | | |
| | 1029 102919 02 | | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 | 85.69 | 109.22 |
| | | | | | | | | | | CO-253 | 2.23 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP | 83.58 | | | CLAIM TOTALS | | 675.00 | 417.93 | 0.00 | 83.58 | | 263.76 | 327.66 |
| | | | | | | | | | | NET | | 327.66 |

CLAIM INFORMATION FORWARDED TO: ANTHEM INC

| | 1016 101619 02 | | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1023 102319 02 | | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| | 1030 103019 02 | | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP | 55.56 | | | CLAIM TOTALS | | 600.00 | 277.83 | 0.00 | 55.56 | | 326.61 | 217.83 |
| | | | | | | | | | | NET | | 217.83 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| NAME PFAIL, BRIAN | | | MID 3K65XJ4QR77 | | ACNT XXXXXX0110 | | | | ICN 1119312417880 | ASG Y MOA MA01 MA07 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1021 102119 02 | | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP | 18.52 | | | CLAIM TOTALS | | 200.00 | 92.61 | 0.00 | 18.52 | | 108.87 | 72.61 |
| | | | | | | | | | | NET | | 72.61 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH



A-3552

NATIONAL GOVERNMENT SERVICES, INC.

NPI: 1528275989

CHECK/EFT #:803207573

803207573 200001306

MAUREEN C. GRIX PH.

PAGE #: 2 OF 2

MEDICARE
REMITTANCE
ADVICE

10/29/19

| PERF PROV | SERV DATE | POS | MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ICN 1119288376760 | ASG Y MOA MA01 | | |
| NAME PFAIL, BRIAN | | | | HIC 3KG5XJ6QR77 | ACNT XXXXXX0110 | | | | | | | |
| | 0903 090319 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | 0910 091019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | 0917 091719 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | CLAIM TOTALS | | 600.00 | 277.83 | 0.00 | 55.56 | | 326.61 | 217.83 |
| PT RESP 55.56 | | | | | | | | | | NET | | 217.83 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HIC 2NH1PF4WY24 | | | | | | | | |
| | 0911 091119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | 0918 091819 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | 0925 092519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | CLAIM TOTALS | | 600.00 | 277.83 | 0.00 | 55.56 | | 326.61 | 217.83 |
| PT RESP 55.56 | | | | | | | | | | NET | | 217.83 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | MA18 | | |
| | 0910 091019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | CLAIM TOTALS | | 200.00 | 92.61 | 0.00 | 18.52 | | 108.87 | 72.61 |
| PT RESP 18.52 | | | | | | | | | | NET | | 72.61 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 7 | 3900.00 | 1946.39 | 0.00 | 389.24 | 1984.73 | 1526.03 | 0.00 | 1526.03 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

CO      Contractual Obligation. Amount for which the provider is financially liable. The patient may not be billed for this amount.

253     Sequestration - reduction in federal payment.

45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.

MA01    Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.

MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them.

MA27    Missing/incomplete/invalid entitlement number or name shown on the claim.

N535    Payment is adjusted when procedure is performed in this place of service based on the submitted procedure code and place of service.

A-3553

NATIONAL GOVERNMENT SERVICES, INC.
NPI:     1528275989
CHECK/EFT #:802976950          09/24/19

MAUREEN C. GRIX  PH.
PAGE #: 2 OF 2

REMITTANCE
ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | | ACNT 1327110110 | | TCN 111925355A930 | | ASG Y  MOA MA01 | | |
| | 0814 081419 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0820 082019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP | 37.04 | | | CLAIM TOTALS | | 400.00 | 185.22 | 0.00 | 37.04 | | 217.74 | 145.22 |
| | | | | | | | | | | NET | | 145.22 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MBI 2MH1FF4WY24 | | | | | | | | |
| | 0807 080719 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0814 081419 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0828 082819 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP | 55.56 | | | CLAIM TOTALS | | 600.00 | 277.83 | 0.00 | 55.56 | | 326.61 | 217.83 |
| | | | | | | | | | | NET | | 217.83 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | MA18 | | |
| | 0820 082019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP | 18.52 | | | CLAIM TOTALS | | 200.00 | 92.61 | 0.00 | 18.52 | | 108.87 | 72.61 |
| | | | | | | | | | | NET | | 72.61 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 7 | 3700.00 | 1853.78 | 0.00 | 370.72 | 1875.86 | 1453.42 | 0.00 | 1453.42 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO         Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
           not be billed for this amount.
253        Sequestration - reduction in federal payment.
45         Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
           This adjustment amount cannot equal the total service or claim charge amount; and must not
           duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
           from prior payer(s) adjudication.
MA01       Alert: If you do not agree with what we approved for these services, you may appeal our
           decision. To make sure that we are fair to you, we require another individual that did not
           process your initial claim to conduct the appeal.  However, in order to be eligible for an
           appeal, you must write to us within 120 days of the date you received this notice, unless you
           have a good reason for being late.
MA18       Alert: The claim information is also being forwarded to the patient's supplemental insurer.
           Send any questions regarding supplemental benefits to them.
MA27       Missing/incomplete/invalid entitlement number or name shown on the claim.
N535       Payment is adjusted when procedure is performed in this place of service based on the submitted
           procedure code and place of service.

GRIX

336

A-3554

NATIONAL GOVERNMENT SERVICES, INC.
NPI: 1528275989
CHECK/EFT #:802832206          08/29/19

802832206 400001494
MAUREEN C. GRIX  PM.
PAGE #: 2 OF 3

MEDICARE
REMITTANCE
ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0501 050119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0508 050819 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0515 051519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0522 052219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0529 052919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 92.60 | | | CLAIM TOTALS | | | 1000.00 | 463.05 | 0.00 | 92.60 | | 544.35 | 363.05 |
| | | | | | | | | | | NET | | 363.05 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| | 0710 071019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | 0717 071719 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | 0724 072419 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | 0731 073119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| | | | | | | | | | | CO-253 | 1.48 | |
| REM: N535 | | | | | | | | | | | | |
| PT RESP 74.08 | | | CLAIM TOTALS | | | 800.00 | 370.44 | 0.00 | 74.08 | | 435.48 | 290.44 |
| | | | | | | | | | | NET | | 290.44 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

NAME PFAIL, BRIAN          MID 3K65XJ4QR77   ACNT 1327110110          ICN 1119227208020   ASG Y  MOA MA01  MA07

| | 0709 070919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0716 071619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0724 072419 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0730 073019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 74.08 | | | CLAIM TOTALS | | | 800.00 | 370.44 | 0.00 | 74.08 | | 435.48 | 290.44 |
| | | | | | | | | | | NET | | 290.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | | MBI 2HH1FF40Y24 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0731 073119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 18.52 | | | CLAIM TOTALS | | | 200.00 | 92.61 | 0.00 | 18.52 | | 108.87 | 72.61 |
| | | | | | | | | | | NET | | 72.61 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | 0716 071619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 18.52 | | | CLAIM TOTALS | | | 200.00 | 92.61 | 0.00 | 18.52 | | 108.87 | 72.61 |
| | | | | | | | | | | NET | | 72.61 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTH GROUP

| | | | | | | | | | | | MA18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0709 070919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0730 073019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 37.04 | | | CLAIM TOTALS | | | 400.00 | 185.22 | 0.00 | 37.04 | | 217.74 | 145.22 |
| | | | | | | | | | | NET | | 145.22 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 10 | 5900.00 | 2872.49 | 57.58 | 562.93 | 3072.51 | 2206.98 | 0.00 | 2206.98 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO      Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
        not be billed for this amount.
253     Sequestration - reduction in federal payment.

## A-3555

NATIONAL GOVERNMENT SERVICES, INC.                802660768 400001131              MEDICARE
PO BOX 7111                                                                        REMITTANCE
INDIANAPOLIS, IN  46207-7111                                                       ADVICE

MAUREEN C. GRIX PH.
16 CARDINAL CT
GLEN COVE NY 11542-1235

| | |
|---|---|
| NPI: | 1528275989 |
| PAGE #: | 1 OF 2 |
| DATE: | 08/01/19 |
| CHECK/EFT #: | 802660768 |

```
***********************************************************************
*   Interactive Voice Response: 1-877-869-6504                        *
*   TTY for Hearing Impaired: 1-866-786-7155                          *
*   National Government Services Website: www.NGSMedicare.com          *
*                                                                     *
*   Have you heard about the Provider Automated Reopening function     *
*   within Connex? Visit NGSMedicare.com to learn more about this     *
*   feature and others available with Connex.                         *
*                                                                     *
*   Alert: CMS is changing from the Medicare Health Insurance Claim    *
*   number (HICN) to the new Medicare Beneficiary Identifier (MBI).    *
*   You can use either the HICN or MBI during the transition period.   *
*   Visit www.cms.gov/newcard for important dates and information      *
*   about this change.                                                 *
***********************************************************************
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0605 060519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0626 062619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 37.04 | | | | CLAIM TOTALS | | 400.00 | 185.22 | 0.00 | 37.04 | | 217.74 | 145.22 |
| | | | | | | | | | | NET | | 145.22 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0605 060519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0619 061919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 37.04 | | | | CLAIM TOTALS | | 400.00 | 185.22 | 0.00 | 37.04 | | 217.74 | 145.22 |
| | | | | | | | | | | NET | | 145.22 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0604 060419 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 | 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 | 2.23 | |
| | 0611 061119 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 | 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 | 2.23 | |
| | 0618 061819 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 | 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 | 2.23 | |
| | 0625 062519 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 | 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 | 2.23 | |
| PT RESP 111.44 | | | | CLAIM TOTALS | | 900.00 | 557.24 | 0.00 | 111.44 | | 351.68 | 436.88 |
| | | | | | | | | | | NET | | 436.88 |

CLAIM INFORMATION FORWARDED TO: ANTHEM INC

NAME PFAIL, BRIAN        MID 3K65XJ4QR77   ACNT 1327110110        ICN 1819199225160   ASG Y  MOA MA01  MA07

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0604 060419 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0612 061219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0619 061919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| | 0626 062619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 | 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 | 1.48 | |
| PT RESP 74.08 | | | | CLAIM TOTALS | | 800.00 | 370.44 | 0.00 | 74.08 | | 435.48 | 290.44 |
| | | | | | | | | | | NET | | 290.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH



**A-3556**

NATIONAL GOVERNMENT SERVICES, INC.
NPI:   1528275989
CHECK/EFT #:802445216     06/27/19

802445216 400001378
MAUREEN C. GRIX  PH.
PAGE #: 2 OF 3

MEDICARE
REMITTANCE
ADVICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0501 050119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0515 051519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0522 052219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | CLAIM TOTALS | | 600.00 | 277.83 | 0.00 | 55.56 | 326.61 | 217.83 |
| PT RESP 55.56 | | | | | | | | | | NET | 217.83 |

| | 0508 050819 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0522 052219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | CLAIM TOTALS | | 400.00 | 185.22 | 0.00 | 37.04 | 217.74 | 145.22 |
| PT RESP 37.04 | | | | | | | | | | NET | 145.22 |

CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE

| | | | | | | | | | | MA18 | |
| | 0501 050119 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| | | | | | | | | | | CO-253 2.23 | |
| REM: N535 | 0507 050719 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| | | | | | | | | | | CO-253 2.23 | |
| REM: N535 | 0514 051419 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| | | | | | | | | | | CO-253 2.23 | |
| REM: N535 | 0521 052119 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| | | | | | | | | | | CO-253 2.23 | |
| REM: N535 | 0528 052819 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| | | | | | | | | | | CO-253 2.23 | |
| REM: N535 | | | | CLAIM TOTALS | | 1125.00 | 696.55 | 0.00 | 139.30 | 439.60 | 546.10 |
| PT RESP 139.30 | | | | | | | | | | NET | 546.10 |

CLAIM INFORMATION FORWARDED TO: ANTHEM INC

NAME PFAIL, BRIAN    MID 3K06XJ4QR77    ACNT 1327110110     ICN 1819164313980    ASG Y   HOA MA01   MA07

| | 0501 050119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0508 050819 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0515 051519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0521 052119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0528 052819 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | CLAIM TOTALS | | 1000.00 | 463.05 | 0.00 | 92.60 | 544.35 | 363.05 |
| PT RESP 92.60 | | | | | | | | | | NET | 363.05 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | | | | MID 2RHIPF4WY24 | | | | | | | |
| | 0502 050219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0508 050819 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0515 051519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0522 052219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0529 052919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | CLAIM TOTALS | | 1000.00 | 463.05 | 0.00 | 92.60 | 544.35 | 363.05 |
| PT RESP 92.60 | | | | | | | | | | NET | 363.05 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

A-3557

```
NATIONAL GOVERNMENT SERVICES, INC.                  802266128 400001156          MEDICARE
NPI:     1528275989                            MAUREEN C. GRIX  PH.              REMITTANCE
CHECK/EFT #:802266128             05/29/19     PAGE #: 2 OF 2                      ADVICE
```

| PERF PROV | SERV DATE POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | MID 3KG5XJ4QN77 | ACNT 132711011O | | | | ICN 1819135271330 | | ASG Y MOA MA01 MA07 | |
| | 0402 040219 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0409 040919 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0416 041619 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0423 042319 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | | | | | | | |
| PT RESP 74.08 | | | CLAIM TOTALS | | 800.00 | 370.44 | 0.00 | 74.08 | 435.48 | 290.44 |
| | | | | | | | | | NET | 290.44 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| | MID 2MNIFF4WY24 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0403 040319 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0409 040919 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0417 041719 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0423 042319 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | | | | | | | |
| PT RESP 74.08 | | | CLAIM TOTALS | | 800.00 | 370.44 | 0.00 | 74.08 | 435.48 | 290.44 |
| | | | | | | | | | NET | 290.44 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| | | | | | | | | | MA18 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0402 040219 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0416 041619 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | 0430 043019 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| | | | | | | | | | CO-253 1.48 | |
| REM: N535 | | | | | | | | | | |
| PT RESP 55.56 | | | CLAIM TOTALS | | 600.00 | 277.83 | 0.00 | 55.56 | 326.61 | 217.83 |
| | | | | | | | | | NET | 217.83 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 7 | 4900.00 | 2409.44 | 0.00 | 481.84 | 2529.08 | 1889.08 | 0.00 | 1889.08 |

```
GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO         Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
           not be billed for this amount.
253        Sequestration - reduction in federal payment.
45         Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
           This adjustment amount cannot equal the total service or claim charge amount; and must not
           duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
           from prior payer(s) adjudication.
MA01       Alert: If you do not agree with what we approved for these services, you may appeal our
           decision. To make sure that we are fair to you, we require another individual that did not
           process your initial claim to conduct the appeal.  However, in order to be eligible for an
           appeal, you must write to us within 120 days of the date you received this notice, unless you
           have a good reason for being late.
MA07       Alert: The claim information has also been forwarded to Medicaid for review.
MA18       Alert: The claim information is also being forwarded to the patient's supplemental insurer.
           Send any questions regarding supplemental benefits to them.
MA27       Missing/incomplete/invalid entitlement number or name shown on the claim.
N535       Payment is adjusted when procedure is performed in this place of service based on the submitted
           procedure code and place of service.
```

A-3558

NATIONAL GOVERNMENT SERVICES, INC.
PO BOX 7111
INDIANAPOLIS, IN 46207-7111

802114362 400001279

MEDICARE
REMITTANCE
ADVICE

4/4/19 2:20 PM 3 0004592 20190503 OE1G1102 D000041 1 oz DO"1 OE16110000* 199285 JK

MAUREEN C. GRIX PH.
16 CARDINAL CT
GLEN COVE NY 11542-1235

NPI: 1528275989
PAGE #: 1 OF 2
DATE: 05/03/19
CHECK/EFT #: 802114362

```
Interactive Voice Response: 1-877-869-6504
TTY for Hearing Impaired: 1-866-706-7155
National Government Services Website: www.NGSMedicare.com

Have you heard about the Provider Automated Reopening function within
Connex? Visit NGSMedicare.com to learn more about this feature and
others available with Connex.

Alert: CMS is changing from the Medicare Health Insurance Claim number (HICN)
to the new Medicare Beneficiary Identifier (MBI). You can use either the HICN
or MBI during the transition period. Visit www.cms.gov/newcard for important
dates and information about this change.
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MBI 3MG5FR3E046 | | | | | | | |
| | 0305 030519 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| | 0312 031219 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| | 0319 031919 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| | 0326 032619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| PT RESP 74.08 | | | | CLAIM TOTALS | | 800.00 | 370.44 | 0.00 | 74.08 | 435.48 NET | 290.44 290.44 |
| | | | | | | | | | | | |
| | 0528 032619 | 02 | 1.0 | 90834 GT | | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| PT RESP 18.52 | | | | CLAIM TOTALS | | 200.00 | 92.61 | 0.00 | 18.52 | 108.87 NET | 72.61 72.61 |
| CLAIM INFORMATION FORWARDED TO: UNITEDHEALTHCARE | | | | | | | | | | | |
| | | | | | | | | | | MA18 | |
| | 0305 030519 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 2.23 | |
| | 0312 031219 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 2.23 | |
| | 0319 031919 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 2.23 | |
| | 0326 032619 | 02 | 1.0 | 90837 | GT | 225.00 | 139.31 | 0.00 | 27.86 | CO-45 85.69 | 109.22 |
| REM: N535 | | | | | | | | | | CO-253 2.23 | |
| PT RESP 111.44 | | | | CLAIM TOTALS | | 900.00 | 557.24 | 0.00 | 111.44 | 351.68 NET | 436.88 436.88 |
| CLAIM INFORMATION FORWARDED TO: ANTHEM INC | | | | | | | | | | | |
| NAME PFAIL, BRIAN | | | MID 3KG5XJ4QR77 | ACNT 1327110110 | | | | | ICN 1819109307620 | ASG Y MOA MA01 MA07 | |
| | 0306 030619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| | 0311 031119 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| | 0320 032019 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| | 0326 032619 | 02 | 1.0 | 90834 | GT | 200.00 | 92.61 | 0.00 | 18.52 | CO-45 107.39 | 72.61 |
| REM: N535 | | | | | | | | | | CO-253 1.48 | |
| PT RESP 74.08 | | | | CLAIM TOTALS | | 800.00 | 370.44 | 0.00 | 74.08 | 435.48 NET | 290.44 290.44 |
| CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH | | | | | | | | | | | |



A-3559

```
NATIONAL GOVERNMENT SERVICES, INC.                    801876246 400001232        MEDICARE
NPI:    1528275989                                MAUREEN C. GRIX  PN.            REMITTANCE
CHECK/EFT #:801876246         03/27/19            PAGE #: 2 OF 2                    ADVICE
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | ACNT 1327110110 | | | ICN 1819072300890 | | ASG Y NOA MA01 MA07 | | |
| | 0103 010319 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 97.59 | 0.57 | CO-45 | 99.57 | 2.22 |
| | | | | | | | | | | CO-253 | 0.05 | |
| | 0109 010919 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 0.00 | 20.09 | CO-45 | 99.57 | 78.73 |
| | | | | | | | | | | CO-253 | 1.61 | |
| | 0115 011519 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 0.00 | 20.09 | CO-45 | 99.57 | 78.73 |
| | | | | | | | | | | CO-253 | 1.61 | |
| | 0123 012319 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 0.00 | 20.09 | CO-45 | 99.57 | 78.73 |
| | | | | | | | | | | CO-253 | 1.61 | |
| | 0130 013019 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 0.00 | 20.09 | CO-45 | 99.57 | 78.73 |
| | | | | | | | | | | CO-253 | 1.61 | |
| PT RESP 178.52 | | | | CLAIM TOTALS | | 1000.00 | 502.15 | 97.59 | 80.93 | | 504.34 | 317.14 |
| | | | | | | | | | | NET | | 317.14 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | | MID 3KG5XJ4QR77 | ACNT 1327110110 | | | ICN 1819072306610 | | ASG Y NOA MA01 MA07 | | |
| | 0205 020519 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 0.00 | 20.09 | CO-45 | 99.57 | 78.73 |
| | | | | | | | | | | CO-253 | 1.61 | |
| | 0213 021319 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 0.00 | 20.09 | CO-45 | 99.57 | 78.73 |
| | | | | | | | | | | CO-253 | 1.61 | |
| | 0226 022619 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 0.00 | 20.09 | CO-45 | 99.57 | 78.73 |
| | | | | | | | | | | CO-253 | 1.61 | |
| PT RESP 60.27 | | | | CLAIM TOTALS | | 600.00 | 301.29 | 0.00 | 60.27 | | 303.54 | 236.19 |
| | | | | | | | | | | NET | | 236.19 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MBI 2MN1FF4WY24 | | | | | | | | |
| | 0206 020619 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 100.43 | 0.00 | CO-45 | 99.57 | 0.00 |
| | 0226 022619 | 11 | 1.0 | 90834 | | 200.00 | 100.43 | 84.57 | 3.17 | CO-45 | 99.57 | 12.44 |
| | | | | | | | | | | CO-253 | 0.25 | |
| PT RESP 188.17 | | | | CLAIM TOTALS | | 400.00 | 200.86 | 185.00 | 3.17 | | 199.39 | 12.44 |
| | | | | | | | | | | NET | | 12.44 |

CLAIM INFORMATION FORWARDED TO: OXFORD HEALTH PLANS

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MA18 | |
| | 0205 020519 | 11 | 1.0 | 90837 | | 225.00 | 151.03 | 0.00 | 30.21 | CO-45 | 73.97 | 118.40 |
| | | | | | | | | | | CO-253 | 2.42 | |
| | 0219 021919 | 11 | 1.0 | 90837 | | 225.00 | 151.03 | 0.00 | 30.21 | CO-45 | 73.97 | 118.40 |
| | | | | | | | | | | CO-253 | 2.42 | |
| PT RESP 60.42 | | | | CLAIM TOTALS | | 450.00 | 302.06 | 0.00 | 60.42 | | 152.78 | 236.80 |
| | | | | | | | | | | NET | | 236.80 |

CLAIM INFORMATION FORWARDED TO: GLOBAL LIFE INSURANCE COMPA

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 4750.00 | 2613.49 | 282.59 | 466.26 | 2173.87 | 1827.28 | 0.00 | 1827.28 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO      Contractual Obligation.  Amount for which the provider is financially liable.  The patient may
        not be billed for this amount.
253     Sequestration - reduction in federal payment.
45      Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage:
        This adjustment amount cannot equal the total service or claim charge amount; and must not
        duplicate provider adjustment amounts (payments and contractual reductions) that have resulted
        from prior payer(s) adjudication.
MA01    Alert: If you do not agree with what we approved for these services, you may appeal our
        decision. To make sure that we are fair to you, we require another individual that did not
        process your initial claim to conduct the appeal.  However, in order to be eligible for an
        appeal, you must write to us within 120 days of the date you received this notice, unless you
        have a good reason for being late.
MA07    Alert: The claim information has also been forwarded to Medicaid for review.
MA18    Alert: The claim information is also being forwarded to the patient's supplemental insurer.
        Send any questions regarding supplemental benefits to them.
MA27    Missing/incomplete/invalid entitlement number or name shown on the claim.

A-3560

NATIONAL GOVERNMENT SERVICES, INC.

PO BOX 7111

INDIANAPOLIS, IN 46207-7111

321061264 400000917

MEDICARE
REMITTANCE
ADVICE

MAUREEN C. GRIX PH.
16 CARDINAL CT
GLEN COVE NY 11542-1235

| NPI: | 1528275989 |
| PAGE #: | 1 OF 1 |
| DATE: | 03/19/19 |
| CHECK/EFT #: | 321061264 |

Interactive Voice Response: 1-877-869-6504
TTY for Hearing Impaired: 1-866-786-7155
National Government Services Website: www.NGSMedicare.com

Have you heard about the Provider Automated Reopening function within Connex? Visit NGSMedicare.com to learn more about this feature and others available with Connex.

Alert: CMS is changing from the Medicare Health Insurance Claim number (HICN) to the new Medicare Beneficiary Identifier (MBI). You can use either the HICN or MBI during the transition period. Visit www.cms.gov/newcard for important dates and information about this change.

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME PFAIL, BRIAN | | | MID 3KG5XJ4QR77 | ACNT 13271101110 | | | | ICN 1819072300880 | ASG Y | MOA MA01 MA07 | |
| | 1219 121918 11 | 1.0 90834 | | | 200.00 | 95.33 | 95.33 | 0.00 CO-45 | 102.72 | 0.00 |
| | | | | | | | | CO-237 | 1.95 | |
| REM: N699 | | | | | | | | | 104.67 | 0.00 |
| PT RESP | 95.33 | | CLAIM TOTALS | 200.00 | 95.33 | 95.33 | 0.00 | NET | 0.00 |

CLAIM INFORMATION FORWARDED TO: NYS DEPARTMENT OF HEALTH

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 200.00 | 95.33 | 95.33 | 0.00 | 104.67 | 0.00 | 0.00 | 0.00 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes
CO    Contractual Obligation.  Amount for which the provider is financially liable.  The patient may not be billed for this amount.
237   Legislated/Regulatory Penalty.
45    Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication.
MA01  Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal.  However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late.
MA07  Alert: The claim information has also been forwarded to Medicaid for review.
N699  Payment adjusted based on the Physician Quality Reporting System (PQRS) Incentive Program.



GRIX

343

A-3561

**From:** Brian J. Pfail ▮
    **To:** Maureen Grix <NeuroG@aol.com>
**Subject:** Meds
    **Date:** Wed, Jun 12, 2019 5:51 pm

DAILY USE:


Azelastine HCl (Nasal Solution) -2x

Fluticasone Propionate (Nasal Spray USP) -2x

Famotidine 20 MG -3x

Effexor 75mg

Lithium 1200mg

Ambien 10mg or 20mg

Klonopin 1mg (PRN)


Papaya Enzyme Chewable – 4 tabs after meals or as needed (dietary supplement)

GRIX          344

A-3562

*Received 9/13/17*

## Brian's Medications – 9/2/17

**MORNING:**

Vitamin D3 – 2000 mg. – 1 tablet

Effexor 150 mg. – 2 tablets (300 mg.)

Klonopin  1 mg. – 1 tablet

Lithium  300 mg. – 1 tablet

Depakote ER 250 mg. – 3 tablets (750 mg.)

**AFTERNOON:**

Klonopin  1 mg. – 1 tablet

**EVENING:**

Depakote ER 250 mg. – 3 tablets (750 mg.)

Lithium  300 mg. – 1 tablet

Prazosin 2 mg. – 2 tablets (4 mg.)

Clonazepam ODT 1 Mg. tablets – 1 tablet every night and 1 as needed-
maximum daily dose is 3 tablets

A-3563

15:57 FROM: TO:8013426 P.1/1

BRIAN'S MEDICATIONS – As of 2/6/17

MORNING
Vitamin D3 – 2000 mg. – 1 tablet
Niacin 100 mg. – ½ tablet of ½ tablet (25 mg.)
Magnesium Glycinate 100 mg. – 1 tablet
Effexor 150 mg. – 2 tablets (300 mg.)
L-Theanine 100 mg. – 1 tablet
Klonopin – 1 mg. – 1 tablet

AFTERNOON
Klonopin – 1 mg. – 1 tablet

EVENING
Depakote ER 500 mg. – 4 tablets (2000 mg.)
Lithium 300 mg. – 3 tablets (900 mg.)
Magnesium Glycinate 100 mg. – 1 tablet
Niacin 100 mg. – ½ tablet of ½ tablet (25 mg.)
Doxepin 150 mg. – 1 tablet

Klonopin Dissolvable 1 mg. as needed

GRIX

346

A-3564

BRIAN'S MEDICATIONS — As of 3/2/16

*received 3/16/16*

**MORNING**
Neurontin 800 mg. — 1 tablet
Propranolol 10 mg. — 1 tablet
Vitamin D3 — 2000 mg. — 1 tablet
Etodolac 400 mg. — 1 tablet
Sertraline 50 mg. — 1 tablet

**AFTERNOON**
Neurontin 800 mg. — 1 tablet
Propranolol 10 mg. — 1 tablet

**EVENING**
Neurontin 800 mg. — 1 tablet
Depakote ER 500 mg. — 4 tablets (2000 mg.)
Lithium 300 mg. — 2 tablets (600 mg.)
Propranolol 10 mg. — 1 tablet
Topiramate 100 mg. — 1 tablet
Doxepin 50 mg. — 1 tablet
Clonidine 0.1 mg. — 1 tablet
Etodolac 400 mg. — 1 tablet

....................
Klonopin Wafer 0.5 mg.
(1 tablet per day as needed)

A-3565

*Received 7/22/15.*

BRIAN'S MEDICATIONS – As of 7/22/15

MORNING
Neurontin 300 mg. – 1 tablet
Effexor 150 mg. – 2 tablets
Lithium 300 mg. – 1 tablet
Propranolol 10 mg. – 1 tablet

AFTERNOON
Neurontin 300 mg. – 1 tablet

EVENING
Seroquel 300 mg. – 1 tablet
Neurontin 300 mg. – 1 tablet
Depakote ER 500 mg. – 2 tablets
     250 mg. – 1 tablet
Lithium 300 mg. – 3 tablets
Propranolol 10 mg. – 1 tablet
Topiramate 100 mg. – 1 tablet
Trazodone 50 mg. – 1 tablet

  ....................

Klonopin Wafer 0.5 mg.
(1 tablet per day as needed)

A-3566

7/30/2020                                           Letter to P.O. Gerken

From: neurog@aol.com,
To [REDACTED]
Subject: Letter to P.O. Gerken
Date: Thu, Jul 30, 2020 9:31 am
Attachments: Brian Pfail - Follow up letter to PO Gerken 07 30 2020.pdf (693K)

Dear Brian,

Attached is the letter to P.O. Gerken. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3567

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

July 30, 2020

Probation Officer Gerken
Nassau County Probation Office
Mineola, New York

Dear Officer Gerken:

Per your request, the following is an update of the information concerning Brian Pfail:

Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – 2/8/2017
May 4, 2017 – present
Any previous interruption in treatment was secondary to Mr. Pfail being admitted to a Traumatic Brain Injury Rehabilitation Center or being hospitalized.

Mr. Pfail's diagnoses are:
1. Diffuse Traumatic Brain Injury, with loss of consciousness of unspecified duration, sequela (S06.2x9S)
2. Major neurocognitive impairment due to TBI, with behavioral disturbance (F02.81)
3. Major depressive disorder, recurrent, severe, without psychotic features (F33.2)
4. Post-Traumatic Stress Disorder (F43.10)

Mr. Pfail continues to attend weekly individual therapy sessions with this Neuropsychologist/Psychotherapist. He is being treated for the diagnoses stated above. Currently his treatment is focusing on his depression and PTSD symptomatology. His ongoing individual therapy and the medication regimen that has been prescribed by his psychiatrist, and to which he is compliant, has mitigated his symptoms of behavioral disturbance which is encouraging to him.

Continued…

GRIX

350

A-3568

2

His behavior is consistently monitored for any possible changes and continues to be more stable than it had been in the past which is contributing to his progress. He had previously been doing volunteer work at Senator Kemp Hannon's office which encouraged him to pursue his goals. He is currently attending Fordham University where he is majoring in Communications with a concentration in Journalism and is doing very well, maintaining a 4.0 GPA there. His goal is to graduate from Fordham by early 2022 and he hopes to find employment in the field of Journalism at which he excels. His verbal abilities, although impacted by his frontal lobe injury, are still very much intact which allows him to do as well as he is doing. However, he still requires ongoing treatment, both a medication regimen and therapy, to maintain the discipline that is integral to combating his severe depression, anxiety, behavioral and PTSD symptomatology related to his Traumatic Brain Injury.

Mr. Pfail's progress is a result of his dedication to treatment and his desire to move on with his life in spite of the traumatic experiences he has endured. Most recently he has been plagued by an increase in the symptoms of PTSD as a result of the unfortunate reversal of the original court's determination of his case. Currently, in his treatment, we are working on Mr. Pfail being able to focus on his studies, not become despondent and paralyzed by his symptomatology, and continue to make the progress that he has been making. The fact that he has been able to consistently do what is required to participate in and have success in his studies is evidence that he has the fortitude to combat his mental health issues in every way that he can and turn his life around. It would be a great injustice if Mr. Pfail was denied the opportunity to make the most of his abilities and obtain gainful employment in his field because of a felony charge related to the cost of a broken window.

It is my professional opinion that Mr. Pfail continues to require ongoing treatment and support to continue his progress. His treatment is necessary to his psychological stability and the opportunity to continue to move on with his life to the best of his ability.

If you have any questions please feel free to contact me.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

A-3569

PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ
† DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

# B R F H & D

ATTORNEYS-AT-LAW

June 4, 2019

SENIOR ASSOCIATES

**STEPHEN L. MARTIR
ANDREW K. PRESTON

ASSOCIATES

† BRIAN A. SUPER
DEANNA D. PANICO
PETER OLIVERI, JR.
AMOS BRUNSON, JR.
DARNELL J. MARROW
RHODA Y. ANDORS
JASON S. GREENFIELD

MAILING/SERVICE ADDRESS

NASSAU COUNTY OFFICE

Maureen Grix, PhD
233 Seventh Street, Suite 200
Garden City, New York 11501

Re:    **Employee:**    Brian J. Pfail
        **D/O/B:**
        **S.S.#**
        **Date of Loss:**    07/16/13
        **Our File No.:**    6821-1624

Dear Sir or Madam:

This office represents Defendant in a lawsuit involving the above-named patient, Brian J. Pfail.

Enclosed please find a HIPAA compliant medical/hospital record authorization to release the medical/hospital records, **including all x-ray/MRI films**, radiology/MRI reports, all diagnostic tests and results pertaining to Brian J. Pfail.

PRIOR TO FORWARDING YOUR RECORDS, please remit a bill for such services. No payment can or will be made until we have reviewed the bill and accepted the charges. **Pursuant to the Public Health Law, charges for copying are limited to 75 cents per page. Fees for search and retrieval are prohibited under Public Health Law §18.**

Your immediate attention to this matter would be greatly appreciated. Thank you for your kind assistance.

Very truly yours,

BEE READY FISHBEIN HATTER & DONOVAN, LLP

By:    Andrew K. Preston

AKP/ka
Enc.

Nassau County Office: 170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office: 105 Maxess Road • Suite 121 • Melville, NY 11747 • Telephone (631) 501-1030 • Fax (631) 501-5995

GRIX
352