A-3570



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Brian J. Pfail | ███ | ███ |

| Patient Address |
|---|
| 35 Roxbury Road, Garden City, New York 11530 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form. In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| Maureen Grix, Ph.D., 233 Seventh Street, STE 200, Garden City, NY 11530 |

| 8. Name and address of person(s) or category of person to whom th is information will be sent: |
|---|
| Office of the County Attorney, County of Nassau, One West Street, Mineola, New York 11550 |

9(a). Specific information to be released:

☒ Medical Record from 01/01/2013 to **present**

☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☒ Other: <u>Notes, records, pertaining to the patient</u>

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**

_BP_ **Mental Health Information**

_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ❑ By initialing here _____ I authorize _____
                    Initials                                 Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

**The Law Offices of Frederick K. Brewington**
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ❑ At request of individual<br>☒ Other: Litigation | At the conclusion of my litigation. |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

*Signature of patient or representative authorized by law.*      Date: **April 17, 2019**

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Sworn to before me this **17** day of **April 2019**

CATHRYN A. HARRIS MARCHESI
Notary Public, State of New York
Reg. No. 02HA6367901
Qualified in Nassau County
Commission Expires March 12, 2022 Notary

GRIX          353

**A-3571**

**LAURA CURRAN**
County Executive



**JARED A. KASSCHAU**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056; FAX 516-571-3058

May 9, 2019

Maureen Grix, Ph.D.
233 Seventh Street, Suite 200
Garden City NY 11530

Re:    Pfail v. County of Nassau
       Docket #16-cv-0518 (RRM) (SMG)

Dear Sir/Madam:

Enclosed please find executed HIPAA authorization(s) from Brian Pfail (DOB: 9/25/89) enabling this office to obtain a copy of the mental health treatment records of the above-named Plaintiff.

Would you please send us a **certified copy** of the entire record(s) of the named party as quickly as possible. As a municipality, **_we cannot pay for the records in advance_**. Enclosed is a claim voucher with instructions for completion. Please fill out the form, sign and return it to the undersigned along with copy of the records.

Kindly note, all **BILLS** must be accompanied by this Nassau County Claim Voucher in order to process payment.

Very truly yours,

*Jeremy J. Scileppi*
Deputy County Attorney

JJS:kr
Enc.

GRIX                                                                    354

A-3572



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Brian J. Pfail | | |

Patient Address
35 Roxbury Road, Garden City, New York 11530

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Maureen Grix, Ph.D., 233 Seventh Street, STE 200, Garden City, NY 11530

8. Name and address of person(s) or category of person to whom this information will be sent:
The Law Offices of Frederick K. Brewington, 556 Peninsula Boulevard, Hempstead, NY 11550

9(a). Specific information to be released:
☒ Medical Record from 01/01/2013 to **present**
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☒ Other: Notes, records, pertaining to the patient

Include: (*Indicate by Initialing*)
_____ **Alcohol/Drug Treatment**
_BK_ **Mental Health Information**
_____ **HIV-Related Information**

**Authorization to Discuss Health Information**
(b) ☐ By initialing here _____ I authorize _____
　　　　　Initials　　　　　　　　　　Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
**The Law Offices of Frederick K. Brewington**
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☒ Other: Litigation | 11. Date or event on which this authorization will expire: <br> At the conclusion of my litigation. |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: April 17, 2019

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Sworn to before me this 17 day of April, 2019

CATHERINE MARCHESE
Notary Public, State of New York
Reg. No. 02HA6372017
Qualified in Nassau County
Commission Expires March 12, 2021

GRIX

Notary

355

A-3573

COUNTY OF NASSAU          CLAIM VOUCHER          CLAIMANT: Fill out only these areas printed in red. SEE reverse side for instructions.

INVOICE NUMBER

①     DOCUMENT # |_____|
      *(FOR NASSAU COUNTY DEPARTMENT USE ONLY)*

ORDER/CONTRACT NO.

② |_____|      BLANKET ORDER NO.

③ |_____|

VENDOR INFORMATION:    NUMBER (9)     SUFFIX (2)     DISCOUNT AMOUNT     DISCOUNT DATE   MO (2)   DY (2)   YR (2)

④ _____    ⑤ _____

CLAIMANTS CERTIFICATION

I hereby certify that this claim voucher is just, true, and correct; that the amount claimed is actually due and owing and has not been previously claimed; that no taxes from which the County is exempt are included; and that any amounts claimed for disbursements have actually and necessarily been made. I further certify that all items and/or services were delivered or rendered as set forth in this claim, and for all items and/or services delivered or rendered in accordance with a purchase order or contract that the prices charged are in accordance with the reference purchase order or contract. For all claims made as reimbursement for employee expenses, I further certify that the amounts set forth were actually and necessarily expended for the benefit of Nassau County, and that the monies expended have not been reimbursed nor do I expect to be reimbursed from any source.

NAME (30)
⑥ _____

(30) _____

⑧

ADDR (30)
⑦ _____

Claimants Name              Date

X

(30) _____

By (Signature)              Title

(30) _____

DEPT. GOODS OR SERVICES DELIVERED TO     VENDOR'S PAYMENT TERMS
⑨            ⑩

| ⑪ DATE DELIVERED | ITEMIZATION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | ⑫ TOTAL CLAIMED ▷ | |

*For Nassau County Department Use Only:*
NIFS ACCOUNT CODES     *Please note that only one invoice is payable per claim voucher. The invoice may be charged to more than one account code.*

| LINE # | INDEX | SUBOBJ | USERCODE | PROJECT | PROJDETAIL | GRANT | GRTDETAIL | G/L ACCOUNT | SUBSIDIARY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |

INVOICE NO or CLAIM NO and DESCRIPTION (50):
    FORMAT - "invoice no. or claim no." description

| LINE # | INDEX | SUBOBJ | USERCODE | PROJECT | PROJDETAIL | GRANT | GRTDETAIL | G/L ACCOUNT | SUBSIDIARY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | | |

INVOICE NO or CLAIM NO and DESCRIPTION (50):
    FORMAT - "invoice no. or claim no." description

| LINE # | INDEX | SUBOBJ | USERCODE | PROJECT | PROJDETAIL | GRANT | GRTDETAIL | G/L ACCOUNT | SUBSIDIARY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | |

INVOICE NO or CLAIM NO and DESCRIPTION (50):
    FORMAT - "invoice no. or claim no." description

| LINE # | INDEX | SUBOBJ | USERCODE | PROJECT | PROJDETAIL | GRANT | GRTDETAIL | G/L ACCOUNT | SUBSIDIARY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | | | |

INVOICE NO or CLAIM NO and DESCRIPTION (50):
    FORMAT - "invoice no. or claim no." description

NC Department _____      Amount Approved $ _____

Contact Person _____      Date _____

Telephone No. _____      Comptrollers Approval _____

FORM NIFS560.11/98          COMPTROLLER COPY          CO-155-A.3/98 REV. 10/00

GRIX

356

A-3574

THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Cathryn Harris-Marchesi
Tricia S. Lindsay
Julissa M. Proaño

Oscar Holt III
Of Counsel

April 29, 2019

Maureen Grix, Ph.D.
233 Seventh Street. STE 200
Garden City, New York 11530

Re:     Brian Pfail
        DOB: ███████
        SSN: ███████

To Whom It May Concern:

Enclosed, please find a duly executed authorization and request for the release of all medical records, reports, photographs and X-rays and any other diagnostic tests that are in your possession, for the entire period of admission for **Brian Pfail**, who is represented by our office. Pursuant to the HITECH Act, *42 U.S.C.A. §17935(e)(1)*, and its implementing regulations, *45 CFR 164.524(c)(4)(I)*, we are requesting said records **in electronic format only**. Our Client's duly executed HIPAA authorization (see attached) is his written directive to provide our office with copies of his health records. Any fee that the covered entity is allowed to impose on an individual for providing said individual with a copy of the requested information, **shall not be greater than the entity's labor costs in responding to the request for the copy**", if the copy is provided in electronic form. (HITECH Act *42 U.S.C. §17935(e) (Emphasis Added))*.

As such, **WE ARE NOT** requesting paper copies, therefore, please **DO NOT** bill us as such. The **HITECH Act and its regulations do not allow you to bill for paper copies when an electronic copy has been requested. If and only if**, electronic copies are not available and there is a reproduction cost, we draw your attention to Chapter 165 - Sections 17 & 18 of Public Health Laws of 1991 of the State of New York which provides that per page charges shall not exceed .75 cents.

Thank you in advance for your immediate cooperation in this matter.

                                        Sincerely,

                                        *[signature]*

                                        TAMMI M. MITCHELL
                                        Legal Assistant

Enclosure
CAHM:tmm

GRIX                                                                    357

A-3575



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Brian J. Pfail | ███████ | ███████ |

| Patient Address |
|---|
| 35 Roxbury Road, Garden City, New York 11530 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| Maureen Grix, Ph.D., 233 Seventh Street, STE 200, Garden City, NY 11530 |

| 8. Name and address of person(s) or category of person to whom th is information will be sent: |
|---|
| BEE READY FISHBEIN HATTER & DONOVAN, LLP, 170 Old Country Road, Mineola, New York 11501 |

9(a). Specific information to be released:

   ☒  Medical Record from 01/01/2013 to **present**

   ☒  Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

   ☒  Other: <u>Notes, records, pertaining to the patient</u>    Include: (*Indicate by Initialing*)

                                                             _____  **Alcohol/Drug Treatment**

                                                          *BP*  **Mental Health Information**

                                                          _____  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐  By initialing here _____ I authorize _____

                  Initials                                      Name of individual health care provider

   to discuss my health information with my attorney, or a governmental agency, listed here:

                          **The Law Offices of Frederick K. Brewington**

                     (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐  At request of individual<br>☒  Other: Litigation | At the conclusion of my litigation. |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____        Date: *April 17, 2019*

*Signature of patient or representative authorized by law.*

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

CATHRYN A. HARRIS-MARCHESI
Notary Public, State of New York
Reg. No. 02HA63...
Qualified in Nassau County
Commission Expires March 12, 20__

Sworn to before me this __17__ day of April, 2019

GRIX

Notary

358

A-3576

**From:** Maureen Grix <neurog@aol.com>
**To:** fred <fred@brewingtonlaw.com>
**Subject:** Attached letter re Brian Pfail
**Date:** Thu, Jul 26, 2018 10:10 pm
**Attachments:** Brian Pfail - letter to F. Brewington re PTSD 07 26 2018.pdf (638K)

Dear Mr. Brewington:

Attached please find the letter regarding Brian Pfail's PTSD diagnosis. If you need anything further, please let me know. Good Luck!

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*233 Seventh Street Suite 200*
*Garden City, NY 11530*


THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3577

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

516-746-3691
FAX 516-801-3426

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

July 26, 2018

Frederick K. Brewington
Attorney at Law
556 Peninsula Blvd.
Hempstead, NY 11550

Re: Brian Pfail

Dear Mr. Brewington:

I am writing to update you regarding Brian Pfail's diagnosis of Post Traumatic Stress Disorder (PTSD) (F43.10). Mr. Pfail began exhibiting symptoms of PTSD after having an altercation with the police in 2014 which was a traumatic event for him. Although his treatment had previously focused only on the psychiatric and psychosocial sequelae of his Traumatic Brain Injury, since he has returned to treatment on May 4, 2017 we have also been addressing the symptoms of PTSD that have been causing him significant distress.

He has had and continues to have recurrent, involuntary and intrusive distressing memories of the traumatic event, recurrent distressing dreams related to the traumatic event, intense psychological and marked physiological reactions to cues that resemble aspects of the event and avoidance of people (i.e., police officers), places, conversations or situations that arouse distressing feelings about the event. He also has been experiencing negative alterations in cognitions and mood since the event, including persistent negative beliefs about the world, a persistent, negative emotional state (i.e., fear, horror and anger) and feelings of detachment from others. Finally, he has been experiencing problems with concentration and difficulty falling and staying asleep. One of the goals of treatment is to lessen the PTSD symptomatology that Mr. Pfail has been experiencing so that he can be unencumbered by the consequences of the traumatic event that has so negatively impacted him.

Continued…

A-3578

2

Although Mr. Pfail has been struggling a great deal because of these symptoms, as well as the symptoms of Traumatic Brain Injury, he continues to persevere in treatment so that his goals can be realized. Mr. Pfail could benefit greatly from the opportunity to move on with his life to the best of his ability.

If you have any questions or would like to discuss this further, please feel free to contact me.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

A-3579

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

July 26, 2018

Frederick K. Brewington
Attorney at Law
556 Peninsula Blvd.
Hempstead, NY 11550

Re: Brian Pfail

Dear Mr. Brewington:

I am writing to update you regarding Brian Pfail's diagnosis of Post Traumatic Stress Disorder (PTSD) (F43.10). Mr. Pfail began exhibiting symptoms of PTSD after having an altercation with the police in 2014 which was a traumatic event for him. Although his treatment had previously focused only on the psychiatric and psychosocial sequelae of his Traumatic Brain Injury, since he has returned to treatment on May 4, 2017 we have also been addressing the symptoms of PTSD that have been causing him significant distress.

He has had and continues to have recurrent, involuntary and intrusive distressing memories of the traumatic event, recurrent distressing dreams related to the traumatic event, intense psychological and marked physiological reactions to cues that resemble aspects of the event and avoidance of people (i.e., police officers), places, conversations or situations that arouse distressing feelings about the event. He also has been experiencing negative alterations in cognitions and mood since the event, including persistent negative beliefs about the world, a persistent, negative emotional state (i.e., fear, horror and anger) and feelings of detachment from others. Finally, he has been experiencing problems with concentration and difficulty falling and staying asleep. One of the goals of treatment is to lessen the PTSD symptomatology that Mr. Pfail has been experiencing so that he can be unencumbered by the consequences of the traumatic event that has so negatively impacted him.

Continued...

GRIX                                                                 362

A-3580

2

Although Mr. Pfail has been struggling a great deal because of these symptoms, as well as the symptoms of Traumatic Brain Injury, he continues to persevere in treatment so that his goals can be realized. Mr. Pfail could benefit greatly from the opportunity to move on with his life to the best of his ability.

If you have any questions or would like to discuss this further, please feel free to contact me.

Very truly yours,

*Maureen C. Grix, Ph.D.*

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

A-3581

**From:** Maureen Grix <neurog@aol.com>
**To:** FRED <FRED@BREWINGTONLAW.COM>
**Subject:** Attached letter re Brian Pfail
**Date:** Sat, May 5, 2018 1:56 pm
**Attachments:** Brian Pfail letter to F. Brewington 05 05 2018.pdf (863K)

Dear Mr. Brewington,

Attached please find the letter you requested regarding our mutual client Brian Pfail. I apologize for the delay in getting it to you but it has been a very hectic two weeks. I addressed the letter to you but if you need it addressed to the Courts please let me know and I will make the necessary changes. Also, if I have not addressed anything else in the letter that you think would be helpful please let me know that as well. I can be reached on my cell phone - 516-330-5370. Good luck with your motion.

Sincerely,

Dr. Maureen Grix


**Maureen C. Grix, Ph.D.**
**Clinical Neuropsychologist**
**Certified Psychotherapist**
**233 Seventh Street Suite 200**
**Garden City, NY 11530**


THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3582

*Maureen C. Grix, Ph.D.*

LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

May 5, 2018

Frederick K. Brewington
Attorney at Law
556 Peninsula Blvd.
Hempstead, NY 11550

Re: Brian Pfail

Dear Mr. Brewington:

I am writing to update you regarding Brian Pfail's diagnoses and treatment progress.

As you are already aware, Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – 2/8/2017
May 4, 2017 – present
Any interruption in treatment is secondary to Mr. Pfail being admitted to a Traumatic Brain Injury Rehabilitation Center or being hospitalized.

Mr. Pfail's current diagnoses are:
1. Diffuse Traumatic Brain Injury, with loss of consciousness of unspecified duration, sequela (S06.2x9S)
2. Major neurocognitive impairment due to TBI, with behavioral disturbance (F02.81)
3. Major depressive disorder, recurrent, severe, without psychotic features (F33.2)
4. Post-Traumatic Stress Disorder (F43.10)

Having worked with Mr. Pfail since 2012 and having seen him struggle tremendously over the course of this time I can unequivocally state that he is very engaged in treatment and is working very hard to overcome the consequences of his Traumatic Brain Injury. He has been suffering from both psychiatric and psychosocial sequelae of head injury since he was the victim of an

Continued...

GRIX                                                      365

A-3583

2

assault in April 2007. His symptoms are of an organic etiology combined with reactive symptoms to his injury. The alterations in personality that Mr. Pfail exhibits typically reflect damage to the frontal and/or temporal lobes. The unfortunate occurrence for which Mr. Pfail was found guilty was a result of this damage to his frontal lobes wherein his ability to rapidly make appropriate decisions is weakened. The incident was not an intentional premeditated act. It was the result of a series of interactions that contributed to Mr. Pfail's "decision making switch" malfunctioning because of which he became confused and frightened.

Mr. Pfail attends weekly individual therapy sessions with this Neuropsychologist - Psychotherapist. He is being treated for the diagnoses stated above. The therapeutic work that Mr. Pfail is engaged in assists Mr. Pfail in strengthening the areas of his functional abilities that have been damaged by his Traumatic Brain Injury. Since Mr. Pfail's return to treatment with me on May 4, 2017 and his treatment with a new psychiatrist who has been adjusting his medication regimen, his behavior has been more stable than previously. As a result of this improvement in his psychological stability, he has been doing volunteer work at Senator Kemp Hannon's office since August 2017. This has been very encouraging to him. Additionally, if possible, he is eager to return to college to complete his undergraduate degree at Villanova University where he had been a student prior to an exacerbation of his symptoms many years ago. We are working on his attaining this goal. Justice would be served if Mr. Pfail can continue to make strides in his psychological and physiological recovery and is afforded the opportunity to move on with his life to the best of his ability.

If needed, I would be happy to discuss this further.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

GRIX

366

**A-3584**

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
Fax 516-801-3426

April 2, 2018

Probation Officer Gerken
Nassau County Probation Office
Mineola, New York

Dear Officer Gerken:

Per your request, the following is the information concerning Brian Pfail:

Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – 2/8/2017
May 4, 2017 – present
Any interruption in treatment is secondary to Mr. Pfail being admitted to a Traumatic Brain Injury Rehabilitation Center or being hospitalized.

Mr. Pfail's diagnoses are:
1. Diffuse Traumatic Brain Injury, with loss of consciousness of unspecified duration, sequela (S06.2x9S)
2. Major neurocognitive impairment due to TBI, with behavioral disturbance (F02.81)
3. Major depressive disorder, recurrent, severe, without psychotic features (F33.2)
4. Post-Traumatic Stress Disorder (F43.10)

Mr. Pfail is currently attending weekly individual therapy sessions with this Neuropsychologist/Psychotherapist. He is being treated for the diagnoses stated above. Since his return to treatment with me on May 4, 2017 and his treatment with a new psychiatrist who has been adjusting his medication regimen, his behavior has been more stable than previously. He has been doing volunteer work at Senator Kemp Hannon's office since August 2017 which has been encouraging for him. In addition, he hopes to return to college to complete his undergraduate degree in the near future.

Continued...

GRIX

367

A-3585

2

It is my professional opinion that Mr. Pfail requires ongoing treatment and support to enhance the likelihood of his psychological stability and the opportunity to move on with his life to the best of his ability.

If you have any questions please feel free to contact me.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

A-3586

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

July 30, 2020

Probation Officer Gerken
Nassau County Probation Office
Mineola, New York

Dear Officer Gerken:

Per your request, the following is an update of the information concerning Brian Pfail:

Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – 2/8/2017
May 4, 2017 – present
Any previous interruption in treatment was secondary to Mr. Pfail being admitted to a Traumatic Brain Injury Rehabilitation Center or being hospitalized.

Mr. Pfail's diagnoses are:
1. Diffuse Traumatic Brain Injury, with loss of consciousness of unspecified duration, sequela (S06.2x9S)
2. Major neurocognitive impairment due to TBI, with behavioral disturbance (F02.81)
3. Major depressive disorder, recurrent, severe, without psychotic features (F33.2)
4. Post-Traumatic Stress Disorder (F43.10)

Mr. Pfail continues to attend weekly individual therapy sessions with this Neuropsychologist/Psychotherapist. He is being treated for the diagnoses stated above. Currently his treatment is focusing on his depression and PTSD symptomatology. His ongoing individual therapy and the medication regimen that has been prescribed by his psychiatrist, and to which he is compliant, has mitigated his symptoms of behavioral disturbance which is encouraging to him.

Continued…

GRIX                                                                                          369

A-3587

2

His behavior is consistently monitored for any possible changes and continues to be more stable than it had been in the past which is contributing to his progress. He had previously been doing volunteer work at Senator Kemp Hannon's office which encouraged him to pursue his goals. He is currently attending Fordham University where he is majoring in Communications with a concentration in Journalism and is doing very well, maintaining a 4.0 GPA there. His goal is to graduate from Fordham by early 2022 and he hopes to find employment in the field of Journalism at which he excels. His verbal abilities, although impacted by his frontal lobe injury, are still very much intact which allows him to do as well as he is doing. However, he still requires ongoing treatment, both a medication regimen and therapy, to maintain the discipline that is integral to combating his severe depression, anxiety, behavioral and PTSD symptomatology related to his Traumatic Brain Injury.

Mr. Pfail's progress is a result of his dedication to treatment and his desire to move on with his life in spite of the traumatic experiences he has endured. Most recently he has been plagued by an increase in the symptoms of PTSD as a result of the unfortunate reversal of the original court's determination of his case. Currently, in his treatment, we are working on Mr. Pfail being able to focus on his studies, not become despondent and paralyzed by his symptomatology, and continue to make the progress that he has been making. The fact that he has been able to consistently do what is required to participate in and have success in his studies is evidence that he has the fortitude to combat his mental health issues in every way that he can and turn his life around. It would be a great injustice if Mr. Pfail was denied the opportunity to make the most of his abilities and obtain gainful employment in his field because of a felony charge related to the cost of a broken window.

It is my professional opinion that Mr. Pfail continues to require ongoing treatment and support to continue his progress. His treatment is necessary to his psychological stability and the opportunity to continue to move on with his life to the best of his ability.

If you have any questions please feel free to contact me.

Very truly yours,

*Maureen C. Grix*

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

**A-3588**

CC-509-17**IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK**

TO:     Dr. Maureen Grix
         233 Seventh Street, Suite 200
         Garden City, New York 11530

**GREETINGS: YOU ARE COMMANDED** to appear before the Hon. Howard Sturim of the County of Nassau at 9:00 am, on Wednesday, November 15, 2017, as a witness in a criminal action prosecuted by the People of the State of New York against Brian Pfail, Indictment No. 402N-15 and that you bring with you and/or produce at the time and place aforesaid, the following:

**Dr. Maureen Grix is required to appear on November 15, 2017 at 9:00 am.**
**Please come to the:**               **Nassau County District Attorney's Office**
                                      **262 Old Country Road**
                                      **Mineola, NY 11501**
                                      **ATTN: ADA Martha Kousiaris**

If you fail to comply with this subpoena, you may be prosecuted for the crime of Criminal Contempt of Court and, if convicted, you may be fined up to ONE THOUSAND DOLLARS AND IMPRISONMENT FOR UP TO ONE YEAR.

**\*\*Please call ADA Martha Kousiaris at 516-571-3783 upon receipt of this subpoena\*\***

Martha Kousiaris, Assistant District Attorney

Dated: November 14, 2017          MADELINE SINGAS
                                  District Attorney of Nassau County
                                  262 Old Country Road
                                  Mineola, New York 11501

**PLEASE TAKE NOTICE** that retention in custody of requested items will be sought per CPL 610.25(2)

For information call (516) 571-3783
and refer to **A.D.A. Martha Kousiaris**

A-3589

CC-509-17**IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK**

TO: Dr. Maureen Grix
233 Seventh Street, Suite 200
Garden City, New York 11530

GREETINGS: YOU ARE COMMANDED to appear before the Hon. Howard

Sturim of the County of Nassau at 9:00 am, on Wednesday, November 15, 2017, as a witness in a

criminal action prosecuted by the People of the State of New York against Brian Pfail, Indictment

No. 402N-15 and that you bring with you and/or produce at the time and place aforesaid, the

following:

**Dr. Maureen Grix is required to appear on November 15, 2017 at 9:00 am.**
**Please come to the:** Nassau County District Attorney's Office
262 Old Country Road
Mineola, NY 11501
ATTN: ADA Martha Kousiaris

If you fail to comply with this subpoena, you may be prosecuted for the crime of Criminal Contempt of Court and, if convicted, you may be fined up to ONE THOUSAND DOLLARS AND IMPRISONMENT FOR UP TO ONE YEAR.

**\*\*Please call ADA Martha Kousiaris at 516-571-3783 upon receipt of this subpoena\*\***

Martha Kousiaris, Assistant District Attorney

Dated: November 14, 2017

MADELINE SINGAS
District Attorney of Nassau County
262 Old Country Road
Mineola, New York 11501

PLEASE TAKE NOTICE that retention in custody of requested items will be sought per CPL 610.25(2)

For information call (516) 571-3783
and refer to A.D.A. Martha Kousiaris

GRIX                                                                 372

**A-3590**

CC-509-17 **IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK**

TO:     Dr. Maureen Grix
520 Franklin Avenue, Suite 211
Garden City, NY 11530

**GREETINGS: YOU ARE COMMANDED** to appear before the Hon. Howard Sturim of the County of Nassau at 9:00 am, on Tuesday, November 14, 2017, as a witness in a criminal action prosecuted by the People of the State of New York against Brian Pfail, Indictment No. 402N-15 and that you bring with you and/or produce at the time and place aforesaid, the following:

All certified medical/mental health records pertaining to the treatment rendered to:

     **Brian Pfail**          **D.O.B:** ▮▮▮▮▮▮

YOU HAVE THE ABSOLUTE RIGHT TO APPEAR BEFORE THE Hon. Howard Sturim ON THE ABOVE MENTIONED DATE AND TIME. HOWEVER, FOR YOUR OWN CONVENIENCE YOU MAY WISH TO SURRENDER THE REQUESTED ITEMS TO BEARER OR MAIL REQUESTED ITEMS

**X You may mail requested items to:**
Nassau County Court Clerk,
Attn: Judge Sturim, Room 215
262 Old Country Road
Mineola, New York 11501

**SO ORDERED:**

**HON. HOWARD STURIM**

Dated: November 6, 2017          MADELINE SINGAS
District Attorney of Nassau County
262 Old Country Road
Mineola, New York 11501

**PLEASE TAKE NOTICE** that retention in custody of requested items will be sought per CPL 610.25(2)

For information call (516) 571-3783
and refer to **A.D.A. Martha Kousiaris**

A-3591

CC-509-17 **IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK**

TO:
Dr. Maureen Grix
520 Franklin Avenue, Suite 211
Garden City, NY 11530

**GREETINGS: YOU ARE COMMANDED** to appear before the Hon. Howard Sturim of the County of Nassau at 9:00 am, on Tuesday, November 14, 2017, as a witness in a criminal action prosecuted by the People of the State of New York against Brian Pfail, Indictment No. 402N-15 and that you bring with you and/or produce at the time and place aforesaid, the following:

All certified medical/mental health records pertaining to the treatment rendered to:

**Brian Pfail** **D.O.B:** ▮▮▮▮▮

YOU HAVE THE ABSOLUTE RIGHT TO APPEAR BEFORE THE Hon. Howard Sturim ON THE ABOVE MENTIONED DATE AND TIME. HOWEVER, FOR YOUR OWN CONVENIENCE YOU MAY WISH TO SURRENDER THE REQUESTED ITEMS TO BEARER OR MAIL REQUESTED ITEMS

**X** **You may mail requested items to:**
Nassau County Court Clerk,
Attn: Judge Sturim, Room 215
262 Old Country Road
Mineola, New York 11501

SO ORDERED:

HON. HOWARD STURIM

Dated: November 6, 2017

MADELINE SINGAS
District Attorney of Nassau County
262 Old Country Road
Mineola, New York 11501

**PLEASE TAKE NOTICE** that retention in custody of requested items will be sought per CPL 610.25(2)

For information call (516) 571-3783
and refer to **A.D.A. Martha Kousiaris**

GRIX 374

A-3592



**DAVIS & FERBER, LLP**
Attorneys At Law

Bronx □ Islandia □ Riverhead

August 14, 2014

STEVEN B. FERB!
DAVID A. DAVI!

ALLISON DAVIS-SIC
CHRISTOPHER S. ROTHEMIC

CARY GREENBER·
MELISSA B. PITTELI
IAN M. SAC
SEAN P. LENIHAN*
JENNIFER HEI!

SCOTT LUTZE
OF COUNSE

LISA M. FERBE
OFFICE MANAGE

*ADMITTED IN NY & N
**ADMITTED IN NY & M/

Dr. Maureen Grix
520 Franklin Avenue, Suite 211
Garden City, New York 11530

     **Re:**   **Florio v. Pfail**
            **Index No.: 14145/13**

Dear Dr. Grix:

     Please be advised that the court-ordered examination before trial (deposition) in the above matter has been rescheduled for **September 22, 2014 at 10:00 a.m**. This examination is scheduled to be held at the offices of Davis & Ferber located at 1345 Motor Parkway, Islandia, New York.

     Please telephone my office **the weekday before, between 10:00 a.m. and 12:00 p.m., asking for the calendar clerk,** in order to confirm whether the examination will proceed as planned or if it has been adjourned.

     If for any reason you are unable to appear at this time, kindly notify me in advance so arrangements can be made for an adjournment.

     Thank you for your cooperation in this matter.

                       Very truly yours,

                       DAVIS & FERBER, LLP

                       By: _____
                        Toni St Angelo
                       Litigation Coordinator

Phone: 631.543.2900     |     1345 Motor Parkway
Islandia, NY 11749
www.DavisFerber.com     |     Fax: 631.543.2987

GRIX      375

A-3593



**DAVIS & FERBER, LLP**
Attorneys At Law

Bronx ▫ Islandia ▫ Riverhead

July 29, 2014

STEVEN B. FERB
DAVID A. DAVI

ALLISON DAVIS-SK
CHRISTOPHER S. ROTHEMIC

CARY GREENBER
MELISSA B. PITTEL
IAN M. SAC
SEAN P. LENIHAN
JENNIFER HEI

SCOTT LUTZE
OF COUNSI

LISA M. FERBE
OFFICE MANAGE

*ADMITTED IN NY & I
**ADMITTED IN NY & M

Dr. Maureen Grix
520 Franklin Avenue, Suite 211
Garden City, New York 11530

> Re: **Florio v. Pfail**
> **Index No.: 14145/13**

Dear Dr. Grix:

Please be advised that the court-ordered examination before trial (deposition) in the above matter has been rescheduled for **September 8, 2014 at 10:00 a.m.** This examination is scheduled to be held at the offices of Davis & Ferber located at 1345 Motor Parkway, Islandia, New York.

Please telephone my office **the weekday before, between 10:00 a.m. and 12:00 p.m., asking for the calendar clerk,** in order to confirm whether the examination will proceed as planned or if it has been adjourned.

If for any reason you are unable to appear at this time, kindly notify me in advance so arrangements can be made for an adjournment.

Thank you for your cooperation in this matter.

Very truly yours,

DAVIS & FERBER, LLP

By: _____
Toni St Angelo
Litigation Coordinator

*Called 8/14/14 to reschedule. Toni will advise new date — new date Mon. 9/22/14*

---

A-3594

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X
JOHN P. FLORIO,                                                                          Index No.: 014145/13

                                        Plaintiff,

          -against-

BRIAN J. PFAIL, DONALD PFAIL and
EILEEN T. PFAIL,                                                      **JUDICIAL SUBPOENA**

                                        Defendants.
-------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

TO:    Maureen Grix, Ph.d
        520 Franklin Avenue
        Garden City, NY 11530

**WE COMMAND YOU,** That all business and excuses being laid aside, you and each of you appear and attend at the office of Davis & Ferber, LLP, 1345 Motor Parkway, Islandia, New York on the 5th day of August, 2014, at 10:00 o'clock in the forenoon, and at any recessed or adjourned date to give testimony in this action on the part of the plaintiffs, JOHN P. FLORIO, and that you bring with you, and produce at the time and place aforesaid,

**ANY AND ALL DOCUMENTS, DIAGRAMS, PHOTOGRAPHS, STATEMENTS, NOTES, ETC. WITH REGARD TO THE ACCIDENT INVOLVING THE ABOVE PARTIES.**

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

WITNESS, Presiding Justice, Supreme Court, Suffolk County, one of the Justices of the said Court, at Supreme Court, Suffolk County, the 17th day of June 2014.

Dated: Islandia, New York
        June 18, 2014

BY: Cary M. Greenberg
DAVIS & FERBER, LLP
*Attorneys for Plaintiff*
1345 Motor Parkway
Islandia, New York 11749
(631) 543-2900

**PLEASE CALL TONI AT (631) 543-2900 ON THE WORKING DAY PRIOR TO YOUR SCHEDULED APPEARANCE TO CONFIRM THE LOCATION, DATE AND TIME OF YOUR APPEARANCE.**

A-3595



Not cashed

**DAVIS & FERBER, LLP**
ATTORNEYS DISBURSEMENT ACCOUNT
1345 MOTOR PARKWAY
ISLANDIA, NY 11749

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2-210

24069

6/19/2014

PAY TO THE
ORDER OF   Maureen Grix, Ph.D.          $ **30.30

Thirty and 30/100************************************************************************* DOLLARS

Maureen Grix, Ph.D.
520 Franklin Avenue
Garden City, NY 11530

DAVIS & FERBER, LLP
ATTORNEYS AT LAW

MEMO   Florio v Pfall                                          AUTHORIZED SIGNATURE

GRIX

378

A-3596

**KATHLEEN M. RICE**
**DISTRICT ATTORNEY**

OFFICE OF THE DISTRICT ATTORNEY
NASSAU COUNTY
262 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
TELEPHONE (516) 571-3800

*516-571-2304*
*3:15PM-5/7/14 –*
*received phone*
*call from*
*ADA – "I do*
*not have to*
*go tomorrow.*
*If needed at*
*a later date*
*they will let*
*me know –*
*but tomorrow*
*I do not have*
*to appear.*

April 28, 2014

**Dr. Maureen Grix**
**520 Franklin Ave.**
**Suite 211**
**Garden City, New York 11530**

**People v. Brian Pfail**
**Felony No. 16249-50/13**

Dear Sir or Madam:

Enclosed please find a subpoena requiring your appearance on **May 8, 2014** at **9:30 ~~pm.~~** *AM* before the Grand Jury, located at the County Courthouse, 262 Old Country Road, Mineola, NY 11530.

If you wish, you may come to the District Attorney's Office on the second floor of the courthouse to discuss the subject matter of your testimony with the undersigned Assistant District Attorney.

Please contact the undersigned at **516-571-2304** if you have any questions regarding this subpoena.

Very truly yours,

KATHLEEN RICE
DISTRICT ATTORNEY

**CHERISH CELETTI**

**CC:js**
Enclosure

GRIX                                                                                              379

A-3597

### IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK

GREETINGS: This is a subpoena of the GRAND JURY, Nassau County issued pursuant to CPL 610.20. YOU ARE COMMANDED to appear before the GRAND JURY OF THE COUNTY OF NASSAU at the COUNTY COURT HOUSE, Mineola, Nassau County, N.Y. on **May 8, 2014** at **9:30 a.m.** and at any recessed or adjourned date, as a witness in a criminal action prosecuted by the People of the State of New York against

**BRIAN PFAIL**

and if this subpoena is disobeyed, you may be found guilty of a CRIMINAL CONTEMPT OF COURT and liable to a fine of up to ONE THOUSAND DOLLARS AND IMPRISONMENT FOR UP TO ONE YEAR and to be prosecuted and punished for a crime.

Dated: **April 28, 2014**

Assistant District Attorney: **CELETTI**

TO:
**Dr. Maureen Grix**
**520 Franklin Ave.**
**Suite 211**
**Garden City, New York 11530**

A-3598

Page 1 of 1

Subj:   **Brian Pfail**
Date:   4/2/2014 10:36:53 A.M. Eastern Daylight Time
From:   BDavey@mmlaw.us.com
To:     neurog@aol.com

Dr Grix:

Thank you for taking the time to speak with me yesterday.

Per our discussion and the authorization I would greatly appreciate it if you could send me

Brian's records.

In addition if there is anything in your notes of the 7/16/13 session which refreshes your recollection of the occurrence

please let me know.

Thank you again,

Brian


Brian R Davey
Mulholland Minion Duffy
Davey McNiff & Beyrer
374 Hillside Ave
Williston Park, NY 11596
516-248-1200
bdavey@mmlaw.us.com

A-3599

Page 1 of 1

Subj:   **Brian Pfail**
Date:   3/25/2014 3:23:06 P.M. Eastern Daylight Time
From:  BDavey@mmlaw.us.com
To:     neurog@aol.com

Dr. Grix:

Thank you for calling.

This will confirm our meeting at your office on 4/1/14 at 3:30pm.

Very truly yours,

Brian


Brian R Davey
Mulholland Minion Duffy
Davey McNiff & Beyrer
374 Hillside Ave
Williston Park, NY 11596
516-248-1200
bdavey@mmlaw.us.com

A-3600

PAUL M. DUFFY
BRIAN R. DAVEY
JOHN A. BEYRER***
KEVIN R. McNIFF**

SHANNON DAVIS
SEAN M. DIXON
EVELYN M. EVANGELOU
CHRISTINE M. GIBBONS
RONALD J. MORELLI
RAKSHITA KOIRALA
ROBERT A. SEEMAN
ROLAND A. VITANZA
LYNN A. WAYLONIS

*ADMITTED IN N.Y. AND FLORIDA
**ADMITTED IN N.Y. AND CONN.
***ADMITTED IN N.Y. AND N.J.

# MM MULHOLLAND MINION

MULHOLLAND MINION DUFFY DAVEY McNIFF & BEYRER

ATTORNEYS & COUNSELORS AT LAW

374 HILLSIDE AVENUE • WILLISTON PARK, NY 11596 • 516-248-1200
200 PARK AVENUE, SUITE 1700 • NEW YORK, NY 10166 • 646-354-6600
*PLEASE SEND ALL MAIL TO WILLISTON PARK OFFICE

(FAX) 516-248-1225
NOT FOR SERVICE

OF COUNSEL
ROBERT C. MINION*
GEORGE L. REPETTI
ANTHONY BELLOFATTO
EUGENE BRANNIGAN

February 21, 2014

Dr. Maureen Grix
520 Franklin Avenue
Garden City, NY 11530

Re:     Florio v. Pfail
        Patient: Brian Pfail
        DOB: ████
        Date of Occurrence: July 16, 2013
        Our File No.: 910-6322

Dear Dr. Grix:

Please be advised that this firm represents Brian Pfail along with his parents, Donald and Eileen, in a lawsuit brought by John Florio, a Garden City Police Officer, who claims he was injured in your office as a result of an occurrence taking place on July 16, 2013.

I enclose herewith an authorization permitting you to release to me complete records referable to Brian Pfail along with a letter addressed to you that I had Brian sign, permitting you to speak with me regarding the occurrence in question.

I have recently met with Donald and Eileen and I would greatly appreciate the opportunity to speak with you regarding the occurrence.

Accordingly, upon receipt of this correspondence, I would respectfully request that you call me as I would like the opportunity to come to your office, speak with you and perhaps take photographs so that I can properly defend Brian along with Donald and Eileen in connection with this lawsuit brought by Mr. Florio.

Thank you in advance for your anticipated cooperation and assistance.

Very truly yours,

Brian R. Davey

BRD:tm
encls.

A-3601

Dr. Maureen Grix
Re: Florio v. Pfail
Page 2
February 21, 2014

cc:     Donald and Eileen Pfail

received letter Tuesday 2/25/14.
called Wednesday 2/26/14 at 11:30 AM spoke c̄ Mr.
Davey's secy Linda who took my phone
number + said Mr. Davey would call
me back as he was on another call.
told her I was available until 12:30 PM.

3/25/14 - spoke c̄ Mr. Davey - made appt.
for Tues. 4/1/14 at 3:30 PM

A-3602

# MM MULHOLLAND MINION

PAUL M. DUFFY
BRIAN R. DAVEY
JOHN A. BEYRER***
KEVIN R. McNIFF**

SHANNON DAVIS
SEAN M. DIXON
EVELYN M. EVANGELOU
CHRISTINE M. GIBBONS
RONALD J. MORELLI
RAKSHITA KOIRALA
ROBERT A. SEEMAN
ROLAND A. VITANZA
LYNN A. WAYLONIS

*ADMITTED IN N.Y. AND FLORIDA
**ADMITTED IN N.Y. AND CONN.
***ADMITTED IN N.Y. AND N.J.

(FAX) 516-248-1225
NOT FOR SERVICE

OF COUNSEL
ROBERT C. MINION*
GEORGE L. REPETTI
ANTHONY BELLOFATTO
EUGENE BRANNIGAN

MULHOLLAND MINION DUFFY DAVEY McNIFF & BEYRER

ATTORNEYS & COUNSELORS AT LAW

374 HILLSIDE AVENUE • WILLISTON PARK, NY 11596 • 516-248-1200
200 PARK AVENUE, SUITE 1700 • NEW YORK, NY 10166 • 646-354-6600
*PLEASE SEND ALL MAIL TO WILLISTON PARK OFFICE

January 23, 2014

Dr. Maureen Grix
520 Franklin Avenue
Garden City, NY 11530

Re:  Florio v. Pfail
Date of Occurrence: July 16, 2013
Our File No.: 910-6322

Dear Dr. Grix:

This firm has been retained by Liberty Mutual Insurance Company to represent and defend Brian Pfail along with Donald and Eileen Pfail in connection with a lawsuit brought by John Florio, a Garden City Police Officer who claims that he was injured in your office as a result of a negligent and/or intentional act of Brian Pfail.

I have recently spoken with Donald and Eileen about what they know of the occurrence. I have not yet spoken to Brian. I would like to speak to you about the occurrence.

By his signature below and the authorization sent herewith, Brian Pfail has authorized you to release your psychological records to me and to discuss this matter with me if you are willing.

Accordingly, I would greatly appreciate it if you would call me and advise me of a good time that we could speak so you can provide me with a little more detail regarding Police Officer Florio's claims. Thank you for your assistance.

Very truly yours,

Brian R. Davey

BRD:tm

Dr. Grix:  I hereby authorize you to speak with my attorney, Brian Davey, in connection with the lawsuit brought by John Florio.

Signed: _____     Dated: __3/11/14__
Brian J. Pfail

GRIX                                                           385

**A-3603**



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Brian J. Pfail | ███████ | |

| Patient Address |
|---|
| 35 Roxbury Road, Garden City, NY 11530 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:
Dr. Maureen Grix, 520 Franklin Avenue, Garden City, NY 11530

8. Name and address of person(s) or category of person to whom this information will be sent:
Mulholland Minion Duffy Davey McNiff & Beyrer, 374 Hillside Ave., Williston Park, NY 11596

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (*Indicate by Initialing*)

_____ Alcohol/Drug Treatment
__X__ Mental Health Information
_____ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize _____
Initials                                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☒ Other: Litigation | 11. Date or event on which this authorization will expire: <br> <br> Upon conclusion of litigation |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                    Date: 2/11/14
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

AUG-13-2013 17:22 FROM:DP 5167391544 TO:2949057 P.1/1



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**

OCA Official Form No.: 960

[This form has been approved by the New York State Department of Health]

| Patient Name | | | |
|---|---|---|---|
| Brian J. Pfail | | Date of Birth ███ | Social Security Number ███ |
| Patient Address | | | |
| 36 Roxbury Road Garden City, NY 11530 | | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form; in accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA). I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of those types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: MAUREEN L, GRIX PHD

8. Name and address of person(s) or category of person to whom this information will be sent:

9(a). Specific Information to be released:
☑ Medical Record from (insert date) 1/1/13 to (insert date) 8/12/13
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (Indicate by Initialing)
_____ Alcohol/Drug Treatment
_BP_ Mental Health Information
_____ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _B.P._ I authorize MAUREEN L GRIX PHD
Initials / Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here: JOHN POWERS ESG 375 Commack Rd Deer Park, NY 11729
631-667-2180 (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☑ At request of individual | |
| ☐ Other: | 8/31/14 |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_signature_ Signature of patient or representative authorized by law

Date: 8/12/2013

*Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

A-3605

AUG-12-2013 16:40 FROM:DP      5167391544      TO:2949057      P.1/1



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**

OCA Official Form No.: 960

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Brian J. Pfail | ███████ | ███████ |

Patient Address

35 Rexbury Road Garden City, NY 11530

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

MAUREEN C GRIX PHD

8. Name and address of person(s) or category of person to whom this information will be sent:

9(a). Specific information to be released:

☐ Medical Record from (insert date) _1/1/13_ to (insert date) _8/12/13_

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

_____ Alcohol/Drug Treatment

_✓_ Mental Health Information

_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☑ By initialing here _bf_ I authorize _MAUREEN C GRIX PHD_
       Initials            Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_John Powers Esq. 375 Commack Rd Deer Park NY 11729_
_631-667-7108_ (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☑ At request of individual ☐ Other: | 11. Date or event on which this authorization will expire: _7/31/13_ |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.      Date: _8/12/2013_

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

GRIX          388

**A-3606**

JUL-19-2013 16:39 FROM:DP            5167391544          TO:2949057            P.1/1



35 Roxbury Road
Garden City, NY 11530
July 19, 2013

Dr. Maureen Grix, PH. D.
Garden City Medical Center
520 Franklin Avenue – Suite 211
Garden City, NY 11530

Dear Dr. Grix:

I give you permission to speak to my lawyer, John Powers and to testify on my behalf.

Thank you.

Sincerely,

Brian J. Pfail

A-3607

5/22/2020        Fwd: Baruch & Hunter Accommodation Letters Attached

From: neurog@aol.com,
To:
Subject: Fwd: Baruch & Hunter Accommodation Letters Attached
Date: Fri, May 22, 2020 3:19 pm
Attachments: Brian Pfail - Baruch College Accommodation Letter.pdf (442K), Brian Pfail - Hunter College Accommodation Letter.pdf (445K)

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

-----Original Message-----
To
Sent: Fri, May 22, 2020 3:17 pm
Subject: Baruch & Hunter Accommodation Letters Attached

A-3608

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

May 22, 2020

Hunter College
695 Park Avenue
New York, NY 10065

Attn: Department of Disability Services

RE: Brian Pfail

To Whom It May Concern:

Brian Pfail has been in treatment with me since October 2, 2012. Mr. Pfail sustained a Traumatic Brain Injury (TBI) in 2007 and a second Traumatic Brain Injury in 2014. Mr. Pfail's ongoing diagnoses are: Traumatic Brain Injury, with loss of consciousness, sequela, Major Neurocognitive Disorder due to Traumatic Brain Injury and Depressive Disorder due to Traumatic Brain Injury. Mr. Pfail's Neuropsychological Evaluation conducted in 2017 revealed that his intellectual capacity is above average range, with intact functioning on measures of verbal comprehension, perceptual reasoning abilities and executive functioning. In contrast, he demonstrated decreased abilities and impaired performance across measures of attention/working memory, learning and memory, and speed of information processing. In addition, measures of fine motor speed and and visuoconstructional abilities had declined from previous evaluations. Notably, Mr. Pfail's slowed processing speed becomes more problematic with task complexity and is exacerbated when Mr. Pfail feels under pressure.

Mr. Pfail's goal is to obtain his undergraduate degree despite his Traumatic Brain Injury and related sequelae. In order for him to accomplish his goal with minimal stress, kindly provide Mr. Pfail with the following accommodations:

continued…

A-3609

2

1. Extended time for test taking
2. A separate location for test taking as needed
3. A note taker as needed
4. Extended time for completing assignments as needed

These accommodations will afford Mr. Pfail the opportunity to do his best despite his neurocognitive dysfunction. Thank you for your help in this matter. If you have any questions, or would like to discuss this further, please feel free to call me.

Very truly yours,

*Maureen C. Grix*

Maureen C. Grix, Ph.D
Clinical Neuropsychologist
Psychodynamic Psychotherapsit

A-3610

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

May 22, 2020

Baruch College
One Bernard Baruch Way
(55 Lexington Ave. at 24th St.)
New York, NY 10010

Attn: Department of Disability Services

RE: Brian Pfail

To Whom It May Concern:

Brian Pfail has been in treatment with me since October 2, 2012. Mr. Pfail sustained a Traumatic Brain Injury (TBI) in 2007 and a second Traumatic Brain Injury in 2014. Mr. Pfail's ongoing diagnoses are: Traumatic Brain Injury, with loss of consciousness, sequela, Major Neurocognitive Disorder due to Traumatic Brain Injury and Depressive Disorder due to Traumatic Brain Injury. Mr. Pfail's Neuropsychological Evaluation conducted in 2017 revealed that his intellectual capacity is above average range, with intact functioning on measures of verbal comprehension, perceptual reasoning abilities and executive functioning. In contrast, he demonstrated decreased abilities and impaired performance across measures of attention/working memory, learning and memory, and speed of information processing. In addition, measures of fine motor speed and and visuoconstructional abilities had declined from previous evaluations. Notably, Mr. Pfail's slowed processing speed becomes more problematic with task complexity and is exacerbated when Mr. Pfail feels under pressure.

Mr. Pfail's goal is to obtain his undergraduate degree despite his Traumatic Brain Injury and related sequelae. In order for him to accomplish his goal with minimal stress, kindly provide Mr. Pfail with the following accommodations:

continued...

GRIX                                                      393

A-3611

2

1. Extended time for test taking
2. A separate location for test taking as needed
3. A note taker as needed
4. Extended time for completing assignments as needed

These accommodations will afford Mr. Pfail the opportunity to do his best despite his neurocognitive dysfunction. Thank you for your help in this matter. If you have any questions, or would like to discuss this further, please feel free to call me.

Very truly yours,

*Maureen C. Grix*

Maureen C. Grix, Ph.D
Clinical Neuropsychologist
Psychodynamic Psychotherapsit

A-3612

From: neurog <neurog@aol.com>
To: ████████████████████████
Subject: Letter for Fordham University
Date: Tue, Jun 11, 2019 3:52 pm
Attachments: Brian Pfail - Fordham University Accommodation Letter.pdf (452K)

Hi Brian,

Here's the letter. Any questions, let me know.

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. #516-746-3691*


THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3613

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

June 10, 2019

Fordham University
The Jesuit University of New York
Lincoln Center Campus
113 West 60th Street
New York, NY 10023

Attn: Department of Disability Services

RE: Brian Pfail

To Whom It May Concern:

Brian Pfail has been in treatment with me since October 2, 2012. Mr. Pfail sustained a
Traumatic Brain Injury (TBI) in 2007 and a second Traumatic Brain Injury in 2014.
Mr. Pfail's ongoing diagnoses are: Traumatic Brain Injury, with loss of consciousness, sequela,
Major Neurocognitive Disorder due to Traumatic Brain Injury and Depressive Disorder due to
Traumatic Brain Injury. Mr. Pfail's Neuropsychological Evaluation conducted in 2017 revealed
that his intellectual capacity is above average range, with intact functioning on measures of
verbal comprehension, perceptual reasoning abilities and executive functioning. In contrast, he
demonstrated decreased abilities and impaired performance across measures of attention/working
memory, learning and memory, and speed of information processing. In addition, measures of
fine motor speed and and visuoconstructional abilities had declined from previous evaluations.
Notably, Mr. Pfail's slowed processing speed becomes more problematic with task complexity
and is exacerbated when Mr. Pfail feels under pressure.

Mr. Pfail's goal is to obtain his undergraduate degree despite his Traumatic Brain Injury and
related sequelae. In order for him to accomplish his goal with minimal stress, kindly provide Mr.
Pfail with the following accommodations:

continued...

A-3614

2

1. Extended time for test taking
2. A separate location for test taking as needed
3. A note taker as needed
4. Extended time for completing assignments as needed

These accommodations will afford Mr. Pfail the opportunity to do his best despite his neurocognitive dysfunction. Thank you for your help in this matter. If you have any questions, or would like to discuss this further, please feel free to call me.

Very truly yours,

Maureen C. Grix, Ph.D
Clinical Neuropsychologist
Psychodynamic Psychotherapsit

A-3615

From: eileen pfail etpfail@optonline.net
Subject: RE: FW: checking-in
Date: Feb 16, 2019 at 12:42:59 PM
To: NEUROG@aol.com

Dear Susan,

Thank you for your response.  To clarify, I have mentioned previously that I have been planning on living in an apartment outside of Villanova and returning as a full-time student, not part time.  I want to pursue my education with a mathematics degree.  I have spoken to Dr. Norton at length, who has told me this decision of admission to the undergraduate school is not up to him or the math department. Originally you told me it would be up to the math department.  Linda Boettcher has stated I can't be admitted because there is a ten year period from enrollment to complete the degree.  I have been told by you it is "preferred" to complete the degree within six years.  These are all mixed messages, and I still have not been given a concrete answer on why I cannot be admitted into the undergraduate program. You have also mentioned the undergraduate program is "traditional".  I don't understand what you meant by that.  In the most recent student handbook it does not mention at all a timetable for medical leave of absences (pg. 50).  Again, I will not compromise on my desire for a math degree.  f it's possible for me to get a math degree, I will consider the Professional Studies school.  However, my goal is to return to Villanova full-time in the undergraduate program and I await your prompt response.  I must make plans soon to ready myself for Pennsylvania and the Villanova education.  Thank you for your consideration regarding this matter,

Brian J. Pfail

On Fri, Feb 15, 2019 at 10:19 PM, Brian J. Pfail wrote:

A-3616

Sent from Mail for Windows 10

**From:** Susan Jacobs
**Sent:** Friday, February 15, 2019 3:39 PM
**To:** █████████████████████
**Subject:** checking-in

Dear Brian,

I received your voice mail the other day. It's been a very busy week. As Ms. Boettcher stated previously, if you wish to return to Villanova, you will need to apply for re-admission to the College of Professional Studies as a part-time student. I'm working on whether it might be possible to do a math major through that College. I'm not sure about that question and have been trying to get in touch with people about that possibility.

Thanks for your patience,

Susan

Susan Jacobs, M.A.

Assistant Dean, Office for Undergraduate Students

College of Liberal Arts and Sciences

Villanova University

A-3617

107 Saint Augustine Center

Tel. 610.519.8370 | Fax 610.519.6322

OUS.villanova.edu

A-3618

 **ADELPHI UNIVERSITY**

COLLEGE OF ARTS AND SCIENCES
OFFICE OF THE DEAN

T 516.877.4120
F 516.877.4191
ADELPHI.EDU

ONE SOUTH AVENUE P.O. BOX 701
GARDEN CITY, NEW YORK 11530

May 30, 2013

Mr. and Mrs. Donald Pfail

████████████████

Dear Mr. and Mrs. Pfail:

Thank you for your recent letter regarding Brian's grade in my American literature class. As I am sure you are aware, federal and university regulations do not allow me to discuss Brian's academic record without him present. However, I will tell you that all students in the course—as the syllabus stated—were required to take the final exam and to attend class regularly. I regret that Brian felt uncomfortable on occasion, but I can assure you that the class was always conducted in a congenial, cordial, and highly controlled manner. At no point did any "bullying" take place, nor were there any teasing or disparaging remarks passed by me or any of the students present throughout the semester.

As always, I would be happy to discuss Brian's academic performance with him personally.

Please know that I enjoyed having Brian in my class and also enjoyed our personal encounters. I understand he faces serious challenges, and I wish him the very best both in his personal life and in his continued education.

Sincerely,

Steven J. Rubin, Ph.D.
Professor Emeritus

cc:     Dr. Ruth McShane, Assistant Dean
        College of Arts and Sciences

        Dr. Les Baltimore, Associate Provost
        Academic Services and Retention

        Maureen C. Grix, Ph.D.
        Licensed Psychologist

encl.

GRIX                                                    401

A-3619

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-294-9057

May 20, 2013

Steven J. Rubin, Ph.D.
Dept. of Languages, Literatures & Cultures
Adelphi University
One South Avenue
Science Building – Room 122
Garden City, NY 11530

RE: Brian Pfail

Dear Dr. Rubin:

I am writing on behalf of Brian Pfail with regard to his final grade in your course. As we had discussed when I spoke with you previously, Mr. Pfail has been in treatment with me since October 2, 2012. Mr. Pfail sustained a Traumatic Brain Injury (TBI) in 2007 as the result of an assault. As a result, Mr. Pfail's diagnoses are Mood Disorder due to Traumatic Brain Injury, Anxiety Disorder due to Traumatic Brain Injury and Cognitive Disorder – Not Otherwise Specified. One of the common cognitive sequelae of TBI, which has been documented in Mr. Pfail's medical history, is slowed processing speed which becomes more problematic with task complexity. These problems are exacerbated when Mr. Pfail feels under pressure. An additional consequence of the Traumatic Brain Injury he sustained and, as a result, the Mood Disorder, was the administration of 50 electroconvulsive shock therapy (ECT) treatments as well as having a number of seizures both of which affect memory functioning. Mr. Pfail continues to struggle with the effects of these events. In addition to the cognitive sequelae of his injuries, Mr. Pfail's Mood and Anxiety Disorders contribute to an exacerbation of his symptoms and often affect his ability to function.

While taking your course, Mr. Pfail was struggling with a setback in his progress and his medications were being adjusted so that he would not further deteriorate and require an additional hospitalization. His Neuropsychiatrist, Dr. Gupta, continues to make changes to his medication regimen and he and I, as well as Mr. Pfail's family, continue to monitor Mr. Pfail closely to help him restabilize.

A-3620

2

As you are aware, Mr. Pfail was a student at Villanova University and because of his illnesses was unable to continue his education there which has also affected him greatly. He has been a student at Adelphi since last year and is struggling to maintain his former level of academic achievement so that he can complete his education as originally planned. Unfortunately, because of the setback he was experiencing this semester it had become increasingly difficult for him to concentrate and perform to the best of his current abilities.

Mr. Pfail had been struggling in both courses but particularly in your course. He had been reporting to me that the environment in your class had been a negative one which was further hampering his ability to function. When he was contributing verbally in class at times his hands and arms would shake and he sometimes stuttered as well. He had felt harassed and made fun of by certain students when that occurred. A number of times he had needed to leave the classroom to ensure his own well being and had informed you via e-mail of the reason for his leaving the classroom. You had suggested that he withdraw from the course, however, as his education and doing well in his course work are of the utmost importance to him, a withdrawal would have contributed to a further decline in his mental well-being. The fact that he continued to attend Dr. Christofferson's classes, where he did not feel this pressure, is evidence of his determination to succeed within the context of his cognitive and psychological struggles.

I had explained to you when we spoke that, because of Mr. Pfail's current deterioration, it would be difficult for him to take the final exam even though he would receive additional time. You assured me that he had been doing well in the course and that memorization was not required. Unfortunately Mr. Pfail was unable to recall most, if not all, of the information that you had asked about on the final exam. As a result of his performance on the final, Mr. Pfail received a final grade of C in your course. Throughout this process I have been witnessing Mr. Pfail struggling significantly with his cognitive and emotional limitations. At the same time I have been witnessing him desperately trying to hold on to his sense of self as the good student he had been prior to his head injury and related subsequent mental illness. Although you have already given Mr. Pfail his grade I am respectfully requesting that you consider allowing him to improve his grade in any way that might be possible within the context of his current condition and which would not require him to write from memory. If you have any questions, or would like to discuss this further, please feel free to call me. Thank you for your consideration of this request.

Very truly yours,

Dr. Maureen C. Grix

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist

A-3621

TRANSMISSION VERIFICATION REPORT

TIME : 02/27/2013 09:04

| | |
|---|---|
| DATE,TIME | 02/27 09:03 |
| FAX NO./NAME | 7391544 |
| DURATION | 00:00:59 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

A-3622

FAX COVER LETTER

MAUREEN C, GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS):

TELEPHONE: ███████████ FAX: _516 - 294 - 9057_

PLEASE DELIVER THE ATTACHED TO:

NAME: _BRIAN PEAU_  FAX NUMBER: _516 - 739 - 1544_
FROM: _____  TOTAL NUMBER OF PAGES: _3_
(including Fax Letter)

TIME SENT: _9:02 AM_  DATE: _2/27/13_

MESSAGE: _____

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_____DR. GRIX_____ AT _516 - 746 - 3691_

## CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify __DR. GRIX__ __516 - 746 - 3691__ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

A-3623

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-294-9057

February 26, 2013

Michael Christofferson, Ph.D.
Adelphi University
Associate Professor & Chair
History
Blodgett Hall – Room 200C
Garden City, NY 11530

RE: Brian Pfail

Dear Dr. Christofferson:

As a follow up to my letter of October 26, 2012 (attached), presently Mr. Pfail is experiencing a decline in his level of functioning. His level of depression is becoming more severe, and his memory functioning and ability to focus are deteriorating. He currently requires twice weekly sessions to assist in his not deteriorating further.

As his education and doing well in his course work are of the utmost importance to him, it is my professional opinion that any set back in being able to pursue his educational goals would contribute to a further decline in his mental well-being. The fact that he continues to attend classes, etc., is evidence of his determination to succeed within the context of his cognitive and psychological struggles. Any assistance you can give in helping him perform to the best of his ability at the present time would be greatly appreciated.

If you have any questions, or would like to discuss this further, please feel free to call me.

Very truly yours,

Maureen C. Grix, Ph.D
Clinical Neuropsychologist

GRIX                                                406

A-3624

TRANSMISSION VERIFICATION REPORT

TIME : 12/05/2012 08:37

| | |
|---|---|
| DATE,TIME | 12/05 08:36 |
| FAX NO./NAME | 7391544 |
| DURATION | 00:00:43 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

A-3625

FAX COVER LETTER

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
820 FRANKLIN AVE. SUITE 211
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: ███████████ FAX: 516 - 294 - 9057

PLEASE DELIVER THE ATTACHED TO:

NAME: *BRIAN PFAIL*   FAX NUMBER: 516 - 039 - 1544

FROM: _____   TOTAL NUMBER OF PAGES: 2
(including Fax Letter)

TIME SENT: 8:35 AM   DATE: 12/5/12

MESSAGE: _____

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
____DR. GRIX____ AT 516 - 046 - 3691

## CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify ____DR. GRIX____ ____516 - 046 - 3691____ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

GRIX                                    408

A-3626

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-294-9057

December 5, 2012

Professor Susan Dunn
Adelphi University
Garden City, NY 11530

RE: Brian Pfail

Dear Professor Dunn:

Brian Pfail has been in treatment with me since October 2, 2012. Mr. Pfail sustained a Traumatic Brain Injury (TBI) in 2007 as the result of an assault. As a result, Mr. Pfail's diagnoses are Mood Disorder due to Traumatic Brain Injury and Cognitive Disorder – Not Otherwise Specified. One of the common cognitive sequelae of TBI, which has been documented in Mr. Pfail's medical history, is slowed processing speed which becomes more problematic with task complexity. These problems are exacerbated when Mr. Pfail feels under pressure.

As a result, in addition to extended test time which he receives, Mr. Pfail could benefit from additional time to complete his class assignments. I am aware that it is at your discretion to approve additional time for assignments and am asking you to consider this for Mr. Pfail so that he can perform to the best of his ability given his medical conditions.

If you have any questions, or would like to discuss this further, please feel free to call me.

Very truly yours,

Maureen C. Grix, Ph.D
Clinical Neuropsychologist

GRIX                                                409

A-3627

TRANSMISSION VERIFICATION REPORT

TIME : 10/26/2012 11:43

| | |
|---|---|
| DATE,TIME | 10/26 11:42 |
| FAX NO./NAME | 7391544 |
| DURATION | 00:00:43 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

GRIX                                                         410

A-3628

FAX COVER LETTER

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE, SUITE 211
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: ███████████  FAX: _5l6 - 294 - 9057_

PLEASE DELIVER THE ATTACHED TO:

NAME: _BRIAN PFAIL_  FAX NUMBER: _5l6 - 739-1544_
FROM: _____  TOTAL NUMBER OF PAGES: _2_
(including Fax Letter)

TIME SENT: _11:40 AM_  DATE: _10/26/12_

MESSAGE: _____
_____
_____
_____
_____

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_DR. GRIX_   AT _5l6 - 046 - 3691_.

## CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify ___DR. GRIX___ ___5l6 - 046 - 3691___ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

GRIX                                    411

A-3629

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-294-9057

October 26, 2012

Michael Christofferson, Ph.D.
Adelphi University
Associate Professor & Chair
History
Blodgett Hall – Room 200C
Garden City, NY 11530

RE: Brian Pfail

Dear Dr. Christofferson:

Brian Pfail has been in treatment with me since October 2, 2012. Mr. Pfail sustained a Traumatic Brain Injury (TBI) in 2007 as the result of an assault. As a result, Mr. Pfail's diagnoses are Mood Disorder due to Traumatic Brain Injury and Cognitive Disorder -- Not Otherwise Specified. One of the common cognitive sequelae of TBI, which has been documented in Mr. Pfail's medical history, is slowed processing speed which becomes more problematic with task complexity. These problems are exacerbated when Mr. Pfail feels under pressure.

As a result, in addition to extended test time which he receives, Mr. Pfail could benefit from additional time to complete his class assignments. I am aware that it is at your discretion to approve additional time for assignments and am asking you to consider this for Mr. Pfail so that he can perform to the best of his ability given his medical conditions.

If you have any questions, or would like to discuss this further, please feel free to call me.

Very truly yours,

Maureen C. Grix, Ph.D
Clinical Neuropsychologist

A-3630



**NYU Winthrop Hospital**

### CONFIDENTIAL NEUROPSYCHOLOGICAL EVALUATION REPORT

Patient Name: Brian Pfail
Date of Birth: █████
Dates of Evaluation: 08/21/2017 (testing/scoring, 13:00-17:30), 09/14/2017 (report preparation, 10:00-11:30); 09/22/2017 (report preparation, 15:00-17:00); 09/25/2017 (report preparation 15:00-17:00); 10/02/2017 (feedback, 11:00-12:00) total time 11 hours
Patient Age: 27
Handedness: Left
Referring Doctor: Santo Terranova, MD
Medications: Effexor, Klonopin, Depakote ER, Lithium, Prazosin, Vitamin D3

**Reason for Referral and Problem History:** Mr. Brian Pfail is a 27-year-old left-handed Caucasian gentleman who was referred for a neuropsychological evaluation by Santo Terranova, MD, due to a history of traumatic brain injury and cognitive symptoms that have worsened over time. The evaluation was requested to aid in differential diagnosis and for treatment planning.

**Current Level of Functioning:** Mr. Pfail is currently unemployed due to his disability. He reported that he currently completes ADLs and IADLs without assistance.

**Source of Information:** Information for the current evaluation was provided during a clinical interview with Mr. Pfail, review of available medical records, neuropsychological testing with Mr. Pfail, and a review of results of the current evaluation with Mr. Pfail.

**Medical/Developmental History:** Mr. Pfail reported that he was "almost premature." He weighed 7lbs, 1oz at birth. He is unaware of any post-natal complications or developmental delays. Mr. Pfail reported that he incurred a head injury with loss of consciousness in 2007 when he was assaulted at Roosevelt Field. He was hospitalized for "a couple of days." (Medical records indicate that he was hospitalized for three days.) He incurred another head injury in 2014 during an altercation with the police. He reported that he remembered the events leading up to the altercation, but little of the actual altercation itself. Since the 2007 TBI, Mr. Pfail reported that he has experienced two or three grand mal seizures and numerous "simple partial" seizures, with the last seizure occurring in 2011. He is currently prescribed Depakote to control seizure activity. He reported chronic shoulder pain from injuries sustained in the 2007 assault and for which he has undergone six surgeries. He reported a history of brain imaging (MRI, EEG) and previous neuropsychological evaluations. An MRI without contrast performed by Winthrop Radiology Associates in January 2008 was "within normal limits." An EEG taken at Winthrop University Hospital in 2012 noted right temporal spikes but no seizure activity. Mr. Pfail's medical history is otherwise negative. Mr. Pfail reported a history of night terrors that began after the altercation with police in 2014. He has been suffering from insomnia for approximately six months. He also reported that currently he is experiencing intrusive thoughts surrounding altercations with police and nightmares that continue even with treatment with Prazosin.

**Psychiatric History:** Mr. Pfail has a significant psychiatric history. He reported three hospitalizations for depression and attempted suicides. Records indicate that Mr. Pfail overdosed

NYU Winthrop Hospital · Department of Behavioral Health · 222 Station Plaza North, Suite 350A · Mineola, NY 11501

A-3631

on Welbutrin in a suicide attempt in 2009 and was taken to Winthrop-University Hospital. A second suicide attempt occurred in 2010 during which Mr. Pfail overdosed on Ativan and possibly pain killers. He reported a history of visual hallucinations. It is noted in medical records that Mr. Pfail received approximately 50 treatments of electroconvulsive therapy during 2010-2011. Mr. Pfail noted that ECT affected his short term memory, but improved depressive symptoms. He discontinued ECT shortly after an incident during which he reported that he received treatment without being unconscious. Mr. Pfail reported previous diagnoses of depression, anxiety, panic attacks, and post-traumatic stress disorder. He is currently under the care of a psychiatrist, Gregory Gunyan, DO, and a therapist, Maureen Grix, PhD. Mr. Pfail has had altercations with family members during which he has been violent (e.g., fractured sister's ribs in August 2017). He has also been charged with assaulting a staff member during his most recent inpatient admission at Zucker-Hillside hospital a few months ago. He reported symptoms of PTSD began after he was remanded to Riker's Island after the arrest, a place that he reported was "terrifying." At the time of this evaluation, Mr. Pfail noted that he had a court date on September 19 for an altercation with the Garden City Police department in 2012. Medical records indicate current diagnoses are major neurocognitive disorder due to traumatic brain injury, with behavioral disturbance, other specified depressive disorder, and intermittent explosive disorder.

**Educational/Vocational History:** Mr. Pfail reported that he received resource room services during middle school. He attended Chaminade Catholic High School, graduating in 2007 with a GPA of 3.5. He reported that he won awards for grades and character. He received a score of 620 on the verbal and 640 on math portion of the SAT. He enrolled at Villanova University to pursue a bachelor's degree in computer engineering, and reported that he completed two years. He is currently on medical leave and reported that he would like to return to school. Mr. Pfail has worked retail at Abercrombie & Fitch and Banana Republic. He is currently volunteering for NY State Senator Kemp Hannon, maintaining his website.

**Social/Family History:** Mr. Pfail was born in Floral Park, NY. He currently lives with his parents and siblings in Garden City, NY. His mother, age 61, is a homemaker. His father, age 65, is a retired CPA and who has been diagnosed with normal pressure hydrocephalus. Mr. Pfail is the second-oldest of four siblings. A brother, age 29, works as a front desk clerk at a hotel. He is reported to have been diagnosed with auditory processing disorder. Another brother, age 26, works as a senior auditor. His sister, age 21, is currently completing a bachelor's degree program in nursing. Other than noted above, family history is significant for hypertension (mother), lung cancer (maternal grandfather), dementia (paternal grandfather).

**Interview/Behavioral Observations:** Mr. Pfail arrived promptly for his appointments. He was a poor historian and much information was obtained by review of previous neuropsychological reports and available medical records. Rapport was easily established and maintained throughout the evaluation. Initially, Mr. Pfail presented as guarded, but he soon warmed up. His attitude was cooperative and eye contact was good. Grooming was adequate. Speech was of normal rate, volume, quantity, and articulation. Thought processes were logical, goal directed, and organized. There were no apparent delusions or auditory or visual hallucinations. Mr. Pfail's affect was constricted in range and appropriate to topics being discussed, and his mood was depressed. During the interview and evaluation, at times, he exhibited a sophisticated, sarcastic sense of humor. There was a noticeable resting tremor in his right hand.

A-3632

**Tests Administered:** Beck Anxiety Index (BAI), Beck Depression Index-2nd Edition (BDI-II), Boston Naming Test-30 (BNT-30), Brief Test of Attention (BTA), Brief Visuospatial Memory Test-Revised (BVRT-R), Calibrated Ideational Fluency Assessment (CIFA), Digit Span, Green's Word Memory Test-Oral Administration, Grooved Pegboard Test (GPT), Hopkins Adult Reading Test-Form B (HART), Hopkins Verbal Learning Test-Revised (HVLT-R), Logical Memory I & II; Modified Wisconsin Card Sorting Test (M-WCST), Personality Assessment Inventory (PAI), Post-Traumatic Stress Disorder Checklist (PCL-5), Rey-Osterreith Complex Figure Test (ROCFT), Salthouse Perceptual Comparison Test, Trail Making Tests A & B, Wechsler Adult Intelligence Scales-4th Edition (WAIS-IV): Selected subtests

**Statement of Medical Necessity and Rationale for Neuropsychological Testing:** Mr. Pfail was evaluated by the referring physician due to a history of traumatic brain injury and because he was found to demonstrate cognitive difficulties that have worsened over time.

The neuropsychological examination, when performed by a qualified neuropsychologist, provides objective information regarding the nature and severity of an individual's cognitive functions. Only a neuropsychological evaluation can directly assess the influence of both neurological and non-neurological factors that underlie an individual's cognitive complaints. Therefore the neuropsychological evaluation is critical in helping the referring physician develop an appropriate treatment plan. Thus, the neuropsychological examination is deemed both appropriate and medically necessary.

## PREVIOUS TEST RESULTS

Mr. Pfail underwent a comprehensive neuropsychological evaluation in 2008 at the Department of Rehabilitation Medicine at Mount Sinai School of Medicine, conducted by Amanda Sacks PhD. At that time, Dr. Sacks found that Mr. Pfail had "cognitive impairments in the following domains: processing speed, language, delayed recall of visual information, and executive functioning, likely secondary to the assault he was involved in on April 9, 2007." She also noted that he had "psychiatric challenges with which he is attempting to cope." Recommendations included cognitive remediation, extra time taking exams, and psychotherapy.

A second neuropsychological evaluation was completed by Gad Klein, PhD in September 2012. Dr. Klein reported that Mr. Pfail complained of memory difficulties that progressively worsened during ECT treatments and had not improved. Dr. Klein noted that there was significant improvement from the first evaluation; however, he noted continued weaknesses in the domain of executive functioning as well as reading rate. Dr. Klein recommended the following: "extended time on testing, distraction free test environment, note taker in class or access to the instructor's notes."

## TEST RESULTS

All raw scores, scaled scores, and normatively derived percentile rank data are presented in the attached datasheet. The following section contains key findings from the current evaluation.

**Effort/Task Engagement:** The degree to which an individual is fully engaged and trying his best (termed "Effort") is a critical aspect of the neuropsychological evaluation. Interpretation of neuropsychological test findings requires that they first be deemed a valid indication of current

A-3633

functioning. Establishing that a patient is adequately engaged and putting forth adequate effort is based on a number of factors. First, standalone measures of task engagement can be used. Second, components of commonly used neuropsychological measures have been identified as providing information regarding effort. In addition, neuropsychological test data are interpreted in the context of known cognitive profiles as well as current understanding of the relationship between components of cognition (i.e., the degree to which the test data make "neuropsychological sense").

Given the factors and considerations above, and based on performance on both standalone and embedded measures of effort, it is believed that Mr. Pfail was fully engaged and put forth full effort during the testing session. Thus, it is believed that his performance during this evaluation is an accurate representation of his current cognitive abilities.

## TEST NARRATIVE

Based on his educational history, scores obtained on prior evaluations, as well as performance on portions of the current assessment, Mr. Pfail's general intellectual capacity falls within the above average range. On current testing, Mr. Pfail demonstrated intact verbal comprehension skills (WAIS-IV VCI, 75%ile) nonverbal reasoning abilities (WAIS-IV PRI, 45%ile) and executive functioning (M-WCST Categories Correct, 54%ile; Total Errors, 73%ile). In contrast, however, he performed below expectations across many domains of cognition assessed. His performance on measures of attention and working memory fell within the low average range (CNNS Attention/Working Memory, 16%ile) as did performance on measures of verbal learning and memory (CNNS Verbal Learning and Memory, 12%ile). He demonstrated overall impaired performance on tasks measuring speed of information processing (CNNS Processing Speed, 1%ile). Visual learning and memory were also impaired (CNNS Visual Learning and Memory, < 1%ile). Notably, Mr. Pfail's ability to recognize learned information fell within the average range (HVLT-R Recognition Discrimination Index, 50%ile; BVMT-R: Recognition Discrimination Index, 54%ile).

In addition to cognitive testing, Mr. Pfail was given questionnaires assessing mood and personality. On these measures he endorsed symptoms of severe anxiety (BAI=28) and severe depression (BDI-II=31). Furthermore, his responses on a questionnaire assessing symptoms of post-traumatic stress indicate that he meets criteria for PTSD (PCL-5=56). The pattern of Mr. Pfail's responses on a comprehensive measure of mood and personality indicate that he is experiencing poor control over anger, low frustration tolerance, hostility and bitterness, failures in close relationships, preoccupation with physical functioning, thoughts of death or suicide, tension and apprehension, suspiciousness, and poor sense of identity. His profile is marked by significant elevations across several scales, indicating marked distress and severe impairment in function. Clients with such profiles are typically presenting in a state of crisis and marked distress and depression. Mr. Pfail reports problems of many different types. He is likely to be quite emotionally labile, manifesting fairly rapid and extreme mood swings and, in particular, probably experiences episodes of poorly controlled anger.

## SUMMARY AND CONCLUSIONS

Mr. Brian Pfail is a 27-year-old left-handed Caucasian gentleman who was referred for a neuropsychological evaluation by Santo Terranova, MD, due to a history of traumatic brain

A-3634

injury and cognitive symptoms that have worsened over time. The evaluation was requested to aid in differential diagnosis and for treatment planning.

The current evaluation revealed a gentleman of above average range intellectual capacity. On current testing, Mr. Pfail demonstrated intact functioning on measures verbal comprehension, perceptual reasoning abilities, and executive functioning. In contrast, he demonstrated decreased abilities and impaired performance across measures of attention/working memory, learning and memory, and speed of information processing. Notably, on some tests, his performance during the current evaluation represents a marked decline in abilities from both previous evaluations. For example, Mr. Pfail's performance on a measure of fine motor speed fell within the average and low average ranges in the evaluation from 2008 (GPT Dominant Hand, 46%ile, Nondominant Hand, 16%ile), and was reported to be in the high average during the 2012 evaluation. On current testing, his performance was impaired (GPT Dominant Hand, 1%ile, Nondominant Hand, 1%ile). A similar pattern was observed in visuoconstructional abilities from 2008 to 2012 to present (ROCF Copy: 2008 evaluation, within normal limits; 2012 evaluation, Superior; current evaluation, low average).

In addition to a cognitive evaluation, Mr. Pfail completed questionnaires assessing mood and personality. On these measures, he endorsed symptoms of severe anxiety and severe depression, as well as endorsing symptoms consistent with Post Traumatic Stress Disorder. The pattern of his responses on a comprehensive measure of mood and personality indicate that he is experiencing poor control over anger, low frustration tolerance, hostility and bitterness, failures in close relationships, preoccupation with physical functioning, thoughts of death or suicide, tension and apprehension, suspiciousness, and poor sense of identity.

Taken together, the pattern of Mr. Pfail's responses on the current evaluation can best be conceptualized as a major neurocognitive disorder that is the result of well-documented traumatic brain injury. Furthermore, Mr. Pfail endorsed symptoms consistent with a major depression and post-traumatic distress.

The simplest conceptualization is that that the cognitive decline that Mr. Pfail demonstrated on the current examination is due to the most recent traumatic brain injury that occurred in 2014. This is suggested by the apparent improvement of cognitive functioning between the evaluation in 2008 and the evaluation in 2012. Thus it is likely that cognitive symptoms may continue to improve over time. However, it is possible that the level of emotional distress that Mr. Pfail endorses is having an additive effect on his symptoms. Additionally, insomnia and sleep disturbances may be contributing to both mood and cognitive symptoms. Thus, it is hoped that with aggressive treatment and management of his psychiatric symptoms and sleep disturbances, Mr. Pfail's cognition will improve.

**DIAGNOSES:**

1.  **Traumatic Brain Injury, with loss of consciousness, sequala (S06.9x9S)**
2.  **Major neurocognitive impairment due to TBI, with behavioral disturbance (F02.81)**
3.  **Major depressive disorder, recurrent, severe, without psychotic symptoms (F33.2)**
4.  **Post-Traumatic Stress Disorder (F43.10)**
5.  **Insomnia Disorder (G47.00)**

A-3635

Pfail, Brian    6

## RECOMMENDATIONS

To best address the findings of this evaluation, the following are recommended:

1. Mr. Pfail is encouraged to discuss the findings of this report with his referring provider.

2. Mr. Pfail is under the care of a therapist and a psychiatrist. It is recommended that he share the findings of this report with each provider so that they may better be able to treat his significant psychiatric distress.

3. The importance of treating psychiatric distress was discussed in a feedback session.

4. Mr. Pfail is encouraged to consider consultation with a sleep specialist to determine if a sleep study is warranted.

5. It is hoped that over time and with aggressive treatment of his psychiatric symptoms and sleep disturbances, Mr. Pfail's cognitive symptoms will improve. However, it is recommended that he have another comprehensive neuropsychological evaluation in 12 months, should his symptoms persist or grow worse. This evaluation can serve as a comparison of baseline cognitive functioning.

Thank you for referring Mr. Pfail to this service. If there are any questions about this evaluation, please feel free to contact my office at (516) 663-2691.

Carole M. Filangieri, Ph.D.
Clinical Neuropsychologist
Licensed Psychologist
(NYS License 021489)

GRIX                                                    418

A-3636

Pfail, Brian 7

## NEUROPSYCHOLOGICAL DATASHEET

Patient Name: Brian Pfail
Date of Birth:
Dates of Evaluation: 08/21/2017 (testing/scoring, 13:00-17:30), 09/14/2017 (report preparation, 10:00-11:30); 09/22/2017 (report preparation, 15:00-17:00); 09/25/2017 (report preparation 15:00-17:00); 10/02/2017 (feedback, 11:00-12:00) total time 11 hours
Patient Age: 27
Handedness: Left

To the Reader:

This neuropsychological summary is confidential. It should be interpreted along with the attached evaluation report, and with the support of a professional psychologist. The summary contains a complete set of cognitive data from the evaluation, including *Raw Scores, Conversion Scores, Percentile Ranks,* and – where appropriate -- *Grade and Age Equivalents.* These are explained below.

*Raw Scores:* These are the basic numerical scores achieved on each test or subtest by the individual.

In order to make comparisons and interpretations among tests, however, psychologists must use Raw Scores to compile *Conversion Scores,* which vary from test to test. All conversion scores have a "mean" (an average, symbolized by an X) and a "standard deviation" (a measure of variability around the mean, symbolized as SD). Both of these measures help psychologists to compare an individual to other persons of his or her age who are part of the test's normative data base, and to compare scores to each other to make judgments about cognitive strengths and weaknesses. *Conversion Scores* are as follows:

*Z Scores:* Z scores are the most basic type of conversion score. They have a mean of 0, and a standard deviation of + 1.

*T Scores:* T scores have a mean of 50, and a standard deviation of $\pm$ 10.

*Scaled Scores:* These have a mean of 10 and usually a standard deviation of about $\pm$ 3.

*Standard Scores:* These have a mean of 100 and usually a standard deviation of about $\pm$15.

Individuals can also be compared with each other using *Percentiles* and *Grade* and *Age Equivalents:*

*Percentiles:* Percentiles are a way of ranking an individual against other persons on the same test. If a person is at the 46th percentile, for example, s/he is better at the task than 45% of the people who have taken that test (but not as good as 54% of the people who took the test). All of the scores described above are listed according to age norms unless otherwise specified.

A-3637

Pfail, Brian   8

*Grade and Age Equivalents (GE, AE):* Based on raw scores, these place a person at a certain grade or age level. From a statistical perspective, these measures are both less formal and less trustworthy. They are primarily used to guide instruction.

It is best not to be too focused on specific scores, but rather to think of them as representing *Ranges of Function.* In addition, it is useful to remember that test performance can change from one time to another, and that changes can depend on a variety of factors. Like the scores they cover, Ranges of Function are used by psychologists to make comparisons and judgments about an individual's strengths and weaknesses. Ranges of Function are described in the table below.

| Z Score Range | T Score Range | Scaled Score Range | Standard Score Range | Percentile Rank Range | Interpretation |
|---|---|---|---|---|---|
| $\geq +2$ | $\geq 70$ | $\geq 16$ | $\geq 130$ | $\geq 98$ | Very Superior / Very Significantly Above Average |
| +1.4 to +1.9 | 64 to 69 | 14 to 15 | 120 to 129 | 91 to 97 | Superior / Significantly Above Average |
| +0.7 to +1.3 | 57 to 63 | 13 | 111 to 119 | 76 to 90 | High Average / Slightly Above Average |
| -0.6 to +0.6 | 44 to 56 | 8 to 12 | 90 to 110 | 25 to 75 | Average (Normal) |
| -1.3 to -0.7 | 37 to 43 | 6 to 7 | 80 to 89 | 9 to 24 | Low Average / Slightly Below Average |
| -2.0 to -1.4 | 30 to 36 | 4 to 5 | 70 to 79 | 2 to 8 | Borderline / Significantly Below Average |
| -2.9 to -2.1 | 21 to 29 | 2 to 3 | 55 to 69 | 0.2 to 1 | Mildly Deficient / Very Significantly Below Average |
| $\leq -3.0$ | $\leq 20$ | 1 | $\leq 55$ | $\leq 0.1$ | Moderately to Severe Deficient / Very Significantly Below Average. |

We hope this is helpful to you. We are very much aware, however, that this summary contains technical information, and that it is completely understandable for anyone trying to read it to have questions about it. If you have any questions or concerns about the information, please do not hesitate to contact us for further explanation.

GRIX                              420

A-3638

Pfail. Brian   9

| Test/Domain | Raw or Sum Score | Z Score X = 0 SD = 1 | T Score X = 50 SD = 10 | Scaled Score X = 10 SD = 3 | Standard Score X = 100 SD = 15 | Percentile |
|---|---|---|---|---|---|---|
| **General Cognitive Function** | | | | | | |
| | | | | | | |
| **WAIS-IV** | | | | | | |
| Similarities | 25 | | | 11 | | 63 |
| Vocabulary | 41 | | | 13 | | 84 |
| Information | 16 | | | 12 | | 75 |
| **Verbal Comprehension Index** | **36** | | | | 110 | 75 |
| Block Design | 54 | | | 12 | | 75 |
| Matrix Reasoning | 18 | | | 9 | | 37 |
| Visual Puzzles | 12 | | | 8 | | 25 |
| **Perceptual Reasoning Index** | **29** | | | | 98 | 45 |
| | | | | | | |
| **Learning/Memory** | | | | | | |
| | | | | | | |
| **ROCFT** | | | | | | |
| Immediate Recall | 9.5 | -2.79 | | | | < 1 |
| Delayed Recall | 9 | -2.38 | | | | < 1 |
| Recognition | 21 | | | | | |
| | | | | | | |
| **MVST** | | | | | | |
| Immediate Recall | 20/20 | | | | | |
| Delayed Recall | 20/20 | | | | | |
| Paired Associates | 9/10 | | | | | |
| Free Recall | 14/20 | | | | | |
| | | | | | | |
| **Reliable Digit Span** | **10** | | | | | |
| | | | | | | |

| | Raw Score | Description |
|---|---|---|
| **Mood/Affect** | | |
| BAI | 28 | Severe |
| BDI-II | 31 | Severe |
| PCL-5 | 56 | Significant |

A-3639

Pfail, Brian    10

## Calibrated Neuropsychological Normative System

### Estimated IQ

| Score | HART-A/B raw score | Estimated IQ (based on HART A/B score) | Calibration Estimated IQ |
|---|---|---|---|
| Estimated FSIQ | 20 | 106 | 108 |

Note. Calibration Estimated IQ is based on Age, Sex, Education, Race, and HART-A/B score.

### Score Summary Tables

| Score | Raw score | Scaled score | T score | %ile | Qualitative label |
|---|---|---|---|---|---|
| Grooved Pegboard Test (GPT): Dominant Hand, Trial 1 | 91 | 8 | 28 | 1 | Mildly abnormal |
| Grooved Pegboard Test (GPT): Non-Dominant Hand, Trial 1 | 103 | 8 | 27 | 1 | Mildly abnormal |
| Grooved Pegboard Test (GPT): Both Hands, Mean of Trial 1 | 97.0 | 8 | 26 | 1 | Mildly abnormal |

| Score | Raw score | Scaled score | T score | %ile | Qualitative label |
|---|---|---|---|---|---|
| Salthouse Perceptual Comparison Test: Total Correct, Letter Comparison | 25 | 9 | 32 | 4 | Borderline |
| Salthouse Perceptual Comparison Test: Total Correct, Pattern Comparison | 37 | 10 | 38 | 12 | Low average |
| Salthouse Letter and Pattern Comparison: Total Correct | 62 | 10 | 36 | 8 | Borderline |
| Trail Making Test (TMT): Part A | 37 | 9 | 36 | 8 | Borderline |
| Trail Making Test (TMT): Part B | 73 | 10 | 35 | 7 | Borderline |

| Score | Raw score | Scaled score | T score | %ile | Qualitative label |
|---|---|---|---|---|---|
| Digit Span: Digits Forward (Longest span) | 7 | 11 | 52 | 58 | Average |
| Digit Span: Digits Backward (Longest span) | 5 | 10 | 45 | 31 | Average |
| Digit Span: Total | 12 | 11 | 49 | 46 | Average |
| Brief Test of Attention (BTA): Total Correct, Numbers | 7 | 9 | 39 | 14 | Low average |
| Brief Test of Attention (BTA): Total Correct, Letters | 6 | 8 | 36 | 8 | Borderline |
| Brief Test of Attention (BTA): Total Score | 13 | 8 | 35 | 7 | Borderline |

A-3640

Pfail, Brian    11

| Score | Raw score | Scaled score | T score | %ile | Qualitative label |
|---|---|---|---|---|---|
| Modified Wisconsin Card Sorting Test (M-WCST): Number of Categories Correct | 6 | 11 | 51 | 54 | Average |
| Modified Wisconsin Card Sorting Test (M-WCST): Number of Perseverative Errors | 0 | 13 | 57 | 76 | High average |
| Modified Wisconsin Card Sorting Test (M-WCST): Number of Total Errors | 2 | 13 | 56 | 73 | Average |
| Modified Wisconsin Card Sorting Test (M-WCST): Percent of Perseverative Errors | 0 | 13 | 58 | 79 | High average |

| Score | Raw score | Scaled score | T score | %ile | Qualitative label |
|---|---|---|---|---|---|
| Calibrated Ideational Fluency Assessment (CIFA): S Words | 15 | 11 | 54 | 66 | Average |
| Calibrated Ideational Fluency Assessment (CIFA): P Words | 9 | 7 | 38 | 12 | Low average |
| Calibrated Ideational Fluency Assessment (CIFA): Letter Word Fluency | 24 | 9 | 47 | 38 | Average |
| Calibrated Ideational Fluency Assessment (CIFA): Animals | 23 | 12 | 54 | 66 | Average |
| Calibrated Ideational Fluency Assessment (CIFA): Supermarket Items | 27 | 11 | 53 | 62 | Average |
| Calibrated Ideational Fluency Assessment (CIFA): Category Word Fluency | 50 | 12 | 55 | 69 | Average |
| Calibrated Ideational Fluency Test (CIFA): Verbal Fluency Total | 74 | 10 | 48 | 42 | Average |
| Boston Naming Test (BNT-30): Total Correct | 27 | 8 | 33 | 4 | Borderline |

| Score | Raw score | Scaled score | T score | %ile | Qualitative label |
|---|---|---|---|---|---|
| Rey Complex Figure Test (RCFT): Total Copy Score | 29.0 | 8 | 37 | 10 | Low average |
| Rey Complex Figure Test (RCFT): Total Copy Time | 205 | 9 | 38 | 12 | Low average |

GRIX    423

A-3641

Pfaff, Brian    12

| Score | Raw score | Scaled score | T score | %ile | Qualitative label |
|---|---|---|---|---|---|
| Hopkins Verbal Learning Test-Revised (HVLT-R): Total Recall (Sum of Trials 1-3) | 23 | 9 | 42 | 21 | Low average |
| Hopkins Verbal Learning Test-Revised (HVLT-R): Delayed Recall | 7 | 8 | 36 | 8 | Borderline |
| Hopkins Verbal Learning Test-Revised (HVLT-R): Retention (%) | 78.00 | 8 | 39 | 14 | Low average |
| Hopkins Verbal Learning Test-Revised (HVLT-R): Recognition Discrimination Index (Hits Minus False Positive Errors) | 11 | 11 | 50 | 50 | Average |
| Brief Visuospatial Memory Test-Revised (BVMT-R): Total Recall (Sum of Trials 1-3) | 16 | 8 | 29 | 2 | Mildly abnormal |
| Brief Visuospatial Memory Test-Revised (BVMT-R): Delayed Recall | 5 | 6 | 21 | < 1 | Moderately abnormal |
| Brief Visuospatial Memory Test-Revised (BVMT-R): Retention (%) | 71.00 | 5 | 30 | 2 | Borderline |
| Brief Visuospatial Memory Test-Revised (BVMT-R): Recognition Discrimination Index (Hits Minus False Positive Errors) | 6 | 11 | 51 | 54 | Average |
| Wechsler Memory Scale-Revised (WMS-R): Logical Memory, Immediate Recall | 22 | 8 | 34 | 5 | Borderline |
| Wechsler Memory Scale-Revised (WMS-R): Logical Memory, Delayed Recall | 15 | 7 | 31 | 3 | Borderline |

## Factor Score Summary Table

| Factor | Sum of T scores (factor raw score) | Standard score | %ile | Qualitative label |
|---|---|---|---|---|
| Processing Speed | 96 | 64 | 1 | Mildly abnormal |
| Attention/Working Memory | 84 | 85 | 16 | Low average |
| Verbal Learning and Memory | 78 | 82 | 12 | Low average |
| Visual Learning and Memory | 50 | 60 | < 1 | Moderately abnormal |
| Executive Functioning | 108 | 107 | 68 | Average |

GRIX                                424

A-3642

Pfail, Brian    13

## Factor Score Profile



A-3643

Pfail, Brian    14

## PAI Full Scale Profile



Plotted *T* scores are based upon a census matched standardization sample of 1,000 normal adults.
□ indicates that the score is more than two standard deviations above the mean for a sample of 1,246 clinical patients.
◇ indicates that the scale has more than 20% missing items.

GRIX                                                                                        426

A-3644

Pfail, Brian   15

## PAI Subscale Profile



| | | Score Raw | Score T |
|---|---|---|---|
| SOM-C | Conversion | 8 | 66 |
| SOM-S | Somatization | 11 | 67 |
| SOM-H | Health Concerns | 19 | 85 |
| ANX-C | Cognitive | 14 | 68 |
| ANX-A | Affective | 21 | 89 |
| ANX-P | Physiological | 8 | 61 |
| ARD-O | Obsessive-Compulsive | 17 | 70 |
| ARD-P | Phobias | 11 | 62 |
| ARD-T | Traumatic Stress | 22 | 94 |
| DEP-C | Cognitive | 15 | 81 |
| DEP-A | Affective | 17 | 85 |
| DEP-P | Physiological | 19 | 82 |
| MAN-A | Activity Level | 9 | 57 |
| MAN-G | Grandiosity | 13 | 61 |
| MAN-I | Irritability | 23 | 85 |
| PAR-H | Hypervigilance | 15 | 72 |
| PAR-P | Persecution | 16 | 86 |
| PAR-R | Resentment | 19 | 83 |
| SCZ-P | Psychotic Experiences | 4 | 50 |
| SCZ-S | Social Detachment | 10 | 61 |
| SCZ-T | Thought Disorder | 13 | 75 |
| BOR-A | Affective Instability | 15 | 81 |
| BOR-I | Identity Problems | 17 | 86 |
| BOR-N | Negative Relationships | 17 | 87 |
| BOR-S | Self-Harm | 9 | 72 |
| ANT-A | Antisocial Behaviors | 7 | 55 |
| ANT-E | Egocentricity | 0 | 39 |
| ANT-S | Stimulus-Seeking | 5 | 51 |
| AGG-A | Aggressive Attitude | 10 | 62 |
| AGG-V | Verbal Aggression | 17 | 79 |
| AGG-P | Physical Aggression | 18 | 103 |

Missing Items = 0

Plotted $T$ scores are based upon a census matched standardization sample of 1,000 normal adults.

▣ indicates that the score is more than two standard deviations above the mean for a sample of 1,246 clinical patients.

◊ indicates that the scale has more than 20% missing items.

A-3645

09/25/2014   17:15                                    (FAX)                    P.001/027



# NORTHEAST CENTER
## FOR REHABILITATION & BRAIN INJURY

### Discharge Planning Services

| | |
|---|---|
| To: Dr. Grix | From: Erica Rosa-Geliga, BA, HHCT |
| (516) 280-7784 | Pages: 26 + Cover |
| Phone: 845-336-3500 Ext. 3248 | Date: 9/25/14 |
| Re: B. Pfeil - Dic Summary | Fax: 845-382-1417 |

This telecopy, including cover sheet and any accompanying documents (individually and collectively, "the transmission"), comes from Northeast Center for Rehabilitation and Brain Injury. The transmission is intended solely for the recipient(s) designated in this cover sheet. The transmission may contain confidential and legally privileged communications made in the course of professional employment.

If the reader of this message is not the designated recipient(s) or the employee or agent responsible for forwarding the transmission to the designated recipient(s), any reading, dissemination, distribution, or duplication of the transmission is prohibited. Thank you for your cooperation.

Appt: 9/30/14 @ 1:30pm

300 Grant Avenue • Lake Katrine, New York 12449
Phone (845) 336-3500 Ext 3248 • Fax: (845) 336-3452
egeliga@northeastcenter.com

GRIX                                    428

A-3646

08/25/2014   17:15                                    (FAX)                P.002/027

## NORTHEAST CENTER FOR REHABILITATION AND BRAIN INJURY

300 Grant Avenue Lake Katrine, NY 12449 845-336-3500

### Discharge Summary

Name: Brian Pr__

Medicaid Number: _____ County: NASSAU   Sex: ✓M _F   Date of Bir...

Date of Admission: 11/12/2013 Date of Discharge: _____

Discharged to: _____

### Physician Summary:

Final Diagnosis: TBI (concussive syndrome) s/p assault 4/9/07 Depression, seizure d.o, PTSD, cognitive disorder, __onic personality d.o, anxiety, insomnia.

Brief History: suicide attempt by O.D. hx ECT for depression 2010. ↑ violent behavior when placed on Lamictal. Somatic complaint. admitted to NCBI Nov 2013, behavior improvements c med adj.

Present Physical and Laboratory Findings:
8/8/14 Depakote level 72.6      4/14/14 CBC 5.85 / 15.3 / 59
7/14/14 CMP 138/98/10/84
3.7/26/1.0

Course of Treatment: ongoing medical/nursing/psych tx please refer to PT/OT/slp/Dietary/SW/RT discharge summaries for details.

__ch Med Reviews: 9/11, 9/16, 9/19.
__matology 6/10/14 acne vulgaris flu pre

Condition on Discharge: Stable
aware, alert, oriented x3. Pleasant, cooperative. Denies any pain. __E, SSA, ø depression s/s, ø arrhythm, ø aggression, __ SBD lug CTA Heart S1 S2 RRR abd __ 8wt B&T __ edema Ambulates independent, ⊕ ADLs.

Follow-up Discharge and Medication Instructions: Discharge home c parents + Outpatient services. Continue all current meds. scripts given Flu c PCP, Flu c Neurology, Flu c Neuro Psych and Psychiatry for med review and renewals. Appointments scheduled by discharge coordinator — please refer to summary form.

__ Signature _____        9/24/14        Depakote levels
Date

A-3647

09/25/2014   17:16                    (FAX)                    P.003/027

## ...ning Summary:

Discharge Medications Inventory at Time of Discharge:

| Name: | Amount Given at Discharge: | Date/Time of Last Dose: | Next Dose Due: |
|---|---|---|---|
| Luxor 150mg @caps daily   63. | | 9/25/14 at 8am | 9/26/14 at 8am |
| Effexor 75mg daily   41 | | 9/25/14 at 8AM | 9/26/14 at 8AM. |
| Depakote 250mg 2x/day   40. | | 9/25/14 at 8AM. | 9/25/14 at 5pm |
| Depakote 500mg 2x/day   50 | | 9/25/14 at 8AM. | 9/25/14 at 5pm |
| Melatonin 3mg at bedtime   19. | | 9/24/14 at 9pm. | 9/25/14 at 9pm. |
| Os-Cal 500+600 2x/day   1 bottle | | 9/25/14 at 8AM | 9/25/14 at 5pm. |
| Seroquel 200mg at bedtime 41 | | 9/24/14 at 9pm | 9/25/14 at 9pm. |
| Amantadine 100mg 2x/day   48. | | 9/25/14 at 8AM. | 9/25/14 at 5pm. |
| Neurontin 300mg 2x/day   80. | | 9/25/14 at 8AM. | 9/25/14 at 5pm. |
| Prazosin 2mg - 1cap at bedtime 59 | | 9/24/14 at 9pm. | 9/25/14 at 9pm. |
| Klonopin 0.5mg at 11pm.   46. | | 9/24/14 at 11pm. | 9/25/14 at 11pm |
| Propranol ER 60mg - 3 caps 109. at 5pm. | | 9/24/14 at 5pm. | 9/25/14 at 5pm. |
| | | | |
| | | | |

PRNS -

(19) Seroquel - 25mg every 6 hours as needed.
Ativan 1.5mg every 6 hours as needed.
Icy Hot patch 5% - apply to (L) shoulder every 12 hrs as needed

Ativan 1mg tabs
Ativan 0.5mg tabs

GRIX                    430

A-3648

17:16          (FAX)      P.004/027

Resident-Neighbor/Guardian Verification: I am in receipt of the medications listed above which were reviewed with me by the Nurse at the time of discharge

_____      9/25/14
Resident-Neighbor or Guardian           Date

Verification of Medications Given at Discharge:
(signature of Nurse) _____

Treatment summary:        Date   9/25/14

| Treatment | Frequency/Instructions | Last Given | Next Time Due |
|---|---|---|---|
| Erythromycin Solution 2% | apply to affected area face + back 2x/day | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Vital signs: T 97.9 P 80 R 18 B/P 110/60

Resident-Neighbor/Guardian Verification: Treatments were reviewed with me by the Nurse at the time of discharge

_____      9/25/14
Resident-Neighbor or Guardian           Date

Verification of Treatment Education Given at Discharge:
(signature of Nurse) _____    Date 9/25/14

Northeast Center for Special Care  Discharge Summary 073112           3

A-3649

17:16                    (FAX)          P.005/027

*Brian Pfail*

## Dietician Summary:

Height: __73"__      Weight: __200#__

Diet Type With Restrictions: _Regular_

Special Utensils Required: (if applicable) _NA_

Education summary: _– Discourage eating late @ night_
_– Encourage to continue (including) activity into daily routine_
_– Adequate fluid intake w/o c H2O/d for hydration_
_– Avoid ↑ Kcal ↑ processed foods @ snack time; choose_
_fruit/veggies more often_

Dietician Signature _____ Date _9/24/14_

## Rehabilitation Summary:

Physical Therapy:(Include admission diagnoses, clinical course, outcome)

_Pt admitted to NECRSI c primary dx of 7831._
_Pt has been independent c all aspects of_
_functional capability since the day of admission._
_Therefore restorative PT services have not_
_been provided._
_Pt exhibits no ROM or strength deficits,_
_ambulates @ leg to all points c @ device_

## Recommendations:

PT/PTA: _____ Date _9/24/14_

Northeast Center for Special Care  Discharge Summary 073112        5

A-3650

17:16                                (FAX)         P.006/027

Brian Pfail.

**Speech/Language Pathology:** (Include admission diagnosis, clinical course, outcome)

Nbr. received restorative cognitive-communication tx. upon admission to NRBI. Nbr. required training and education re: social pragmatic skills. Nbr. has not required svcs. in many months.

**Recommendations:**

Sp/Lang Eval as needed in new environment.

SLP _Melanie Cauua CCC&PCBIS_ Date: 9/22/14

**Occupational Therapy:** (Include admission diagnosis, clinical course, and outcome)

Nbr Tx'd briefly for shoulder pain between 5/7/2014 - 5/27/2014. Nbr. quickly learned proper positioning and HEP. c̄ good effect.

**Recommendations:** To eval and tx in new environment as appropriate

OT/OTA _____ Date 9/23/14

Northeast Center for Special Care  Discharge Summary 073112        6

A-3651

Orthotics Inventory (If Applicable):

N|A.

Resident-Neighbor/Guardian Verification:  I verify that I am leaving with the following Orthotics as listed above.

Resident-Neighbor or Guardian                                      Date   9/25/14

Verification of Orthotic Inventory at Discharge:
(Signature of Nurse)                                               Date   9/25/14.

## Scheduled Medical Appointments (If Applicable):

| Doctor | Specialty | Address and Telephone | Appt. Date & Time |
|--------|-----------|----------------------|-------------------|
|        |           |                      |                   |
|        |           |                      |                   |
|        |           |                      |                   |
|        |           |                      |                   |
|        |           |                      |                   |
|        |           |                      |                   |

A-3652

09/25/2014  17:17                                        (FAX)                    P.008/027

*Brian Hail.*

**Therapeutic Activities** (Include personal re-entry goals, identified barriers, course of progress, outcome): *Mr. was admitted to NCRBI on 11-12-13 to NRP program. Prefers to be called "Brian", Religion - Catholic, able to make needs known, independent o mobility. Registered voter, High School Graduate - 2 yrs. of College, Enjoys Reading, writing, various sports, active in fitness Gym, playing video games. while at NCRBI, Brian participated in scheduled NRP classes, art programs, coffee socials and daily participation in sports + fitness program.*

**Therapeutic Activities Recommendations** (Community Supports Needed, Goal and Activities to be encouraged): *Recommendations for Mr. Hail is to continue pursuit of leisure interest he enjoys incorporated into his daily routine or schedule. Supervision for new situations and surroundings will help encourage safety awareness.*

Therapeutic Activities _*Donna Roth*_                    Date: _9-22-14_

**Social Work Summary:**

*Please see psyche social summary.*

Social Worker: _____, MSW          Date _9/22/2014_

GRIX                    435

A-3653



## Northeast Center for Special Care

**Psychosocial Summary:** Brian Pfail
**DOB:** ▮▮▮▮▮                    **Social Sec No:** ▮▮▮▮▮
**Medicaid:** FB1284F  **Medicare:** N/A
**Other Ins:**

Brian is a 24 yr old Caucasian male admitted on 11/12/13 from Zucker Hillside Hospital with admitting dx: TBI, PTSD, post concussion syndrome, cerebral concussion, epilepsy, and osteomyelitis in shoulder. Primary contact are his parents Donald and Eileen Pfail, 35 Roxbury Rd in Garden City, NY 11530; ph# 516-739-3252, wk ph# 212-887-3892. Brain has no advanced directives at this time. Discharge plan is to go home with parents and/or seek independent apartment with support services.

Brian was born outside of New York (unknown to his assessment) and raised in Mineola/Garden City, New York. His parents, Donald and Eileen Pfail, are active in his recovery. Brian has several siblings; a sister (Erin) and two brothers (Tom and Steve). He has a great relationship with his parents and siblings. Brian attended high school at Chaminade High in Mineola, where he graduated. He then attended Villanova University. He plans to go back to college; applying to Fordham University. He was studying computer engineering and math and computer science. Brian's prior occupation included working in construction and as a janitor for his high school. He then worked in retail throughout college; GAP, Banana Republic, Abercrombie & Fitch. He is a practicing Catholic. He has never been married, nor does he have any children at this time. He does report having several girlfriends throughout his young adult life; most recent relationship broke up roughly two months ago.

Brian reports social substance use (marijuana) and alcohol consumption. He reports not using for at least six months prior to admission. Legal history indicates an arrest; secondary to his aggressive behavior on the way to hospital. No other legal history noted.

Brians presents alert and oriented to person, place, and situation. He scores 30/30 on MMSE and 14 on ABS 11/18/13. In his leisure time, Brian enjoys watching hockey and basketball, playing basketball, working on computers, building computer systems, playing video games, building electronic items.

Sara Guerriero
Social Worker
11/20/13

A-3654

09/25/2014    17:18                                    (FAX)                    P.010/027

## Community Reentry Summary:

Payer:  State Plan Medicaid_X_ Medicare__ Private Insurance_X_ Private Pay____
Insurance: BC/BS Group Number: 003322165  Number:SNHAN5559969

**Supportive community services arranged: (include agencies, phone numbers)**

Housing:
**Resident Neighbor Brian Pfail will be discharged to:**
**Roxbury Road**
**Garden City, NY 11530**

Services:  (Public Health Nurse, Lifeline, Home Care, etc., if applicable):
N/A

DME Ordered (if applicable):
**N/A**

Medical and Clinic Appointments:
Dr. Robert Peters, Primary Care Physician            Dr. Alan Ettinger, Neurology
ProHealth Care Associates                            **Neurological Surgery**
**2 Ohio Drive**                                     **1991 Marcus Avenue**
**New Hyde Park, NY 11042**                          **Suite 108**
**PH: (516) 622-6060**                               **Lake Success, NY 11042**
Appt: Wednesday, October 1st, 2014                   **PH: (516) 442-2250**
Time: 11:30 A.M.                                     **Appt: Thursday, October 2nd, 2014**
                                                     **Time: 2:00 P.M.**

**Dr. Maureen Grix, Neuropsychologist**
**520 Franklin Avenue**
Suite 211
Garden City, NY 11530
PH: (516) 746-3691
Appt: Tuesday, September 30th, 2014
Time: 1:30 P.M.

Nassau University Medical Center Ambulatory Mental Health Services
2201 Hempstead Turnpike
**Building J**
**East Meadow, NY 11554**
PH: (516) 572-6822
Appt: Thursday, December 11th, 2014
Time: 2:40 P.M.

THINGS TO REMEMBER:
- **You are eligible for Medicaid transportation to all of your medical appointments. To arrange a trip, contact LogistiCare Solutions at least 48 hours prior to your appointment date. To schedule a trip, _contact LogistiCare directly at PH: 1-877-813-5602._**
- **Your primary care physician has agreed to manage your psychotropic medications until your mental health appointment scheduled for December 11th, 2014.**

Center for Special Care  Discharge Summary 073112                                    1

GRIX                    437

A-3655

09/25/2014  17:18                                                (FAX)                    P.011/027



# NORTHEAST CENTER
## FOR REHABILITATION & BRAIN INJURY

### Notice of Discharge

Brian Pfail :

This is to inform you that the interdisciplinary team, in conjunction with your primary physician has determined that you will be ready for discharge on _Thursday September 25,2014_ to _35 Roxbury Road, Garden City NY 1530_

Your discharge is being made in compliance with your request in accordance with the goals you help set with the interdisciplinary team as outlined in your discharge care plan _Return to home with Outpatient services And Community support_

IF YOU AGREE, with this decision, you will be discharged. You will receive your discharge summary at the time of discharge, which will describe your current status as well as the arrangements for any future health care that you may need.

IF YOU DO NOT AGREE, and think you are not medically ready for discharge, or feel that your discharge plan will not meet your health care needs, you or your representative may appeal this action to the State Department of Health within 15 days of receipt of this notice. You may remain in the facility pending an appeal determination. The Department of Health can be reached at the following number: 1-914-654-7000

You may also contact: Ombudsman Program Office of the Aging 845-340-3456

IF YOU DO NOT REQUEST A REVIEW AND APPEAL WITHIN 90 DAYS OF RECEIPT OF THIS NOTICE, you have the right to appeal the transfer or discharge within 30 days _after_ transfer.

I have received this notice on behalf of myself as the resident, or as the representative of the resident.

_Eileen Pfail_                                    _9/25/14_
**Signature**                                        **Date**

_mother_
**Relationship (if not Resident)**

_____                        _9/9/14_
**Director of Discharge Planning**                   **Date**

_____                        _9/9/14_
**Medical Director or Attending Physician or Nurse   Date**
**Practitioner**

Northeast Center for Rehabilitation & Brain Injury        Notice of Discharge  Revised 9/14

A-3656



# NORTHEAST CENTER
## FOR REHABILITATION & BRAIN INJURY

### Notice of Discharge

Dear **Brian Pfail** :

This is to inform you that the interdisciplinary team, in conjunction with your primary physician has determined that you will be ready for discharge on **Thursday September 25 2014**
**35 Roxbury Road, Garden City NY 11530**

Your discharge is being made in compliance with your request in accordance with the goals you help set with the interdisciplinary team as outlined in your discharge care plan **Return to home with outpatient services and community support**

IF YOU AGREE, with this decision, you will be discharged. You will receive your discharge summary at the time of discharge, which will describe your current status as well as the arrangements for any future health care that you may need.

IF YOU DO NOT AGREE, and think you are not medically ready for discharge, or feel that your discharge plan will not meet your health care needs, you or your representative may appeal this action to the State Department of Health within 15 days of receipt of this notice. You may remain in the facility pending an appeal determination. The Department of Health can be reached at the following number: 1-914-654-7000

You may also contact: Ombudsman Program Office of the Aging 845-340-3456

IF YOU DO NOT REQUEST A REVIEW AND APPEAL WITHIN 90 DAYS OF RECEIPT OF THIS NOTICE, you have the right to appeal the transfer or discharge within 30 days <u>after</u> transfer.

I have received this notice on behalf of myself as the resident, or as the representative of the resident.

_Eileen Pfail_     9/25/14
Signature     Date
(Resident)

_____     9/19/14
Director of Discharge Planning     Date

_____     9/19/14
Medical Director or Attending Physician or Nurse Practitioner     Date

Northeast Center for Rehabilitation & Brain Injury     Notice of Discharge Revised 9/14

A-3657

**RECOMMENDATIONS FOR Brian:**

Do not drive.

You are urged to attend all of your scheduled appointments, as they are beneficial to your health and well-being.

Do not use weapons.

Do not operate heavy machinery or any kind of equipment that could pose a risk or danger if not operated properly.

Do not drink or use substances or drugs. Alcohol or substances could be contra-indicated with the medications you take; they could interfere with the effectiveness of medications. The rate of another brain injury acquired while using substances is high. Do not place yourself at risk.

Please cooperate with your family– they are your support and they care for you. They are working in your best interest.

In case of an emergency, dial 911.

Discharge Planner _____          Date 9/25/14

**Should you have questions or concerns once you have returned home, please contact your Discharge Planner at (845) 336 – 3500  ext: _____3248_____**

I attest that the above information was reviewed with me and all questions were answered prior to discharge.

_____          Date 9/25/14
**Resident-Neighbor or Guardian**

GRIX                                  440

A-3658

**OFFICIAL NEW YORK STATE PRESCRIPTION**

NILA BELMAR NP
LIC: 303877
NPI: 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE LAKE KATRINE, NY 12440 (845) 336 3500

Patient Name: Pfail, Brian     Date: 9/24/14
Address:     Dx: PTSD
City:     State:     Zip:     Age:     Sex: M/F

Rx  Lorazepam 1mg tab
take 1 tab PO q6hrs PRN
(take together c 0.5mg tabs
total dose 1.5mg PO q6hs PRN)

Prescriber Signature X _____

0RK26H 49

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

NILA BELMAR NP
LIC: 303877
NPI: 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE LAKE KATRINE, NY 12440 (845) 336

Patient Name: Pfail, Brian     Date:
Address:
City:     State:     Zip:     Age:     Sex: M

Rx  Buspirone 15mg tab
take 1/2 tab (7.5mg)
2x daily    Dx: PTSD

Prescriber Signature X _____

0RK26H 35

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

NILA BELMAR NP
LIC: 303877
NPI: 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE LAKE KATRINE, NY 12440 (845) 336 3500

Patient Name: Pfail, Brian     Date: 9/24/14
Address:
City:     State:     Zip:     Age:     Sex: M/F

Rx  Seroquel 25mg tab
take 3 tabs (75mg) PO q6hrs
PRN anxiety

Prescriber Signature X _____

0RK26H 52

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

NILA BELMAR NP
LIC: 303877
NPI: 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE LAKE KA

Patient Name: Pfail, Brian     Date: 9/24/14
Address:
City:     State:     Zip:

Rx  Lorazepam 0.5mg tab
take 1 tab PO q6hrs PRN
(take together c 1mg tab to
1.5mg PO q6hs)

Prescriber Signature X _____

---

P.013/027     (FAX)     GRIX     09/25/2014  17:18
441

A-3659



**A-3660**

OFFICIAL NEW YORK STATE PRESCRIPTION

NILA-BELMAR NP
LIC. 303877
NPI 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE LAKE KATRINE, NY 12449 (845) 336-4500

Patient Name: Pfaul Brian    Date: 9/24/14
Address:
City:    State:    Zip:    Age:    Sex: M/F

Rx: Seroquel 200mg tab
ī tab PO @ bed-time
Dx nightmares

ØRK26H 40

---

OFFICIAL NEW YORK STATE PRESC

NILA-BELMAR NP
LIC. 303877
NPI 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE LAKE KATRINE, NY

Patient Name: Pfaul Brian    Date:
Address:
City:    State:    Zip:    Age:    Sex:

Rx: Melatonin 3mg tab
ī tab PO daily @ bedtime

ØRK26H 41

---

OFFICIAL NEW YORK STATE PRESCRIPTION

NILA-BELMAR NP
LIC. 303877
NPI 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE LAKE KATRINE, NY 12449 (845) 336-4500

Patient Name: Pfaull Brian    Date: 9/24/14
Address:
City:    State:    Zip:    Age:    Sex: M/F

Rx: Erythromycin 2% solution
apply to affected areas
topically 2x daily
Dx: acne vulgaris

ØRK26H 38

---

OFFICIAL NEW YORK STATE PRESCRIPTION

NILA-BELMAR NP
LIC. 303877
NPI 1689776700

NORTHEAST CENTER FOR REHAB & BRAIN INJU 300 GRANT AVENUE

Patient Name: Pfaul Brian    Date:
Address:
City:    State:    Zip:

Rx: Amantadine 100 mg tab
ī tab PO 2x daily



Northeast Center for Rehabilitation and Brain Injury

# Neuropsychology

**PFAIL, BRIAN**

| Report Period | From: | | To: | |
|---|---|---|---|---|
| Unit: | NRP-5 | | Status: | In House |
| Room / Bed: | 1-410/B | | Code Status: | Full code |

| Date | Details | Activity Type | Created By |
|---|---|---|---|
| 08/13/2014 3:10PM | Progress note: A follow up on SW's note. Unit SW reported nbr had questions about his psychotropic meds. Said he did not understand why he was having them. Talked with nbr and found out that he was concerned about the cost of meds once he goes home. When checking on his recent mood and behavior, he reported he had an incident report last week due to punching at the door of a staff's office. We talked about anger control and how this would prolong his discharge to home as his parents worried a out his anger outbursts. He showed a level of regrets but blamed on others. We further discussed about impulse control, consequences of his behavior. He felt calmer after the conversation. No SI or HI present. Mood was neutral at the time of our talk. | Neuropsychology Narrative | Elaine Hulei Physician |
| 08/06/2014 3:29PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Axis III:: TBI, Axis IV:: Long-term Hospitalization, Axis V:: 62, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Impulsive control problems and poor anger management. Treatment Plan: Weekly psychotherapy Treatment Goals: Improve mood regulation, emotional balance Treatment Note: Nbr showed this psychologist a letter he wrote to his mother, the content was warm and reassuring of his change for better. He seemed close to his mother. and said that when he wrote he cried. Discussed about sending or not sending the letter to his mother. He took the suggestions well and put thoughts in it. He reported that he felt the change from inside and had no urge to fight like he used to. He also mentioned that his TBI has changed his personality. We discussed on how to build positive new habits to change negative behaviors. Mood: Neutral. Affect: appropriate. No SI. Progress Toward Goals: Showed mood regulation, maintaining calmness. , Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei Physician |
| 08/01/2014 5:29PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Axis III:: TBI, Axis IV:: Long-term Hospitalization, Axis V:: 62, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Depression Treatment Plan: Psychotherapy Treatment Goals: Reduce depression Treatment Note: Nbr talked about his conflict with mom. His feat that parents will not want him home. We tried to look at the things he could do to increase trust of parents. Suggesting writing letters to parents. Also, he reported examples of handling conflict. He was encouraged to write down and may help others. He continues doing well in the Cafe. No beh. problems reported. Denied SI. mood was improving. Progress Toward Goals: Increased skills in problem solving., Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei Physician |
| 07/31/2014 4:19PM | Biofeedback Progress Note: Biofeedback session. Brian made positive changes to three of four measures. He said he felt more relaxed at end. He said that he noticed certain thoughts seemed to initiate a rise in heart rate, seemed to be attending well to task. | Biofeedback Progress Note | Paul Galchus Biofeedback Tech |
| 07/30/2014 1:03PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Depressed mood, anxiety Treatment Plan: Psychotherapy weekly. Treatment Goals: Reduce depression, increase coping skills Treatment Note: Nbr mentioned about discharge to home and asked this psychologist to talk with his parents . H\They listen to you.&quot; Discussed about owning responsibility and gaining trust from parents. Also, discussed about importance for him to continue working on conflict resolution in general. One thing he was asked to practice is to reduce emotional reaction and taking active approach to solve problems. Nbr felt better after session. No SI or psychotic features present. Progress Toward Goals: Decreased depression., Prognosis: Guarded, Justification for continued stay: Continues to mak progress | Neuropsychology Treatment Notes | Elaine Hulei Physician |

P.017/027 (FAX) GRIX 17:23 445

Northeast Center for Rehabilitation and Brain Injury

## Neuropsychology

**PFAIL, BRIAN**

| Report Period | From: | | To: | | |
|---|---|---|---|---|---|
| Unit: | NRP-5 | | Status: | In House | |
| Room / Bed: | 1-410/B | | Code Status: | Full code | |

| Date | Details | Activity Type | Created By |
|---|---|---|---|
| 07/23/2014 12:00AM | Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Episodic depression Treatment Plan: Weekly psychotherapy Treatment Goals: Decrease depression Treatment Note: Felt depressed in the morning. Called the staff to contact this psychologist. Went to see him in his room. Esplored the reasons why he was depressed. Two possible reasons: 1 Feeling aimless. 2. Over reaction emotionally. Discussed about a moto he can alwasy keep to focus on- ST goals. Also, emotional balance, boundarries. No SI. Progress Toward Goals: Feeling beter adn regained focus of the day. Agreed these are the triggers for episodeic depression., Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes Physician | Elaine Hulei Physician |
| 07/18/2014 6:12PM | Progress note: Nbr continues to remain stable and make progress in his insight. He has been participating in treatment. Active in volunteering. Mentioned that he felt less agitated. Wanted to working on rel. with his parents. Knowing it takes time to rebuild trust. Also discussed about returning to school in Spring semester. No SI/HI. No psychotic features noted. Mood showed improvement. | Neuropsychology Narrative | Elaine Hulei Physician |
| 07/18/2014 4:57PM | Biofeedback Progress Note: Biofeedback session. Brian made positive changes to two of th e four physiological measures, with the remaining two making small moves in a negative direction. He said he was able to refocus himself at times from distracting thoughts, and keep a relaxed focus. | Biofeedback Progress Note | Paul Gaichus Biofeedback Tech |
| 07/09/2014 12:00AM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Depression Treatment Plan: Psychotherapy Treatment Goals: Reduce depression and improve functioning Treatment Note: Nbr was depressed because he was trying to offer emotional support to a nbr and be a good person. But somehow tht let him to think more about his time here and unfairness of TBI. We talkbed about healthy emotional boundaries, how to help a friend by asking him to see a staff. Also, we talked about setting goals for discharge. As he wanted to go back to school, he ought to figure out how to start taking online courses. He agreed and felt more hopeful. No SI. Progress Toward Goals: Mood improved 35%., Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes Physician | Elaine Hulei Physician |
| 07/08/2014 4:54PM | Biofeedback Progress Note: Biofeedback session. Brian seemed to have a hard time concentrating, said he had a Seroquel before the session and it was making him drowsy. He did make positive changes to three of four measures, and noted feeling his hands were warmer. | Biofeedback Progress Note | Paul Gaichus Biofeedback Tech |
| 07/02/2014 3:52PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Feeling hopelessness and sadness Treatment Plan: Weekly psychotherapy Treatment Goals: Reduce depression Treatment Note: Nbr reported he felt sad at reviewing his hx/stay here for rehab due to that fact his close friend has left for another program. He missed her and sad to see her go. He was being supported for his sad feelings. Discussed the importance of focus on his short term and long term goals. Steps to reach them. Nbr was upset about the loss of budgets but acknowledging the responsibility he had to take. At the end, this psychologist pointed to him the positive beh he recently exhibited in volunteer work. Feeling better after session. No SI. Mood: mildly negative. Progress Toward Goals: Reduced depressed feelings 30%, Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes Physician | Elaine Hulei Physician |

Neurop... Eric ...ga, Social Run Dat 2/2014 Page
Wo...

P.018/027 (FAX) GRIX 17:24 446 A-3663
Case: 25-3129, 04/30/2026, DktEntry: 62.2, Page 94 of 121

PF... ...BRIAN

Status: Discharged
Room / Bed:
Code Status: Full code

| Date | Details | Activity Type | Created By |
|---|---|---|---|
| 07/01/2014 3:53PM | Biofeedback Progress Note: Biofeedback session. He seemed tense and restless at times, sad he was more relaxed at end. Brian said during one screen he was becoming drowsy. He asked to review what we are doing and why, and we did review. He made positive changes to three of four physiological measures. | Biofeedback Progress Note | Paul Galchus Biofeedback Tech |
| 06/25/2014 5:30PM | Progress note: Discussed about restitution and contract. He refused to sign. He disagreed the amount of compensation he needed to make. he was advised to speak with the administrator. He went to have the discussion. Nbr agreed to sign the contract on Friday. Nbr will be paying $50 monthly for the computers and furniture he broke. He appeared calm during the meeting. . | Neuropsychology Narrative | Elaine Hulei Physician |
| 06/24/2014 2:15PM | Biofeedback Progress Note: Biofeedback session. Said he had some distraction form shoulder pain, but appeared well focused during session and made positive changes to all four physiological measures. He said he felt more relaxed and remarked how he thought this was an effective approach to self-regulation. | Biofeedback Progress Note | Paul Galchus Biofeedback Tech |
| 06/20/2014 6:08PM | Progress note: Meeting nbr with the team re: consequences and behaviors addressing his recent emotional instability and violent behavior. Nbr exhibited some level of remorse. Agreed to make a contract to monitor his behavior and follow up for consequences of future behavior. Nbr did not sign the contact due to dispute on the restitution. But he was clear that the contract takes in effect for his aggressive tendencies. If he showed PA. A recommendation will be made to NBI. | Neuropsychology Narrative | Elaine Hulei Physician |
| 06/17/2014 4:54PM | Biofeedback Progress Note: Referred for Bio and/or Neurofeedback to help with mood regulation. First Biofeedback session today. He seemed to understand direction and rationale, able to make positive changes to three of four physiological measures. Said he felt much more relaxed at end, looking forward to the rest of the series. | Biofeedback Progress Note | Paul Galchus Biofeedback Tech |
| 06/13/2014 5:12PM | Progress note: Nbr was calm and settled. No longer in turmoil from last Friday. Discussed about ways to handle depressed feelings. Nbr was in interpersonal conflicts quite often due to negative remarks to others. In return, he felt &quot;People don't like.&quot; Discussed empathy in relationship and his L-T goals. Discussed how to focus on positives and further. Nbr felt more relieved and less depressed after session. | Neuropsychology Narrative | Elaine Hulei Physician |
| 06/06/2014 5:19PM | Progress note: Nbr did not take the decision of home visit denial well. He smashed his cell phone. Hurt his knuckle. being taken care of by nursing staff. Spent hour and half with him until he calmed down. Decision on home visit was made with his parents and team., who will come up for a day visit instead him going home. Team will keep an eye on him for emotional stability. He denied SI and HI. | Neuropsychology Narrative | Elaine Hulei Physician |
| 06/02/2014 4:59PM | Progress note: Nbr came to see this writer and expressed anger. He reported his friend was told to avoid contacting him, which made him very agitated. His Friend did not explain why. We discussed about the right approach to handle second hand information. Also, separate fact from emotion. Focused on problem solving. He appeared to respond to intervention. Felt calmer. He was encouraged to continue working on his anger control. | Neuropsychology Narrative | Elaine Hulei Physician |

Case: 25-3129, 04/30/2026, DktEntry: 62.2, Page 96 of 121

A-3665

Northe... ...er for Reh... ...on and ... ...jury

## Neur... ...chology

Report ... From:

To:

09/25/2014   17:24

FAIL, ...

Unit:

Status:   Discharged

Room / Bed:

Code Status:   Full code

| Date | Details | Activity Type | Created By |
|------|---------|---------------|------------|
| 05/30/2014 5:52PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis:    Depressed mood   Treatment Plan:   Weekly psychotherapy   Treatment Goals: Reduced depression   Treatment Note:   Discussed about interpersonal problems. Felt sad and helpless in seeing a friend who demonstrated drug seeking problems. Discussed about what his choices are adn how to make good judgment. Furthermore, discussed about the importance of self care an focus on rehabilitation to improve self.   No SI or HI present. Progress Toward Goals:  Feeling better and more resourceful. Redcue depression 40%., Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei Physician |
| 05/23/2014 6:26PM | Progress note: Nbr stopped by and complained about weekend boredom.  Trying to find meaningful things to do to occupy time.  Spoke with Recreational Leader who suggested nbr to take on the task of watering plants over weekend. Discussed the plan with nbr later, he was not sure, but willing to give a try. he was encouraged to contact Recreational Leader for more information. | Neuropsychology Narrative | Elaine Hulei Physician |
| 05/12/2014 4:39PM | Progress note: Nbr reported about his better handling about peer relationship in the past week. More balanced emotionally. Enjoyed the books about brain injury recovery. Also did a good job on book report in the group. Mood was improving, more grounded. No SI. Discussed about focusing on ST goals. No SI present. | Neuropsychology Narrative | Elaine Hulei Physician |
| 05/09/2014 5:00PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis:    Low in mood, aimlessness, and anxious about the weekend   Treatment Plan: Individual therapy   Treatment Goals: Active scheduling, reduce symptoms of depression   Treatment Note:  Per UM, nbr wanted to talk. He was seen in this psychologist's office. Nbr expressed a sense of loss and emptiness. He said eh did not know where such feelings came from. He also stated he was afraid of weekend when there were Little to do. Nbr was asked for activities. We found some books he liked to read and he would also be willing to present ideas from them in the class. Nbr was happy to do so and his mood was greatly improved after finding things he liked to do. No SI or HI. No psychotic features.    Progress Toward Goals:  40% reduction of depressed mood., Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei Physician |
| 05/07/2014 4:21PM | Progress note: Visited nbr 5/5/2014. Per UM, he had a difficulty time over weekend.  Interpersonal relationship in nature. Nbr was clam at time seeing him. He acknowledged he was &quot;upset,&quot; but did not want to hurt himself. He was unable to take any responsibility about the event.  We discussed about impulse control which has been his primary deficits. He was able to see part of his responsibility, but appeared defensive. No SI or psychotic features noted. He was willing to work on his impulse control and emotional lability. | Neuropsychology Narrative | Elaine Hulei Physician |

GRIX

448

Neuropsychology

User:   Erica Rosa-Geliga, Social Worker

Run Date:   9/25/2014 6:09:08 PM

(FAX)

P.020/027

No    Center f…    …ilitation a…   …in Injury

N… …psychol…

R… …eriod   F…                                          To:                                                          **PFA… …RIAN**

Un…

**Status:**  Discharged

**Room / Bed:**                      **Code Status:**  Full code

| Date | Details | | Activity Type | Created By |
|------|---------|---|---------------|-----------|
| 05/07/2014 4:17PM | Service:: 90791 - Initial Psychodiagnostic Interview, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Note: | | Neuropsychology Intake and Testing | Elaine Hulei *Physician* |

Background Information: Mr. Pfail is a 24-year-old male, who was admitted to NCSC, NBI Unit from The Zucker Hillside Hospital on 11/11/13. According to the records, Mr. Pfail was struck in the head on April 9, 2007, while coming to aid a friend who was involved in a fight. He was being kicked in the head several times. He experienced disorientation, confusion and was treated in Winthrop Hospital. CT scan revealed cerebral concussion and nasal fracture at the time. Prior to TBI, he was a good HS student ready to go to college. No hx of learning disability, mental illness, or substance abuse were recorded. Since TBI, he has been battling with mood disorder and cognitive deficits. Records showed he attempted suicide (X2) by overdose on psychotropic medications in 2009 and 2010. Each incident required psychiatric hospitalization. Treatment also included 48-50 sessions of ECT for depression in 2011. Mr. Pfail tried to attend college twice, but he had to drop off due to depression and cognitive deficits. He had difficulty meeting academic standards at the college. Mr. Pfail received comprehensive neuropsychological testing in 2012 by Dr. Klein in Neurological Surgery, P.C., New York. Results indicated his cognitive weaknesses were in the domain of executive functioning as well as reading rate. His performance on all other domains was generally intact. Mr. Pfail reported he noticed his memory loss since ECT treatment for depression. Mr. Pfail was admitted to NBI because he was acting violently toward his mother during a dispute about his girlfriend. During his stay in NBI, he required one psychiatric hospitalization (November, 2013). He was transferred to NRP program on 1/24/14 as his behavior has shown significant improvement. Currently, Mr. Pfail is active in attending NRP programs. He also tried to develop his own social network and support system. Mr. Pfail has faced some emotional /behavioral challenges lately, often times the precipitating factors are poor impulse control, difficulty making decisions, and depression, which appears to be consistent with his admitting dx of TBI and executive functioning impairment. Overall, He has made marked progress since admission.    Mental Status: Mr. Pfail was interviewed in his room. He was alert, cooperative, and oriented, X3. His speech was clear; contend was coherent. He maintained good eye contact. Mood was mildly depressed. Affect was labile. He expressed no SI or HI. His attention and memory were adequate during interview. He spelled a five-letter-word backwards with no difficulty. His memory was 4/4 for immediate recall and 4/4 for delayed recall. He was able to follow simple 2 and 3-step commands with ease. His visual-spatial perception seemed intact as evidenced by his adequate drawing of a clock dial and copying of geometrical figures. His language skills were adequate. His thinking was goal directed. No delusions or hallucinations were noted. His executive functioning was impaired, as manifested by difficulty in mental shifting, impulse control, and planning. His self awareness was impaired.   Tests Administered MMSE      Mini Mental Status Evaluation: 29/30, BDI           Beck Depression Scale: 19/63 (Mild Depression) RBANS Repeatable Battery for the Assessment of Neuropsychological Status:

| Immediate Memory | | Visual-Spatial Constr | | | Language |
|------|------|------|------|------|------|
| Attention | | Delayed Memory | | Total | |
| Index Score | | | 85 | 109 | |
| 79 | 94 | | 89 | | 96 |
| 16 | 73 | | 39 | | Percentile |
| 23 | | | | 8 | 34 |

Percentiles are classified as following: &ldquo;Very Superior&rdquo; =98th or more; &ldquo;Superior&rdquo; = 91st-97th; &ldquo;High Average&rdquo; = 75th-90th; &ldquo;Average&rdquo; = 25th -74th; &ldquo;Low Average&rdquo;; &ldquo;Low Average&rdquo; = 9th -24th; &ldquo;Bordering&rdquo; = 2nd &ndash; 8th; &ldquo;Impaired&rdquo; = 1st or less.   WASI            (Wechsler Abbreviated Scale of Intelligence)

Verbal Tests                         73th percentile (IQ=109) Vocabulary                   84th percentile
Similarities          55th percentile                                 Performance Tests
Block Design          70th percentile                                                        55 percentile (IQ=102)
Full Score IQ                    66th percentile (IQ=106)  Matrix reasoning 37th percentile
                                                          Conclusions and Recommendations: Mr. Pfail sustained severe
TBI in 2009 at age 17. Because of the brain injury, he has not been able to function fully and reach his true potential. His

Neuropsychology             **User:**  Erica Rosa-Geliga, Social Worker            **Run Date:**  9/25/2014 6:09:08 PM

GRIX

449

A-3666

17/25

(FAX)

P.0211027

:theast C     : Rehabil      ad Brain

## :auropa    .egy

| Report Peri    om: | To: | (L, BRL |
| Unit: | Status: Discharged | |
| Room / Bed: | Code Status: Full code | |

09/25/2014   17:25

A-3667

| Date | Details | Activity Type | Created By |
|------|---------|---------------|------------|
| | schooling has been interrupted by psychiatric problems resulting from deficits in executive functioning due to frontal lobe injury. His tolerance of frustration and problem solving skills have been compromised. &ldquo;Emotional flooding&rdquo; and impulse control difficulty were noted through testing, in that he kept giving excessive, tangential, irrelevant information in his responses. His attention was hence interfered when needing to focus on important element. He also had a tendency to perseverate and was easily caught in his tangled thoughts. Became agitated at times. In some ways, Mr. Pfail&rsquo;s behavioral/emotional problems resemble those of psychiatric population. However, the difference lies in the etiology. His problems tend to be precipitated by TBI (Frontal lobes injury). Results of this evaluation indicate Mr. Pfail&rsquo;s overall cognitive functioning is within average range. His relative strength is verbal ability and relative weakness is Attention. His memory and spatial/perceptual reasoning are intact. Results further suggest that this evaluation is consistent with previous findings, in that Mr. Pfail&rsquo;s main cognitive deficits are within the domain of executive functioning, including impulse control, self awareness, planning, making social judgment, and attention. Mr. Pfail is relatively stable at this time. There is no SI or HI present. No psychotic features noted. In discharge planning, Mr. Pfail would need continuing psychiatric care for emotional balance. A significant amount of assistance in learning will be necessary if he decides to return to school and complete his college degree. Last, Mr. Pfail is likely to benefit from oversight/supervision in a community living program., Prognosis: Guarded, Justification for continued stay: Continues to make progress, Continued danger to self and/or others | | |
| 05/02/2014 5:56PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis:   Depressed mood  Treatment Plan:  Individual psychotherapy  Treatment Goals: Reduce depression, improve impulse control and coping skills  Treatment Note: Nbr was mildly depressed. Reported his anger toward what had happened a few days ago. difficulty owning his responsibility for what he has done. Talked about how to distract self and remove self from situation next time. Also, talked about possible misinterpretation of people's intent. Nbr was receptive and was able to refelct. No SI.   Progress Toward Goals:  Feeling less depressed., Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulel  Physician |
| 04/25/2014 4:03PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis:   Difficulty in impulse control and social behaviors. Treatment Plan: Psychotherapy weekly  Treatment Goals: Improve impulse control and social skills. Treatment Note:  Appeared to have a better week. More insight about what had happened last week. Wondered if he wanted to apologize and make up with friends. Difficulty distinguishing essential vs nonessential materials in thinking process. We discussed how to focus and why to apologize. How to stay on track and retrain from any PA or inappropriate behavior were also discussed.  No SI. No psychotic features. Progress Toward Goals: Improved insight and coping skills 30%, Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulel  Physician |

GRIX

450

(FAX)

P.022/027

N psych

Rep t Period Fr

PF RIAN

Unit:

**Status:** Discharged

Room / Bed:

**Code Status:** Full code

| Date | Details | Activity Type | Created By |
|---|---|---|---|
| 04/16/2014 1:02PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Mild Agitation, regrets, anger, mild depression (situational) Treatment Plan: Weekly psychotherapy Treatment Goals: Improving decision making skills, reduce anxiety and eradicable behaviors Treatment Note: Nbr reported over weekend, he had an encounter with a female nbr., who asked him for medicine, and who did not answer his phone calls. Nbr showed poor judgement by giving the female nbr a pill from his own prescription and got angry at her later for not answering him. He threw a can of yogurt at this female's face. Nbr had a difficulty time accepting responsibility for his behavior. Discussed about his brain injury and damage in frontal lobe, his executive functioning continued to be impaired including impulse control, decision making. He was advised to consider reviewing the Line, a poster indicating non PA vs. PA choices. He was advised no to cross the line. Nbr's mood improved somewhat and wanted to think about his beh. further and make changes. No SI or HI reported. Progress Toward Goals: Improved self awareness regarding decision making. Improve impulse control. , Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei *Physician* |
| 04/04/2014 3:27PM | Service:: 90832 - Psychotherapy 30 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Depression Treatment Plan: Psychotherapy Treatment Goals: Reduce depression, improve comping skills Treatment Note: Discussed about an incident happened in a social club. Focused on choice making, self awareness, and social appropriateness. Appeared more flexible and recpetive. Progress Toward Goals: Decreased feelings of depresison and anxiety to 30%, Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei *Physician* |
| 03/21/2014 12:40PM | Service:: 90834 - Psychotherapy 45 minutes, Axis I:: BRAIN INJURY NEC, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Anxiety, angry. Treatment Plan: Individual psychotherapy Treatment Goals: Reduce anger and improve mood regulation Treatment Note: Nbr was anxious and angry today. Stated a couple reasons in his eye. Discussed about copign skills. Anger amanagement. impulse control, working with staff, patience and tolerance of frustration. Progress Toward Goals: Reduced anger, improved mood regulation., Prognosis: Guarded, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei *Physician* |
| 03/13/2014 1:56PM | Service:: 90834 - Psychotherapy 45 minutes, Axis I:: MOOD DISORDER OTHER DIS, Neuropsychology Treatment Note: Symptoms Supporting the Diagnosis: Anxious mood, over thinking, emotional labile. Treatment Plan: Weekly psychotherapy Treatment Goals: Reduce anxiety, improve coping skills. Treatment Note: Discussed the importance of focusing on goals to get better, to deal with distractions, and make good judgment in relationships with peers. Nbr was bothered by the changing nature of relationship, felt confused. Anxious feelings was associated with his confusion. Reviewed the goals and helped Nbr to refocus. Practiced relaxation and let go of non-essential concerns. Progress Toward Goals: Nbr was more relaxed and less anxious, more focused on goals., Prognosis: Good, Justification for continued stay: Continues to make progress | Neuropsychology Treatment Notes | Elaine Hulei *Physician* |

A-3668

GRIX

451

Northeast Center for Rehabilitation and Brain Injury

# Psychiatry

**PFAIL, BRIAN**

| Report Period | From: | | To: | |
|---|---|---|---|---|

| Unit: | NRP-5 | Status: | In House |
|---|---|---|---|
| Room / Bed: | 1-410/B | Code Status: | Full code |

| Date | Details | Activity Type | Created By |
|---|---|---|---|
| 09/16/2014 1:15PM | Notes: No complaints. Nbr reports he is tolerating propranolol well. Anxiety is usually under control. MSE Non-agitated, Neutral mood, no psychosis.. A/P Stable GDR Klonopin to 0.5 QHS only. Increase Inderal LA if current dose continues to be tolerated. | Psychiatry Progress Notes | Ron Goldman Physician |
| 09/11/2014 1:35PM | Notes: No complaints. Nbr reports toleration of medication change. He denies fatigue and reports adequate exercise tolerance. There have been no dizziness or falls. Medication has not been held due to parameters. MSE Neutral mood, no psychosis. Alert, oriented. A/P Inderal LA 60mg: Three tabs per day ordered initially in error. Nbr has had no negative effects, but will reduce and retitrate. Inderal LA changed to 120mg for now (two tabs) with same parameters. | Psychiatry Progress Notes | Ron Goldman Physician |
| 09/05/2014 1:06PM | Notes: No recent aggression. Nbr has been refusing propranolol doses due to fatigue. BPs have been stable per nursing. Otherwise he reports no depression and improved level of anxiety. MSE Neutral mood. No psychosis, SI, HI. A/P Stable Switch to long acting form of Inderal and initiate at 60mg. Decrease Klonopin. Decrease prazosin which may cause additive hypotension with beta antagonist. | Psychiatry Progress Notes | Ron Goldman Physician |
| 08/27/2014 2:22PM | Notes: Nbr tolerating propranolol per his own report. Nursing reports SBP readings in the 90s. He reports feeling a bit fatigued, otherwise no issues. Denies pervasive depression, panic, psychosis. MSE Calm, neutral mood, affect appropriate. No psychosis. No SI, HI A/P Stable BP somewhat low, will cautiously titrate propranolol: 90mg/day Reduce Klonopin to 1.5mg/day | Psychiatry Progress Notes | Ron Goldman Physician |
| 08/14/2014 12:05PM | Notes: Nbr had an explosive episode earlier this week: punched a door and bruised knuckles. Nbr remains intermittently dysphoric, and with low frustration tolerance. He describes ongoing &quot;anxiety&quot; that is not responding well to current regimen and requests Xanax. Nbr reports some improvement in sleep with imagery rehearsal for nightmares. MSE Calm, neutral mood. Affect somewhat constricted. No psychosis, SI, HI. Alert and fully oriented. A/P Continued variable mood and anxiety. Buspar not effective: reduce. Increase gabapentin to 300mgBID. Intermittent explosiveness. Start propranolol 20mg TID. Nbr cleared medically per discussion with PMD. | Psychiatry Progress Notes | Ron Goldman Physician |
| 08/08/2014 3:02PM | Notes: Addendum: VPA level 8/8/14 = 72 | Psychiatry Progress Notes | Ron Goldman Physician |
| 08/08/2014 2:10PM | Notes: Nbr reports ongoing generalized anxiety. Ativan prn doses remains somewhat helpful but less than in past. MSE Normoactive, neutral mood, no psychosis. A/P Generalized anxiety/hyperarousal. Start gabapentin 100mg BID. | Psychiatry Progress Notes | Ron Goldman Physician |
| 08/07/2014 1:12PM | Notes: Nbr has had no explosive episodes. Nbr has not appeared depressed, but continues to use prn anxiety medication. Nbr complains of nightmares, resulting in awakenings. Staff has continued to report manipulative behavior, boundary issues, attempts at splitting. MSE neutral mood, affect bland. No psychosis, SI, HI. A/P No recent aggression. Nightmares: Reviewed imagery rehearsal with Nbr. He is willing to journal dreams and work on changing the narrative. Depakote level not done per lab. Reordered. Continue current medications. | Psychiatry Progress Notes | Ron Goldman Physician |

Psychiatry    Erica Roc    , Social Worker    Date:    14 1:35:3    Page 1

A-3669

Northeast Center for Rehabilitation and Brain Injury

# Psychiatry

**PFAIL, BRIAN**

| Report Period | From: | | To: | |
|---|---|---|---|---|
| Unit: | NRP-5 | Status: | In House | |
| Room / Bed: | 1-410/B | Code Status: | Full code | |

| Date | Details | Activity Type | Created By |
|---|---|---|---|
| 07/16/2014 2:49PM | Notes: Nbr asked to see this writer, reporting periiod of depression. Nbr describes several hours of dysphoria occuring most days, usually in the earlier part of the day. Nbr reports some continued mild anxiety. He deinies psychosis. Nbr admits to some irritability but has not been physically aggressive recently. MSE Mildly anxious. No psychosis. No SI, HI. A/P Periods of dysphoria and irritability. No explosive behavior. Increase buspirone. Check VPA level. (level 75 in mid April) Still considering beta antagonist rx. | Psychiatry Progress Notes | Ron Goldman Physician |
| 06/27/2014 12:36PM | Notes: No new explosive episodes this week. Nbr struggling with signing therapeutic contract. MSE Guarded, reserved. Somewhat dysphoric mood. No psychosis, NO SI, HI EKG results pending clearance by PMD. A/P Continue current medications for now. Long discussion on Nbr's denial, projection, externalization. Plan is for propranolol rx. | Psychiatry Progress Notes | Ron Goldman Physician |
| 06/19/2014 2:05PM | Notes: Staff reports that Nbr has been more angry and on edge recently. He punched a wall cabinet and pounded on administration doors this morning. There have been several recent incidents. Staff members have been concerned about their safety. Nbr admits to feeling frustrated and anxious. identifies being worried about returning to school this fall. Nbr tend to externalize blame. He remains very uninsightful about his role in social interactions that lead to explosive behavior.Nbr's family did not feel he was ready for a visit home this past weekend. Nbr has lost badge priveleges due to team concerns. Currently, Nbr admits to some anxiety, but denies pervasive depression. He requests an increase in pm Ativan. MSE Normoactive, cooperative. Bruises on knuckles. Speech normal volume, fluent. Mood neutral. Affect guarded. No FTD, delusions, AH, VH. NO SI or HI. A/P Recent increase in aggressive behavior is of concern. Team is cinsidering transfer to NBI unit if aggression escalates. Increase BUspar. INcrease Ativan PRN dose to EKG . Considering beta antagonist therapy. | Psychiatry Progress Notes | Ron Goldman Physician |
| 05/30/2014 3:25PM | Notes: Nbr a bit agitated today: angry and anxious about recent room searches in the facility and other Nbrs taking benadryl reacreationally. Nbr states he did not want to be accused of supplying or taking medication. Nbr admits that he knew about others' use but did not tell staff. Also he reports some generalized anxiety most days. MSE Initially a bit agitated but calms down, speech fluent, not loud or pressured. Mood dysphoric. Affect appropriate. No psychosis, SI, HI. A/P Somewhat anxious. Add Buspar to regimen. Discussed Nbrs responsibility for other Nbr's safety: need to inform staff if others are behaving in a dangerous manner, using substances, etc. | Psychiatry Progress Notes | Ron Goldman Physician |

Psy..    User: P..    Geliga, S:    Run :    /17/2014    PM

Case: 25-3129, 04/30/2026, DktEntry: 62.2, Page 102 of 121

Northeast Center for Rehabilitation and Brain Injury

## Psychiatry

**PFAIL, BRIAN**

| Report Period | From: | | To: | |
|---|---|---|---|---|
| Unit: | NRP-5 | | Status: | In House |
| Room / Bed: | 1-410/B | | Code Status: | Full code |

| Date | Details | | Activity Type | Created By |
|---|---|---|---|---|
| 05/05/2014 3:00PM | Notes: Current Psychiatric Status Brain Pfail is a 24 year old man with a history of traumatic brain injury sustained in an assault on 4/9/07 in which he was kicked in the head several times after coming to the aid of a friend involved in a fight. Prior to his TBI, Mr Pfail had no history of mental illness, learning disorder, or cognitive difficulties. Since the injury he has suffered from complex behavioral and cognitive disturbances. His psychiatric symptoms have included significant mood instability, irritability, and depression in addition to psychotic symptoms. There were several instances of verbally threatening or physically aggressive behavior. Psychological testing has revealed deficits of executive function and memory. Prior neuropsychological evaluations by Wayne Gordon Ph.D. in 2008 and Gad Klein, Ph.D in 2012 provide detailed documentation of the past history. Mr Pfail was hospitalized for psychiatric reasons on several occasions for depression, hallucinations, and suicide attempts by overdose. He was unable to complete his college studies at Villanova University. A course of electroconvulsive therapy in 2010 for depression may have contributed to further cognitive complications. Mr. Pfail was admitted to the NBI unit at the Northeast Center on 11/11/13. He was transferred from Hillside Hospital where he had been admitted several months before for aggressive behavior. Since admission, his course is notable for intermittent anxiety, some depression, irritability, insomnia, and nightmares. He has had continued difficulties with frustration tolerance and mental flexibility. He has also had a several episodes of verbal and physical aggression. Mr. Pfail has continued to struggle with rules, boundaries, and has made threatening verbalizations, and has had overtly aggressive behavior. On 11/22/13 for example he was sent to the Kingston Hospital ER to evaluate agitation and aggression. Recently, he punched and damaged a computer screen on the unit during an argument with a staff member. Dysphoric mood and anxiety levels have improved somewhat during his course at the Center. There have been no recent psychotic symptoms. Currently he complains of intermittent dysphoria and requests an increase in dosage of Seroquel prn medication. Mental Status: Calm, cooperative, non-agitated. Appropriately groomed. Speech fluent, normal prosody, non-pressured. Mood neutral. Affect slightly contricted. No formal thought disorder. No delusions or hallucinations. No current suicidal or homicidal ideation. Alert and oriented. Assessment: Current diagnosis: Mood Disorder due to TBI 293.83 Personality Change due to TBI 310.1 Cognitive Disorder NOS 294.9 Plan: Mr Pfail currently resides at the Northeast Center for Rehabilitation and Brain Injury where he is engaged in ongoing rehabilitation, therapeutic education and cognitive remediation. Mr. Pfail is has benefitted from a variety of treatment modalities including psychopharmacologic intervention. Plan is to continue current psychiatric medications: Amantadine 100mg BID, Klonopin 1mg Q12hrs, Seroquel 200mg QHS, prazosin 4mg QHS, Effexor XR 375mg QD, Depakote 750mg BID, and melatonin 3mg QHS. Ron G. Goldman, M.D. Northeast Center for Rehabilitation and Brain Injury | | Psychiatry Progress Notes | Ron Goldman Physician |
| 04/30/2014 2:07PM | Notes: Nbr seen on 4/29/14 to discuss course of tx and behavior. Nbr had no complaints and denied significant depression, anxiety, or psychosis MSE Calm, cooperative. Neutral mood. No psychosis, SI, HI. A/P Status quo. Continue current medications: amantadine, Klonopin, Seroquel, prazosin, Effexor XR, melatonin | | Psychiatry Progress Notes | Ron Goldman Physician |
| 04/29/2014 12:04PM | Notes: Director of SW and this writer spoke to Nbr's father and attorney about psychiatric complications of Nbr's brain injury as they pertain to past hx, treatment, and Nbr's legal issues. Further details per SW. | | Psychiatry Progress Notes | Ron Goldman Physician |

Northeast Center for Rehabilitation and Brain Injury

## Psychiatry

**PFAIL, BRIAN**

| Report Period | From: | | To: | |
|---|---|---|---|---|
| **Unit:** | NRP-5 | **Status:** | In House | |
| **Room / Bed:** | 1-410/B | **Code Status:** | Full code | |

| Date | Details | Activity Type | Created By |
|---|---|---|---|
| 03/25/2014 11:21AM | Notes: NBR continues to complain that current medications are insufficient to manage &quot;anxiety.&quot; He requests Ativan. NBR's called his parents who left message expressing their worry and concern about the medication, asking that NBR receive Ativan instead of Seroquel. NBR's father described how NBR calls for help with even minor routine decisions. Otherwise NBR denies significant sx. MSE Calm, cooperative. Mood neutral. Affect a bit guarded. No psychosis, SI, HI. A/P No medication changes indicated at present. Would continue to avoid potential tolerance and dependence issues with BZDs if possible. Discussed with NBR skills building to cope with perception of anxiety and activation. Discussed by phone with NBR's father, need to create some distance, so that NBR could learn to tolerate some frustration better. | Psychiatry Progress Notes | Ron Goldman Physician |
| 03/20/2014 11:32AM | Notes: NBR c/o &quot;anxiety&quot; which he describes as an activated sensation, not necessarily associated with fear. NBR reports that Ativan prn is not sufficitn to relieve sx. NBR also describes recent visual illusions, not hallucinations. NBR denies other psychotic sx, mood is improved somewhat. MSE calm , cooperative, somewhat anxious mood, no psychosis, SI, HI. A/P activation, not necessarily anxiety. Decrease amantadine to 200mg/d Encouraged use of SEroquel prns. | Psychiatry Progress Notes | Ron Goldman Physician |

**A-3673**



**Northeast Center for Special Care**

**Psychosocial Summary:** Brian Pfail
**DOB:** ████████          **Social Sec No:** ████████
**Medicaid:** FB1284F  **Medicare:** N/A
**Other Ins:**

Brian is a 24 yr old Caucasian male admitted on 11/12/13 from Zucker Hillside Hospital with admitting dx: TBI, PTSD, post concussion syndrome, cerebral concussion, epilepsy, and osteomyelitis in shoulder. Primary contact are his parents Donald and Eileen Pfail, 35 Roxbury Rd in Garden City, NY 11530; ph# 516-739-3252, wk ph# 212-887-3892. Brain has no advanced directives at this time. Discharge plan is to go home with parents and/or seek independent apartment with support services.

Brian was born outside of New York (unknown to his assessment) and raised in Mineola/Garden City, New York. His parents, Donald and Eileen Pfail, are active in his recovery. Brian has several siblings; a sister (Erin) and two brothers (Tom and Steve). He has a great relationship with his parents and siblings. Brian attended high school at Chaminade High in Mineola, where he graduated. He then attended Villanova University. He plans to go back to college; applying to Fordham University. He was studying computer engineering and math and computer science. Brian's prior occupation included working in construction and as a janitor for his high school. He then worked in retail throughout college; GAP, Banana Republic, Abercrombie & Fitch. He is a practicing Catholic. He has never been married, nor does he have any children at this time. He does report having several girlfriends throughout his young adult life; most recent relationship broke up roughly two months ago.

Brian reports social substance use (marijuana) and alcohol consumption. He reports not using for at least six months prior to admission. Legal history indicates an arrest; secondary to his aggressive behavior on the way to hospital. No other legal history noted.

Brians presents alert and oriented to person, place, and situation. He scores 30/30 on MMSE and 14 on ABS 11/18/13. In his leisure time, Brian enjoys watching hockey and basketball, playing basketball, working on computers, building computer systems, playing video games, building other electronic items.

Sara Guerriero
Social Worker
11/18/13

A-3674

Brian Paail

## Dietician Summary:

Height: ___73"___    Weight: ___200#___

Diet Type With Restrictions: _Regular_

Special Utensils Required: (if applicable)  _NA_

Education summary: - Discourage eating late @ night
- Encourage to continue including activity into daily routine
- Adequate fluid intake via c H2O/d for hydration
- Avoid ↑ Kcal ↑ processed foods ↓ snack times; choose fruit/veggies more often

Dietician Signature _____C Hofer_____    Date __9/24/14__

## Rehabilitation Summary:

Physical Therapy: (Include admission diagnoses, clinical course, outcome)

Wₐ admitted to NECRB1 c primary dx of TBI. Wₐ has been independent c all aspects of functional mobility since the day of admission therefore restorative PT services have not been provided.
Wₐ exhibits no ROM or strength deficits, ambulates @ leg to all points c @ device

## Recommendations:

PT/PTA: _____ PO    Date: __9/24/14__

A-3675

Brian Pfeil.

**Speech/Language Pathology:** (Include admission diagnosis, clinical course, outcome)

Nbr received restorative cognitive-communication tx. upon admission to NRBI. Nbr required training and education re: social pragmatic skills. Nbr. has not required sees. in many months.

**Recommendations:**

Sp/Lang Eval as needed in new environment

SLP _Melanie Cousin CCC SLP CBIS_ Date: 9/22/14

**Occupational Therapy:** (Include admission diagnosis, clinical course, and outcome)

Nbr Tx'd briefly for shoulder pain between 5/7/2014-5/27/2014. Nbr quickly learned proper positioning and HEP ē good effect.

**Recommendations:** To eval and tx in new environment as appropriate

OT/OTA _Dnu Hallcook_ Date 9/23/14

Northeast Center for Special Care  Discharge Summary 073112                    6

A-3676

*Brian Hall.*

**Therapeutic Activities** (Include personal re-entry goals, identified barriers, course of progress, outcome): NBR was admitted to NCRBI on 11-12-13 to NRP Program. Prefers to be called "Brian", Religion - Catholic, able to make needs known, independent c̄ mobility. Registered Voter, High School Graduate - 2 yrs. of College. Enjoys Reading, writing, various Sports, active in fitness Gym, playing video Games. While at NCRBI, Brian participated in Scheduled NRP classes, art Programs, Coffee Socials and daily participation in Sports + fitness program.

**Therapeutic Activities Recommendations** (Community Supports Needed, Goal and Activities to be encouraged): Recommendations for Mr. Hall is to continue pursuit of leisure interest he enjoys incorporated into his daily routine or schedule. Supervision for new situations and surroundings will help encourage safety awareness.

Therapeutic Activities _Donna Lott_    Date: _9-22-14_

**Social Work Summary:**

Please see psycho social summary.

Social Worker: _Clai Sh, MSW_    Date _9/22/2014_

A-3677

# NORTHEAST CENTER FOR REHABILITATION AND BRAIN INJURY

300 Grant Avenue Lake Katrine, NY 12449 845-336-3500

## Discharge Summary

Name _Brian Phil_

Medicaid Number _FP51d854F_ County _NASSAU_   Sex: _M_ F  Date of Birth

Date of Admission: _11/12/2013_ Date of Discharge

Discharged to: _____

## Physician Summary:

Final Diagnosis: TBI (concussive syndrome) s/p assault 4/9/07 Depression, 2 seizure d.o, PTSD, cognitive disorder organic personality d.o, anxiety, insomnia

Brief History: suicide attempts by O.D, hx. ECT for depression 2010. ↑ violent behavior when placed on lamictal. Somatic complaint Admitted to NCSC Nov 2013, Behavior improvements c med adj.

Pertinent Physical and Laboratory Findings:

8/8/14 depakote level 72.6    4/14/14 CBC  5.95 )15.3/(59
7/14/14 CMP 138/98/10/84             /44.9
3.7/26/1.0

Course of Treatment: Ongoing medical/nursing/psych to please refer to PT/OT/SLP/Dietary/SW/RT discharge summaries for details.

Psych med reviews: 9/11, 9/16, 9/19.
Dermatology 6/10/14 acne vulgaris Flu pro

Condition on Discharge: Stable
Aware, alert, oriented x3. Pleasant, cooperative. Denies any pain. $SI, $SA, $ depressive s/s. $ agitation. $ aggression neck: SVD lng cta Heart S1 S2 RRR om Abd SNT B+T LE Oedema Ambulates Independent, (I) ADLs.

Follow-up Discharge and Medication Instructions: Discharge Home c parents +
• Outpatient services. Continue all current meds. Scripts given
• Flu c PCP, Flu c Neurology, Flu c Neuro Psych and
• Psychiatry for med review and renewals.
• Appointments scheduled by discharge coordinator - please refer to summary form.

MD or NP Signature _____   Date _9/24/14_   depakote levels

A-3678

## Community Reentry Summary:

Payer: State Plan Medicaid_X_ Medicare___ Private Insurance_X_ Private Pay____
Insurance: BC/BS Group Number: 003322165  Number: SNHAN5559969

**Supportive community services arranged:** (include agencies, phone numbers)

Housing:
Resident Neighbor Brian Pfail will be discharged to:

███████████████████████

Services: (Public Health Nurse, Lifeline, Home Care, etc., if applicable):
N/A

DME Ordered (if applicable):
N/A

Medical and Clinic Appointments:

| Dr. Robert Peters, Primary Care Physician | Dr. Alan Ettinger, Neurology |
|---|---|
| ProHealth Care Associates | Neurological Surgery |
| 2 Ohio Drive | 1991 Marcus Avenue |
| New Hyde Park, NY 11042 | Suite 108 |
| PH: (516) 622-6060 | Lake Success, NY 11042 |
| Appt: Wednesday, October 1st, 2014 | PH: (516) 442-2250 |
| Time: 11:30 A.M. | Appt: Thursday, October 2nd, 2014 |
| | Time: 2:00 P.M. |

Dr. Maureen Grix, Neuropsychologist
520 Franklin Avenue
Suite 211
Garden City, NY 11530
PH: (516) 746-3691
Appt: Tuesday, September 30th, 2014
Time: 1:30 P.M.

Nassau University Medical Center Ambulatory Mental Health Services
2201 Hempstead Turnpike
Building J
East Meadow, NY 11554
PH: (516) 572-6822
Appt: Thursday, December 11th, 2014
Time: 2:40 P.M.

THINGS TO REMEMBER:

- You are eligible for Medicaid transportation to all of your medical appointments. To arrange a trip, contact LogistiCare Solutions at least 48 hours prior to your appointment date. To schedule a trip, *contact LogistiCare directly at PH: 1-877-813-5602.*
- Your primary care physician has agreed to manage your psychotropic medications until your mental health appointment scheduled for December 11th, 2014.

Northeast Center for Special Care  Discharge Summary 073112

1

**A-3679**

TRANSMISSION VERIFICATION REPORT

TIME : 08/12/2013 09:30

```
DATE,TIME              08/12 09:29
FAX NO./NAME           3654748
DURATION               00:01:24
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

GRIX                                              462

A-3680

FAX COVER LETTER

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: 516 - 746 - 3691     FAX: 516 - 294 - 9057

PLEASE DELIVER THE ATTACHED TO:

NAME: TRANSITIONS     FAX NUMBER: 1 - 516 - 365 - 4748
FROM: OF L.I     TOTAL NUMBER OF PAGES: 2
MEDICAL RECORDS     (including Fax Letter)
DEPT.
TIME SENT: 8 - 25 PM     DATE: 7/24/13
9:30 AM     3/12/13

MESSAGE: Second Request - original faxed + received by your office on 7/24/13. (See Transmission Verification Report attached)

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
DR. GRIX     AT 516 - 746 - 3691

## CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify DR. GRIX 516 - 746 - 3691 immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

A-3681

TRANSMISSION VERIFICATION REPORT

TIME : 07/24/2013 14:26

DATE,TIME          07/24 14:26
FAX NO./NAME       3654748
DURATION           00:00:50
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM

GRIX                                              464

A-3682

FAX COVER LETTER

MAUREEN C. GRIX, Ph.D.
GARDEN CITY MEDICAL CENTER
520 FRANKLIN AVE. SUITE 211
GARDEN CITY, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: _516 - 746 - 3691_ FAX: _516 - 294 - 9057_

PLEASE DELIVER THE ATTACHED TO:

NAME: _TRANSITIONS_ FAX NUMBER: _1-516-365-4748_
FROM: _OF L.I_ TOTAL NUMBER OF PAGES: _2_
_MEDICAL RECORDS_ (including Fax Letter)
_DEPT_
TIME SENT: _2:25PM_ DATE: _7/24/13_

MESSAGE: _____
_____
_____
_____
_____

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_____DR. GRIX_____ AT _516 - 746 - 3691_

CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify _DR. GRIX_ _516 - 746 - 3691_ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

GRIX                                                    465

A-3683

TRANSMISSION VERIFICATION REPORT

```
DATE,TIME          07/24 14:26
FAX NO./NAME       3654748
DURATION           00:00:50
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

A-3684

JUL-23-2013 21:10 FROM:DP                 5167391544        TO:2949057           P.1/1
                  12:26   5162949057          MAUREEN C. GRIX, PH. D          PAGE  02

## AUTHORIZATION FORM (HIPAA)
### Authorization for Disclosure of Protected Health Information

Name of Patient: _BRIAN J. PFAIL_

1. I authorize the healthcare practitioner _NORTH SHORE/LIJ TRANSITIONS OF LONG ISLAND_
_1554 NORTHERN BLVD - 3rd FLOOR, MANHASSET NY_ (the "Practitioner") and/or the
administrative and clinical staff of the Practitioner to disclose my protected health information, as specified below,
to :

TEL #516-746-3691   _MAUREEN C. GRIX PhD._
FAX #:516-294-9057  _520 FRANKLIN AVENUE, SUITE 211_
                    _GARDEN CITY, NY 11530_

2. I am hereby authorizing the disclosure of the following protected health information:
_ALL MEDICAL RECORDS INCLUDING THE NEUROPSYCHOLOGICAL_
_ASSESSMENT REPORT AND INDIVIDUAL PSYCHOTHERAPY PROGRESS_
_NOTES._

3. This protected health information is being used or disclosed for the following purposes:
_AT THE REQUEST OF THE INDIVIDUAL_

4. This authorization shall be in force and effect until one (1) year after the date below at which time this
authorization to disclose protected health information shall expire.

5. I understand that I have the right to revoke this authorization, in writing, at any time by sending such
written notification to the Practitioner at the address above. I understand that a revocation is not effective to the
extent that the Practitioner has relied on my authorization or if my authorization was obtained as a condition of
obtaining insurance coverage and the insurer has a legal right to contest a claim.

6. I understand that information disclosed pursuant to this authorization may be disclosed by the recipient
and may no longer be protected by HIPAA or any other federal or state law.

7. The Practitioner will not condition my treatment on whether I provide an authorization for disclosure
except if health care services are provided to me solely for the purpose of creating protected health information for
disclosure to a third party.

_[signature]_                                          _7/23/13_
Signature of Patient, or Parent of Minor Patient,          Date
or Personal Representative of Patient

_BRIAN J PFAIL_
Print Name of Patient, Parent of Minor Patient
or Personal Representative of Patient (If a Personal
Representative, also state relationship to patient.)

A-3685

2013 14:26 5162949057        MAUREEN C. GRIX, PH.D     PAGE 02
-2013 21:10 FROM:DP       5167391544       TO:2949057     P.1/1
12:26   5162949957        MAUREEN C. GRIX, PH.D      PAGE 02

## AUTHORIZATION FORM (HIPAA)

### Authorization for Disclosure of Protected Health Information

Name of Patient: BRIAN J. PFAIL

1. I authorize the healthcare practitioner NORTH SHORE/LIJ TRANSITIONS OF LONG ISLAND 1554 NORTHERN BLVD - 3rd FLOOR MANHASSET NY (the "Practitioner") and/or the administrative and clinical staff of the Practitioner to disclose my protected health information, as specified below, to:

TEL #516-746-3691
FAX #:516-294-9057

MAUREEN C. GRIX PhD.
520 FRANKLIN AVENUE, SUITE 211
GARDEN CITY, NY 11530

2. I am hereby authorizing the disclosure of the following protected health information: ALL MEDICAL RECORDS INCLUDING THE NEUROPSYCHOLOGICAL ASSESSMENT REPORT AND INDIVIDUAL PSYCHOTHERAPY PROGRESS NOTES.

3. This protected health information is being used or disclosed for the following purposes:

AT THE REQUEST OF THE INDIVIDUAL

4. This authorization shall be in force and effect until one (1) year after the date below at which time this authorization to disclose protected health information shall expire.

5. I understand that I have the right to revoke this authorization, in writing, at any time by sending such written notification to the Practitioner at the address above. I understand that a revocation is not effective to the extent that the Practitioner has relied on my authorization or if my authorization was obtained as a condition of obtaining insurance coverage and the insurer has a legal right to contest a claim.

6. I understand that information disclosed pursuant to this authorization may be disclosed by the recipient and may no longer be protected by HIPAA or any other federal or state law.

7. The Practitioner will not condition my treatment on whether I provide an authorization for disclosure except if health care services are provided to me solely for the purpose of creating protected health information for disclosure to a third party.

_____           7/25/13
Signature of Patient, or Parent of Minor Patient,      Date
or Personal Representative of Patient

BRIAN J. PFAIL
Print Name of Patient, Parent of Minor Patient
or Personal Representative of Patient (If a Personal
Representative, also state relationship to patient.)

GRIX         468

A-3686



**North Shore LIJ** — **Long Island Jewish Medical Center**

North Shore-Long Island Jewish Health System

1554 NORTHERN BOULEVARD
MANHASSET, NEW YORK 11030
Tel (516) 719-3700
Fax (516) 365-4748
www.TransitionsofLongIsland.con

TRANSITIONS OF LONG ISLAND

COMPREHENSIVE NEUROREHABILITATION

### Clinical Interview/ Neurobehavioral Status Exam

| Name: Brian Pfa... | Date: 9/13/11 | Examiner: ____ (Ph.D) |
|---|---|---|

Sources of information: ☑ Self –report  ☑ Family/ S.O report  ☐ Medical Records
Specify: mother       Specify:

**Personal Information:**

| Date [redacted] | Age: 22 | Place of Birth: ☑ US ☐ other | # yrs in US: | Gender ☑ M ☐ F |
|---|---|---|---|---|

| Primary Language: Eny | Secondary Language: | Handedness: ☐ R ☑ L ☐ Ambidextrous  Switched in Lifetime? ☐ N ☐ Y |
|---|---|---|

Marital Status: ☑ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed ☐ Other
Children: ☐ N ☐ Y  Ages and Gender:

| Pre-injury living situation: ☐ by self ☑ with others  Specify: parents – sister – brother – 3rd brother away at school – | Current living situation: ☑ same as pre-injury  If different: ☐ by self ☐ with others  Specify: |
|---|---|

**Current Injury/ Illness:**

| Diagnosis: Concussion – TBI | Date of Accident/ Injury: 4/9/07 – assaulted – was coming to aid of a friend → Winthrop Hosp |
|---|---|

**Background information:**

See *Problem Summary/List*

Education History: Approx 50+ credits - Villanova - needed 2 medical leaves of absence –

| Total years: | Highest Degree: h.S. | Major /Specialization: |
|---|---|---|
| Diagnosed Learning Disability? ☐ N ☐ Y | | Special Education Services: |

**Vocational History**

Current Vocational Status:

Vocational status prior to injury:
– wants to return to Villanova in fall 2012
– wants to take an online course that Villanova will accept before that time

**Psychiatric History**

Have you ever had any emotional or psychological difficulty that had a major impact on your life? ☐ N ☑ Y
Specify:

Did you ever receive treatment for an emotional of psychological difficulty? ☐ N ☑ Y
Specify:

Are you currently receiving any psychiatric/ psychological/ counseling treatment? ☐ N ☑ Y
If so, name/ # of provider: Being followed at Hilside Day program

**Substance abuse history:**

Do you, or have you ever smoked nicotine cigarettes? ☑ N ☐ Y
Dates/ frequency:

Was there ever a time where you drank alcohol regularly such as once a week? ☐ N ☑ Y
Specify: may have abused during 1st year of college

Have you ever tried any street drugs or took more of a prescription drug than was prescribed to you? ☑ N ☐ Y
Specify:

A-3687

Name: Brian Phil  DOB: ███████ p.2

**Current subjective complaints:**

Physical - Self-report:
Sig. Other report: N. A.

Cognitive- Self-report: ↓ proenmy, ↓ delyd recall, ↓ exec fradurs
Sig. Other report:

Emotional - Self-report: Anxious - mood is Anx — cl't said he remembers
Sig. Other report: beng very depressed in the sprng

**Self-reported Goals:**
Retrn to villnova + succeed in Sept 2012

**Objective (Examiner) Assessments:**

Arousal/ Alertness: ☑alert & aroused ☐required cueing to maintain focus ☐unable to maintain focus despite cueing

Attention: ☑grossly intact ☐internally distracted ☐externally distracted ☐slow processing speed

Orientation: ☑self ☑place ☑date ☐confabulatory

Gross motor: upper extremities ☑grossly intact ☐impaired  lower extremities ☑grossly intact ☐impaired

Fine motor: ☑ grossly intact ☐impaired

Expressive language: ☑effectively communicates ☐difficulties w/ verbal communication ☐paucity of speech
☐verbosity ☐articulation difficulties ☐slowed speech ☐Other:

Receptive language: ☑effectively comprehends ☐requires repetition to comprehend ☐unable to effectively comprehend

Appearance: ☑well-kempt, groomed ☐disheveled ☐reduced hygiene ☐Other:

Mood/ Thought: ☐relatively intact ☐depressed ☑anxious ☐labile ☐angry/ irritable ☐paranoid/suspicious
☐disorganized ☐hallucinatory ☐Other: mild

Interest/Cooperation: ☑engaged ☑good rapport ☐reduced frustration tolerance ☐reduced motivation ☐adynamia

Insight: ☐poor ☐limited ☑good

**Other Instruments Completed:**

☑Problem List/Summary            ☐Community Integration Questionnaire
☐Satisfaction With Life Scale     ☐Family Needs Questionnaire            ☐Discharge Form

**Information Provided:**

☐Smoking Cessation Materials          ☐Referral for pain management : _____
☐Alcohol/Drugs & Brain Injury Information
☐Referral for Alcohol/Substance Abuse Tx: _____
☑Referral for psychiatry consult: Dr. Adarsh 6pt

**Recommendations:**

Evaluations: ☑Neuropsychological ☑Speech-Language Therapy ☐Physical Therapy ☑Occupational Therapy

Treatment Plan: ☐pending completion of inter-disciplinary evaluations ☐Other:

☐ Other Recommendations: Indiv Counselng

_____ Jean T. (Ph.D)
Examiner Signature

9/13/11 9:00
Date  a.m

GRIX                     470

**A-3688**

### North Shore LIJ Transitions of Long Island®

1554 Northern Blvd. Manhasset, N.Y. 11030 Phone: 516-719-3700 / Fax: 516-365-4748

## Speech-Language Therapy Evaluation
### TBI BATTERY (SCATBI, MTDDA, BDAE, BTHI, Word Test):

Client Name (Last, First): __Pfail, Brian__
D.O.B: ▮▮▮▮ Age: __21__ Gender: (Male) Female
Date of Onset: __4/9/07__

Today's Date: __9/22/11__
Referring Physician: __Dr. Robert Ra__
Insurance: __Empire BC/BS__

Diagnosis: __Concussion with cognitive deficits__

| CVA w/ Aphasia 438.11 | CVA w/Speech and Language Deficits 438.10 | CVA w/ Apraxia 438.81 |
|---|---|---|
| CVA w/ Dysarthria 438.13 | CVA w/ Cognitive Deficits 438.0 | CVA w/ Dysphagia 438.82 |

**Acquired Brain Injury NOT due to CVA**

| Aphasia | 784.3 | Voice and Resonance disorders 784.40 | Dysphagia 787.20 |
|---|---|---|---|
| Dysarthria | 784.51 | Other speech disturbance: slurred speech, dysphasia 784.59 | |

### Medical History

History of Present Illness: __Concussion while coming to the aid of a friend - assaulted during fight, major depressive disorder, hallucinations 2007, attending a suicide attempt__

Course of tx/Rehab for Present Condition: __none — being followed by Hillside day program due to psych history__

Chief Complaint: __"↓ learning ability" memory__

PMH: __Shoulder surgeries (3) Septoplasty, turbinectomy, mononucleosis 2006, Hit in head w/ steel beam while playing basketball (2006) Also receives.__

Current Medications: __Effexor, Ativan, Risperdal, ECT for depression__

Allergies: __Cats__ Oriented: __x 3__ Premorbid Communication Status (I)
History of Smoking: (No) Yes(smoking cessation information given) Hx Substance/Alcohol Use (Y)/N __ETOH__
Hearing: (WFL) Hearing Loss: Right/Left; Hearing Aids: Y/N __N/A__ Vision __WNL__
Pain Assessment: Yes (No) Pain Intensity: __0__/10 Location: __N/A__ Advised to contact MD
Observations: __Pleasant and motivated to return to school, reports depression,__
Social History __appeared anxious about his perform__

Lives with: Alone Spouse (Family) Friend/Significant Other Other: _____
Education: __Some college - Villanova__ Vocation: __Student - medical leave - majoring in Math__
Language: __English__ Interpreter: Y/(N) Handedness: Right (Left)

### ORAL FACIAL EXAMINATION

Facial Symmetry: (Symmetrical) Asymmetrical Weakness: R/L
Labial ROM: (WNL) Protrusion ✓ Retraction ✓ Strength: ✓
Lingual ROM: (WNL) Protrusion ✓ Retraction ✓ Elevation ✓ Lateralization ✓ Strength: __WNL__
Velar Elevation: (WNL) Other
Dentition: Edentulous (Complete) Incomplete Dentures
Swallow: __WNL__
Current Diet: __whole/thin__
Oral Motor Skills: (WNL) Decreased Comments: __N/A__

A-3689

North Shore LIJ  Transitions of Long Island®

Page 2 of 3

Name __Pfail, Brian__ Date of Birth ████ Today's Date: __9/22/11__

## RECEPTIVE LANGUAGE

Delayed Recall: Give these 3 words (circle words recalled after 15 minutes) Walk Sun Green __2/3__
Auditory Memory and Selective Attention __14/18__
MTDDA: Y/N Paragraphs __5/6__
SCATBI: Open Ended format: Paragraphs __6/11__ or BDAE: Retelling a Paragraph __8__ (Norm: 8 memories)
BDAE: Reading Comprehension __10/10__
Problem Solving: Word Associations: __8/10__ Analogies: __5/5__
Following Written Directions: __4/5__
Other: __↓ processing speed__

RECEPTIVE LANGUAGE SKILLS ARE:   WNL   (MILDLY — MODERATELY)   SEVERELY   IMPAIRED

## EXPRESSIVE LANGUAGE

Confrontational Naming: __13/15__
Word Fluency: __19__ wpm (Norm: 18 wpm)
SCATBI: Formulating sentences with multiple meanings __3/3__
WORD TEST: Synonyms __3/5__ Antonyms __5/5__
Similarities & Differences: __9/10__
Writing Skills: __WNL__
Other:

EXPRESSIVE LANGUAGE SKILLS ARE:   WNL   (MILDLY)   MODERATELY   SEVERELY   IMPAIRED

## SPEECH INTELLIGIBILITY

Fluency: (Fluent)  Non-fluent
Articulation: (Adequate)  Reduced  Unintelligible
Rate: (Adequate)  Slow  Rapid
Dysarthria: __N/A__
Overall Intelligibility: (WNL)  Good  Fair  Poor

Prosody: (Adequate)  Reduced
Loudness: (Adequate)  Reduced
Voice: (Adequate)  Hoarse  Breathy  Strained  Aphonic
Apraxia: __N/A__
Other:

## PRAGMATIC LANGUAGE

| G= Good | F= Fair | P=Poor | M = Mild | MO=Moderate | S=Severe | N/A |
|---------|---------|--------|----------|-------------|----------|-----|

Affect: __F__   Attention: __G__   Turn Taking: __G__   Eye Contact: __G__   Initiation: __G__

Topic maintenance: __G__   Confabulation: __N/A__   Perseveration: __N/A__

A-3690

North Shore LIJ  Transitions of Long Island®

Page 3 of 3

Name: Pfail, Brian    Date of Birth: ███████    Today's Date: 9/22/11

**Impression/Prognosis:**
Mr. Pfail is a 21 y/o male s/p concussion as a result of a ass on 4/9/07. He currently presents w/ moderately impaired Receptive lang. skills in the areas of immediate and delayed memory at sentence to ¶ levels. He also evidenced slowed processing speed throughout tasks ε mildly reduced attention to detail. Expressively he demonstrated mildly reduced higher level word finding and verbal specificity. He presented with a flat affect, but was pleasant and motivated w/ good insight. "anxiety

**Treatment Plan: Restorative ST for:** ☑Individual speech/language therapy ☑Group speech/language therapy

**Short-Term Goals**
① Client will learn ε employ internal/external memory strategies to increase delayed recall w/ 80%/ accur. w/ mod Ⓐ.
② Client will recall details from ¶ length material w/ 80% accuracy given mod Ⓐ.
③ Client will ↑ recall for functional prospective memory assignments.
④ Client will ↑ processing speed across all tasks in 8/10x w/ min - mod Ⓐ.
⑤ Client will ↑ ability to follow complex written directives in 9/10x w/ min cues
⑥ Client will ↑ higher level word finding for synonyms in 8/10x w/ min Ⓐ.

**Long-Term Goals**
To ↑ overall cognitive-linguistic skills to Ⓘ levels.

Client/Family goals: To improve memory skills ε return to school

Client/Family in agreement with stated goals: ☑Yes ☐No

RECOMMENDATION: Freq. 2 X wk for 4 wks as tolerated, with re-evaluation the week of 10/24/11

Therapist: Jennifer Napolitano
      Print Name

Therapist's Signature: Jennifer Napolitano SLP    Date 9/22/11