# 25-3129 (L),
## 25-3132 (CON), 25-3135 (CON)

# United States Court of Appeals

*for the*

## Second Circuit

BRIAN PFAIL,

*Plaintiff-Appellee,*

– v. –

COUNTY OF NASSAU, POLICE OFFICER JONATHAN PANUTHOS, in his individual and official capacity, POLICE OFFICER KAREN C. O'BRIEN, in her individual and official capacity, JOHN DOES 1-10, in their individual and official capacities, NASSAU COUNTY POLICE DEPARTMENT, SERGEANT THOMAS IANNUCCI, in his individual and official capacity, POLICE OFFICER JOSEPH MASSARO, in his individual and official capacity,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

### APPENDIX FOR DEFENDANTS-APPELLANTS
### VOLUME 14 OF 17 (PAGES A-3691 TO A-3974)

MATTHEW A. CUOMO
CUOMO LLC
*Attorneys for Defendant-Appellant*
  *Thomas Iannucci*
200 Old Country Road, Suite 2 South
Mineola, New York 11501
(516) 741-3222

LEO DORFMAN
SOKOLOFF STERN LLP
*Attorneys for Defendant-Appellant*
  *Joseph Massaro*
179 Westbury Avenue, Suite 201
Carle Place, New York 11514
(516) 334-4500

*(For Continuation of Appearances See Inside Cover)*

 COUNSEL PRESS   (800) 4-APPEAL • (392582)

HELEN M. BENZIE
THE LAW OFFICE OF
  VINCENT D. MCNAMARA
*Attorneys for Defendants-Appellants*
*  Police Officer Jonathan Panuthos, in*
*  his individual and official capacity.*
*  Police Officer Karen C. O'Brien, in*
*  her individual and official capacity,*
*  Nassau County Police Department*
1045 Oyster Bay Road, Suite 1
East Norwich, New York 11732
(516) 922-9100
hbenzie@vdm-law.com

i

# TABLE OF CONTENTS

**Page**

U.S. District Court Docket Entries ............................ A-1

Complaint, dated February 1, 2016 ........................... A-37

Answer, by Defendants, dated April 1, 2016 .............. A-64

Order of the Honorable Cheryl L. Pollak, dated
    January 2, 2023 ....................................................... A-77

Order of the Honorable Cheryl L. Pollak, dated
    November 8, 2023 ................................................. A-88

Proposed Pretrial Order, dated May 10, 2024............ A-93

Proposed Pretrial Order with Comments, dated
    January 3, 2025...................................................... A-153

Proposed Pretrial Order, dated January 14, 2025 ...... A-195

Motions *In Limine*, by Plaintiff, dated
    March 21, 2025 ...................................................... A-234

Motions *In Limine*, by Plaintiff, dated
    March 21, 2025 ...................................................... A-243

Exhibit A to Motions In Limine -
(i) Certificate of Disposition Dismissal, in *The People of the State of New York v. Pfail*, Nassau County Court Case No. 00402B-2015, dated December 21, 2018 ................................................. A-252

(ii) Certificate of Disposition Acquittal, in *The People of the State of New York v. Pfail*, Nassau County Court Case No. 00402N-2015, dated December 20, 2018 ................................................. A-254

(iii) Certificate of Disposition Dismissal, in *The People of the State of New York v. Pfail*, Nassau County Court Case No. 00402A-2015, dated December 21, 2018 ................................................. A-255

ii

**Page**

(iv) Certificate of Disposition, in *The People of the State of New York v. Pfail*, Nassau District Court Docket No. CR-003681-17NA, dated December 21, 2018 .................................................. A-256

(v) Certificate of Disposition, in *The People of the State of New York v. Pfail*, Queens Criminal Court Docket No. CR-016669-17QN, dated November 19, 2018 .................................................. A-257

Request to Charge, by Plaintiff, dated March 21, 2025 ........................................................ A-258

Proposed Verdict Sheet, filed May 21, 2025.............. A-304

Motion *In Limine*, by Defendants, dated March 21, 2025 ........................................................ A-309

Notice of Motion I*n Limine*, by Defendant Police Officer Joseph Massaro, dated March 21, 2025 .... A-316

Declaration of Leo Dorfman, for Defendant Police Officer Joseph Massaro, in Support of Motion, dated March 21, 2025 ............................................. A-318

Exhibit A to Dorfman Declaration - Neuropsychological Evaluation of N.G. Berrill, Ph.D., dated May 19, 2020 .................................... A-320

Exhibit B to Dorfman Declaration - Dr. N.G. Berrill's Amended Expert Report Disclosure Pursuant to FRCP Rule 26(A)(2)(a), by Plaintiff, dated December 10, 2024 .................. A-338

Annexed to Disclosure - Updated Evaluation of N.G. Berrill, Ph.D., dated December 4, 2024 .................................... A-342

Exhibit C to Dorfman Declaration - Deposition Transcript of Dr. N.G. Berrill, dated December 20, 2024................................................. A-369

iii

**Page**

Exhibit D to Dorfman Declaration -
Deposition Transcript of Dr. Naftali Garcia
Berrill, dated February 4, 2025 ............................... A-503

Motion *In Limine*, by Defendants, for an Order to
Preclude Dr. Berrill's Testimony, dated
March 21, 2025 ........................................................ A-616

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
March 21, 2025 ........................................................ A-635

Memorandum of Law, by Defendants, in Opposition
to Plaintiff's Motion *In Limine*, dated
April 4, 2025 ............................................................ A-637

Opposition, by Plaintiff, to Defendants' Motions *In
Limine*, dated April 4, 2025 .................................... A-649

Opposition, by Plaintiff, to Defendants' Motions to
Preclude Dr. Berrill, dated April 4, 2025 ............... A-657

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated April 14, 2025 ............................... A-669

Exhibit A to Letter -
Independent Neuropsychological Evaluation of
Dustin J. Gordon, Ph.D., dated June 22, 2023 ....... A-673

Exhibit B to Letter -
Neuropsychological Evaluation of Amanda L.
Sacks, Ph.D. and Wayne Gordon, Ph.D., dated
August 12, 2008 ....................................................... A-712

Exhibit C to Letter -
Patient Care Report of Nassau County Police
Emergency Ambulance Bureau, dated
July 16, 2013 ........................................................... A-721

Exhibit D to Letter -
Medical Records from Nassau University
Medical Center ........................................................ A-723

iv

**Page**

Exhibit E to Letter -
Medical Records from Nassau University
Medical Center...................................................... A-729

Exhibit F to Letter -
Initial Psychiatric Rehabilitation Assessment
Note of Danielle Dimeo, dated July 18, 2013 ....... A-738

Exhibit G to Letter -
Excerpts from Discharge Summary of John
Maloy, M.D., dated November 12, 2013 ............... A-740

Exhibit H to Letter -
Excerpt from Documents Review Report, dated
December 3, 2014 ................................................. A-743

Exhibit I to Letter -
Documents Review Report, dated
February 7, 2017 .................................................. A-745

Exhibit J to Letter -
Excerpt from Initial Psychiatric Rehabilitation
Assessment, dated February 24, 2017 ................... A-751

Exhibit K to Letter -
Excerpts from Discharge Summary of Augusto
Angulo, M.D., dated April 14, 2015 ...................... A-753

Exhibit L to Letter -
Excerpt from Discharge Summary of Patricia
Giarrusso, N.P., dated February 24, 2017 .............. A-756

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated May 2, 2025 . A-758

Letter from John Carnevale to the Honorable Nina
R. Morrison, dated May 5, 2025 ............................ A-760

Transcript of Pretrial Conference held before the
Honorable Nina R. Morrison, dated May 6, 2025 . A-762

Letter from Matthew A. Cuomo to the Honorable
Nina R. Morrison, dated May 10, 2025 ................. A-810

v

**Page**

Letter from Matthew A. Cuomo to the Honorable
Nina R. Morrison, dated May 11, 2025 .................. A-812

Annexed to Letter -
(i) Transcript of Trial Proceedings held before the
Honorable Terence P. Murphy, in *The People of
the State of New York v. Pfail*, Nassau County
Supreme Court Indictment No. 402A-15, dated
February 27, 2018 .................................................. A-813

(ii) Excerpts from Transcript of Trial Proceedings
held before the Honorable Terence P. Murphy, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402A-15, dated March 1, 2018 .............................. A-892

Excerpts from Transcript of Pretrial Conference
held before the Honorable Nina R. Morrison,
dated May 12, 2025 ................................................ A-945

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 13, 2025 .......................................................... A-966

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 14, 2025 .......................................................... A-1014

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 15, 2025 .......................................................... A-1245

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 15, 2025 .......................................................... A-1247

Transcript of Conference in Chambers held before
the Honorable Nina R. Morrison, dated
May 15, 2025 .......................................................... A-1489

vi

**Page**

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 16, 2025 ......................................................... A-1497

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 18, 2025 ......................................................... A-1714

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 19, 2025 ......................................................... A-1716

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated May 19, 2025 .............................. A-1721

Exhibit A to Letter -
Letter from Tammi M. Mitchell to Maureen Grix,
Ph.D., dated April 29, 2019 .................................. A-1723

Exhibit B to Letter -
Email from Maureen Grix, Ph.D. to Frederick K.
Brewington, dated May 5, 2018, with Letters ....... A-1724

Exhibit C to Letter -
Combined First Set of Interrogatories and
Requests for Documents, by Defendants, dated
July 23, 2019......................................................... A-1729

Exhibit D to Letter -
Letter from Jeremy J. Scileppi to Maureen Grix,
Ph.D., dated May 9, 2019 ..................................... A-1739

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated May 20, 2025 .............................. A-1740

Exhibit A to Letter -
List of Items Being Filed, in *The People of the
State of New York v. Pfail*, Nassau County
Supreme Court Indictment No. 402N-15............... A-1748

vii

**Page**

Exhibit B to Letter -
Letter from Matthew Perry to the Honorable
Teresa Corrigan, dated January 19, 2018 ............... A-1752

Exhibit C to Letter -
Excerpts from Transcript of Trial Proceedings, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402N-15, dated March 2, 2018 .............................. A-1753

Proposed Jury Charge, filed May 20, 2025 ................ A-1767

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 20, 2025 .......................................................... A-1800

Jury Charge, dated May 21, 2025 .............................. A-2071

Annexed to Jury Charge -
Proposed Verdict Sheet .......................................... A-2102

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 21, 2025 .......................................................... A-2105

Exhibit A to Letter -
Letter from Lavern Van Ommeren to Leo
Dorfman, dated January 12, 2023 ......................... A-2109

Exhibit B to Letter -
Order of the Honorable Cheryl L. Pollak, dated
January 2, 2023 ...................................................... A-2110

Exhibit C to Letter-
Letter from Lavern Van Ommeren to Ralph
Reissman, dated January 12, 2023 ........................ A-2121

Exhibit D to Letter -
Letter from Tammi M. Mitchell to Jeremy James
Scileppi, dated April 17, 2019 ............................... A-2122

viii

**Page**

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 21, 2025 ........................................................ A-2123

Letter from Matthew A. Cuomo to the Honorable Nina R. Morrison, dated May 22, 2025 .................. A-2336

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 22, 2025 ........................................................ A-2339

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 23, 2025 ........................................................ A-2410

Verdict Sheet, dated May 23, 2025 ............................ A-2616

Letter from John Carnevale to the Honorable Nina R. Morrison, dated May 26, 2025 .......................... A-2619

Proposed Jury Charge, filed May 27, 2025................ A-2621

Letter from Leo Dorfman to the Honorable Nina R. Morrison, dated May 27, 2025 .............................. A-2628

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 27, 2025 ........................................................ A-2631

Letter from Frederick K. Brewington to the Honorable Nina R. Morrison, dated May 27, 2025 ........................................................ A-2889

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 28, 2025 ........................................................ A-2891

Jury Charge, dated May 28, 2025 .............................. A-3108

Annexed to Jury Charge -
Proposed Verdict Sheet (Damages)........................ A-3116

Supplemental Jury Charge, dated May 29, 2025 ....... A-3118

ix

Page

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 29, 2025 ......................................................... A-3120

Verdict Sheet (Damages), dated May 29, 2025 ......... A-3159

Defendants' Trial Exhibit C -
Redacted Indictment, in *The People of the State
of New York v. Pfail*, Nassau County Supreme
Court .................................................................... A-3161

Defendants' Trial Exhibit D -
DVD Containing Outside Video ............................. A-3169

Defendants' Trial Exhibit E -
DVD Containing Inside Video ............................... A-3171

Defendants' Trial Exhibit F -
Redacted District Court – Felony Complaint, in
*The People of the State of New York v. Pfail*,
Nassau County District Court Docket No. 23996 . A-3173

Defendants' Trial Exhibit G -
District Court – Information, in *The People of the
State of New York v. Pfail*, Nassau County
District Court Docket No. 23996 ........................... A-3182

Defendants' Trial Exhibit O -
Redacted Neuropsychological Evaluation of
Wayne A. Gordon, Ph.D., dated August 12, 2008 . A-3185

Defendants' Trial Exhibit P -
Redacted Emergency Department Nursing Care
Record from Nassau University Medical Center ... A-3189

Defendants' Trial Exhibit Q -
Redacted Initial Psychiatric Rehabilitation
Assessment Note of Danielle Dimeo, dated July
18, 2013 ................................................................ A-3191

x

**Page**

Defendants' Trial Exhibit R -
Patient Results Report from Nassau University
Medical Center, dated November 4, 2014 .............  A-3193

Defendants' Trial Exhibit BBBBB -
Photograph of Plaintiff's Face ..............................  A-3197

Defendants' Trial Exhibit CCCCC -
Photograph of Plaintiff's Face ..............................  A-3199

Defendants' Trial Exhibit DDDDD -
Photograph of Plaintiff's Face ..............................  A-3201

Defendants' Trial Exhibit FFFFF -
Aerial View of Incident Location ..........................  A-3203

Defendants' Trial Exhibit IIIII -
Photograph of Plaintiff's Face ..............................  A-3205

Defendants' Trial Exhibit JJJJJ -
Photograph of Plaintiff's Sweatshirt......................  A-3207

Defendants' Trial Exhibit ZZZZZ -
Redacted Nassau County Police Dept Physical
Condition Questionnaire of Brian J. Pfail, dated
November 4, 2014 ...............................................  A-3209

Court Exhibit 2 -
Email from John Carnevale to Albert Huber and
Freddie Valderrama, dated May 22, 2025 ..............  A-3212

Court Exhibit 3 -
Email Thread between Freddie Valderrama, John
Carnevale, *et al.*, dated May 15-16, 2025 ..............  A-3213

Court Exhibit 4 -
Handwritten Abuse of Process Questions...............  A-3217

Trial Exhibit -
Medical Records from Maureen Grix, Ph.D..........  A-3218

Judgment in a Civil Action, dated May 30, 2025 ......  A-4205

Notice of Appeal, dated June 26, 2025 ......................  A-4206

xi

Page

Letter from Robert F. Van der Waag to the
Honorable Brenna B. Mahoney, dated
June 26, 2025 ......................................................... A-4208

Motion and Notice of Motion, by Plaintiff, for Costs
and Reasonable Attorneys' Fees, dated
July 22, 2025......................................................... A-4209

Declaration of Frederick K. Brewington, for
Plaintiff, in Support of Motion, dated
July 22, 2025......................................................... A-4212

Exhibit 1 to Brewington Declaration -
Pre-Bill Worksheet from the Law Offices of
Frederick K. Brewington, dated July 18, 2025...... A-4265

Exhibit 2 to Brewington Declaration -
Abbreviated *Curriculum Vitae* of Frederick K.
Brewington ............................................................. A-4347

Exhibit 3 to Brewington Declaration -
Declaration of Harry Ballan, in *Greenaway v.
County of Nassau*, U.S. District Court, EDNY
Case No. 11-cv-2024 (LDH) (AKT)
("Greenaway Action"), dated June 15, 2018 ......... A-4398

Exhibit 4 to Brewington Declaration -
Declaration of Patricia E. Salkin, for Plaintiff, in
Support of Motion, in Greenaway Action, dated
June 18, 2018 ......................................................... A-4401

Exhibit 5 to Brewington Declaration -
Declaration of Howard A. Glickstein, for
Plaintiff, in Support of Motion, in Greenaway
Action, dated June 11, 2018................................... A-4406

Exhibit 6 to Brewington Declaration -
Declaration of Randolph M. McLaughlin, for
Plaintiff, in Support of Motion, in Greenaway
Action, dated June 15, 2018 .................................. A-4410

xii

Page

Exhibit 7 to Brewington Declaration -
Declaration of Rick Ostrove, for Plaintiff, in
Support of Motion, in Greenaway Action, dated
June 15, 2018 .......................................................... A-4416

Exhibit 8 to Brewington Declaration -
Declaration of Jonathan C. Moore, for Plaintiff,
in Support of Motion, in *Besedin v. County of
Nassau*, U.S. District Court, EDNY Case No.
CV-18-819 (NRM) (ST) ("Besedin Action"),
dated November 14, 2024...................................... A-4421

Declaration of Scott A. Korenbaum, for Plaintiff, in
Support of Motion, dated July 21, 2025 ................ A-4433

Exhibit 1 to Korenbaum Declaration -
Declaration of Gabriel P. Harvis, for Plaintiff, in
Support of Motion, in Besedin Action, dated
November 13, 2024 ................................................ A-4450

Exhibit 2 to Korenbaum Declaration -
Declaration of Jonathan C. Moore, for Plaintiff,
in Support of Motion, in Besedin Action, dated
November 14, 2024 ................................................ A-4467

Exhibit 3 to Korenbaum Declaration -
May and June 2025 Time and Expense Entries
for SAK.................................................................... A-4478

Memorandum of Law, by Plaintiff, in Support of
Motion, dated July 22, 2025 .................................. A-4484

Declaration of John Carnevale, for Defendants, in
Support of Motion for Judgment and for a New
Trial or Remittitur Pursuant to Rules 50 and 59,
dated August 1, 2025 ............................................. A-4512

Combined Memorandum of Law, by Defendants, in
Support of Motion for Judgment and for a New
Trial or Remittitur Pursuant to Rules 50 and 59,
dated August 1, 2025 ............................................. A-4513

xiii

| | Page |
|---|---|

Exhibit A to Carnevale Declaration -
Excerpts from Transcripts of Trial Proceedings
held before the Honorable Nina R. Morrison ........ A-4562

Exhibit B to Carnevale Declaration -
Excerpts from Transcript of Trial Proceedings
held before the Honorable Terence P. Murphy, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402A-15, dated February 27, 2018 ........................ A-4615

Memorandum of Law, by Defendants, in Opposition
to Plaintiff's Motion for Attorneys' Fees and
Costs, dated September 4, 2025 ............................. A-4626

Memorandum of Law, by Plaintiff, in Opposition to
Defendants' Motion for Judgment and for a New
Trial or Remittitur Pursuant to Rules 50 and 59,
dated September 4, 2025 ....................................... A-4646

Reply Memorandum of Law, by Defendants, in
Further Support of Motion for Judgment and for
a New Trial or Remittitur Pursuant to Rules 50
and 59, dated September 17, 2025 ......................... A-4693

Memorandum and Order of the Honorable Nina R.
Morrison, dated November 13, 2025 ..................... A-4717

Memorandum and Order of the Honorable Nina R.
Morrison, dated December 3, 2025 ....................... A-4761

Notice of Appeal, by Defendants County of Nassau.
Nassau County Police Department, Police Officer
Jonathan Panuthos, Police Officer Karen C.
O'Brien and John Does 1-10, dated
December 11, 2025 ............................................... A-4765

Notice of Appeal, by Defendant Sergeant Thomas
Iannucci, dated December 11, 2025 ....................... A-4767

Notice of Appeal, by Defendant Police Officer
Joseph Massaro, dated December 11, 2025 ........... A-4769

A-3691


**North Shore LIJ** *Long Island Jewish Medical Center*
North Shore-Long Island Jewish Health System

> LIJ – Transitions of Long Island ®
> 1554 Northern Blvd.
> Manhasset, NY
> Phone; 516-719-3700
> Fax: 519-365-4748

## Speech-Language Therapy

**X Progress Report / Re-Evaluation**   □ Discharge Summary

Client Name: Pfail, Brian   Today's date: 11/22/11   Date of Birt [REDACTED]   Age: 22
Audition: WNL   Sex: Male   Referring Physician: Dr. Peters
Diagnosis: Concussion s/p assault   Date of Onset: 4/9/07   Insurance: Empire BC/BS

| Swallowing Functional level: | Motor Speech / Oral Motor Functional level: | Expressive Language Functional level: Modified I | Receptive Language Functional level: Modified I |
|---|---|---|---|
| □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing |
| □ Gains made- goals Updated | □ Gains made- goals Updated | □ Gains made- goals Updated | X Gains made- goals Updated |
| x Within Functional Limits | x Within Functional Limits | X Within Functional Limits | □ Within Functional Limits |
| **Orientation** Functional level: | **Memory** Functional level: Min A | **Problem Solving** Functional level: Min A | **Pragmatic Language** Functional level: Mod A |
| □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing |
| □ Gains made- goals Updated | X Gains made- goals Updated | X Gains made- goals Updated | X Gains made- goals Updated |
| X Within Functional Limits | □ Within Functional Limits | □ Within Functional Limits | □ Within Functional Limits |

A= Assistance I= Independent

**Summary of Progress to Date:**

Mr. Pfail is a 22 y/o man s/p concussion as a result of an assault in 2007. He has been receiving ST here 2x/week for approximately 1 month, however has inconsistent attendance to his memory group session because of his scheduled ECT treatments. He has a history of depression/anxiety as well as paranoia and hallucinations. He is currently attending counseling sessions here. He has been doing well and making significant gains in short-term memory, delayed and prospective memory, and has good follow-through on assignments. However, mildly decreased short term memory is affecting him functionally at times. He has made gains in processing speed and reasoning but continues to require increased processing time. He is very sensitive to mild symptoms and sometimes his anxiety affects his performance. His awareness into affect has been improving but his affect often does not fit the situation. Due to gains made and positive reception the therapy, rec. continued ST 2x/week for 4 weeks to focus on functional return to school tasks with anticipated discharge at that time.

**Short-Term Goals:**

1. Increase use of internal memory strategies to improve delayed recall to 80% accuracy with min A.
2. Complete complex and functional prospective school-based memory assignments with 80% accuracy with modified I
3. Improve processing speed on complex written and verbal tasks with min A
4. Improve complex higher level word finding and verbal cohesion during descriptive tasks to 80% accuracy with mod A
5. Increase awareness of appropriate affect given contextual cues with min A

**Long Term Goals:**

Improve overall cognitive skills to I levels

**Frequency/Duration** __2__ x per week for __4__ weeks as tolerated, with discharge anticipated at that time
X Client/Family in agreement with stated goals   □ Client discharged from treatment   □ Client/Family in agreement with discharge plan

**Patient/Family Education/Training:** X In Process   □ Complete   **Rehab Potential**: □ Poor   □ Fair   X Good/Excellent

**Discharge Recommendations**: Return to school/ online college course. Continue counseling services.

Jennifer Napolitano, MA, CCC/SLP
Therapist Name (Print)

*Jennifer Napolitano MA CCC/SLP* 11/22/11
Therapist Signature   Date

A-3692

 North Shore LIJ Long Island Jewish Medical Center
North Shore-Long Island Jewish Health System

LIJ – Transitions of Long Island
1554 Northern Blvd.
Manhasset, NY
Phone; 516-719-3700
Fax: 519-365-4748

## Speech-Language Therapy

**Progress Report / Re-Evaluation**      **X Discharge Summary**

Client Name: _Pfail, Brian_ Today's date: _12/15/11_      Date of Birth ▇▇▇▇▇    Age: _22_

Audition: _WNL_     Sex: _Male_     Referring Physician: _Dr. Peters_

Diagnosis: _Concussion s/p assault_     Date of Onset: _4/9/07_    Insurance: _Empire BC/BS_

| Swallowing | Motor Speech / Oral Motor | Expressive Language | Receptive Language |
|---|---|---|---|
| *Functional level:* | *Functional level:* | *Functional level: I* | *Functional level: I* |
| □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing |
| □ Gains made- goals Updated | □ Gains made- goals Updated | □ Gains made- goals Updated | □ Gains made- goals Updated |
| x Within Functional Limits | x Within Functional Limits | X Within Functional Limits | X Within Functional Limits |
| **Orientation** | **Memory** | **Problem Solving** | **Pragmatic Language** |
| *Functional level:* | *Functional level: Mod I* | *Functional level: Mod I* | *Functional level:* |
| □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing | □ Goals Ongoing |
| □ Gains made- goals Updated | X Gains made- | X Gains made- | X Gains made- goals Updated |
| X Within Functional Limits | □ Within Functional Limits | □ Within Functional Limits | □ Within Functional Limits |

A= Assistance I= Independent

**Summary of Progress to Date**

Mr. Pfail is a 22 y/o man s/p concussion as a result of an assault in 2007. He has been receiving ST here 2x/week for approximately 2 months, however has inconsistent attendance to his memory group session because of his scheduled ECT treatments. He has a history of depression/anxiety as well as paranoia and hallucinations. He is currently attending counseling sessions here, being treated by neuropsychiatry, and his psych symptoms have been improving. He has made significant gains in memory, problem solving, affect, and pragmatic language skills. Any minor difficulties in these areas can be attributed to the above mentioned psych symptoms. Overall, cognitive-linguistic skills are WNL at this time. Therefore, he is discharged from speech therapy.

**Short Term Goals:**

n/a

**Long Term Goals:**

n/a

**Frequency/Duration**
Client/Family in agreement with stated goals    X Client discharged from treatment    X Client/Family in agreement with discharge plan

**Patient/Family Education/Training:** In Process     X Complete

**Discharge Recommendations**: _Return to school when appropriate with supports if needed. Continue counseling services._

Jennifer Napolitano, MA, CCC/SLP    _Jennifer Napolitano, MA CCC/SS_    12/15/11
Therapist Name (Print)           Therapist Signature          Date

A-3693



**North Shore LIJ Long Island Jewish Medical Center**

Transitions of Long Island
1554 Northern Blvd, Manhasset, NY 11030
(P) 516-719-3700    (F) 516-365-4748

## OCCUPATIONAL THERAPY EVALUATION

Patient Name (Last, First): _Pfail, Brian_          Today's Date: _9/23/11_
DOB: ████     Age: _22_     Gender ☑ Male ☐ Female     Referring Physician _Zucker - Hillside_
Diagnosis: _Post Concussive Syndrome_     Impairment: ☑ Same     _Dr. Arena_
ICD-9 Code _310.2_     Date of Onset _4/9/07_     Insurance: _BC/BS_

### MEDICAL HISTORY

History of Present Illness: _Client was trying to break up a fight on 4/9/07 and was assaulted. ⊕ LOC, Amnesia. Client reports change in processing speed,_
Course of Treatment/Rehab for Present Condition: _Memory and problem solving skills._

Chief Complaint: _↓ processing speed._
PMH: _3 shoulder surgeries, Septoplasty ≈ 2 yrs ago, Major Depressive Disorder, Anxiety disorder, 2 suicide attempts. - Spring 2010, spring 2011_
Current Medications: _Effexor, Atavan, Risperdal_

Allergies: _Dander_

History of Smoking: ☐ Yes (smoking cessation information given) ☑ No     Dizziness: ☐ Yes ☑ No
Precautions: ☑ Seizure   ☐ Cardiac ☐ Falls     ☐ NPO ☐ 1 to 1 supervision recommended  Other: _____
Special Needs: ☐ HOH – R/L, Hearing Aids – Y/N ☐ Vision   ☐ Interpreter – Interpreter present for eval ☐ Y ☐ N   ☐ N/A
Pain Assessment: ☑ Pt. verbalizes   ☐ Used Wong-Baker FACES Scale   ☐ Used Non-Verbal Pain Scale
☐ Pain Intensity: _1_ /10  Location: _Left Shoulder_     Intervention: _____

### SOCIAL HISTORY

Lives with: ☐ Alone ☐ Spouse ☑ Family ☐ Friend/Significant Other ☐ Other: _Parents, 3 siblings_
Home Type: ☑ House ☐ Apartment ☐ Assisted Living ☐ Group Home ☐ Other: _____
Living Environment: ☐ Single Level ☑ Multi-level ☐ Bedroom on _Basement_ floor ☐ Bathroom on _Basement_ floor:
☐ Tub w/doors /curtains ☑ Shower stall w/door /curtains   ☐ Grab Bars- # & location: _O_
☑ Standard Toilet ☐ Other: _____     Equipment owned: _____     ☑ none
Vocation: ☐ Working: ☐ Full-time ☐ Part-time Occupation: _Client is student_   ☐ Homemaker
☐ Retired _____     ☑ Student ☐ Disabled ☐ Other: _at Villanova — currently on medical_
☐ Childcare ☐ Information not available at this time _leave of absence._

### FUNCTIONAL HISTORY/PRIOR LEVEL OF FUNCTIONING

| Self Care | ☐ Independent | ☐ Needed Assistance | Comments: _Client reports he was a_ |
|---|---|---|---|
| Homemaking | ☑ Independent | ☐ Needed Assistance | Comments: _B+/A- average student in_ |
| Meal Prep | ☑ Independent | ☐ Needed Assistance | Comments: _high school._ |
| Community Skills | ☑ Independent | ☐ Needed Assistance | Comments: |
| Money Management | ☑ Independent | ☐ Needed Assistance | Comments: _Client reports receiving_ |
| Driving | ☑ Independent | ☐ Needed Assistance | Comments: _B+ grades in college._ |

OT Evaluation (9/2009)                                                  Page 1 of 6

_— currently majoring in Earth._
_— currently receiving accomodations in classes._

GRIX                                                    476

A-3694

**North Shore LIJ Long Island Jewish Medical Center**

North Shore-Long Island Jewish Health System

Transitions of Long Island
1554 Northern Blvd, Manhasset, NY 11030
(P) 516-719-3700   (F) 516-365-4748

Patient Name (Last, First): Pfail, Brian          DOB ███          Today's Date: 9/23/11

## OBJECTIVE ASSESSMENTS

| Tone | Right | Left |
|---|---|---|
| Upper Extremity<br>**Location:** | ☑ Normal  ☐ Hypertonic ☐ Rigid<br>☐ Hypotonic ☐ Flaccid  ☐ Mixed<br>☐ Subluxation: ☐ Anterior ☐ Inferior | ☑ Normal  ☐ Hypertonic ☐ Rigid<br>☐ Hypotonic ☐ Flaccid  ☐ Mixed<br>☐ Subluxation: ☐ Anterior ☐ Inferior |

### Strength and Range of Motion Assessment

| | Right Upper Extremity ☑ Against Gravity ☐ Gravity Eliminated | | | Left Upper Extremity ☑ Against Gravity ☐ Gravity Eliminated | | |
|---|---|---|---|---|---|---|
| | AROM | PROM | MMT | AROM | PROM | MMT |
| Shoulder Flexion (0-180) | WNL | WNL | 5/5 | ≈ 115° | WFL | 3+/5 |
| Shoulder Extension (0-50) | | | | WNL | WNL | 5/5 |
| Shoulder Abduction (0-180) | | | | ≈ 115° | WFL | 3+/5 |
| Shoulder Ext. Rot (0-90) | | | | WNL | WNL | 5/5 |
| Shoulder Int. Rot (0-90) | | | | | | |
| Elbow Flexion (0-150) | | | | | | |
| Extension (150-0) | | | | | | |
| Forearm Sup (0-80) | | | | | | |
| Pronation (0-80) | | | | | | |
| Wrist Flexion (0-90) | | | | | | |
| Extension (0-70) | | | | | | |
| Grasp | | | | | | |

**Comments:** ☐ Unable to accurately assess. Reason: left shoulder √, Abd. limited by previous shoulder surgeries

**Key:** WNL=Within Normal Limits, WFL=Within Functional Limits, NA= Not Applicable, NT=Not Tested

OT Evaluation (9/2009)

GRIX                                                        477

A-3695

# North Shore LIJ Long Island Jewish Medical Center

Transitions of Long Island
1554 Northern Blvd, Manhasset, NY 11030
(P) 516-719-3700    (F) 516-365-4748

Patient Name (Last, First): __Pfail  Brian__    DOB ▉▉▉    Today's Date: __9/23/11__

## OBJECTIVE ASSESSMENTS (continued)

**Handedness:**  ☐ Right  ☑ Left  ☑ Ambidextrous  ☐ Unable to Assess

**Level of Hemiplegic Function:** ☐ Non-functional (no AROM; ↓ awareness)  ☐ Dependent stabilizer (no AROM; functionally places UE)  ☐ Independent stabilizer (gross AROM; no functional hand use)  ☐ Gross A (uses as A during ADL's; grasp/pinch measurable)  ☐ Functional A (↑isolated mv't in UE; can manipulate medium sized objects)  ☐ Refined functional A (full AROM wi min synergy; able to use for all ADL's and FM tasks)  ☐ Functional (UE returned to complete function)

| HAND STRENGTH | LEFT ☐ WNL | RIGHT ☐ WNL | FINE MOTOR COORDINATION | LEFT ☑ WNL | RIGHT ☑ WNL | GROSS MOTOR COORDINATION |
|---|---|---|---|---|---|---|
| Gross Grasp | | | 9  Hole Peg Test | 24secc | 19secs. | Box-N-Block |
| 2 point pinch | | | Grooved Peg Board | | | |
| 3 point pinch | | | Opposition: | | | |
| Lateral pinch | | | | | | |

| SENSATION | LEFT UE | RIGHT UE |
|---|---|---|
| Light Touch | ☑ intact  ☐impaired – location:____  ☐Absent – location: | ☑ intact  ☐impaired - location:____  ☐Absent – location: |
| Localization | ☑ intact  ☐impaired – location:____  ☐Absent – location: | ☑ intact  ☐impaired - location:____  ☐Absent – location: |
| Proprioception | ☑ intact  ☐impaired – location:____  ☐Absent – location: | ☑ intact  ☐impaired - location:____  ☐Absent – location: |
| Kinesthesia | ☑ intact  ☐impaired – location:____  ☐Absent – location: | ☑ intact  ☐impaired - location:____  ☐Absent – location: |
| Stereognosis | ☑ intact  ☐impaired – location:____  ☐Absent – location: | ☑ intact  ☐impaired - location:____  ☐Absent – location: |

Comments: _____

| Balance | Static | | | Dynamic | | |
|---|---|---|---|---|---|---|
| **Sitting** | ☐ Poor –<br>Max A required | ☐ Poor<br>Mod A required | ☐ Poor +<br>Min A required | ☐ Poor –<br>No midline shift | ☐ Poor<br>¼ - ½ range; mod A | ☐ Poor +<br>½ range; min A |
| | ☐Fair –<br>CG required | ☐Fair<br>Tolerated <2min | ☐Fair +<br>Tolerated >2min | ☐Fair –<br>50-75% range<br>CG required | ☐Fair<br>75% range w/ CG | ☐Fair +<br>Full range w/ S |
| | ☐ Good –<br>Min resistance | ☐ Good<br>Mod Resistance | ☑ Good +<br>Max Resistance | ☐ Good –<br>I w/ basic tasks<br>Retrieve item<br>from floor | ☐ Good<br>I in functionally dyr<br>tasks | ☑ Good +<br>I with high level<br>dynamic tasks |
| **Standing** | ☐ Poor –<br>Max A required | ☐ Poor<br>Mod A required | ☐ Poor +<br>Min A required | ☐ Poor –<br>Max A required | ☐ Poor<br>Mod A required | ☐ Poor +<br>Min A required |
| | ☐Fair –<br>CG required | ☐Fair<br>Tolerated <2min | ☐Fair +<br>Tolerated >2min | ☐Fair –<br>CG required | ☐Fair<br>75% range w/ CG | ☐Fair +<br>Full range w/ S |
| | ☐ Good –<br>Min resistance | ☐ Good<br>Mod Resistance | ☑ Good +<br>Max Resistance | ☐ Good –<br>I w/ basic tasks<br>Ambulating in a<br>straight line | ☐ Good<br>I ambulating on<br>uneven surfaces | ☑ Good +<br>I with high level<br>dynamic tasks |

OT Evaluation (9/2009)                                    Page 3 of 6

A-3696

Patient Name (Last, First): **Pfail, Brian**     DO ▮▮▮     Today's Date: **9/23/11**

Transitions of Long Island
1554 Northern Blvd,
Manhasset, NY 11030
(P) 516-719-3700    (F) 516-365-4748

**Basic ADL's**

| ACTIVITIES OF DAILY LIVING | ASSIST LEVEL | COMMENTS |
|---|---|---|
| Eating (self feeding, cutting, container mgt) | Ⓘ | |
| Grooming | | |
| Bathing | | |
| Dressing-Upper | | |
| Dressing-Lower | | |
| Toilet Transfer | | |
| Shower Transfer | | |
| Bed Transfer | | |
| Toileting | | |

Key: I is Independent, Modified I is Modified Independent, S is Supervision, CS is Close Supervision, DS is Distant Supervision, CG is Contact Guard, Min A is Minimal Assist, Mod A is Moderate Assist, Max A is Maximal Assist, Total A is Total Assist

## COMPLEX ADL'S

| ACTIVITIES OF DAILY LIVING | ASSIST LEVEL | COMMENTS |
|---|---|---|
| Meal Preparation | | |
|   Simple (Cold) | Ⓘ | |
|   Complex/multi-step (Hot) | ↓ | |
| Homemaking | | |
|   Simple/Light (dusting, dishes) | Ⓘ | |
|   Heavy/Complex (vacuuming, laundry) | ↓ | |
| Community Skills | Ⓘ | |
| Driving | Client not currently driving. | Independent prior ☑ Yes ☐ No |
| Money Management | | |
|   Simple cash purchasing | Ⓘ | |
|   Checkbook management/bill pay | N/A | |
| Medication Management | Aware of meds taken ☑ Yes ☐ No | |
| | Aware of times taken ☑ Yes ☐ No | |
| | Overall level of assist required: Ⓘ | |

OT Evaluation (9/2009)

Page 4 of 6

A-3697

## North Shore LIJ Long Island Jewish Medical Center

Transitions of Long Island
1554 Northern Blvd,
Manhasset, NY 11030
(P) 516-719-3700   (F) 516-365-4748

Patient Name (Last, First): Pfail, Brian          DOB: ███          Today's Date: 9/23/11

### IMPAIRMENTS

VISION: ☑WNL ☐ To be further assessed ☐ Glasses:  No  Yes : ☐ Reading ☐ Distance ☐ Bifocals ☐ Progressive lens

Patient Complaints: No new complaints.

Cancellation Task: NT          Basic Block Design: I

Comments:

| PERCEPTION ☐ To Be Further Assessed | INTACT | IMPAIRED | ACTIVITY/COMMENTS |
|---|---|---|---|
| Unilateral neglect | | | |
| Body Scheme | | | |
| Right/left discrimination | | | |
| Praxis | | | |
| Spatial relations | | | |
| Figure ground | ✓ | | |

Comments:

| COGNITION | INTACT | IMPAIRED | ACTIVITY | COMMENTS |
|---|---|---|---|---|
| Orientation | ✓ | | | A & O x 3 |
| Attention | ✓ | | No Complaints | |
| Memory Immediate Recall Delayed Recall Long Term Recall | ✓ | | Contextual Memory Test 14 /20 /20 Based on recall of demographic info | |
| Sequencing | ✓ | | | |
| Processing Time | | ✓ | slightly | |
| Following directions | ✓ | | | |
| Problem solving | ✓ | | | |
| Safety awareness | ✓ | | | |
| Executive function | ✓ | | | |
| Ability to communicate basic needs | ✓ | | | |

Comments:

OT Evaluation (9/2009)          Page 5 of 6

A-3698

**North Shore LIJ** Long Island Jewish Medical Center

Transitions of Long Island
1554 Northern Blvd,
Manhasset, NY 11030
(P) 516-719-3700    (F) 516-365-4748

Patient Name (Last, First): Pfail, Brian _____ DOB ██████ Today's Date: 9/23/11

### PATIENT GOALS

Family Present for Eval ☐ Y  ☑ N  Member Present  NONE _____

Patient/Family Reported Goals: ___—___

Clinician's Assessment/Summary of Findings: Client is Ⓘ w/ all ADLs, complex ADLs. Client not recommended for OT services at this time. Client referred to S.T. to address c/o ↓ memory + ↓ processing speed

| SHORT TERM GOALS  ( ___ /Weeks) | LONG TERM GOALS   ( ___ /Weeks) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Key: I is Independent, Modified I is Modified Independent, S is Supervision, CS is Close Supervision, DS is Distant Supervision, CG is Contact Guard, Min A is Minimal Assist, Mod A is Moderate Assist, Max A is Maximal Assist, Total A is Total Assist

### TREATMENT PLAN

| | | | |
|---|---|---|---|
| ☐ Patient/family education | ☐ Self-Care Training | ☐ Meal Preparation Activities | ☐ Saebo Training (neuro re-education) |
| ☐ Discharge planning | ☐ Neuromuscular Re-education | ☐ Home Management Activities | ☐ Bioness Training (neuro re-education/FES) |
| ☐ Functional Transfer Training | ☐ Sensory Re-education | ☐ Community Reintegration | |
| ☐ ROM Active/Passive | ☐ Edema Control | ☐ WC Management | |
| ☐ UE Strengthening | ☐ Therapeutic Group | ☐ Splinting | |
| ☐ Balance re-education | ☐ Perception/Cognitive Remediation | ☐ Modalities (specify): | |
| ☐ Functional Mobility | ☐ Visual Assessment | ☐ Other: _____ | |

OT Frequency: _____ x per week x _____ weeks followed by re-evaluation  /  discharge at that time.

Medicare projected re-eval date (10 visits or 30 days) _____

Patient's level of understanding of Occupational Therapy roles and goals: ☐ Full  ☐ Needs repetition

Equipment Recommendations: ☐ Memory Aide/Daily Planner  ☐ ADL adaptive equipment (please specify below)

_____

Rehab Potential: ☐ Good  ☐ Fair  ☐ Poor

Anticipated Barriers to rehab: _____

Occupational Therapist Signature: _Keira McMenamin MS, OTR/L_   Date: 9/23/11

OT Evaluation (9/2009)                                                    Page 6 of 6

A-3699

REVISED: 12/1/09

**North Shore LIJ Transitions of Long Island®**

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700          Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 9/13/11

Client Name  Brian Pfail                                   Date of Birth: ███
Diagnosis:  Mood Disorder Secondary to Concussion
Date of Onset: 4/9/11
Referring Physician: Hillside Hospital
Therapist Name (print):  Jean Elbaum, Ph.D.          Pt. Acct #: 90387956
Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ███ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ███ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ███ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ███ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ███ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ███ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:     30 min

Subjective:  Client expressed wanting to make gains in his cognitive skills so that he can be successful in college and be productive.

Objective:  Assess therapy needs, complete clinical interview and problem summary.

Assessment:  Client has been through much emotional trauma since a concussion sustained in 2007. Client's mother reports that the concussion was a turning point in terms of client beginning to demonstrate cognitive challenges in addition to major depression. Client has had two suicide attempts since spring of 2010 and has been obtaining ECT and medication management and counseling. He needed to take two leaves of absence from Villanova and has completed only about 50 plus credits since beginning college. He is currently attending a day program at Hillside Hospital. Client was very polite and well related. He seemed motivated to boost his thinking skills so that he can return to school successfully in the fall of 2012. Completed clinical interview and problem summary sheet.

Plan:  Neuropsychiatric consultation with Dr. A. Gupta. Speech and occupational therapy assessments with a neuro-cognitive treatment plan to follow. Weekly individual counseling is highly recommended and possibly group counseling.

Therapist Signature: *Jean E, Ph. D*          Date: 9/13/11  9:00 a.m.

A-3700

REVISED: 12/1/09

# North Shore LIJ Transitions of Long Island®

## 1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 10/04/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▓▓▓▓ 9
Date of Onset: ▓▓▓▓
Pt. Acct #: 90403382

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _50 min _

Subjective:   Mr. Pfail stated that he is depressed since his TBI and his life has not been the same since.

Objective:   Mr. Pfail discussed the circumstances of his TBI and how his life has been disrupted by cognitive and emotional sequelae. He spoke about his dislike of ECT treatment as well as his goals.

Assessment:   The focus of today's session was to establish rapport. Mr. Pfail was observed to have unusual affect, and at times he would look at this therapist and smile awkwardly despite speaking about things that were upsetting to him. He acclimated to the session relatively easily and he was talkative. He indicated that he enjoys talking in counseling sessions. His mood was generally dysphoric. He was polite and cooperative.

Plan:   Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 10/4/11   /Start Time: 3pm

GRIX                                                                483

A-3701

REVISED: 12/1/09

**North Shore LIJ Transitions of Long Island®**

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700          Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: __10/11/2011__

Client Name: _Pfail, Brian_
Diagnosis: ___Major Depression, Recurrent, Moderate (296.32)___
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮9
Date of Onset: ▮▮▮▮
Pt. Acct #: _90403382_

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▮▮▮ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▮▮▮ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▮▮▮ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▮▮▮ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▮▮▮ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* · | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: __50 min__

Subjective: ___Mr. Pfail stated that he does not want to go back for ECT treatments.___

Objective: ___Mr. Pfail discussed how he is supposed to see his psychiatrist at Hillside Hospital later this week and he is going to refuse further ECT treatments. He recalls a negative experience on one occasion, which has frightened him to the point that he stated his anxiety will increase significantly just prior to his ECT.___

Assessment: ___The client is fearful of ECT because of a negative experience. He indicated that he no longer sees a benefit from these treatments, but that his family does. He presents with realistic goals for the immediate future and he appears to be goal-oriented. He recently began dating a girl and he also spoke about this relationship. His mood is generally dysphoric, as in the previous session; with similar affect peculiarities.___

Plan: __Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.__

Therapist Signature: _____          Date: 10/11/11   /Start Time: 3pm

A-3702

REVISED: 12/1/09

# North Shore LIJ Transitions of Long Island®

## 1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 10/13/2011

Client Name: Pfail, Brian

Diagnosis: Major Depression, Recurrent, Moderate (296.32)

Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ██████

Date of Onset: ██████

Pt. Acct #: 96403382

Insurance Carrier: ☐ Medicare    ☐ Medicaid    ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ████ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ████ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ████ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ████ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ████ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _50 min_

**Subjective:** Mr. Pfail stated that he wants to get a part-time job in a video-game store for the holiday season.

**Objective:** Mr. Pfail discussed how he believes that is he gets a job, gets back to school and has someone to talk to that he trusts, that his life can get back on track.

**Assessment:** Mr. Pfail was encouraged to continue his follow-up with psychiatry and to seriously consider all recommendations, including ECT. He indicated that there has been a bizarre experience occurring at about 5pm each night, where he feels as if he leaves his body and he becomes very depressed. He reported this to the psychiatrist, who he saw earlier today, and ECT was recommended for next week. Mr. Pfail was asked if this therapist could reach out to his mother to discuss his symptoms and her concerns and his permission was granted. Mrs. Pfail was contacted today. She stated that she is in agreement with her son's plan to obtain employment over this holiday season.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 10/13/11     /Start Time: 12:15 pm

A-3703

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: ____90403382
DOB: ████89 I: BNY

REVISED: 12/1/09


**North Shore LIJ** Transitions of Long Island®

:N BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 10/20/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ████████
Date of Onset: ████████
Pt. Acct #: _____

Insurance Carrier: ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▓X▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▓▓▓▓ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _50 min_

Subjective: Mr. Pfail stated that he underwent ECT earlier in the week.

Objective: Mr. Pfail discussed how he tried to tell his mother that he was going to refuse all future ECT treatments and she became upset. He did not want to upset her further and went back for a treatment. He stated that he does not notice a significant change.

Assessment: Mr. Pfail was relieved that the treatment was over. He becomes anxious when a treatment is approaching. He was given a memory assignment for the next session. He tends to switch topics and gravitates towards video games and electronics. He is interested in the technology behind the video games including the graphics and sound.

Plan: Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 10/20/11 ~~10/27/11~~ ERROR (RP)     /Start Time: 12:15 pm

A-3704

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90403382
DOB: ▮ I: BNY

REVISED: 12/1/09

rth
ShoreLIJ Transitions of Long Island®

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK  11030*
*Phone: 516-719-3700          Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  10/27/2011

Client Name:  Pfail, Brian
Diagnosis:   Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮9
Date of Onset: ▮
Pt. Acct #:

Insurance Carrier:      ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM; *PSYCH DX ONLY* | 90801 | ▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▓▓▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▓▓▓ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:   _45 min _

Subjective:   Mr. Pfail stated that he will be undergoing ECT maintenance every 2 weeks.

Objective:   Mr. Pfail was unable to recall his homework assignment, but when provided with a cue, he was able to recall doing the assignment and presented some topics for discussion stemming from it.

Assessment:   Mr. Pfail was encouraged to use external memory strategies, including his preference for his Smartphone. He appears melancholy until discussing video games, and then there is a dramatic positive change in his affect. He was encouraged to think about his future and his plan to return to school in the Fall semester 2012. He immediately began talking about other options for a major and career.

Plan:   Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____        Date: 10/27/11   /Start Time: 12pm

A-3705

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90403382
DOB: _____ I: BNY

**lorth Shore LIJ** *Transitions of Long Island®*

' BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 11/03/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: _____9
Date of Onset: _____
Pt. Acct #: _____

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _45 min_

Subjective: Mr. Pfail stated that he missed the last session because he opted for another ECT treatment.

Objective: Mr. Pfail indicated that he thinks the effects of ECT are immediately noticeable. He is also very tired following the treatments. He spoke about how he wants to take a college class and he hopes to return to Villanova in the fall of 2012.

Assessment: Mr. Pfail was encouraged to consider local options for college in order to remain in mental health treatment locally and also to continue to receive support from his family. He stated that he parents are encouraging him to return to Villanova. This raises significant concern as his mental health symptoms are significant and at times appear to exceed that typically associated with depression and panic (e.g., paranoia, inappropriate laughter, incongruent affect, possible depersonalization which he describes as panic).

Plan: Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____ Date: 11/3/11 /Start Time: 12PM

A-3706

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90403382 I: BNY
DOB: ▮▮▮▮▮

REVISED: 12/1/09

**North Shore LIJ** *Transitions of Long Island®*

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700                 Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: __11/10/2011__

Client Name: _Pfail, Brian_
Diagnosis: ___Major Depression, Recurrent, Moderate (296.32)___
Therapist Name (print): _Rosanne Pachilakis, Psy.D._

Date of Birth: ▮▮▮▮
Date of Onset: ▮▮▮▮
Pt. Acct #: _____

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X ▓▓▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▓▓▓▓ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:    _60 min_

**Subjective:** __ Mr. Pfail stated that he does not know if he should call his former friend in an attempt to rekindle the friendship.

**Objective:** __ Mr. Pfail indicated that he has not spoken to the friend that he was involved in the fight with (when he sustained the TBI) for several years. He stated that this friend was his best friend and he feels abandoned by him. He recently deleted this friend from his social media page and the friend called in response. Mrs. Pfail spoke to the friend and told him he has not been treating the client well. Mr. Pfail believes it might be worthwhile to reach out.

**Assessment:** __ Mr. Pfail was informed that the undersigned has spoken to the former therapist, Dr. Ianuzzi. Deep breathing exercises with diaphragm isolation were previously used with success and will be implemented going forward. The former therapist expressed his suspicion that the client also exhibits pre-morbid prodromal vulnerabilities. The undersigned was informed of some very troubling behaviors fueled by the client's anger. Client practiced diaphragmatic breathing in session and was given a home practice regimen.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _[signature]_          Date: _11/10/11_  /Start Time: _12:pm_

A-3707

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90403382
DOB: ████████ I: BNY

**North Shore LIJ Transitions of Long Island®**

*RN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: __11/08/2011__

Client Name: _Pfail, Brian_
Diagnosis: ___Major Depression, Recurrent, Moderate (296.32)___
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ████████
Date of Onset: ████████
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ████ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ████ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ████ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ████ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:** __45 min__

**Subjective:** ___Mr. Pfail stated that he does not think he will get the job at Game Stop.

**Objective:** ___Mr. Pfail indicated that he called the store to speak to the manager about the status of his application and she indicated that she has not forwarded it along because she is not happy that he cursed out one of the employees over the telephone. Mr. Pfail stated that he has no recall of doing so but assumes he must have. He stated that anger has been a problem from time to time, but he does not want to focus on it. He would rather focus on panic.

**Assessment:** ___Mr. Pfail became defensive and looked annoyed to be discussing his anger episodes. He wanted to focus on anxiety and panic, which may be more comfortable topics for him. He mentioned having success with his former psychologist in treatment of his panic with breathing and since the undersigned is implementing breathing practices, the client was asked to sign a PHI release form for collaboration with his former psychologist, Dr. Victor Ianuzzi.

**Plan:** _ Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date/11/8/11__ /Start Time: 3PM

GRIX          490

A-3708

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 9040⬛82
DOB: ⬛⬛⬛ I: BNY

REVISED: 12/1/09

**North Shore LIJ Transitions of Long Island®**


*RN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 11/17/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ⬛
Date of Onset: ⬛
Pt. Acct #: _____

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | x ▓▓▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: __60 min__

**Subjective:** Mr. Pfail stated that he decided not to call his former friend and rekindle the friendship.

**Objective:** Mr. Pfail stated that he decided not to call his friend because his friend abandoned him and he is really not interested in having this person as a friend. He stated that he needed to spend time thinking about it to really figure out what he wants. He reported feelings of loneliness and wishes for company.

**Assessment:** Mr. Pfail stated that he is not practicing his breathing exercises. He has been experiencing panic episodes each day lasting for several seconds only. He is frustrated by the lack of peer support in his life and that he would seek out a former friend that has hurt him emotionally is of concern as to the degree of loneliness he is experiencing.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 11/7/11  /Start Time: 12pm

A-3709

FIRST: BRIAN
LAST: PFAIL
MR#: 00000923907
ACC#: 90403382
DOB: ▮▮▮▮▮ I: BNY

REVISED: 12/1/09

**North Shore LIJ Transitions of Long Island®**

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 11/22/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮
Date of Onset: ▮▮▮▮
Pt. Acct #: _____

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▮▮▮ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▮▮▮ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▮▮▮ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▮▮▮ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.: 60 min**

Subjective: Mr. Pfail stated that he is afraid to tell how he is feeling because he does not want to go to the hospital.

Objective: Mr. Pfail revealed feelings of hopeless and sadness. He denied suicidal ideation, plan or intent. He is frustrated with how his life has changed from his TBI. He believes he is settling for his current girlfriend, who is so deeply enamored with him. He is angered by her telling him over and over that she loves him. He is angry that she "shows" him off to her friends.

Assessment: Mr. Pfail expressed a range of emotions today. Attempts to redirect him to focus on hope were effective, as he was able to generate positive things in his life that instill hope. He was encouraged to use his breathing exercises and to perhaps read some biographies of people that have struggled and overcome adversity. He agreed that he might be able to help glean some inspiration from others. His mother was contacted to inform her of the degree of depression that he reported and she was asked to phone the psychiatrist. Mrs. Pfail stated that she saw that he was in a sad mood today be the expression on his face, but that he was much different after leaving session this afternoon. His family is all together for the Thanksgiving holiday and he will be heavily supervised. She has placed a call to the current psychiatrist. Additionally, he has an appointment with neuropsychiatrist, Dr. Adarsh Gupta for next week.

Plan: Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 11/22/11     Start Time: 3pm

A-3710

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90403382
DOB: ███████ T: BNY

REVISED: 12/1/09


orth
hore*LIJ* Transitions of Long Island®

BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 12/01/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ███████
Date of Onset: ███████
Pt. Acct #:

Insurance Carrier: ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ████ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ████ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ████ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ████ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ████ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ████ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: 55 min

Subjective: Mr. Pfail stated that he feels better today.

Objective: Mr. Pfail discussed how he believes the ECT is helping him. He also saw a neuropsychiatrist, Dr. Gupta, last week and he really liked him. Dr. Gupta agreed that he has depersonalization as opposed to panic symptoms. Additionally, he believes there is a strong likelihood of Post-traumatic Stress Disorder. Mr. Pfail spoke about his girlfriend and how he really appreciates her compassion towards him and for this reason he would like to stay together with her.

Assessment: Mr. Pfail's mood was euthymic today. He made more eye contact and his body language suggested that he was more relaxed and forthcoming. He was humorous and spoke about hope. He is speaking with a deacon at his church, which is giving him a sense of spiritual guidance, which is important to him.

Plan: Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 12/1/11 /Start Time: 12pm

A-3711

REVISED: 12/1/09

# North Shore LIJ  Transitions of Long Island®

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  12/14/2011

Client Name:  Pfail, Brian
Diagnosis:  Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Jamee N. Nicoletti, Ph.D.

Date of Birth:  ████
Date of Onset:  ████
Pt. Acct #:  90403382

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ████ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ████ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ████ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | X ███ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ████ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ████ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:  60 min

Subjective:  Mr. Pfail joined the Support and Education group for the first time today.

Objective:  Mr. Pfail introduced himself to the other group members and openly shared the details of his brain injury and recovery, including his psychiatric sequelae of his injury, his depersonalization exerperiences, and his ECT treatments. He received a lot of support and encouragement from the other group members. He listened attentively as the other group members shared their personal experiences as well. At one point, Mr. Pfail appeared to zone out for several seconds and then rejoined the group. He was asked by another group member as well as this writer if he was ok, and he reported that everything was fine.

Assessment:  Mr. Pfail mood was euthymic. Eye contact with other members was good. His insight and awareness was good. He was calm, friendly, and cooperative throughout the session.

Plan:  Continue weekly group psychotherapy to improve social re-integration, awareness, cognition, and functional level.

Therapist Signature: *[signature]*          Date: 12/14/11  /Start Time:  2:00pm

A-3712

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#:    000000923907
ACC#:        90403382
DOB: [REDACTED]    I: BNY

*th* **LIJ** *Transitions*
*ore* **LIJ** *of Long Island®*

'ULEVARD, MANHASSET, NEW YORK 11030
*Phone: 516-719-3700*        *Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  12/08/2011

Client Name:  Pfail, Brian
Diagnosis:   Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: [REDACTED] 9
Date of Onset: [REDACTED]
Pt. Acct #:

Insurance Carrier:             ☐ Medicare            ☐ Medicaid                    ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
|  | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. |  |  |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 |  |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 |  |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 |  |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 |  |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 |  |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 |  |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 |  |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 |  |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 |  |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 |  |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 |  |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 |  |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 |  |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 |  |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 |  |

TOTAL MIN.:   _60 min _

Subjective:   Mr. Pfail stated that he is having depersonalizations.

Objective:   Mr. Pfail discussed how he took seriously what was discussed in the last session and he looked into depersonalizations and he thinks it better describes what he is experiencing as opposed to panic. He also placed a call to discuss this with his psychiatrist.

Assessment:   Mr. Pfail's insight was better in this session than in the past. He seemed receptive to the idea that his "panic" symptoms were not truly panic. Call was placed by the undersigned to Dr. Gupta to discuss treatment and diagnosis. Dr. Gupta is in agreement that the client is exhibiting depersonalization as opposed to panic as well as symptoms of post-traumatic stress disorder resulting from his assault and also from awaking during an ECT treatment.

Plan:  Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____        Date 12/8/11  /Start Time 12PM

A-3713

REVISED: 12/1/09

```
FIRST: BRIAN
LAST:  PFAIL
MR#:   000000923907
ACC#:        90   82
DOB:              I: BNY
```

**rth    Transitions**
**iore LIJ of Long Island®**

)ULEVARD, MANHASSET, NEW YORK  11030

*Phone: 516-719-3700          Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  12/12/2011

Client Name:  Pfail, Brian _____

Diagnosis:  ___ Major Depression, Recurrent, Moderate (296.32) ___

Therapist Name (print): Rosanne Pachilakis, Psy.D. ___

Date of Birth: _____

Date of Onset: _____

Pt. Acct #: _____

**Insurance Carrier:**          ☐ **Medicare**          ☐ **Medicaid**          ☐ **Commercial**

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:**  _60 min _

**Subjective:** ___ Mr. Pfail stated that he is better able to understand what is happening to him.

**Objective:** ___ Mr. Pfail discussed his depersonalizations and how it is distressing to him. He mentioned the desire for peer support and wished he had more friends to talk to.

**Assessment:** ___ Mr. Pfail was recommended to join the education support group at Transitions. He was encouraged to start this week. This was also discussed with Dr. Gupta, who agreed that it is a good thing for him, as he is lacking peer support. Mr. Pfail is hesitant to participate in the group, but he said he will give it a try.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

**Therapist Signature:** _____    Date: 12/12/11    /Start Time: 1 pm

A-3714

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90403382
DOB: ████████ I: BNY

**orth ShoreLIJ** *Transitions of Long Island*®

BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 12/15/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ████████
Date of Onset: ████████
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCH THERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCH THERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:  _60 min_

Subjective: ___ Mr. Pfail stated that he went to the education support group and did not like it.

Objective: ___ Mr. Pfail discussed how he was less than impressed with the peer support group at Transitions but will give it another try.

Assessment: ___ Mr. Pfail exhibits a pattern where he judges others harshly and prematurely. This pattern was pointed out to him today. He was resistant initially to the observation, but he appeared to be taking it in.

Plan: ___ Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 12/15/11          /Start Time: 12pm

GRIX                                                                    497

A-3715

REVISED: 12/1/09

## North Shore LIJ Transitions of Long Island®

### 1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

### PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 12/21/2011

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Jamee N. Nicoletti, Ph.D.

Date of Birth: ███████
Date of Onset: ███████
Pt. Acct #: 90403382

Insurance Carrier: ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▓▓▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▓▓▓ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:** 60 min

**Subjective:** Mr. Pfail joined the Support and Education group for the first time today.

**Objective:** Mr. Pfail welcomed a new member to group. He was very supportive of the new member and provided encouragement. He also discussed a difficult interpersonal issue and solicited advice and support from other group members.

**Assessment:** Mr. Pfail mood was euthymic. Eye contact with other members was good. His insight and awareness was good. He was calm, friendly, and cooperative throughout the session.

**Plan:** Continue weekly group psychotherapy to improve social re-integration, awareness, cognition, and functional level.

Therapist Signature: _Jamee ~~~> Ph.D_          Date: 12/21/11 /Start Time: 2:00pm

A-3716

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90402382
DOB: ▉▉▉▉▉ I: BNY

**North Shore LIJ** *Transitions of Long Island®*

BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: __12/23/2011__

Client Name: _Pfail, Brian_
Diagnosis: ___Major Depression, Recurrent, Moderate (296.32)___
Therapist Name (print): _Rosanne Pachilakis, Psy.D._

Date of Birth: ▉▉▉▉9
Date of Onset: ▉▉▉▉
Pt. Acct #: _____

Insurance Carrier:               ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▉▉▉ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▉▉▉ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X ▉▉ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▉▉▉ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▉▉▉ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▉▉▉ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: __60 min__

**Subjective:** ___Mr. Pfail stated that he will not be going to ECT anymore.___

**Objective:** ___Mr. Pfail discussed how Dr. Gupta has instructed him to discontinue ECT as it is likely to be exacerbating his depersonalizations due to re-exposure to trauma and increased anxiety. Mr. Pfail expressed relief about this. He also mentioned that he went to group again this week and it was pretty good.

**Assessment:** ___Mr. Pfail gave the group a second chance and was more open minded. He had a positive experience. The undersigned is in agreement with Dr. Gupta regarding discontinuation of ECT at this time, in favor or alternate psychotropic management.

**Plan:** ___Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _[signature]_          Date: 12/23/11 /Start Time: 2pm

A-3717

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90402__2
DOB: _____ : BNY

REVISED: 12/1/09

**North Shore LIJ Transitions of Long Island®**

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

**Date:** 12/29/2011

**Client Name:** Pfail, Brian
**Diagnosis:** Major Depression, Recurrent, Moderate (296.32)
**Therapist Name (print):** Rosanne Pachilakis, Psy.D.

**Date of Birth:** _____9
**Date of Onset:** _____
**Pt. Acct #:** _____

**Insurance Carrier:**   ☐ Medicare    ☐ Medicaid    ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:** _60 min_

**Subjective:** Mr. Pfail mentioned that the holiday was alright.

**Objective:** Mr. Pfail discussed the holidays and how he was neither happy nor sad. He enjoyed speaking with a cousin. He stated that various relative are unimpressive intellectually and he is not interested in speaking with them. He also discussed his feelings regarding his girlfriend.

**Assessment:** Mr. Pfail complained about many people today. This was pointed out to him as part of a recurring theme. He was able to acknowledge that he puts the intellect and appearance of other people down often. He was able to discuss how he needs to improve his life, move forward and develop a greater peer support network.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

**Therapist Signature:** _____     **Date:** 12/29/11 /Start Time: 1 PM

A-3718

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90403302
DOB: ☐ I: BNY

REVISED: 12/1/09



**North Shore LIJ** Transitions of Long Island®

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: *516-719-3700*          Fax: *516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

**Date:** 01/06/2012

**Client Name:** Pfail, Brian

**Diagnosis:** Major Depression, Recurrent, Moderate (296.32)

**Therapist Name (print):** Rosanne Pachilakis, Psy.D.

**Date of Birth:** ☐

**Date of Onset:** ☐

**Pt. Acct #:** 90442906

**Insurance Carrier:**   ☐ Medicare      ☐ Medicaid      ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▨ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▨ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▨ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▨ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▨ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▨ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:** _50 min_

**Subjective:** Mr. Pfail indicated that he is having shoulder surgery soon.

**Objective:** Mr. Pfail discussed his feelings and concerns about right shoulder surgery. He stated that he just wants to get it over with and move on with his life.

**Assessment:** Mr. Pfail discussed his fears about surgery. He also presented forms for academic accommodations for the University of Phoenix in order to begin taking online classes.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

**Therapist Signature:** _____     **Date:** 1/16/12  /Start Time: 2pm

A-3719

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90493382
DOB: I: BNY

*rth*
*nore LIJ* **Transitions**
*of Long Island*®

....OULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 01/23/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth:
Date of Onset:
Pt. Acct #: 90443906

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:  _60 min_

**Subjective:** Mr. Pfail stated that his surgery went well and that his surgeon noted that he may need a shoulder replacement down the road.

**Objective:** Mr. Pfail stated that he was taken off all medications prior to the surgery and that some have been reinstated. He mentioned that his pain is notable in his shoulder, but that the depersonalization episodes have significantly reduced once the ECT has stopped. He stated that he is feeling better and that he wants to move in a positive direction and has been trying to help tutor his sister in math and he is also giving his brother some guidance.

**Assessment:** Mr. Pfail's mood was euthymic and he maintained good eye contact. He gestured in pain and expressed shoulder pain at times, but remained focused. The content of his speech was rational and goal directed. He was very pleasant and forthcoming.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 1/23/12     /Start Time 12:30pm

A-3720

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906  I: HMT
DOB: [redacted]

REVISED: 12/1/09

orth
Shore **LIJ** **Transitions** of Long Island®

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700                      Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 01/30/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: [redacted] 9
Date of Onset: [redacted]
Pt. Acct #: _____

Insurance Carrier:  ☐ Medicare     ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
|  | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. |  |  |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 |  |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 |  |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 |  |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 |  |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 |  |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 |  |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 |  |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 |  |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 |  |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 |  |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 |  |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 |  |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 |  |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 |  |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 |  |

TOTAL MIN.: _50 min_

**Subjective:** Mr. Pfail stated that he "screwed up" over the weekend.

**Objective:** Mr. Pfail stated that he had felt badly that his younger sibling mistreats his father and gets away with it, while the other siblings would never get away with it. So he tried to illustrate this to his father by provoking him and then pushing him resulting in his father falling onto the kitchen floor to see a reaction from his father. He immediately felt badly and realized he went about it the wrong way. He felt even worse by his father's benign reaction to him.

**Assessment:** Mr. Pfail's mood has been less depressed but his judgment with this particular incident was poor. He begged his parents for punishment and when none came, he experienced significant guilt, which was punishment as well. He was able to acknowledge that he should never have raised his hands to his father. He supposedly was trying to make a point of how disrespected his father is by showing more disrespect. Mr. Pfail expressed remorse.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 1/30/12 /Start Time: 12:30

A-3721

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ████████
I: HMT

**North Shore LIJ Transitions of Long Island®**

N BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  02/02/2012

Client Name:  Pfail, Brian
Diagnosis:  Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ████████ 9
Date of Onset: ████████
Pt. Acct #: _____

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ███ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ███ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ███ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ███ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ███ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ███ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:  _50 min _

Subjective:  Mr. Pfail stated that broke up with his girlfriend.

Objective:  Mr. Pfail stated that his relationship with his father has recovered from the physical altercation last week. He has since decided to end his relationship with a girlfriend that he does not feel very close to. He was concerned about not breaking her heart, so he was staying with her. He realized it was not for her benefit that he was staying with her, but rather that it was just easier for him rather than having to deal with the breakup.

Assessment:  Mr. Pfail decided to end a relationship that was not mutually satisfying. He stated that he wants to retain this girl as a friend. Discussion of how his girlfriend might be feeling was used to try and evoke feelings of empathy and understanding of other people.

Plan:  Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 2/2/12  /Start Time: 2p

A-3722

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907



**North Shore LIJ** Transitions of Long Island®

REVISED: 12/1/09

: HMT    N BOULEVARD, MANHASSET, NEW YORK  11030
   16-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:   02/06/2012

Client Name:  Pfail, Brian
Diagnosis:   Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth:
Date of Onset:
Pt. Acct #:

Insurance Carrier:            ☐ Medicare          ☐ Medicaid                    ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:   _50 min _

**Subjective:**   Mr. Pfail stated that the depersonalizations have increased.

**Objective:**   Mr. Pfail indicated that he felt increased stress over the past week and as a result he is having more depersonalizations. He described an episode when his hands became tremulous and another episode where he experienced accompanying nausea.

**Assessment:**   Mr. Pfail was asked if he was ever evaluated for seizures. He did not think so. It appears that the depersonalizations seem to increase in times of stress. Discussed stress management strategies. Call placed to Dr. Gupta to discuss whether seizures has been considered.

**Plan:**  Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature:                                    Date: 2/6/12 /Start Time: 2PM

A-3723

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ███████

**North Shore LIJ Transitions of Long Island®**

HMT  *RN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700*          *Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  02/09/2012

Client Name: Pfail, Brian
Diagnosis:  Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ██████ 9
Date of Onset: ██████
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
|  | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. |  |  |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 |  |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 |  |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 |  |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 |  |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 |  |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM *PSYCH DX ONLY* | 90801 | ███ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ███ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ███ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ███ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 |  |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 |  |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 |  |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ███ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 |  |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 |  |

**TOTAL MIN.:**  _50 min _

**Subjective:**  Mr. Pfail had a depersonalization episode in session today.

**Objective:**  Mr. Pfail had an episode that resulted in physiological changes including fixed gaze, glassy eyes, look of panic/fearfulness, etc. It lasted about 30 seconds and then he appeared exhausted.

**Assessment:**  Mr. Pfail's symptoms were communicated to the neuropsychiatrist, Dr. Gupta. He indicated that it may be worth pursuing video monitoring to rule out seizure disorder.

**Plan:**  Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

**Therapist Signature:** _____   Date: 2/9/12  /Start Time:  12pm

A-3724

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: [redacted]
I: HMT

**North Shore LIJ** **Transitions of Long Island®**

'N BOULEVARD, MANHASSET, NEW YORK 11030
16-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 02/13/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: [redacted]
Date of Onset: [redacted]
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _50 min_

**Subjective:** Mr. Pfail stated that he has been trying to meet a woman on a dating website.

**Objective:** Mr. Pfail stated that he is trying online dating. He has met some women, one of whom he knows from the past. He stated that he is hoping that something will work out. He also stated that he is still waiting for his advisor from Villanova to return his email regarding which online courses he should pursue.

**Assessment:** Mr. Pfail continues to have depersonalization episodes. At times he appears more distressed by these episodes than at other times. His focus was on dating in today's session.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: [signature]          Date: 2/13/12          /Start Time: 1pm

A-3725

REVISED: 12/1/09

## North Shore LIJ Transitions of Long Island®

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ████████  HMT  ᴿN BOULEVARD, MANHASSET, NEW YORK 11030
ƒ16-719-3700        Fax: 516-365-4748

### PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 02/16/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ████████ 9
Date of Onset: ████████
Pt. Acct #: _____

Insurance Carrier: ☐ Medicare        ☐ Medicaid        ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ██████ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ██████ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X █████ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ██████ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ██████ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ██████ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _50 min_

**Subjective:** Mr. Pfail stated that he was talking to some women online and then they abruptly stopped talking to him.

**Objective:** Mr. Pfail stated that he does not understand what is "wrong with these girls." He stated that his mother tells him that he comes on too strong and scares them away.

**Assessment:** Mr. Pfail spoke about his frustration with dating and how the girls seem to pursue him and then they seem to abruptly stop. He repeatedly describes girls reaching out to him, pursuing him, wanting to see him, and then abruptly ceasing communication. Despite him indicating that he is being pursued, it appears that he is often sending texts and messages to these girls. He was asked to consider the feedback that his mother has given him, and think about whether or not he does come on too strong.

**Plan:** Bi-weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _[signature]_          Date: 2/16/12 /Start Time: 10:30am

A-3726

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#:  000000923907
ACC#:  9044~~~~
DOB:  ▇▇▇▇▇▇  : HMT

**North Shore LIJ Transitions of Long Island®**

'N BOULEVARD, MANHASSET, NEW YORK  11030
'16-719-3700            Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  02/23/2012

Client Name:  Pfail, Brian
Diagnosis:  Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▇▇▇▇
Date of Onset: ▇▇▇▇
Pt. Acct #:

Insurance Carrier:           ☐ Medicare           ☐ Medicaid           ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
|  | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. |  |  |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 |  |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 |  |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 |  |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 |  |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 |  |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM *PSYCH DX ONLY* | 90801 | ▇▇ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▇▇ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▇▇ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▇▇ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 |  |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 |  |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 |  |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▇▇ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 |  |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 |  |

**TOTAL MIN.:**  _50 min _

**Subjective:** __ Mr. Pfail stated that he sometimes wants to know more information about this therapist.

**Objective:** __ Mr. Pfail stated that he is offended that he does not know more personal details about the undersigned. He stated that it is not fair to be the only one disclosing personal information.

**Assessment:** __ Mr. Pfail was told that there must be professional boundaries in counseling and that the undersigned is entitled to personal privacy. He seemed offended by this and he pressed a bit further. Again boundaries was reinforced.

**Plan:** __ Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 2/23/12 /Start Time: 12pm

A-3727

```
FIRST: BRIAN
LAST: PFAIL
MR#:    000000923907
ACC#:
DOB:          06
      I: HMT
```

REVISED: 12/1/09

**North Shore LIJ Transitions of Long Island®**

1554 N.... ERN BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  03/06/2012

Client Name:  Pfail, Brian

Diagnosis:  Major Depression, Recurrent, Moderate (296.32)

Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth:
Date of Onset:
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:**  _50 min _

**Subjective:**  Mr. Pfail stated that he thinks he needs to be meaner to girls.

**Objective:**  Mr. Pfail stated that he is "too nice" to women and that is why they reject him. He pondered using them for physical gratification and then tossing them aside.

**Assessment:**  Mr. Pfail's thinking about women is condescending at times and without respect. When these aspects of his comments were pointed out to him for discussion, he turned to the undersigned and said, "So how is your husband and son doing?" He had a smirk on his face as if trying to psychologically intimidate the undersigned. Professional boundaries were maintained.

**Plan:**  Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

**Therapist Signature:**                                        **Date:** 3/6/12  Start Time: 3pm

A-3728

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 9̶0̶4̶4̶0̶906
DOB: ▮▮▮▮▮▮ I: HMT

REVISED: 12/1/09

**orth Shore LIJ** *Transitions of Long Island*®

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700          Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  03/22/2012

Client Name:  Pfail, Brian
Diagnosis:    Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮▮
Date of Onset: ▮▮▮▮▮
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▬▬▬ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▬▬▬ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▬▬▬ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▬▬▬ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▬▬▬ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▬▬▬ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:  _50 min _

**Subjective:**   Mr. Pfail stated that he has a seizure disorder.

**Objective:**   Mr. Pfail stated that he underwent inpatient video EEG monitoring at Huntington Hospital last week under the care of epileptologist, Dr. Alan Ettinger. The study revealed that he is having seizures.

**Assessment:**   Mr. Pfail's "depersonalization" episodes turned out to be seizures. His medication was adjusted and the episodes are lessening. He will continue to follow up with Drs. Gupta and Ettinger. He also started taking two online classes, which has been very positive thus far.

**Plan:**   Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 3/22/12 /Start Time: 11:30am

A-3729

FIRST: BRIAN
LAST: PFAIL
MR#:  000000923907
ACC#:    90442906
DOB: ███████: HMT

REVISED: 12/1/09

**Iorth Shore LIJ** *Transitions of Long Island®*

*1334 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700          Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  03/29/2012

Client Name:  Pfail, Brian
Diagnosis:    Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ██████
Date of Onset: ██████
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▓▓▓▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▓▓▓▓ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:  _60 min_

Subjective: ___ Mr. Pfail stated, "You are fixing me, thank you."

Objective: ___ Mr. Pfail stated that he does not fully understand what seizures are and what that means for him. He also stated that he is worried about many things. He expressed gratitude for these counseling sessions as it led to the seizure diagnosis.

Assessment: ___ Mr. Pfail was tearful throughout the session. He has never presented as tearful like this. Psychoeducation regarding seizures and epilepsy was provided in a manner that he could understand. He has withdrawn from one of his online courses, stating that he did not like the class and that he figured that he needs to focus on his medical issues, which include the seizure diagnosis and also an infection in the left shoulder, which was previously operated on. He is currently taking oral antibiotics and packing the infectious wound in his shoulder.

Plan: ___ Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 3/29/12 _____ /Start Time: 11:30pm

A-3730

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC▮▮: 90442906    : HMT
DOB▮▮▮▮▮▮▮▮

REVISED: 12/1/09

*Transitions of Long Island*

▮▮▮4 NORTHERN BOULEVARD, MANHASSET, NEW YORK  11030
Phone: 516-719-3700        Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  04/04/2012

Client Name:  Pfail, Brian
Diagnosis:  Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮▮39
Date of Onset: ▮▮▮▮▮▮
Pt. Acct #:

Insurance Carrier: ☐ Medicare    ☐ Medicaid    ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:  _60 min _

Subjective:  Mr. Pfail stated that he has a positive attachment to this therapist.

Objective:  Mr. Pfail stated that he expressed his feelings about this therapist to the psychiatrist and that the psychiatrist pointed out that he is having a transference reaction. He wanted to discuss this more.

Assessment:  Mr. Pfail initiated discussion of his positive transference reaction. Appropriate patient-doctor boundaries were reinforced and the client was accepting of the boundaries.

Plan:  Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____    Date: 4/4/12  Start Time: 11:30pm  3pm

GRIX                                        513

A-3731

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#:   000000923907
ACC#:      90442906
DOB: ▮▮▮▮▮▮ I: HMT

**North Shore LIJ** *Transitions of Long Island®*

~~1334 NORTHERN~~ BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 04/19/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮
Date of Onset: ▮▮▮▮
Pt. Acct #:

Insurance Carrier: ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▮▮▮ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▮▮▮ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X ▮▮ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▮▮▮ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▮▮▮ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▮▮▮ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _60 min _

Subjective:     Mr. Pfail stated that counseling stinks and he does not know why he even comes anymore.

Objective:     Mr. Pfail angrily stated that he wanted to stop counseling. When asked what he was angry about, he proceeded to discuss some topics that were deeply troubling to him. He was concerned about having to continue taking pain medication, possibly having shoulder surgery and also about his seizures.

Assessment:     Mr. Pfail initially rejected this therapist because he did not want to discuss difficult topics. He was given the opportunity to express his feelings and after 1-2 minutes of silence, he resumed speaking. Mr. Pfail was concerned about what the undersigned would say to him and that he might be rejected, which was not the case. He was reassured and session resumed normally from that point forward.

Plan:   Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 4/19/12          /Start Time: 1pm

A-3732

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ███████ I: HMT

REVISED: 12/1/09

**North Shore LIJ** Transitions of Long Island®

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700            Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: __04/26/2012__

Client Name: _Pfail, Brian_
Diagnosis: __Major Depression, Recurrent, Moderate (296.32)__
Therapist Name (print): _Rosanne Pachilakis, Psy.D.___

Date of Birth: ██████ 9
Date of Onset: ████████
Pt. Acct #: _____

Insurance Carrier:            ☐ Medicare            ☐ Medicaid            ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ███ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ███ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X ██ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ███ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ███ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ███ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:** _60 min_

**Subjective:** __ Mr. Pfail stated that he has been speaking to various brothers and priests from his former high school.

**Objective:** __ Mr. Pfail discussed his spiritual thoughts and how it seems important to maintain relationships with clergy that he has grown familiar with. He turns to them for guidance on how to handle predominantly male issues.

**Assessment:** __ Mr. Pfail discussed his faith and how it is important for him to use religious principles to help keep his mood and behavior under control. Discussed his thoughts and feelings as well as his fears in greater detail.

**Plan:** __ Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _[signature]___

Date: _4/26/12___ /Start Time: 1pm

A-3733

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: ████████ 8907
ACC#: ███████ 90442906
DOB: ████████ I: HMT

**North Shore LIJ** **Transitions** *of Long Island®*

_____RN BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  05/03/2012

Client Name:  Pfail, Brian                                                   Date of Birth: ████████
Diagnosis:  Major Depression, Recurrent, Moderate (296.32)     Date of Onset: ████████
Therapist Name (print): Rosanne Pachilakis, Psy.D.          Pt. Acct #:

Insurance Carrier:          ☐ Medicare              ☐ Medicaid                       ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▓▓▓▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▓▓▓▓ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.:    60 min

**Subjective:**    Mr. Pfail stated that at times his mood fluctuates and he feels depressed.

**Objective:**    Mr. Pfail discussed how rapidly his mood will fluctuate. He indicated that he is having seizures and needs to get admitted for additional video-EEG monitoring, but he needs shoulder surgery first to treat a deep infection. He is worried that he is not making progress.

**Assessment:**    Mr. Pfail's mood symptoms are not consistent with a major depression at this time as he is experiencing transient mood states that last briefly and then return to normal. Mrs. Pfail spoke to the undersigned via telephone after the session to discuss her observations. She is worried about her son. The possibility that these mood symptoms are possibly linked to the underlying seizure disorder was discussed. Discussed positive coping strategies with both the client and his mother.

**Plan:**   Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _[signature]_____          Date: 5/3/12 /Start Time: 1pm

GRIX                                                                516

A-3734

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ▮▮▮▮ I: HMT

REVISED: 12/1/09


**th ore LIJ** *Transitions of Long Island®*

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700      Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:__05/17/2012_____

Client Name:__Pfail, Brian_____
Diagnosis:____Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D._____

Date of Birth: ▮▮▮▮▮ 9__
Date of Onset:__▮▮▮▮__
Pt. Acct #:_____

Insurance Carrier:        □ Medicare        □ Medicaid        □ Commercial

| CHARGE CODE | MODALITY | | | CPT/HCPCS | SENIOR TIME |
|---|---|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | | | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | | | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | | | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | | | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | | | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW/EXAM *PSYCH DX ONLY* | | | | |
| 2908007 | INDV PSYCHOTHERAPY 20-30 MIN *PSYCH DX ONLY* | | | | |
| 2908008 | INDV PSYCHOTHERAPY 45-50 MIN *PSYCH DX ONLY* | | | | X |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | | | | |
| 2908010 | FAMILY PSYCHOTHERAPY W/PAT *PSYCH DX ONLY* | | | | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | | | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | | | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | | | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | | | 96120 | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | | | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: ONLY MEDICAL DX 310.0 & 310.8 | | | 97532 | |

TOTAL MIN.:    _60 min_

**Subjective:**____Mr. Pfail stated that his surgery went well.____

**Objective:**___ · Mr. Pfail discussed his shoulder surgery and how he is glad that it is over, although he was told that he might need additional surgery in the future.

**Assessment:**____Mr. Pfail's mood was less dysphoric than before his surgery. He was less anxious and beginning to turn his thoughts towards more positive things.

**Plan:**__Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature:_____    Date: 5/17/12    /Start Time: 11am

A-3735

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ███████ I: HMT

REVISED: 12/1/09

 Transitions of Long Island®

███████ ULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 05/22/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ███████
Date of Onset: 04/09/2007
Pt. Acct #: _____

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT | CHARGES | UNITS/TIME |
|---|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : MEDICAL DX ONLY | 96150 | | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS MEDICAL DX ONLY | 96151 | | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV MEDICAL DX ONLY | 96152 | | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP MEDICAL DX ONLY | 96153 | | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT MEDICAL DX ONLY | 96154 | | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM PSYCH DX ONLY | 90801 | | |
| 2908007 | INDIV PSYCHOTHERPY 20-30 MIN PSYCH DX ONLY | 90804 | | |
| 2908008 | INDIV PSYCHOTHERPY 45-50 MIN PSYCH DX ONLY | 90806 | | x |
| 2908009 | GROUP PSYCHOTHERAPY PSYCH DX ONLY | 90853 | | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) PSYCH DX ONLY | 90847 | | |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR MEDICAL DX ONLY | 96116 | | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR MEDICAL DX ONLY | 96118 | | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR MEDICAL DX ONLY | 96119 | | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | | |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR MEDICAL DX ONLY | 96105 | | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: ONLY FOR ADMIN TO SLPS | 97532 | | |

TOTAL MIN.: _60 min_

Subjective: Mr. Pfail stated that he had an incredible weekend.

Objective: Mr. Pfail indicated that he went out to walk to town. He stopped in some stores, possibly secured himself a volunteer job and met some new people by asserting himself. He reported that he thinks his life is taking a positive turn.

Assessment: Mr. Pfail's mood was euthymic and he was more joyful than he has been in recent months. He was proud of his assertiveness and for wanting to leave the house in order to move forward. Positive verbal reinforcement was given for his efforts. He also discussed his faith and that his faith was at the heart of the positive change. He indicated that the seizures are lessening over the past week and that the neuropsychiatrist has made a medication change.

Plan: Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____     Date: 5/22/12 /Start Time: 3pm

A-3736

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ▮▮▮▮▮▮ I: HMT

REVISED: 12/1/09



*rth**hore LIJ* **Transitions** *of Long Island®*

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
*Phone: 516-719-3700          Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date:  05/30/2012

Client Name:  Pfail, Brian
Diagnosis:  Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮
Date of Onset: ▮▮▮▮
Pt. Acct #:

**Insurance Carrier:**       ☐ Medicare        ☐ Medicaid        ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▮▮▮ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▮▮▮ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X ▮▮ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▮▮▮ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▮▮▮ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

**TOTAL MIN.:**  _60 min _

**Subjective:**  Mr. Pfail stated that he wants someone to tell him exactly how his future is going to be.

**Objective:**  Mr. Pfail believes his cognitive prognosis is poor from all of the ECT sessions he had.

**Assessment:**  Mr. Pfail's mood was dysthymic and he was pessimistic regarding his future potential in school and work. He has experienced many setbacks in his health, with the seizures and shoulder surgery being the most recent. He required redirection to help focus on the positives.

**Plan:**  Sessions reduced to once weekly. Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____

Date: 5/30/12  /Start Time: 1pm

A-3737

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#:  000000923907
ACC#:    90442906
DOB: ████████  I: HMT



**LIJ Transitions of Long Island®**

1354 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030
Phone: 516-719-3700        Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: __07/03/2012__

Client Name: __Pfail, Brian__

Diagnosis: __Major Depression, Recurrent, Moderate (296.32)__

Therapist Name (print): __Rosanne Pachilakis, Psy.D.__

Date of Birth: ████████

Date of Onset: ████████

Pt. Acct #: _____

Insurance Carrier:  ☐ Medicare    ☐ Medicaid    ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▓▓▓ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▓▓▓ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X▓▓ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▓▓▓ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▓▓▓ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▓▓▓ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: __60 min__

Subjective: __Mr. Pfail stated that he was hospitalized recently.__

Objective: __Mr. Pfail indicated that he felt depressed and asked his parents to take him to the hospital. He denied feeling suicidal.__

Assessment: __Mr. Pfail or his parents did not inform this psychologist that he was hospitalized. He seemed dysphoric today and angry at times. There were significant fluctuations in his affect and demeanor.__

Plan: __Continue weekly counseling sessions to address mood and to help foster positive coping strategies.__

Therapist Signature: _[signature]_     Date: 7/3/12     /Start Time: 3pm

A-3738

REVISED: 12/1/09

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: 90442906
DOB: ▮▮▮▮▮ I: HMT

**North Shore LIJ** Transitions of Long Island®

V *BOULEVARD, MANHASSET, NEW YORK 11030*
16-719-3700          *Fax: 516-365-4748*

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 07/12/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮9
Date of Onset: ▮▮▮▮
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
|  | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. |  |  |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 |  |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 |  |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 |  |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 |  |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 |  |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▮▮▮ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▮▮▮ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | X▮▮ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▮▮▮ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▮▮▮ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 |  |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 |  |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 |  |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▮▮▮ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 |  |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 |  |

TOTAL MIN.:   _60 min _

Subjective: ___ Mr. Pfail stated that he does not have seizures.

Objective: ___ Mr. Pfail indicated that he was admitted to the hospital for an extended EEG study and he was released early because he does not have seizures.

Assessment: ___ Mr. Pfail was unclear as to whether he does not have seizures or whether he just did not have any events during the monitoring period.

Plan:  Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 7/12/12   /Start Time: 12pm

GRIX          521

A-3739

FIRST: BRIAN
LAST: PFAIL
MR#: 000000923907
ACC#: ▮▮▮▮▮▮ 90442906 I: HMT
DOB: ▮▮▮▮▮

REVISED: 12/1/09



*rth*
*tore LIJ* *Transitions*
*of Long Island*®

*1554 NORTHERN BOULEVARD, MANHASSET, NEW YORK 11030*
Phone: 516-719-3700          Fax: 516-365-4748

## PSYCHOLOGY & REHAB COUNSELING SUPERBILL AND PROGRESS NOTE

Date: 07/16/2012

Client Name: Pfail, Brian
Diagnosis: Major Depression, Recurrent, Moderate (296.32)
Therapist Name (print): Rosanne Pachilakis, Psy.D.

Date of Birth: ▮▮▮▮
Date of Onset: ▮▮▮▮
Pt. Acct #:

Insurance Carrier:          ☐ Medicare          ☐ Medicaid          ☐ Commercial

| CHARGE CODE | MODALITY | CPT/HCPCS | ENTER TIME |
|---|---|---|---|
| * | NOTE: H&B Codes are not accepted for all insurances: VERIFY first. | | |
| 2908000 | HEALTH&BEHAV ASSESS,EA 15M;INIT : *MEDICAL DX ONLY* | 96150 | |
| 2908001 | HEALTH&BEHAV EA 15 M;RE-ASSESS *MEDICAL DX ONLY* | 96151 | |
| 2908002 | HEALTH&BEHAV INTR,EA 15M,INDIV *MEDICAL DX ONLY* | 96152 | |
| 2908003 | HEALTH&BEHAV INTRVN;EA 15M;GRP *MEDICAL DX ONLY* | 96153 | |
| 2908004 | HEALTH&BEHV INT;EA15M;FAM W/PT *MEDICAL DX ONLY* | 96154 | |
| 2908006 | PSYCH DIAGNOSTIC INTERVIEW EXAM: *PSYCH DX ONLY* | 90801 | ▮▮▮ |
| 2908007 | INDIV PSYCHTHERPY 20-30 MIN *PSYCH DX ONLY* | 90804 | ▮▮▮ |
| 2908008 | INDIV PSYCHTHERPY 45-50 MIN *PSYCH DX ONLY* | 90806 | ▮X▮ |
| 2908009 | GROUP PSYCHOTHERAPY *PSYCH DX ONLY* | 90853 | ▮▮▮ |
| 2908010 | FAMILY PSYCHOTHERAPY (W/PAT) *PSYCH DX ONLY* | 90847 | ▮▮▮ |
| 2908012 | NEUROBEHAVIOR STATUS EXAM/HR *MEDICAL DX ONLY* | 96116 | |
| 2908013 | NEUROPSYCH TESTING/DOC,PER HR *MEDICAL DX ONLY* | 96118 | |
| 2908312 | NEUROPSYCH TEST/TECH, PER HR *MEDICAL DX ONLY* | 96119 | |
| 2908320 | NEUROPSYCH TEST/COMPUTER | 96120 | ▮▮▮ |
| 2908014 | ASSESS APHASIA W/INTER-REP/HR *MEDICAL DX ONLY* | 96105 | |
| 2908109 | DEV COGNITIVE SKILLS 1:1 EA 15: *ONLY W/ DX 310.0 & 310.8* | 97532 | |

TOTAL MIN.: _60 min_

Subjective: Mr. Pfail stated that he has nobody to talk to.

Objective: Mr. Pfail indicated that he wants to return to college at Villanova and that he feels as if there are few people who actually want to listen to him.

Assessment: Mr. Pfail's mood was fluctuating as was his affect. He appeared uneasy yet at other times comfortable. It was recommended that he undergo another neuropsychological evaluation prior to resuming school, as his previous evaluation is several years old. Client's psychiatric needs seem to have increased recently.

Plan: Continue weekly counseling sessions to address mood and to help foster positive coping strategies.

Therapist Signature: _____          Date: 7/16/12          /Start Time: 1 ᴾᴹ