**A-3859**

| Check Number | Type Of Ad | Service | Ins. Amount | Primary Ins. | Sec. Ins. Amc | Pat. Amount | Write-Off |
|---|---|---|---|---|---|---|---|
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $33,455.03 | $6,467.13 | $9,598.23 | $321.73 | $2,950.00 |

GRIX

A-3860

| Applied Amou | Session Ref | Status |
|---|---|---|
| $0.00 | KNZ | Kept and charged for |
| $0.00 | KOA | Kept and charged for |
| $0.00 | KOB | Kept and charged for |
| $0.00 | KOC | Kept and charged for |
| $0.00 | KOD | Kept and charged for |
| $0.00 | KOE | Kept and charged for |
| $0.00 | KOF | Kept and charged for |
| $0.00 | KOG | Kept and charged for |
| $0.00 | KOP | Kept and charged for |
| $0.00 | KQN | Kept and charged for |
| $0.00 | KQO | Kept and charged for |
| $0.00 | KQP | Kept and charged for |
| $0.00 | KQQ | Canceled but NOT charged |
| $0.00 | KQR | Kept and charged for |
| $0.00 | KSZ | Kept and charged for |
| $0.00 | KTA | Kept and charged for |
| $0.00 | KTB | Kept and charged for |
| $0.00 | KUY | Kept and charged for |
| $0.00 | KYF | Kept and charged for |
| $0.00 | KYG | Kept and charged for |
| $0.00 | KYH | Kept and charged for |
| $0.00 | KYI | Kept and charged for |
| $0.00 | KYJ | Kept and charged for |
| $0.00 | KYK | Kept and charged for |
| $25.00 | KYL | Kept and charged for |
| $25.00 | KYM | Kept and charged for |
| $25.00 | KYN | Kept and charged for |
| $25.00 | KYO | Kept and charged for |
| $25.00 | LEG | Kept and charged for |
| $25.00 | LEH | Kept and charged for |
| $25.00 | LID | Kept and charged for |
| $25.00 | LHX | Kept and charged for |
| $25.00 | LHY | Kept and charged for |
| $25.00 | LIA | Kept and charged for |
| $25.00 | LMU | Kept and charged for |
| $25.00 | LMV | Kept and charged for |
| $25.00 | LMW | Kept and charged for |
| $25.00 | LMX | Kept and charged for |
| $25.00 | LMY | Kept and charged for |
| $25.00 | LMZ | Kept and charged for |
| $25.00 | LNA | Kept and charged for |
| $0.00 | LQE | Kept and charged for |
| $0.00 | LQF | Kept and charged for |
| $0.00 | LQG | Kept and charged for |
| $0.00 | | |

GRIX

643

A-3861

| Date ▲ | Amount | Total Charge | Patient | Billable Party | Transaction Type | Method of Payme |
|---|---|---|---|---|---|---|
| 1/25/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 5/4/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 5/23/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 5/31/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 6/7/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 6/21/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 7/5/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 7/11/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 7/18/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 7/25/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 8/2/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 8/9/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 8/16/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 8/23/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 8/29/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 9/5/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 9/13/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 9/27/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 9/27/2017 | ($200.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 10/4/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 10/10/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 10/18/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 10/25/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 11/1/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 11/15/2017 | $150.00 | $150.00 | Brian Pfail | | Session | |
| 11/28/2017 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 12/5/2017 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 12/13/2017 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 12/20/2017 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 12/20/2017 | ($225.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 1/9/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 1/17/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 1/24/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 1/30/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 2/7/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 2/13/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 2/28/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 3/6/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 3/13/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 3/23/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 4/3/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 4/17/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 5/9/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 5/23/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 6/18/2018 | ($1,935.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| | $33,776.76 | $43,675.00 | | | | |

GRIX                                                                                              644

A-3862

| Check Number | Type Of Ad | Service | Ins. Amount | Primary Ins. | Sec. Ins. Am | Pat. Amount | Write-Off |
|---|---|---|---|---|---|---|---|
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| 2447 | | | $0.00 | $0.00 | $0.00 | ($200.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $125.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| 2508 | | | $0.00 | $0.00 | $0.00 | ($225.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| 2645 | | | $0.00 | $0.00 | $0.00 | ($1,935.00) | $0.00 |
| | | | $33,455.03 | $6,467.13 | $9,598.23 | $321.73 | $2,950.00 |

GRIX

A-3863

| Applied Amou | Session Ref | Status |
|---|---|---|
| $0.00 | LQH | Kept and charged for |
| $0.00 | LYY | Kept and charged for |
| $0.00 | LYZ | Kept and charged for |
| $0.00 | LZA | Kept and charged for |
| $0.00 | MAM | Kept and charged for |
| $0.00 | MAN | Kept and charged for |
| $0.00 | MCF | Kept and charged for |
| $0.00 | MCG | Kept and charged for |
| $0.00 | MCH | Kept and charged for |
| $0.00 | MCI | Kept and charged for |
| $0.00 | MEO | Kept and charged for |
| $0.00 | MEP | Kept and charged for |
| $0.00 | MEQ | Kept and charged for |
| $0.00 | MER | Kept and charged for |
| $0.00 | MES | Kept and charged for |
| $25.00 | MHB | Kept and charged for |
| $25.00 | MHC | Kept and charged for |
| $25.00 | MHD | Kept and charged for |
| ($200.00) | | |
| $25.00 | MHE | Kept and charged for |
| $25.00 | MHF | Kept and charged for |
| $25.00 | MIN | Kept and charged for |
| $25.00 | MIO | Kept and charged for |
| $25.00 | MKC | Kept and charged for |
| $25.00 | MKD | Kept and charged for |
| $95.00 | MKE | Kept and charged for |
| $95.00 | MLI | Kept and charged for |
| $95.00 | MLJ | Kept and charged for |
| $95.00 | MLK | Kept and charged for |
| ($225.00) | | |
| $95.00 | MNJ | Kept and charged for |
| $95.00 | MNK | Kept and charged for |
| $95.00 | MNL | Kept and charged for |
| $95.00 | MNM | Kept and charged for |
| $95.00 | MPE | Kept and charged for |
| $95.00 | MPF | Kept and charged for |
| $95.00 | MPG | Kept and charged for |
| $95.00 | MQT | Kept and charged for |
| $95.00 | MQU | Kept and charged for |
| $95.00 | MQV | Kept and charged for |
| $95.00 | MSL | Kept and charged for |
| $95.00 | MSM | Kept and charged for |
| $95.00 | MUS | Kept and charged for |
| $95.00 | MUT | Kept and charged for |
| ($1,935.00) | | |
| $0.00 | | |

GRIX

646

A-3864

| Date | Amount | Total Charge | Patient | Billable Party | Transaction Type | Method of Paymt |
|---|---|---|---|---|---|---|
| 6/20/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 6/26/2018 | $95.00 | $150.00 | Brian Pfail | | Session | |
| 7/3/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 7/11/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 7/18/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 7/23/2018 | ($190.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 7/25/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 7/31/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 8/8/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 8/15/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 8/22/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 8/22/2018 | ($475.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 8/29/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 9/5/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 9/11/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 10/2/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 10/10/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 10/16/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 11/6/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 11/14/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 11/21/2018 | $95.00 | $200.00 | Brian Pfail | | Session | |
| 11/21/2018 | ($455.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 12/19/2018 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/22/2018 | ($400.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 1/3/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/9/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/15/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/23/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/30/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/5/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/13/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/26/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/6/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/11/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/20/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/26/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/2/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/9/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/16/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/23/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/1/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/8/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/15/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/21/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/28/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| | $33,776.76 | $43,675.00 | | | | |

A-3865

| Check Number | Type Of Ad | Service | Ins. Amount | Primary Ins. | Sec. Ins. Am | Pat. Amount | Write-Off |
|---|---|---|---|---|---|---|---|
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $55.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| 2657 | | | $0.00 | $0.00 | $0.00 | ($190.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| 2674 | | | $0.00 | $0.00 | $0.00 | ($475.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| | | 90834, Psychotherapy, 45 Min. | $0.00 | $0.00 | $0.00 | $95.00 | $105.00 |
| 2630 | | | $0.00 | $0.00 | $0.00 | ($455.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $104.67 | $0.00 | $0.00 | $95.33 | $0.00 |
| 2734 | | | $0.00 | $0.00 | $0.00 | ($400.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $101.84 | $2.22 | $99.62 | $98.16 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.91 | $78.73 | $101.18 | $20.09 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.91 | $78.73 | $101.18 | $20.09 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.91 | $78.73 | $101.18 | $20.09 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.91 | $78.73 | $101.18 | $20.09 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.91 | $78.73 | $101.18 | $20.09 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.91 | $78.73 | $101.18 | $20.09 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.91 | $78.73 | $101.18 | $20.09 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | | $33,455.03 | $6,467.13 | $9,598.23 | $321.73 | $2,950.00 |

GRIX 648

A-3866

| Applied Amou | Session Ref | Status |
|---|---|---|
| $95.00 | MWO | Kept and charged for |
| $95.00 | MWP | Kept and charged for |
| $95.00 | MYX | Kept and charged for |
| $95.00 | MYY | Kept and charged for |
| $95.00 | MYZ | Kept and charged for |
| ($190.00) | | |
| $95.00 | MZA | Kept and charged for |
| $95.00 | MZB | Kept and charged for |
| $95.00 | NBL | Kept and charged for |
| $95.00 | NBM | Kept and charged for |
| $95.00 | NBN | Kept and charged for |
| ($475.00) | | |
| $95.00 | NBO | Kept and charged for |
| $95.00 | NDB | Kept and charged for |
| $95.00 | NDC | Kept and charged for |
| $95.00 | NFH | Kept and charged for |
| $95.00 | NFI | Kept and charged for |
| $95.00 | NFJ | Kept and charged for |
| $95.00 | NJE | Kept and charged for |
| $95.00 | NJF | Kept and charged for |
| $95.00 | NJG | Kept and charged for |
| ($455.00) | | |
| $95.33 | NJH | Kept and charged for |
| ($400.00) | | |
| $98.16 | NOO | Kept and charged for |
| $20.09 | NOP | Kept and charged for |
| $20.09 | NOQ | Kept and charged for |
| $20.09 | NOR | Kept and charged for |
| $20.09 | NOS | Kept and charged for |
| $20.09 | NOT | Kept and charged for |
| $20.09 | NOU | Kept and charged for |
| $20.09 | NOV | Kept and charged for |
| $18.52 | NOW | Kept and charged for |
| $18.52 | NOX | Kept and charged for |
| $18.52 | NOY | Kept and charged for |
| $18.52 | NOZ | Kept and charged for |
| $18.52 | NRW | Kept and charged for |
| $18.52 | NRX | Kept and charged for |
| $18.52 | NRY | Kept and charged for |
| $18.52 | NRZ | Kept and charged for |
| $18.52 | NTY | Kept and charged for |
| $18.52 | NTZ | Kept and charged for |
| $18.52 | NUA | Kept and charged for |
| $18.52 | NUB | Kept and charged for |
| $18.52 | NUC | Kept and charged for |
| $0.00 | | |

GRIX

649

A-3867

| Date | Amount | Total Charge | Patient | Billable Party | Transaction Type | Method of Payme |
|---|---|---|---|---|---|---|
| 6/4/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/12/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/19/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/26/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/27/2019 | ($500.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 7/9/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/16/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/19/2019 | ($250.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 7/24/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/30/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/14/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/20/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/3/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/10/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/17/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 10/16/2019 | ($350.64) | | Brian Pfail | Brian Pfail | Payment | Check |
| 10/21/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/6/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/11/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/19/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/27/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/3/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/11/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/17/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/19/2019 | ($92.60) | | Brian Pfail | Brian Pfail | Payment | Check |
| 12/31/2019 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/2/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/7/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/9/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/15/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/22/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/29/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/5/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/12/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/18/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/18/2020 | ($100.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 2/26/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/28/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/5/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/10/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/16/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/22/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/24/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/9/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/16/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| | $33,776.76 | $43,675.00 | | | | |

GRIX

650

A-3868

| Check Number | Type Of Ad | Service | Ins. Amount | Primary Ins. | Sec. Ins. Amo | Pat. Amount | Write-Off |
|---|---|---|---|---|---|---|---|
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| 0024242460 | | | $0.00 | $0.00 | $0.00 | ($500.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| 0027226582 | | | $0.00 | $0.00 | $0.00 | ($250.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| 0038649443 | | | $0.00 | $0.00 | $0.00 | ($350.64) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| 0046981463 | | | $0.00 | $0.00 | $0.00 | ($92.60) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.48 | $72.61 | $108.87 | $18.52 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $105.38 | $0.00 | $105.38 | $94.62 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $105.38 | $0.00 | $105.38 | $94.62 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $174.07 | $67.32 | $106.75 | $25.93 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| 0005783882 | | | $0.00 | $0.00 | $0.00 | ($100.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | | $33,455.03 | $6,467.13 | $9,598.23 | $321.73 | $2,950.00 |

GRIX

A-3869

| Applied Amou | Session Ref | Status |
|---|---|---|
| $18.52 | NVW | Kept and charged for |
| $18.52 | NVX | Kept and charged for |
| $18.52 | NVY | Kept and charged for |
| $18.52 | NVZ | Kept and charged for |
| ($500.00) | | |
| $18.52 | NXN | Kept and charged for |
| $18.52 | NXO | Kept and charged for |
| ($250.00) | | |
| $18.52 | NXP | Kept and charged for |
| $18.52 | NXQ | Kept and charged for |
| $18.52 | NYX | Kept and charged for |
| $18.52 | NZG | Kept and charged for |
| $18.52 | OAO | Kept and charged for |
| $18.52 | OAP | Kept and charged for |
| $18.52 | OBC | Kept and charged for |
| ($350.64) | | |
| $18.52 | OCM | Kept and charged for |
| $18.52 | OEG | Kept and charged for |
| $18.52 | OEH | Kept and charged for |
| $18.52 | OEI | Kept and charged for |
| $18.52 | OEJ | Kept and charged for |
| $18.52 | OFT | Kept and charged for |
| $18.52 | OFU | Kept and charged for |
| $18.52 | OFV | Kept and charged for |
| ($92.60) | | |
| $18.52 | OFW | Kept and charged for |
| $94.62 | OHO | Kept and charged for |
| $94.62 | OHP | Kept and charged for |
| $25.93 | OHQ | Kept and charged for |
| $18.92 | OHS | Kept and charged for |
| $18.92 | OHT | Kept and charged for |
| $18.92 | OHU | Kept and charged for |
| $18.92 | OJH | Kept and charged for |
| $18.92 | OJI | Kept and charged for |
| $18.92 | OJJ | Kept and charged for |
| ($100.00) | | |
| $18.92 | OJK | Kept and charged for |
| $18.92 | OJL | Kept and charged for |
| $18.92 | OLF | Kept and charged for |
| $18.92 | OLG | Kept and charged for |
| $18.92 | OLH | Kept and charged for |
| $18.92 | OLI | Kept and charged for |
| $18.92 | OLJ | Kept and charged for |
| $18.92 | ONL | Kept and charged for |
| $18.92 | ONM | Kept and charged for |
| $0.00 | | |

GRIX

652

A-3870

| Date | Amount | Total Charge | Patient | Billable Party | Transaction Type | Method of Paymé |
|------|--------|--------------|---------|----------------|------------------|-----------------|
| 4/22/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/29/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/5/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/12/2020 | ($200.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 5/20/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/27/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/9/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/16/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/19/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/23/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/30/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/7/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/13/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/20/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/28/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/29/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/10/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/18/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/18/2020 | ($250.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 9/8/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/16/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/22/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 10/6/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 10/13/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 10/20/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/4/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/10/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/17/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/17/2020 | ($250.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 12/2/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/8/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/16/2020 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/5/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/12/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/20/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/27/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/2/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/9/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/16/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/24/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/2/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/10/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/18/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/23/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/30/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| | $48,636.06 | $60,200.00 | | | | |

A-3871

| Check Number | Type Of Ad | Service | Ins. Amount | Primary Ins. | Sec. Ins. Amc | Pat. Amount | Write-Off |
|---|---|---|---|---|---|---|---|
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $74.19 | $106.89 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| 0016638620 | | | $0.00 | $0.00 | $0.00 | ($200.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| 0028334690 | | | $0.00 | $0.00 | $0.00 | ($250.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| 0039205725 | | | $0.00 | $0.00 | $0.00 | ($250.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $181.08 | $75.70 | $105.38 | $18.92 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | | $48,306.92 | $13,136.96 | $17,780.29 | $329.14 | $2,950.00 |

GRIX

654

A-3872

| Applied Amou | Session Ref | Status |
|---|---|---|
| $18.92 | ONN | Kept and charged for |
| $18.92 | ONO | Kept and charged for |
| $18.92 | OPV | Kept and charged for |
| ($200.00) | | |
| $18.92 | OPW | Kept and charged for |
| $18.92 | OPX | Kept and charged for |
| $18.92 | OPY | Kept and charged for |
| $18.92 | OPZ | Kept and charged for |
| $18.92 | OQA | Kept and charged for |
| $18.92 | OQB | Kept and charged for |
| $18.92 | OQC | Kept and charged for |
| $18.92 | OSA | Kept and charged for |
| $18.92 | OSB | Kept and charged for |
| $18.92 | OSC | Kept and charged for |
| $18.92 | OSD | Kept and charged for |
| $18.92 | OSE | Kept and charged for |
| $18.92 | OTM | Kept and charged for |
| $18.92 | OTN | Kept and charged for |
| ($250.00) | | |
| $18.92 | OUZ | Kept and charged for |
| $18.92 | OVA | Kept and charged for |
| $18.92 | OVC | Kept and charged for |
| $18.92 | OWN | Kept and charged for |
| $18.92 | OWO | Kept and charged for |
| $18.92 | OWP | Kept and charged for |
| $18.92 | OYG | Kept and charged for |
| $18.92 | OYI | Kept and charged for |
| $18.92 | OYJ | Kept and charged for |
| ($250.00) | | |
| $18.92 | PAD | Kept and charged for |
| $18.92 | PAE | Kept and charged for |
| $18.92 | PAF | Kept and charged for |
| $20.44 | PBX | Kept and charged for |
| $20.44 | PBY | Kept and charged for |
| $20.44 | PBZ | Kept and charged for |
| $20.44 | PCA | Kept and charged for |
| $20.44 | PDT | Kept and charged for |
| $20.44 | PDU | Kept and charged for |
| $20.44 | PDV | Kept and charged for |
| $20.44 | PDW | Kept and charged for |
| $20.44 | PGI | Kept and charged for |
| $20.44 | PGJ | Kept and charged for |
| $20.44 | PGK | Kept and charged for |
| $20.44 | PGL | Kept and charged for |
| $20.44 | PGM | Kept and charged for |
| $0.00 | | |

A-3873

| Date | Amount | Total Charge | Patient | Billable Party | Transaction Type | Method of Paym |
|---|---|---|---|---|---|---|
| 4/6/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/6/2021 | ($250.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 4/13/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/20/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/27/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/4/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/11/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/18/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/8/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/15/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/22/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/29/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/6/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/13/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/15/2021 | ($275.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 7/20/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/27/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/4/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/10/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/17/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/24/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/31/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/7/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/14/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/21/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/30/2021 | ($200.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 10/5/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 10/12/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 10/19/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 10/26/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/2/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/5/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/23/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 11/30/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/7/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/14/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/21/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/22/2021 | ($500.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 12/28/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 12/31/2021 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/4/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/14/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/18/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 1/27/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/10/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| | $48,636.06 | $60,200.00 | | | | |

GRIX

656

A-3874

| Check Number | Type Of Ad | Service | Ins. Amount | Primary Ins. | Sec. Ins. Am | Pat. Amount | Write-Off |
|---|---|---|---|---|---|---|---|
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| 0011238242 | | | $0.00 | $0.00 | $0.00 | ($250.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| 00225540490 | | | $0.00 | $0.00 | $0.00 | ($275.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| 0030742261 | | | $0.00 | $0.00 | $0.00 | ($200.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| 0039733190 | | | $0.00 | $0.00 | $0.00 | ($500.00) | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.56 | $81.75 | $97.81 | $20.44 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | | | $48,306.92 | $13,136.96 | $17,780.29 | $329.14 | $2,950.00 |

A-3875

| Applied Amount | Session Ref | Status |
|---|---|---|
| $20.44 | PIJ | Kept and charged for |
| ($250.00) | | |
| $20.44 | PIK | Kept and charged for |
| $20.44 | PIL | Kept and charged for |
| $20.44 | PIM | Kept and charged for |
| $20.44 | PJV | Kept and charged for |
| $20.44 | PJW | Kept and charged for |
| $20.44 | PJY | Kept and charged for |
| $20.44 | PLN | Kept and charged for |
| $20.44 | PLO | Kept and charged for |
| $20.44 | PLP | Kept and charged for |
| $20.44 | PLQ | Kept and charged for |
| $20.44 | PMY | Kept and charged for |
| $20.44 | PMZ | Kept and charged for |
| ($275.00) | | |
| $20.44 | PNA | Kept and charged for |
| $20.44 | PNB | Kept and charged for |
| $20.44 | POW | Kept and charged for |
| $20.44 | POX | Kept and charged for |
| $20.44 | POY | Kept and charged for |
| $20.44 | POZ | Kept and charged for |
| $20.44 | PPA | Kept and charged for |
| $20.44 | PRL | Kept and charged for |
| $20.44 | PRM | Kept and charged for |
| $20.44 | PRN | Kept and charged for |
| ($200.00) | | |
| $20.44 | PSQ | Kept and charged for |
| $20.44 | PSR | Kept and charged for |
| $20.44 | PSS | Kept and charged for |
| $20.44 | PST | Kept and charged for |
| $20.44 | PVB | Kept and charged for |
| $20.44 | PVC | Kept and charged for |
| $20.44 | PVD | Kept and charged for |
| $20.44 | PVE | Kept and charged for |
| $20.44 | PXF | Kept and charged for |
| $20.44 | PXG | Kept and charged for |
| $20.44 | PXH | Kept and charged for |
| ($500.00) | | |
| $20.44 | PXI | Kept and charged for |
| $20.44 | PXJ | Kept and charged for |
| $20.35 | PZK | Kept and charged for |
| $20.35 | PZL | Kept and charged for |
| $20.35 | PZM | Kept and charged for |
| $20.35 | PZN | Kept and charged for |
| $20.35 | QBQ | Kept and charged for |
| $0.00 | | |

GRIX

658

A-3876

| Date | Amount | Total Charge | Patient | Billable Party | Transaction Type | Method of Paym |
|---|---|---|---|---|---|---|
| 2/15/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 2/22/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/8/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/15/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/22/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 3/29/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/5/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/12/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/19/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 4/26/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/4/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/12/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/20/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 5/24/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/7/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/9/2022 | ($200.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 6/15/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/21/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 6/28/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/6/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 7/19/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/2/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/23/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 8/30/2022 | $200.00 | $200.00 | Brian Pfail | | Session | |
| 9/3/2022 | $225.00 | $225.00 | Brian Pfail | | Session | |
| 9/5/2022 | $225.00 | $225.00 | Brian Pfail | | Session | |
| 9/5/2022 | ($20.35) | | Brian Pfail | Brian Pfail | Adjustment | |
| 9/6/2022 | $225.00 | $225.00 | Brian Pfail | | Session | |
| 9/6/2022 | ($20.35) | | Brian Pfail | Brian Pfail | Adjustment | |
| 9/7/2022 | ($200.00) | | Brian Pfail | Brian Pfail | Payment | Check |
| 9/14/2022 | $225.00 | $225.00 | Brian Pfail | | Session | |
| 9/27/2022 | $225.00 | $225.00 | Brian Pfail | | Session | |
| | $48,636.06 | $60,200.00 | | | | |

A-3877

| Check Number | Type Of Ad Service | Ins. Amount | Primary Ins. | Sec. Ins. Amc | Pat. Amount | Write-Off |
|---|---|---|---|---|---|---|
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $81.42 | $98.23 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| 0016583370 | | $0.00 | $0.00 | $0.00 | ($200.00) | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $80.61 | $99.04 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $79.79 | $99.86 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $79.79 | $99.86 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $79.79 | $99.86 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $79.79 | $99.86 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $179.65 | $79.79 | $99.86 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $204.65 | $79.79 | $124.86 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $204.65 | $79.79 | $124.86 | $20.35 | $0.00 |
| | | $0.00 | $0.00 | $0.00 | ($20.35) | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $204.65 | $79.79 | $124.86 | $20.35 | $0.00 |
| | | $0.00 | $0.00 | $0.00 | ($20.35) | $0.00 |
| 0025265933 | | $0.00 | $0.00 | $0.00 | ($200.00) | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $204.65 | $79.79 | $124.86 | $20.35 | $0.00 |
| | 90834, Psychotherapy, 45 Min. | $204.65 | $79.79 | $124.86 | $20.35 | $0.00 |
| | | $48,306.92 | $13,136.96 | $17,780.29 | $329.14 | $2,950.00 |

GRIX

660

A-3878

| Applied Amou | Session Ref | Status |
|---|---|---|
| $20.35 | QBR | Kept and charged for |
| $20.35 | QBS | Kept and charged for |
| $20.35 | QDL | Kept and charged for |
| $20.35 | QDM | Kept and charged for |
| $20.35 | QDN | Kept and charged for |
| $20.35 | QDO | Kept and charged for |
| $20.35 | QFP | Kept and charged for |
| $20.35 | QFQ | Kept and charged for |
| $20.35 | QFS | Kept and charged for |
| $20.35 | QFT | Kept and charged for |
| $20.35 | QHX | Kept and charged for |
| $16.81 | QHY | Kept and charged for |
| $0.00 | QHZ | Kept and charged for |
| $0.00 | QIA | Kept and charged for |
| $0.00 | QKI | Kept and charged for |
| ($200.00) | | |
| $0.00 | QKJ | Kept and charged for |
| $0.00 | QKK | Kept and charged for |
| $0.00 | QKL | Kept and charged for |
| $0.00 | QML | Kept and charged for |
| $0.00 | QMM | Kept and charged for |
| $0.00 | QOK | Kept and charged for |
| $0.00 | QOL | Kept and charged for |
| $0.00 | QOM | Kept and charged for |
| $0.00 | QQK | Kept and charged for |
| $0.00 | QQL | Kept and charged for |
| ($20.35) | | |
| $0.00 | QQM | Kept and charged for |
| ($20.35) | | |
| ($200.00) | | |
| $0.00 | QQN | Kept and charged for |
| $0.00 | QQO | Kept and charged for |
| $0.00 | | |

GRIX                                                                661

A-3879

2/8/2021

January 2021 Invoice

From: neurog@aol.com,
To: brian.j.pfail@gmail.com,
Subject: January 2021 Invoice
Date: Mon, Feb 8, 2021 2:29 pm
Attachments: Brian Pfail January 2021 bill 02 08 2021.pdf (228K)

Hi Brian,

Attached is your bill for January 2021. As noted on the bill - the amount due for January may have to be adjusted when I receive payment from Medicare depending on whether or not you met your deductible. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX

662

1/1

A-3880

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

516-746-3691
FAX 516-801-3426

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

**Bill To:**
Brian Pfall
████████████

**Bill as of :**   Feb 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|---|---|---|---|---|---|---|
| | Previous Balance | | | | | $321.73 |
| 1/5/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | January deductible and co-pays will be adjusted, as needed, when payment is received from Medicare | | | | | |
| 1/12/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/20/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/27/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $800.00 | $397.41 |

Please Pay this Amount:   $397.41

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | ████ | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

663

A-3881

1/18/2021                                                December 2020 Invoice

From: neurog@aol.com,
To: ▓▓▓▓▓▓▓▓▓
Subject: December 2020 Invoice
Date: Mon, Jan 18, 2021 11:43 pm
Attachments: Brian Pfail December 2020 Bill 01 18 21.pdf (272K)

Hi Brian,

Attached please find your invoice for December 2020. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                    664

A-3882

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfeil

**Bill as of :**    Jan 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
|  | Previous Balance |  |  |  |  | $264.97 |
| 12/2/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $18.92 |
| 12/8/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $18.92 |
| 12/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $18.92 |
|  |  |  |  |  | $600.00 | $321.73 |

**Please Pay this Amount:**    $321.73

| | | | |
|---|---|---|---|
| Date of Birth : |  | Referring Physician : |  |
| SS # : |  |  |  |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : |  | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : |  |  |  |
| Date of similar illness : |  |  |  |
| Dates unable to work : | to |  |  |
| Hospitalization dates : | to |  |  |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX                                                                    665

A-3883

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
Fax 516-801-3426

**Bill To:**

Brian Pfail ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Bill as of :**   Jan 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $264.97 |
| 12/2/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 12/8/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 12/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $600.00 | $321.73 |

**Please Pay this Amount:**   $321.73

| | | | |
|---|---|---|---|
| Date of Birth : | ▉▉▉▉ | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX                                                    666

A-3884

12/3/2020                                                    November 2020 Invoice

**From:** neurog@aol.com,
**To:** ███████████████
**Subject:** November 2020 Invoice
**Date:** Thu, Dec 3, 2020 9:44 am
**Attachments:** Brian Pfall November 2020 Bill 12  03 2020.pdf (214K)

Hi Brian,

Attached please find your bill for November 2020.  Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Pyschodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE.  PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS.  THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED.  NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY.  FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH.  IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                          667

**A-3885**

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

▮▮▮▮▮▮▮▮▮▮▮

**Bill as of :**   Dec 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $458.21 |
| 11/4/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 11/10/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 11/17/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 11/17/2020 | Payment | | | | | ($250.00) |
| | | | | | $600.00 | $264.97 |

**Please Pay this Amount:**   $264.97

| | | | |
|---|---|---|---|
| Date of Birth : | ▮▮▮▮ | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

668

A-3886

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**   Dec 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $458.21 |
| 11/4/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 11/10/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 11/17/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 11/17/2020 | Payment | | | | | ($250.00) |
| | | | | | $600.00 | $264.97 |

**Please Pay this Amount:**   $264.97

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

669

A-3887

THIS DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. VOID FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINTING

Account: NO ACCOUNT NUMBER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$250.00

56-382/412

Please Direct Any Questions To
(800) 956-4442

BRIAN PFAIL
500 PECONIC ST APT 97A
RONKONKOMA, NY 11779-7124

WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9647482323      0039205725

MEMO: Med Bill

November 17, 2020

1184 0833 EPV 07 1120 1/1 37953902.1 00217066

Pay  TWO HUNDRED FIFTY AND 00/100 ----------------------------------------------------------------    **DOLLARS**

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

$ *******250.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

A-3888

11/11/2020                                                        October 2020 Invoice

From: neurog@aol.com,
To: ████████████████████████
Subject: October 2020 Invoice
Date: Wed, Nov 11, 2020 8:41 pm
Attachments: Brian Pfail October 2020 Bill 11 11 20.pdf (219K)

Hi Brian,

Attached please find your bill for October 2020. Any questions, let me know.

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*


THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                              671

A-3889

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfall

**Bill as of :**   Nov 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|---|---|---|---|---|---|---|
| | Previous Balance | | | | | $401.45 |
| 10/6/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 10/13/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 10/20/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $600.00 | $458.21 |

**Please Pay this Amount:** | $458.21

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-3890

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfeil

**Bill as of :** Nov 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $401.45 |
| 10/6/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 10/13/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 10/20/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $600.00 | $458.21 |

**Please Pay this Amount:** $458.21

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528276989

GRIX

673

A-3891

10/7/2020

September 2020 Invoice

**From:** neurog@aol.com,
**To:** ███████████████

**Subject:** September 2020 Invoice
**Date:** Wed, Oct 7, 2020 5:08 pm
**Attachments:** Brian Pfail September 2020 bill.pdf (217K)

Hi Brian,

Attached please find your bill for September 2020. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX

674

A-3892



**Maureen C. Grix, Ph.D.**
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

████████████████████

**Bill as of :**    Oct 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|-----------|
| | Previous Balance | | | | | $344.69 |
| 9/8/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 9/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 9/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $600.00 | $401.45 |

**Please Pay this Amount:**    $401.45

| | | | | |
|---|---|---|---|---|
| Date of Birth : | ████████ | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1628275989

GRIX

675

A-3893



### Maureen C. Grix, Ph.D.
#### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
Fax 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :**   Oct 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $344.69 |
| 9/8/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 9/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 9/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $600.00 | $401.45 |

**Please Pay this Amount:**   $401.45

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

676

A-3894

9/11/2020                                                  August 2020 Invoice

**From:** neurog@aol.com,
**To:**
**Subject:** August 2020 Invoice
**Date:** Fri, Sep 11, 2020 12:18 pm
**Attachments:** Brian Pfail August 2020 bill.pdf (213K)

Hi Brian,

Attached please find your bill for August 2020. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                          677

A-3895

## Maureen C. Grix, Ph.D.
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfall

**Bill as of :**   Sep 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $556.85 |
| 8/10/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 8/18/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 8/18/2020 | Payment | | | | | ($250.00) |
| | | | | | $400.00 | $344.69 |

**Please Pay this Amount:**   $344.69

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

678

A-3896

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Bill as of :     Sep 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $556.85 |
| 8/10/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 8/18/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 8/18/2020 | Payment | | | | | ($250.00) |
| | | | | | $400.00 | $344.69 |

Please Pay this Amount:     $344.69

| | | | | |
|--|--|--|--|--|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

679

A-3897

Account: NO ACCOUNT NUMBER

$250.00

56-382/412

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9647482323     0028334690

BRIAN PFAIL
500 PECONIC ST APT 97A
RONKONKOMA, NY 11779-7124

0028334690

August 18, 2020

1184 0831 EPY 07 0021 1/1 37179928.1 00023957

Pay TWO HUNDRED FIFTY AND 00/100 -------------------------------------------------- DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

$ *******250.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

GRIX

680

A-3898

7/6/2020 May and June Invoice

From: neurog@aol.com,
To: ████████████████████
Subject: May and June Invoice
Date: Mon, Jul 6, 2020 6:05 pm
Attachments: Brian Pfail May & June 2020 bill 07 06 20.pdf (252K)

Hi Brian,

Attached please find subject bill. Any questions, please let me know.

Sincerely,

Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX 681

A-3899

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

████████████████████

**Bill as of :**    Jul 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $510.89 |
| 5/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 5/12/2020 | Payment | | | | | ($200.00) |
| 5/20/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 5/27/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/9/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/19/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/23/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/30/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $1,600.00 | $462.25 |

**Please Pay this Amount:**    $462.25

| | | | |
|--|--|--|--|
| Date of Birth : | ████████ | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX                                    682

A-3900

## *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**   Jul 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $510.89 |
| 5/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 5/12/2020 | Payment | | | | | ($200.00) |
| 5/20/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 5/27/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/9/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/19/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/23/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 6/30/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $1,600.00 | $462.25 |

**Please Pay this Amount:**   $462.25

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

683

**A-3901**

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. VOID FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

Account: NO ACCOUNT NUMBER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$200.00

VOID VOID VOID VOID

BRIAN PFAU

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9647482323      0016838620

56-382/412

0016638620

MEMO: Balance as of 5.11.20

May 12, 2020

1164 2641 EPV 07 0515 1/1 86889858.1 00042590

Pay  TWO HUNDRED AND 00/100 --------------------------------------------------------

DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

00042590
K205

$ ********200.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

GRIX

684

A-3902

April 2020 Bill

5/11/2020

From: neurog@aol.com,
To: ▓▓▓▓▓▓▓▓
Subject: April 2020 Bill
Date: Mon, May 11, 2020 7:17 pm
Attachments: Brian Pfail April 2020 Bill 05 11 20.pdf (230K)

Hi Brian,

Attached please find your April 2020 bill. Any questions, let me know when I get back next week. If you haven't checked your texts yet, I sent you one regarding my not working this week.

Sincerely,
Dr. Grix

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Psychodynamic Psychotherapist
16 Cardinal Court
Glen Cove, NY 11542
Tel. No. 516-746-3691
Fax No. 516-801-3426

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIA[L] MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FED[ERAL] AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLO[SURE] OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAI[L] SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF H[EALTH] INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3903

# *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail
████████████████████

**Bill as of :**   May 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|-----------|
| | Previous Balance | | | | | $435.21 |
| 4/9/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 4/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 4/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 4/29/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $800.00 | $510.89 |

**Please Pay this Amount:** $510.89

| | | | | |
|---|---|---|---|---|
| Date of Birth : | ███████ | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

686

A-3904

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
Fax 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :** May 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $435.21 |
| 4/9/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 4/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 4/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 4/29/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $800.00 | $510.89 |

**Please Pay this Amount:** $510.89

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

687

A-3905

4/11/2020                                                    March 2020 Invoice

From: neurog <neurog@aol.com>
To:
Subject: March 2020 Invoice
Date: Sat, Apr 11, 2020 2:19 pm
Attachments: Brian Pfail March 2020 Bill 04 11 20.pdf (458K)

Hi Brian,

I have attached your bill for January 2020 through March 2020. The total amount due is higher because you had not met your Medicare Deductible in January and Medicare did not pay until your deductible was met. I was unaware that you had not met your deductible until I received the Medicare EOB recently. The Medicare Deductible for 2020 is $198.00. Since that has now been met, your co-pay is now $18.92 per session. If you have any questions, let me know.

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY !1542*

*Tel. .No. 516-746-3691*
*Fax No. 516-801-3426*


THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                    688

A-3906

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**     Apr 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $74.08 |
| 1/2/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $94.62 |
| | Medicare 2020 Deductible | | | | | |
| 1/7/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $94.62 |
| | Medicare 2020 Deductible | | | | | |
| 1/9/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $25.93 |
| | Medicare 2020 Deductible: $8.76; Co-payment: $17.17; Total: $25.93 | | | | | |
| 1/15/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/29/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/12/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/18/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/18/2020 | Payment | | | | | ($100.00) |
| 2/26/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/28/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

689

A-3907

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :** Apr 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| 3/10/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/24/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $3,200.00 | $435.21 |

**Please Pay this Amount:** $435.21

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-3908

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**   Apr 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $74.08 |
| 1/2/2020 | Psychotherapy, 45 Min.<br>Medicare 2020 Deductible | 90834 | F06.32 | | $200.00 | $94.62 |
| 1/7/2020 | Psychotherapy, 45 Min.<br>Medicare 2020 Deductible | 90834 | F06.32 | | $200.00 | $94.62 |
| 1/9/2020 | Psychotherapy, 45 Min.<br>Medicare 2020 Deductible: $8.76; Co-payment: $17.17; Total: $25.93 | 90834 | F06.32 | | $200.00 | $25.93 |
| 1/15/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/29/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/12/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/18/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/18/2020 | Payment | | | | | ($100.00) |
| 2/26/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 2/28/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |

| | | |
|---|---|---|
| Date of Birth : | | Referring Physician : |
| SS # : | | |
| Sex : | M | Is there another health plan? : N/A |
| Medicaid resub code : | | Signature on file? : N/A |
| Was outside lab work done? : | No | Accept assignment? : N/A |
| Lab Charges : | $0.00 | Physician Tax ID : 203123410 |
| Date of first symptom : | | |
| Date of similar illness : | | |
| Dates unable to work : | to | |
| Hospitalization dates : | to | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

691

A-3909



## *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :**    Apr 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| 3/10/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/16/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 3/24/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $3,200.00 | $435.21 |

**Please Pay this Amount:**    $435.21

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

692

A-3910

From: neurog <neurog@aol.com>
To: brian.j.pfail ⟨▮▮▮▮▮▮⟩
Subject: February Invoice - Dr. Grix
Date: Wed, Mar 4, 2020 6:38 pm
Attachments: Brian Pfail February 2020 Bill.pdf (229K)

---

Hi Brian,

Attached please find subject invoice. Any questions, let me know.

Sincerely,

Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*

*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3911

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-748-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**  Mar 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $185.20 |
| 2/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/12/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/18/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/18/2020 | Payment | | | | | ($100.00) |
| 2/26/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/28/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| | | | | | $1,000.00 | $177.80 |

**Please Pay this Amount:** | $177.80

| | | |
|---|---|---|
| Date of Birth : | | Referring Physician : |
| SS # : | | |
| Sex : | M | Is there another health plan? : N/A |
| Medicaid resub code : | | Signature on file? : N/A |
| Was outside lab work done? : | No | Accept assignment? : N/A |
| Lab Charges : | $0.00 | Physician Tax ID : 203123410 |
| Date of first symptom : | | |
| Date of similar illness : | | |
| Dates unable to work : | to | |
| Hospitalization dates : | to | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

694

**A-3912**

## Maureen C. Grix, Ph.D.
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**    Mar 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $185.20 |
| 2/5/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/12/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/18/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/18/2020 | Payment | | | | | ($100.00) |
| 2/26/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 2/28/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| | | | | | $1,000.00 | $177.80 |

**Please Pay this Amount:** $177.80

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

695

A-3913

Account: NO ACCOUNT NUMBER

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.
PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$100.00

BRIAN PEAU

Please Direct Any Questions To:
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9647462323      0005763882
13702 73804/2 013714 013714 0001/0001 R013702

56-382/412

0005783882

February 18, 2020

MEMO: Dr. Grix

Pay   ONE HUNDRED AND 00/100 ----------------------------------------

DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

13702

$ *******100.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

GRIX

696

A-3914

From: neurog <neurog@aol.com>
To: ███████████████████
Subject: Invoice dated 2/1/20
Date: Sat, Feb 1, 2020 10:03 pm
Attachments: Brian Pfail December 2019 & January 2020 2 01 2020.pdf (407K)

Hi Brian,

Attached please find subject invoice. Any questions, please let me know.

Sincerely,

Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*

*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                    697

**A-3915**

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfall

████████████████████

**Bill as of :**     Feb 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $92.60 |
| 12/3/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 12/11/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 12/17/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 12/19/2019 | Payment | | | | | ($92.60) |
| 12/31/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/2/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/7/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/9/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/15/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/29/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |

| | |
|---|---|
| Date of Birth : ████ | Referring Physician : |
| SS # : ████ | |
| Sex : M | Is there another health plan? : N/A |
| Medicaid resub code : | Signature on file? : N/A |
| Was outside lab work done? : No | Accept assignment? : N/A |
| Lab Charges : $0.00 | Physician Tax ID : 203123410 |
| Date of first symptom : | |
| Date of similar illness : | |
| Dates unable to work : to | |
| Hospitalization dates : to | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-3916

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill For:**

**Bill as of :** Feb 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | | | | | $2,000.00 | $185.20 |

**Please Pay this Amount:** $185.20

| | | |
|---|---|---|
| Date of Birth : | Referring Physician : | |
| SS # : | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | |
| Date of similar illness : | | |
| Dates unable to work : | to | |
| Hospitalization dates : | to | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

699

A-3917

## Maureen C. Grix, Ph.D.
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfall

**Bill as of :**   Feb 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|---|---|---|---|---|---|---|
| | Previous Balance | | | | | $92.60 |
| 12/3/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 12/11/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 12/17/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 12/19/2019 | Payment | | | | | ($92.60) |
| 12/31/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/2/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/7/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/9/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/15/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/22/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 1/29/2020 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

700

A-3918

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill For:**

**Bill as of:** Feb 1, 2020

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|-----------|
| | | | | | $2,000.00 | $185.20 |

**Please Pay this Amount:** $185.20

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

701

A-3919

From: neurog <neurog@aol.com>
To: [redacted]
Subject: Dr. Grix - Invoice dated October 1, 2019
Date: Sun, Oct 13, 2019 7:13 pm
Attachments: Brian Pfail September 2019 bill.pdf (193K)

---

Hi Brian,

Hope you are well and hope that your course is going well. Attached is your invoice for September. I will be back in the office on Tuesday, October 15, 2019. Let me know when you would like to schedule an appointment. Have a good night.

Sincerely,

Dr. Grix

**Maureen C. Grix, Ph.D.**
**16 Cardinal Court**
**Glen Cove, NY 11542**

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3920

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfall

**Bill as of :**    Oct 1, 2019

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
|  | Previous Balance |  |  |  |  | $295.08 |
| 9/3/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $18.52 |
| 9/10/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $18.52 |
| 9/17/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $18.52 |
|  |  |  |  |  | $600.00 | $350.64 |

**Please Pay this Amount:** | $350.64

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

703

A-3921

From: neurog <neurog@aol.com>
To: ███████████████████████
Subject: August Bill - Dr. Grix
Date: Wed, Sep 11, 2019 8:41 pm
Attachments: Brian Pfall August 2019 bill.pdf (204K)

Hi Brian,

As you requested, here is your bill for August.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*16 Cardinal Court*
*Glen Cove, NY 11542*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3922

## *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**  Sep 1, 2019

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $258.04 |
| 8/14/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 8/20/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| | | | | | $400.00 | $295.08 |

**Please Pay this Amount:**  $295.08

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275969

GRIX

705

A-3923

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :**    Sep 1, 2019

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $258.04 |
| 8/14/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| 8/20/2019 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.52 |
| | | | | | $400.00 | $295.08 |

**Please Pay this Amount:**    $295.08

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

706

**A-3924**

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: **NO ACCOUNT NUMBER**                                    **$92.60**

56-382/412

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34093, PO BOX 39000
San Francisco, CA 94139
9606000918           0046981463

**December 19, 2019**

MEMO: 11-6 to 11-27

09839 7141531 009851 009851 0001/0001 k009839

Pay   NINETY TWO AND 60/100 -------------------------------------------------------   **DOLLARS**

$ ********92.60

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

09839

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

WARNING: THIS DOCUMENT CONTAINS A COLOR BACKGROUND WHICH WILL NOT REPRODUCE. AN ORIGINAL DOCUMENT HAS A COLORED BACKGROUND.

A-3925

Account: NO ACCOUNT NUMBER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$350.64

56-382/412

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9606000918 0038649443

04578 6907793 004590 004590 0001/0001 k004578

October 16, 2019

Pay THREE HUNDRED FIFTY AND 64/100

DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

04578

$ *******350.64

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

GRIX

708

A-3926

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, VOID FEATURE, SIMULATED WATERMARK (REVERSE SIDE), MICRO-PRINT BORDER

**Account:  NO ACCOUNT NUMBER**          PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER          **$250.00**

BRIAN BEAU

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34053, PO BOX 39000
San Francisco, CA 94139
9606000918      0027226582

56-382/412

**July 19, 2019**

MEMO: Payment 2

13587 6596752 013601 013601 00001/00001 k13587

Pay TWO HUNDRED FIFTY AND 00/100 --------------------------------------                    **DOLLARS**

$ *******250.00

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

13587

VOID 30 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

WARNING: THIS BORDER CONTAINS MICROPRINT VERBIAGE, WILL NOT REPRODUCE CLEARLY

A-3927

Account: NO ACCOUNT NUMBER    PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER    $500.00

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA, 94139
9606000910    0024242460

BRIAN PEAU

June 27, 2019

MEMO: First Partial Payment

02416 6517663 002428 002428 00001/00001 k02416

Pay FIVE HUNDRED AND 00/100 ------------------------------------    DOLLARS

$ *******500.00

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

02416

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

A-3928

DONALD PFAIL
EILEEN PFAIL

1-2/210     2734

DATE Dec. 22, 2018

PAY TO THE
ORDER OF Dr. Maureen Grix     $ 400.00

Four hundred and no/100     DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Balance Due     Eileen T. Pfail     EP

A-3929

*Maureen C. Grix, Ph.D.*

FEDERAL TAX ID #20-31⬛
NYS LICENSE #014284

**Bill To:**
Brian Pfail
⬛

**Bill as of :** Nov 1, 2018

DONALD PFAIL
EILEEN PFAIL
⬛

PAY TO THE ORDER OF: DR. Maureen Grix          $ 455.00

Four hundred fifty-five and no/100 ——— DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO partial payment          Eileen T. Pfail          MP

1-2/210          2630

DATE Nov. 21, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $475.00 |
| 8/8/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 8/15/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 8/22/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 8/22/2018 | Payment | | | | | ($475.00) |
| 8/29/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 9/5/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 9/11/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 10/2/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 10/10/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 10/16/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| | | | | | $855.00 | $855.00 |

**Please Pay this Amount:**          $855.00

| | |
|---|---|
| Date of Birth : | |
| SS # : | ⬛ |
| Sex : | M |
| Medicaid resub code : | |
| Was outside lab work done? : | No |
| Lab Charges : | $0.00 |
| Date of first symptom : | |
| Date of similar illness : | |
| Dates unable to work : | to |
| Hospitalization dates : | to |

| | |
|---|---|
| Referring Physician : | |
| Is there another health plan? : | N/A |
| Signature on file? : | N/A |
| Accept assignment? : | N/A |
| Physician Tax ID : | 203123410 |

pd $1455.00 ¹¹/₂₁

Bal. 400.00

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX          712

A-3930

**DONALD PFAIL**
**EILEEN PFAIL**

1-2/210

2630

DATE Nov. 21, 2018

PAY TO THE ORDER OF DR. Maureen Grix $ 455.00

Four hundred fifty-five and no/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO partial payment

Eileen T. Pfail

A-3931

## *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**



**Bill as of :**   Nov 1, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $475.00 |
| 8/8/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 8/15/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 8/22/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 8/22/2018 | Payment | | | | | ($475.00) |
| 8/29/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 9/5/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 9/11/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 10/2/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 10/10/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 10/16/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| | | | | | $855.00 | $855.00 |

**Please Pay this Amount:**   $855.00

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

*pd $455.00 11/2*
*Bal. 400.00*

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

714

**A-3932**

DONALD PFAIL
EILEEN PFAIL

1-2/210     2674

DATE August 22, 2018

PAY TO THE ORDER OF DR. Maureen Grix    $ 475.00

Four hundred seventy-five and no/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Brian 7/3 - 7/31/18     Eileen T. Pfail

A-3933

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**   Aug 1, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $190.00 |
| 7/3/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 7/11/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 7/18/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 7/23/2018 | Payment | | | | | ($190.00) |
| 7/25/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| 7/31/2018 | Psychotherapy, 45 Min. | 90834 | S06.2x9s,F02.81,F33 | | $95.00 | $95.00 |
| | | | | | $475.00 | $475.00 |

**Please Pay this Amount:**   $475.00

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX                                          716

A-3934

**DONALD PFAIL**
~~FII FEN/PFAIL~~

1-2/210                2657

DATE July 23 2018

PAY TO THE
ORDER OF   Dr. Maureen Grix                $190.00

One hundred ninety and no/100 ————— DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____   Eileen T Pfail                    MP

A-3935

# *Maureen C. Grix, Ph.D.*
## LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :** Jul 1, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|---|---|---|---|---|---|---|
| | Previous Balance | | | | | $1,935.00 |
| 6/18/2018 | Payment | | | | | ($1,935.00) |
| 6/20/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 6/26/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| | | | | | $190.00 | $190.00 |

**Please Pay this Amount:** $190.00

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

718

A-3936

**DONALD PFAIL**
**EILEEN PFAIL**

1-2/210          2645

DATE Jun. 18, 2018

PAY TO THE
ORDER OF  DR. Maureen Grix                    $ 1,935.00

One thousand nine hundred thirty-five and 00/100 ——— DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO                    Eileen T. Pfail                    MP

A-3937

# *Maureen C. Grix, Ph.D.*
## LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

CONFIDENTIAL

**Bill To:**
Brian Pfail

████████████

**Bill as of :**   Jun 1, 2018

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| 5/9/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| 5/23/2018 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $95.00 | $95.00 |
| | | | | | $3,060.00 | $1,935.00 |

**Please Pay this Amount:**   $1,935.00

| | | | |
|---|---|---|---|
| Date of Birth : | ████████ | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

720

A-3938

**HP OfficeJet Pro 8710 Series**

**Fax Log for**
MAUREEN C. GRIX, Ph.D
516-801-3426
May 07 2018 4:39PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| May 7, | 4:36PM | Fax Sent | 12125607771 | 2:20<br>N/A | 5 | OK |

GRIX 721

A-3939

FAX COVER LETTER

Maureen C. Grix, Ph.D.
Licensed Psychologist
233 Seventh St. Suite 200
Garden City, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: 516-746-3691   FAX: _____
4: 516-801-3426

PLEASE DELIVER THE ATTACHED TO:

NAME: EMBLEM HEALTH   FAX NUMBER: 212-560-7791
FROM: CLINICAL CARE De TOTAL NUMBER OF PAGES: 5
SINGLE CASE AGREEMENT SECTION (including Fax Letter)

TIME SENT: 4:35 PM   DATE: 5/2/18

MESSAGE: attached, is all paperwork relating to original fax sent on 4/30/18 for Brian Pfeil. ID # 60030046 02 - DOB: 9/25/89
Thank you - Dr. Maureen Grix

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
_____ DR. GRIX _____ AT 516-746-3691.

## CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify ___ DR. GRIX ___
___ 516-746-3691 ___ immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

A-3940

**HP OfficeJet Pro 8710 Series**

Fax Log for
MAUREEN C. GRIX, Ph.D
516-801-3426
Apr 30 2018 ~~9:94~~ 10:01 AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Apr 30, | ~~9:00~~ 10:00 AM | Fax Sent | 12125607771 | 1:27 N/A | 3 | OK |

called 5/7/18 - spoke c̄ Victor - Customer Service - nothing on file yet; transferred to Clinical Mgmt. Renee - no record of receiving the fax; resend it & she will send a note to the Dept. that handles it to let them know that I am re-sending it as well as the information regarding the original fax. Advised to call back to verify receipt right away.

called 5/22/18 - spoke c̄ Matt - Customer Service
~~"~~ 5/18/18 - request declined
" 5/21/18 - letter mailed to me

EBH Services problem health no:
FAX: 1-855-378-8309

Beacon Health Services Program
Grievance + Appeals
BOX 1851
Hicksville, NY 11802

GRIX                                                           723

A-3941

FAX COVER LETTER

Maureen C. Grix, Ph.D.
Licensed Psychologist
233 Seventh St. Suite 200
Garden City, NY 11530

FROM (NAME AND ADDRESS): _____

TELEPHONE: 516-746-3691 FAX: 4: 516-801-3426

PLEASE DELIVER THE ATTACHED TO:

NAME: EMBLEM HEALTH FAX NUMBER: 212-560-7771
FROM: CLINICAL CARE MGTOTAL NUMBER OF PAGES: 3
SINGLE CASE AGREEMENT (including Fax Letter)
SECTION

TIME SENT: 10:02 AM DATE: 4/30/18

MESSAGE: _____

IF YOU HAVE ANY PROBLEMS IN RECEIVING THE ATTACHED, PLEASE CONTACT
DR. GRIX AT 516-746-3691.

## CONFIDENTIALITY NOTICE

The information and material contained in this fax message are intended only for the use of the recipient named above. Persons responsible for delivering this communication to the intended recipient are instructed not to disclose, copy or distribute this communication and are not authorized to take any action with respect to it other than to assure its proper delivery to the person to whom it is addressed. If you are not the recipient named above, then you have received this communication in error, and it is requested that you notify DR. GRIX 516-746-3691 immediately by telephone to arrange for its proper return.

This fax contains protected health information and has been disclosed to you from records protected by Federal (HIPAA) and New York State privacy and confidentiality laws and regulations. This is strictly confidential material and is for the information of only the person or entity to whom it is addressed. No responsibility can be accepted if it is made available to any other person or entity. Federal and New York State laws and regulations prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written authorization of the person to whom it pertains, or is otherwise permitted by law. Re-disclosure in violation of applicable laws and regulations may result in a fine or jail sentence or both. In certain instances, a general authorization for the release of health information is not sufficient authorization for further disclosure.

E

GRIX 724

A-3942

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

April 30, 2018

Emblem Health
Clinical Care Department
Single Case Agreement Section

RE: Brian Pfail
ID #K6003004602

To Whom It May Concern:

I am a non-participating provider with Emblem Health and I am writing to request a Single Case agreement for the above named member.

Brian Pfail has been in treatment with me for the following periods:
October 2, 2012 through July 16, 2013
September 30, 2014 through December 2, 2014
July 8, 2015 – 2/8/2017
May 4, 2017 – present
Any interruption in treatment is secondary to Mr. Pfail being admitted to a Traumatic Brain Injury Rehabilitation Center or being hospitalized.

Mr. Pfail's diagnoses are:
1. Diffuse Traumatic Brain Injury, with loss of consciousness of unspecified duration, sequela (S06.2x9S)
2. Major neurocognitive impairment due to TBI, with behavioral disturbance (F02.81)
3. Major depressive disorder, recurrent, severe, without psychotic features (F33.2)
4. Post-Traumatic Stress Disorder (F43.10)

Mr. Pfail is currently attending weekly individual therapy sessions with this Neuropsychologist/Psychotherapist. He is being treated for the diagnoses stated above.

Continued…

GRIX                                                            725

A-3943

2

Previously Mr. Pfail's family's insurance was Empire Blue Cross Blue Shield of which I am a participating provider. In January 2018 Mr. Pfail's family was forced to change their insurance coverage because his father lost his job and as such had to obtain different health insurance coverage. Brian Pfail does require ongoing treatment and, unfortunately, it would be a severe hardship for his family to pay privately for his treatment.

It would be detrimental to Mr. Pfail's well-being to have to change to a new provider as he has developed a trusting relationship with this provider which has taken some time to establish and it is my professional opinion that any change in his treatment could have a negative impact on his ability to recover as much as he possibly can. It is vital that Brian Pfail continue in treatment with a minimum amount of disruption to enhance the likelihood of his psychological stability and the opportunity to move on with his life to the best of his ability.

I am kindly requesting that you approve my request for a Single Case Agreement for Mr. Pfail with this provider retroactive to January 1, 2018 which is the start date of the new insurance plan. Thank you for your consideration of this request. If you have any questions please feel free to contact me.

Very truly yours,

Maureen C. Grix, Ph.D.
Clinical Neuropsychologist
Certified Psychotherapist

GRIX                                                                 726

A-3944

4/17/18

Dr. Grix,

I called Emblem and they suggested that you call them and submit a request for a single case agreement on behalf of your patient, Brian Pfail. They want you to submit the request in writing but they will tell you what you need to submit to them; for example, your license and that you have been Brian's treating psychologist for a number of years. The number is (888) 447-2526.

Thanks again, Dr. Grix.

~Eileen

Victor – transferred to Clinical Care
Misha        Mgr

Submit a request in writing –
INS changed –
Treating since – ?

FAX   212 – 560 – 7791
Single Case Agreement
Retro to Jan.

GRIX                                              727

A-3945



**EmblemHealth** **EmblemHealth Platinum D**

MEMBER: BRIAN PEAIL
ID NUMBER: ▮▮▮▮▮▮

Network: **Prime**
PCP: Dr. Scott M Tinter
Copay: **PCP $15   SPEC $35   ER $100**
**Rx $10/$30   NF $60**
Pediatric Dental/Vision: Y
BIN#: 400023

Tel: 516-328-9797

QUALCARE

ЬOB: 9/25/89

**A-3946**

DONALD PFAIL
EILEEN PFAIL

1-2/210          2508

DATE Dec. 20, 2017

PAY TO THE
ORDER OF   Dr. Maureen Grix                    $225.00

Two hundred twenty-five and no/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO                              Eileen T. Pfail        MP

GRIX                                                    729

A-3947

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

233 SEVENTH STREET, SUITE 200
GARDEN CITY, NEW YORK 11530

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill For:**

**Bill as of :** Aug 1, 2017

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | | | | | $1,950.00 | $425.00 |

**Please Pay this Amount:** $425.00

*200.00 pa*
*9/2¹*
*#225.00 pd*
*12/2¹*
*# O bal.*

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

730

A-3948

DONALD PFAIL
EILEEN PFAIL

2447

$\frac{1-2}{210}$ 3040

DATE Sept. 27, 2017

PAY TO THE
ORDER OF  Dr. Maureen Grix                    $ 200.00

Two hundred and no/100                              DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO                                              Eileen Pfail

A-3949

DONALD M PFAIL
EILEEN T PFAIL

4128

1-106/210

July 16, 2013
DATE

PAY TO THE
ORDER OF DR. Grix                    $ 30.00

Thirty and no/100 _____ DOLLARS

HSBC

Advance

FOR

Eileen T. Pfail

Harland Clarke

A-3950

DONALD M PFAIL
EILEEN T PFAIL

4117

1-108/210

June 25, 2013

DATE

PAY TO THE
ORDER OF    DR. GRIX                              $ 30.00

Thirty and no/100                              DOLLARS

HSBC

Advance

Eileen T. Pfail

FOR

Harland Clarke

A-3951

DONALD M PFAIL
EILEEN T PFAIL

4115

1-108/210

June 18, 2013
DATE

PAY TO THE
ORDER OF _Dr. Grix_ | $ 30.00

_Thirty and no/100_ DOLLARS 🔒 Security Features Details on Back

HSBC ✖
Advance

FOR ____

Eileen T. Pfail _MP_

GRIX                                                      734

A-3952

**Bill To:**

Brian Pfail



**Bill as of :**   Jun 1, 2013

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | · $0.00 |
| 4/3/2013 | Payment | | | | | ($30.00) |
| 4/9/2013 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $30.00 |
| 4/16/2013 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $30.00 |
| 4/16/2013 | Payment | | | | | ($30.00) |
| 4/25/2013 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $30.00 |
| 4/25/2013 | Payment | | | | | ($30.00) |
| 4/30/2013 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $30.00 |
| 4/30/2013 | Payment | | | | | ($30.00) |
| 5/8/2013 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $30.00 |
| 5/8/2013 | Payment | | | | | ($30.00) |
| 5/14/2013 | Family psytx w/patient | 90847 | 293.83 | | $175.00 | $30.00 |
| 5/14/2013 | Payment | | | | | ($30.00) |
| 5/22/2013 | Psychotherapy, 45 Min. | 90834 | 293.83 | | $150.00 | $30.00 |
| 5/22/2013 | Payment | | | | | ($30.00) |

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX                                                      735

A-3953

DONALD M PFAIL
EILEEN T PFAIL

4104

1-108/210

May 22, 2013
DATE

PAY TO THE
ORDER OF  Dr Grix                                              $ 30.00

Thirty and ⁿᵒ/100                                             DOLLARS

HSBC
Advance

FOR                                           Eileen T. Pfail

A-3954

DONALD M PFAIL
EILEEN T PFAIL

4096
1-108/210

May 8, 2013
DATE

PAY TO THE ORDER OF DR. GRIX | $30.00

Thirty and no/100 DOLLARS

HSBC
Advance

FOR

Eileen T. Pfail

---

DONALD M PFAIL
EILEEN T PFAIL

4097
1-108/210

May 14, 2013
DATE

PAY TO THE ORDER OF DR. Grix | $30.00

Thirty and no/100 DOLLARS

HSBC
Advance

FOR

Eileen T. Pfail

GRIX

737

A-3955

DONALD M PFAIL
EILEEN T PFAIL

4088

1-108/210

April 30, 2013
DATE

PAY TO THE
ORDER OF — Dr. Grix

$ 30.00

Thirty and 10/100

DOLLARS

HSBC

Advance

FOR

Eileen T. Pfail

**A-3956**

DONALD M PFAIL
EILEEN T PFAIL

4086
1-108/210

April 25, 2013
DATE

PAY TO THE
ORDER OF    DR Grix                    | $30.00

Thirty and no/100                          DOLLARS

HSBC

Advance

FOR

Eileen T. Pfail

GRIX                                                    739

A-3957

DONALD M PFAIL
EILEEN T PFAIL

4076

1-108/210

April 16, 2013 DATE

PAY TO THE
ORDER OF ___ DR. GRIX _____ $ 30.00

Thirty and no/100 _____ DOLLARS

HSBC
Advance

FOR BRIAN _____ Eileen T. Pfail

A-3958

DONALD M PFAIL
EILEEN T PFAIL

4061

1-108/210

April 3, 2013
DATE

PAY TO THE
ORDER OF ___ DR. GRIX _____ | $ 30.00

Thirty and no/100 _____ DOLLARS 🔒 Security Features Details on Back.

HSBC ◆X◆

Advance

FOR _____

Eileen T Pfail          MP

Harland Clarke

**A-3959**

DONALD M PFAIL

**4059**

1-106/210

March 27, 2013
DATE

PAY TO THE ORDER OF __DR. Grix__ | $ 70.00

Seventy and no/100 _____ DOLLARS

HSBC ◆X◆
Advance

FOR _____

Eileen T. Pfail MP

Harland Clarke

GRIX                                                                 742

A-3960

DONALD M PFAIL
EILEEN T PFAIL

4038
1-108/210

March 15, 2013
DATE

PAY TO THE ORDER OF Dr. Grix                    | $ 30.00

Thirty and no/100                          DOLLARS

HSBC
Advance

Eileen T. Pfail

FOR

Harland Clarke

---

DONALD M PFAIL
EILEEN T PFAIL

4043
1-108/210

March 19, 2013
DATE

PAY TO THE ORDER OF Dr. Grix                    | $ 30.00

Thirty and no/100                          DOLLARS

HSBC
Advance

Eileen T. Pfail

FOR

Harland Clarke

GRIX                                                          743

A-3961

DONALD M PFAIL
EILEEN T PFAIL

4026
1-108/210

Feb. 27, 2013
DATE

PAY TO THE
ORDER OF ___ DR. Grix ___ $ 60.00

Sixty and no/100 ___ DOLLARS

HSBC
Advance

FOR ___ Eileen Pfail ___ MP

GRIX                                    744

A-3962

DONALD M PFAIL
EILEEN T PFAIL

4020

1-108/210

Feb. 21, 2013
DATE

PAY TO THE
ORDER OF Dr. Grix                                    $ 15.00

Fifteen and no/100                        DOLLARS

HSBC

Advance

FOR                                    Eileen I. Pfail

A-3963

DONALD M PFAIL
EILEEN T PFAIL

4016

1-108/210

Feb. 19, 2013
DATE

PAY TO THE ORDER OF ___DR. GRIX___ | $ 90.00

___Ninety and no/100_____ DOLLARS

Security Features Details on Back

HSBC

Advance

FOR _____

Eileen T Pfail

MP

Harland Clarke

A-3964

DONALD M PFAIL
EILEEN T PFAIL

4011

1-108/210

Feb. 12, 2013
DATE

PAY TO THE
ORDER OF  DR. Grix                                    $30.00

Thirty and no/100                                    DOLLARS

HSBC
Advance

Eileen T. Pfail

A-3965

**DONALD M PFAIL**
**EILEEN T PFAIL**

3994

1-108/210

January 29, 2013
DATE

PAY TO THE
ORDER OF ___ DR. Grix ___ $ 30.00

Thirty and no/100 ___ DOLLARS

HSBC ⟨X⟩
The world's local bank

FOR ___

Eileen T. Pfail ___

Harland Clarke

GRIX 748

A-3966

DONALD M PFAIL
EILEEN T PFAIL

3981

1-108/210

Jan. 23, 2013
DATE

PAY TO THE
ORDER OF  DR. GRIX                                    $ 60.00

Sixty and no/100                                DOLLARS

HSBC ⟨X⟩
The world's local bank

FOR

Eileen T. Pfail                        MP

Harland Clarke

A-3967

DONALD M PFAIL
EILEEN T PFAIL

3977
1-108/210

January 15 2013
DATE

PAY TO THE
ORDER OF    DR. GRIX                          | $ 30.00

Thirty and ⁿᵒ/₁₀₀ _____ DOLLARS

HSBC ⦗X⦘
The world's local bank

FOR _____

Eileen T. Pfail

A-3968

DONALD M PFAIL
EILEEN T PFAIL

3967

1-108/210

January 2, 2013
DATE

PAY TO THE
ORDER OF DR. Grix | $ 30.00

Thirty and no/100 DOLLARS

HSBC
The world's local bank

FOR

Eileen T. Pfail

A-3969



You may be asked to show this card when you get health care services. Only give your personal Medicare information to health care providers, your insurers, or people you trust who work with Medicare on your behalf. WARNING: Intentionally misusing this card may be considered fraud and/or other violation of federal law and is punishable by law.

Es posible que le pidan que muestre esta tarjeta cuando reciba servicios de cuidado médico. Solamente dé su información personal de Medicare a los proveedores de salud, sus aseguradores o personas de su confianza que trabajan con Medicare en su nombre. ¡ADVERTENCIA! El mal uso intencional de esta tarjeta puede ser considerado como fraude y/u otra violación de la ley federal y es sancionada por la ley.

1-800-MEDICARE (1-800-633-4227 / TTY: 1-877-486-2048); Medicare.gov

GRIX

753

A-3971



A-3972

1-298066652

For questions regarding the New York State
Department of Health Medical Marijuana Program contact:
**1-866-811-7957.**

**If found, please return in an envelope to:**
**New York State Department of Health**
**PO Box 2071**
**Albany NY, 12220**

NEW YORK STATE | Department of Health

GRIX

755

A-3973

*Effective* 1/1/18



**EmblemHealth** **EmblemHealth Platinum D**

MEMBER: **BRIAN PFAIL**
ID NUMBER:

Network: **Prime**
PCP: **Not Selected**
Copay: PCP $15   SPEC $35   ER $100
Rx $10/$30   NF $60
Pediatric Dental/Vision: Y
BIN#: 400023

Tel: 800-447-8255

QualCare

GRIX                                    756

A-3974

Go Paperless - Visit emblemhealth.com/members

MEMBERS AND PROVIDERS: Network providers must provide or arrange nonemergency care. Providers call 1-866-447-9717 to request prior approval of a hospital admission.

Customer Service: 1-888-447-7703 (TTY/TDD: 711)
Emblem Behavioral Health Services: 1-888-447-2526
EmblemHealth Pharmacy Services: 1-855-283-2150
24-Hour Nurse Advice Line: 1-877-444-7988
Dental (DentaQuest):1-844-776-8743 Vision (EyeMed):1-877-324-6211

Behavioral Health claims to: Emblem Behavioral Health Services, PO Box 1850, Hicksville, NY 11802
All other claims to: EmblemHealth, PO Box 2845, New York, NY 10116-2845

MultiPlan   PHCS                              Underwritten by HIP Health Plan of New York

