# 25-3129 (L),
## 25-3132 (CON), 25-3135 (CON)

# United States Court of Appeals
### *for the*
## Second Circuit

BRIAN PFAIL,

*Plaintiff-Appellee,*

– v. –

COUNTY OF NASSAU, POLICE OFFICER JONATHAN PANUTHOS, in his individual and official capacity, POLICE OFFICER KAREN C. O'BRIEN, in her individual and official capacity, JOHN DOES 1-10, in their individual and official capacities, NASSAU COUNTY POLICE DEPARTMENT, SERGEANT THOMAS IANNUCCI, in his individual and official capacity, POLICE OFFICER JOSEPH MASSARO, in his individual and official capacity,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## APPENDIX FOR DEFENDANTS-APPELLANTS
## VOLUME 15 OF 17 (PAGES A-3975 TO A-4264)

MATTHEW A. CUOMO
CUOMO LLC
*Attorneys for Defendant-Appellant
Thomas Iannucci*
200 Old Country Road, Suite 2 South
Mineola, New York 11501
(516) 741-3222

LEO DORFMAN
SOKOLOFF STERN LLP
*Attorneys for Defendant-Appellant
Joseph Massaro*
179 Westbury Avenue, Suite 201
Carle Place, New York 11514
(516) 334-4500

*(For Continuation of Appearances See Inside Cover)*

 COUNSEL PRESS  (800) 4-APPEAL • (392582)

HELEN M. BENZIE
THE LAW OFFICE OF
   VINCENT D. MCNAMARA
*Attorneys for Defendants-Appellants*
   *Police Officer Jonathan Panuthos, in*
   *his individual and official capacity.*
   *Police Officer Karen C. O'Brien, in*
   *her individual and official capacity,*
   *Nassau County Police Department*
1045 Oyster Bay Road, Suite 1
East Norwich, New York 11732
(516) 922-9100
hbenzie@vdm-law.com

i

## TABLE OF CONTENTS

**Page**

U.S. District Court Docket Entries ............................ A-1

Complaint, dated February 1, 2016 ........................... A-37

Answer, by Defendants, dated April 1, 2016 ............. A-64

Order of the Honorable Cheryl L. Pollak, dated
January 2, 2023 ...................................................... A-77

Order of the Honorable Cheryl L. Pollak, dated
November 8, 2023 ................................................. A-88

Proposed Pretrial Order, dated May 10, 2024............ A-93

Proposed Pretrial Order with Comments, dated
January 3, 2025 ...................................................... A-153

Proposed Pretrial Order, dated January 14, 2025 ...... A-195

Motions *In Limine*, by Plaintiff, dated
March 21, 2025 ...................................................... A-234

Motions *In Limine*, by Plaintiff, dated
March 21, 2025 ...................................................... A-243

Exhibit A to Motions In Limine -
(i) Certificate of Disposition Dismissal, in *The
People of the State of New York v. Pfail*, Nassau
County Court Case No. 00402B-2015, dated
December 21, 2018 ................................................. A-252

(ii) Certificate of Disposition Acquittal, in *The
People of the State of New York v. Pfail*, Nassau
County Court Case No. 00402N-2015, dated
December 20, 2018 ................................................. A-254

(iii) Certificate of Disposition Dismissal, in *The
People of the State of New York v. Pfail*, Nassau
County Court Case No. 00402A-2015, dated
December 21, 2018 ................................................. A-255

ii

**Page**

(iv) Certificate of Disposition, in *The People of the State of New York v. Pfail*, Nassau District Court Docket No. CR-003681-17NA, dated December 21, 2018 ............................................... A-256

(v) Certificate of Disposition, in *The People of the State of New York v. Pfail*, Queens Criminal Court Docket No. CR-016669-17QN, dated November 19, 2018 ................................................ A-257

Request to Charge, by Plaintiff, dated March 21, 2025 ...................................................... A-258

Proposed Verdict Sheet, filed May 21, 2025.............. A-304

Motion *In Limine*, by Defendants, dated March 21, 2025 ...................................................... A-309

Notice of Motion I*n Limine*, by Defendant Police Officer Joseph Massaro, dated March 21, 2025 .... A-316

Declaration of Leo Dorfman, for Defendant Police Officer Joseph Massaro, in Support of Motion, dated March 21, 2025 ........................................... A-318

Exhibit A to Dorfman Declaration - Neuropsychological Evaluation of N.G. Berrill, Ph.D., dated May 19, 2020 ................................... A-320

Exhibit B to Dorfman Declaration - Dr. N.G. Berrill's Amended Expert Report Disclosure Pursuant to FRCP Rule 26(A)(2)(a), by Plaintiff, dated December 10, 2024 .................. A-338

Annexed to Disclosure - Updated Evaluation of N.G. Berrill, Ph.D., dated December 4, 2024 ................................... A-342

Exhibit C to Dorfman Declaration - Deposition Transcript of Dr. N.G. Berrill, dated December 20, 2024 ............................................... A-369

iii

**Page**

Exhibit D to Dorfman Declaration -
Deposition Transcript of Dr. Naftali Garcia
Berrill, dated February 4, 2025 ............................... A-503

Motion *In Limine*, by Defendants, for an Order to
Preclude Dr. Berrill's Testimony, dated
March 21, 2025 ...................................................... A-616

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
March 21, 2025 ...................................................... A-635

Memorandum of Law, by Defendants, in Opposition
to Plaintiff's Motion *In Limine*, dated
April 4, 2025 .......................................................... A-637

Opposition, by Plaintiff, to Defendants' Motions *In
Limine*, dated April 4, 2025 ................................... A-649

Opposition, by Plaintiff, to Defendants' Motions to
Preclude Dr. Berrill, dated April 4, 2025 ............... A-657

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated April 14, 2025 .............................. A-669

Exhibit A to Letter -
Independent Neuropsychological Evaluation of
Dustin J. Gordon, Ph.D., dated June 22, 2023 ....... A-673

Exhibit B to Letter -
Neuropsychological Evaluation of Amanda L.
Sacks, Ph.D. and Wayne Gordon, Ph.D., dated
August 12, 2008 ..................................................... A-712

Exhibit C to Letter -
Patient Care Report of Nassau County Police
Emergency Ambulance Bureau, dated
July 16, 2013 ......................................................... A-721

Exhibit D to Letter -
Medical Records from Nassau University
Medical Center ....................................................... A-723

iv

**Page**

Exhibit E to Letter -
Medical Records from Nassau University
Medical Center.......................................................... A-729

Exhibit F to Letter -
Initial Psychiatric Rehabilitation Assessment
Note of Danielle Dimeo, dated July 18, 2013 ....... A-738

Exhibit G to Letter -
Excerpts from Discharge Summary of John
Maloy, M.D., dated November 12, 2013 ............... A-740

Exhibit H to Letter -
Excerpt from Documents Review Report, dated
December 3, 2014 ................................................... A-743

Exhibit I to Letter -
Documents Review Report, dated
February 7, 2017 .................................................... A-745

Exhibit J to Letter -
Excerpt from Initial Psychiatric Rehabilitation
Assessment, dated February 24, 2017 ................... A-751

Exhibit K to Letter -
Excerpts from Discharge Summary of Augusto
Angulo, M.D., dated April 14, 2015 ...................... A-753

Exhibit L to Letter -
Excerpt from Discharge Summary of Patricia
Giarrusso, N.P., dated February 24, 2017 .............. A-756

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated May 2, 2025 . A-758

Letter from John Carnevale to the Honorable Nina
R. Morrison, dated May 5, 2025 ............................ A-760

Transcript of Pretrial Conference held before the
Honorable Nina R. Morrison, dated May 6, 2025 . A-762

Letter from Matthew A. Cuomo to the Honorable
Nina R. Morrison, dated May 10, 2025 ................. A-810

v

**Page**

Letter from Matthew A. Cuomo to the Honorable
Nina R. Morrison, dated May 11, 2025 .................  A-812

Annexed to Letter -
(i) Transcript of Trial Proceedings held before the
Honorable Terence P. Murphy, in *The People of
the State of New York v. Pfail*, Nassau County
Supreme Court Indictment No. 402A-15, dated
February 27, 2018 ..................................................  A-813

(ii) Excerpts from Transcript of Trial Proceedings
held before the Honorable Terence P. Murphy, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402A-15, dated March 1, 2018 ..............................  A-892

Excerpts from Transcript of Pretrial Conference
held before the Honorable Nina R. Morrison,
dated May 12, 2025 ...............................................  A-945

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 13, 2025 ........................................................  A-966

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 14, 2025 ........................................................  A-1014

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 15, 2025 ........................................................  A-1245

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 15, 2025 ........................................................  A-1247

Transcript of Conference in Chambers held before
the Honorable Nina R. Morrison, dated
May 15, 2025 ........................................................  A-1489

vi

**Page**

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 16, 2025 ......................................................... A-1497

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 18, 2025 ......................................................... A-1714

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 19, 2025 ......................................................... A-1716

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated May 19, 2025 .............................. A-1721

Exhibit A to Letter -
Letter from Tammi M. Mitchell to Maureen Grix,
Ph.D., dated April 29, 2019 .................................. A-1723

Exhibit B to Letter -
Email from Maureen Grix, Ph.D. to Frederick K.
Brewington, dated May 5, 2018, with Letters ....... A-1724

Exhibit C to Letter -
Combined First Set of Interrogatories and
Requests for Documents, by Defendants, dated
July 23, 2019 ......................................................... A-1729

Exhibit D to Letter -
Letter from Jeremy J. Scileppi to Maureen Grix,
Ph.D., dated May 9, 2019 ..................................... A-1739

Letter from Leo Dorfman to the Honorable Nina R.
Morrison, dated May 20, 2025 .............................. A-1740

Exhibit A to Letter -
List of Items Being Filed, in *The People of the
State of New York v. Pfail*, Nassau County
Supreme Court Indictment No. 402N-15............... A-1748

vii

**Page**

Exhibit B to Letter -
Letter from Matthew Perry to the Honorable
Teresa Corrigan, dated January 19, 2018 ...............  A-1752

Exhibit C to Letter -
Excerpts from Transcript of Trial Proceedings, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402N-15, dated March 2, 2018 ..............................  A-1753

Proposed Jury Charge, filed May 20, 2025 ................  A-1767

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 20, 2025 ..........................................................  A-1800

Jury Charge, dated May 21, 2025 ..............................  A-2071

Annexed to Jury Charge -
Proposed Verdict Sheet ..........................................  A-2102

Letter from Frederick K. Brewington to the
Honorable Nina R. Morrison, dated
May 21, 2025 ..........................................................  A-2105

Exhibit A to Letter -
Letter from Lavern Van Ommeren to Leo
Dorfman, dated January 12, 2023 ..........................  A-2109

Exhibit B to Letter -
Order of the Honorable Cheryl L. Pollak, dated
January 2, 2023 .......................................................  A-2110

Exhibit C to Letter-
Letter from Lavern Van Ommeren to Ralph
Reissman, dated January 12, 2023 ........................  A-2121

Exhibit D to Letter -
Letter from Tammi M. Mitchell to Jeremy James
Scileppi, dated April 17, 2019 ..............................  A-2122

viii

**Page**

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 21, 2025 ....................................................... A-2123

Letter from Matthew A. Cuomo to the Honorable Nina R. Morrison, dated May 22, 2025 .................. A-2336

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 22, 2025 ....................................................... A-2339

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 23, 2025 ....................................................... A-2410

Verdict Sheet, dated May 23, 2025 ............................. A-2616

Letter from John Carnevale to the Honorable Nina R. Morrison, dated May 26, 2025 .......................... A-2619

Proposed Jury Charge, filed May 27, 2025................ A-2621

Letter from Leo Dorfman to the Honorable Nina R. Morrison, dated May 27, 2025 .............................. A-2628

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 27, 2025 ....................................................... A-2631

Letter from Frederick K. Brewington to the Honorable Nina R. Morrison, dated May 27, 2025 ....................................................... A-2889

Transcript of Trial Proceedings held before the Honorable Nina R. Morrison, dated May 28, 2025 ....................................................... A-2891

Jury Charge, dated May 28, 2025 ............................... A-3108

Annexed to Jury Charge - Proposed Verdict Sheet (Damages)........................ A-3116

Supplemental Jury Charge, dated May 29, 2025 ....... A-3118

ix

**Page**

Transcript of Trial Proceedings held before the
Honorable Nina R. Morrison, dated
May 29, 2025 ...................................................... A-3120

Verdict Sheet (Damages), dated May 29, 2025 ......... A-3159

Defendants' Trial Exhibit C -
Redacted Indictment, in *The People of the State
of New York v. Pfail*, Nassau County Supreme
Court ................................................................... A-3161

Defendants' Trial Exhibit D -
DVD Containing Outside Video ............................. A-3169

Defendants' Trial Exhibit E -
DVD Containing Inside Video ............................... A-3171

Defendants' Trial Exhibit F -
Redacted District Court – Felony Complaint, in
*The People of the State of New York v. Pfail*,
Nassau County District Court Docket No. 23996 . A-3173

Defendants' Trial Exhibit G -
District Court – Information, in *The People of the
State of New York v. Pfail*, Nassau County
District Court Docket No. 23996 ........................... A-3182

Defendants' Trial Exhibit O -
Redacted Neuropsychological Evaluation of
Wayne A. Gordon, Ph.D., dated August 12, 2008 . A-3185

Defendants' Trial Exhibit P -
Redacted Emergency Department Nursing Care
Record from Nassau University Medical Center ... A-3189

Defendants' Trial Exhibit Q -
Redacted Initial Psychiatric Rehabilitation
Assessment Note of Danielle Dimeo, dated July
18, 2013 ................................................................ A-3191

x

**Page**

Defendants' Trial Exhibit R -
Patient Results Report from Nassau University
Medical Center, dated November 4, 2014 .............. A-3193

Defendants' Trial Exhibit BBBBB -
Photograph of Plaintiff's Face ............................... A-3197

Defendants' Trial Exhibit CCCCC -
Photograph of Plaintiff's Face ............................... A-3199

Defendants' Trial Exhibit DDDDD -
Photograph of Plaintiff's Face ............................... A-3201

Defendants' Trial Exhibit FFFFF -
Aerial View of Incident Location ........................... A-3203

Defendants' Trial Exhibit IIIII -
Photograph of Plaintiff's Face ............................... A-3205

Defendants' Trial Exhibit JJJJJ -
Photograph of Plaintiff's Sweatshirt...................... A-3207

Defendants' Trial Exhibit ZZZZZ -
Redacted Nassau County Police Dept Physical
Condition Questionnaire of Brian J. Pfail, dated
November 4, 2014 ................................................ A-3209

Court Exhibit 2 -
Email from John Carnevale to Albert Huber and
Freddie Valderrama, dated May 22, 2025.............. A-3212

Court Exhibit 3 -
Email Thread between Freddie Valderrama, John
Carnevale, *et al.*, dated May 15-16, 2025.............. A-3213

Court Exhibit 4 -
Handwritten Abuse of Process Questions.............. A-3217

Trial Exhibit -
Medical Records from Maureen Grix, Ph.D.......... A-3218

Judgment in a Civil Action, dated May 30, 2025 ...... A-4205

Notice of Appeal, dated June 26, 2025 ...................... A-4206

xi

**Page**

Letter from Robert F. Van der Waag to the
Honorable Brenna B. Mahoney, dated
June 26, 2025 ....................................................... A-4208

Motion and Notice of Motion, by Plaintiff, for Costs
and Reasonable Attorneys' Fees, dated
July 22, 2025........................................................ A-4209

Declaration of Frederick K. Brewington, for
Plaintiff, in Support of Motion, dated
July 22, 2025........................................................ A-4212

Exhibit 1 to Brewington Declaration -
Pre-Bill Worksheet from the Law Offices of
Frederick K. Brewington, dated July 18, 2025 ...... A-4265

Exhibit 2 to Brewington Declaration -
Abbreviated *Curriculum Vitae* of Frederick K.
Brewington ........................................................... A-4347

Exhibit 3 to Brewington Declaration -
Declaration of Harry Ballan, in *Greenaway v.
County of Nassau*, U.S. District Court, EDNY
Case No. 11-cv-2024 (LDH) (AKT)
("Greenaway Action"), dated June 15, 2018 ......... A-4398

Exhibit 4 to Brewington Declaration -
Declaration of Patricia E. Salkin, for Plaintiff, in
Support of Motion, in Greenaway Action, dated
June 18, 2018 ....................................................... A-4401

Exhibit 5 to Brewington Declaration -
Declaration of Howard A. Glickstein, for
Plaintiff, in Support of Motion, in Greenaway
Action, dated June 11, 2018.................................. A-4406

Exhibit 6 to Brewington Declaration -
Declaration of Randolph M. McLaughlin, for
Plaintiff, in Support of Motion, in Greenaway
Action, dated June 15, 2018 ................................. A-4410

xii

**Page**

Exhibit 7 to Brewington Declaration -
Declaration of Rick Ostrove, for Plaintiff, in
Support of Motion, in Greenaway Action, dated
June 15, 2018 ......................................................... A-4416

Exhibit 8 to Brewington Declaration -
Declaration of Jonathan C. Moore, for Plaintiff,
in Support of Motion, in *Besedin v. County of
Nassau*, U.S. District Court, EDNY Case No.
CV-18-819 (NRM) (ST) ("Besedin Action"),
dated November 14, 2024 ....................................... A-4421

Declaration of Scott A. Korenbaum, for Plaintiff, in
Support of Motion, dated July 21, 2025 ................ A-4433

Exhibit 1 to Korenbaum Declaration -
Declaration of Gabriel P. Harvis, for Plaintiff, in
Support of Motion, in Besedin Action, dated
November 13, 2024 ................................................ A-4450

Exhibit 2 to Korenbaum Declaration -
Declaration of Jonathan C. Moore, for Plaintiff,
in Support of Motion, in Besedin Action, dated
November 14, 2024 ................................................ A-4467

Exhibit 3 to Korenbaum Declaration -
May and June 2025 Time and Expense Entries
for SAK .................................................................. A-4478

Memorandum of Law, by Plaintiff, in Support of
Motion, dated July 22, 2025 .................................. A-4484

Declaration of John Carnevale, for Defendants, in
Support of Motion for Judgment and for a New
Trial or Remittitur Pursuant to Rules 50 and 59,
dated August 1, 2025 ............................................. A-4512

Combined Memorandum of Law, by Defendants, in
Support of Motion for Judgment and for a New
Trial or Remittitur Pursuant to Rules 50 and 59,
dated August 1, 2025 ............................................. A-4513

xiii

**Page**

Exhibit A to Carnevale Declaration -
Excerpts from Transcripts of Trial Proceedings
held before the Honorable Nina R. Morrison ........  A-4562

Exhibit B to Carnevale Declaration -
Excerpts from Transcript of Trial Proceedings
held before the Honorable Terence P. Murphy, in
*The People of the State of New York v. Pfail*,
Nassau County Supreme Court Indictment No.
402A-15, dated February 27, 2018 ........................  A-4615

Memorandum of Law, by Defendants, in Opposition
to Plaintiff's Motion for Attorneys' Fees and
Costs, dated September 4, 2025..............................  A-4626

Memorandum of Law, by Plaintiff, in Opposition to
Defendants' Motion for Judgment and for a New
Trial or Remittitur Pursuant to Rules 50 and 59,
dated September 4, 2025........................................  A-4646

Reply Memorandum of Law, by Defendants, in
Further Support of Motion for Judgment and for
a New Trial or Remittitur Pursuant to Rules 50
and 59, dated September 17, 2025..........................  A-4693

Memorandum and Order of the Honorable Nina R.
Morrison, dated November 13, 2025 .....................  A-4717

Memorandum and Order of the Honorable Nina R.
Morrison, dated December 3, 2025 ........................  A-4761

Notice of Appeal, by Defendants County of Nassau.
Nassau County Police Department, Police Officer
Jonathan Panuthos, Police Officer Karen C.
O'Brien and John Does 1-10, dated
December 11, 2025 ...............................................  A-4765

Notice of Appeal, by Defendant Sergeant Thomas
Iannucci, dated December 11, 2025........................  A-4767

Notice of Appeal, by Defendant Police Officer
Joseph Massaro, dated December 11, 2025 ...........  A-4769

**A-3975**

*Effective 8/1/15*

**BlueCross BlueShield**

**STIFEL**

BRIAN PFAIL

Identification Number

| | | | |
|---|---|---|---|
| Group: | 003322165 | Office Visit | $25 |
| Plan Codes: | 834/332 | Specialist | $50 |
| RxBIN: | 003858 | Emergency Room | $150 |
| RxPCN: | A4 | Urgent Care | $75 |
| RxGroup: | WL4A | Inpatient Admission | $150 |

Issue Date: 8/03/2015

Empire POS　　PPO

A-3976

*Effective 8/1/15*



**A-3977**



*Effective 12/1/14*

UnitedHealthcare
Oxford

Health Plan (80840)  911-06111-07
Member ID:                          Group Number:  LA11202
Member:
Eileen T Pfall

Payer ID 06111

OPTUMRx
Rx Bin:  610279
Rx PCN: 9999
Rx Grp: OXFRDHP

PCP: $15
Spec: $25

DOI-0501

Oxford EPO (Freedom Network)
Underwritten by Oxford Health Insurance, Inc.

A-3978

Printed: 11/21/14



Precertification is required for certain services, as described in your member documents. You may be penalized if you fail to obtain a required precertification.

For Members:     www.oxfordhealth.com     800-444-6222
  On-Call Nurseline:                      800-201-4911

For Providers:     www.oxfordhealth.com     800-666-1353
Medical Claim Address: PO Box 29130, Hot Springs, AR 71903

shared savings    NO          UnitedHealthcare®
·ⓢMultiPlan      Referral      Choice Plus Network
                 Required

Pharmacy Claims: OptumRx, PO Box 29044, Hot Springs, AR 71903
    For Pharmacist:  855-816-6616

GRIX                                          761

**A-3979**



BlueCross BlueShield | STIFEL

**BRIAN PFAIL**

Identification Number

| | | | |
|---|---|---|---|
| Group: | 003322165 | Office Visit | $25 |
| Plan Codes: | 834/332 | Specialist | $50 |
| RxBIN: | 003858 | Emergency Room | $150 |
| RxPCN: | A4 | Urgent Care | $75 |
| RxGroup: | WL4A | Inpatient Admission | $150 |

Issue Date: 07/31/2014

Empire POS  [PPO]  R/X



DATE PRINTED : 09/13/2013 23:45:40

NEW YORK STATE

**BENEFIT**

IDENTIFICATION CARD

ID NUMBER
FB12854F

SEX
M

LAST NAME  PFAIL

FIRST NAME / M.I.  BRIAN

6U0486
ACCESS NUMBER            SEQ #

A-3980

BlueCross BlueShield

**anthem.com**

| Member Services | 1-844-404-6845 |
| 24/7 NurseLine | 1-800-700-9184 |
| Pre Certification | 1-866-776-4793 |
| High Tech Image/Sleep Mgmt | 1-888-953-6703 |
| Pharmacist Questions | 1-800-824-0898 |
| Coverage While Traveling | 1-800-810-2583 |
| Provider Services | 1-800-676-2583 |

Providers: If Medicare is primary, pre certification is not required.

Please file medical claims with the Blue Cross and Blue Shield plan in the state where the services are rendered. If Medicare is primary, file claims to Medicare.

View provider listings, benefits, claims, and health and wellness information 24 hours a day 7 days a week by visiting anthem.com.

Possession of this card does not guarantee eligibility for benefits.

Anthem Blue Cross and Blue Shield is the trade name RightCHOICE Managed Care, Inc. (RIT) uses to do business in most of Missouri. RIT and certain affiliates administer non-HMO benefits underwritten by Healthy Alliance Life Insurance Company (HALIC) and HMO benefits underwritten by HMO Missouri, Inc. HMO Missouri, Inc., does business as Blue CHOICE. Independent licensees of the Blue Cross Blue Shield Association. RIT and its affiliates provide administrative claims payment services only and do not assume any financial risk or obligation with respect to claims.

---

Property of New York State · Must be surrendered on demand    32723C001



FRAUDULENT USE OF THIS CARD IS A PUNISHABLE OFFENSE

    NOT VALID WITHOUT SIGNATURE

AUTHORIZED SIGNATURE

**MEDICAID PROVIDERS**
Reimbursement to providers of medical services authorized by New York State electronic verification systems is dependent on verification by MEVS


**MEDICAID RECIPIENTS**
For answers to Medicaid eligibility questions contact your local Department of Social services. For other Medicaid questions call 1-800-541-2831

**EBT CLIENTS**
For balance information or customer service representative
Phone: 1-888-328-6399 or
Online: www.mybenefits.ny.gov
DO NOT WRITE YOUR PIN ON THIS CARD

If this card is found please drop in any mailbox.
RETURN POSTAGE IS GUARANTEED.
RETURN TO:
P.O. BOX 859, ALBANY, N.Y. 12201-0859

GRIX                                                                 763

A-3981



**UnitedHealthcare**

Health Plan (80840)  911-87726-04

Member ID:  ██████  Group Number:  743624

Member:
DONALD M PFAIL  Keefe, Bruyette & Woods, Inc.
Dependents
BRIAN J PFAIL

Payer ID 87726

*medco*

Office: $30  ER: $50  Rx Bin:  610014
UrgCare: $50  Rx Grp:  UHEALTH

DOI-0501  UnitedHealthcare Choice Plus
Underwritten by UnitedHealthcare Insurance Company of New York

A-3982

Printed: 12/29/11



This card does not guarantee coverage. To verify benefits, view claims, or find a provider, visit the websites or call.

For Members: www.myuhc.com  866-633-2446
Care24:  888-887-4114

For Providers: www.unitedhealthcareonline.com 877-842-3210
Medical Claims: PO BOX 740800, Atlanta, GA 30374-0800

Shared Savings
MultiPlan
Facility ERIC/Eligible Services Only
Pharmacy Claims: PO BOX 14711, LEXINGTON KY 40512
For Pharmacists: 800-922-1557  Members: 877-842-6045

GRIX

765

A-3983

## *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**   Oct 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $468.09 |
| 9/3/2022 | Psychotherapy, 45 Min. | 90834 | F33.2 | | $225.00 | $20.35 |
| 9/5/2022 | Psychotherapy, 45 Min. | 90834 | F33.2 | | $225.00 | $20.35 |
| 9/5/2022 | Adjustment<br>Temporary Reduction in patient's co-pay | | | | | ($20.35) |
| 9/6/2022 | Psychotherapy, 45 Min. | 90834 | F33.2 | | $225.00 | $20.35 |
| 9/6/2022 | Adjustment<br>Temporary Reduction in patient's co-pay | | | | | ($20.35) |
| 9/7/2022 | Payment | | | | | ($200.00) |
| 9/14/2022 | Psychotherapy, 45 Min. | 90834 | F33.2 | | $225.00 | $20.35 |
| 9/27/2022 | Psychotherapy, 45 Min.<br>FINAL BILL | 90834 | F33.2 | | $225.00 | $20.35 |
| | | | | | $1,125.00 | $329.14 |

**Please Pay this Amount:**  $329.14

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: NY 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

766

A-3984

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER

$200.00

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO INTERNET SERVICES
PO BOX 884033
LOS ANGELES, CA 90098-4033

September 07, 2022

1104 0055 EPY 07 0909 1/1 44244225.1 00089657

Pay TWO HUNDRED AND 00/100 —

DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

$ *******200.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

GRIX

767

A-3985

Account: NO ACCOUNT NUMBER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$200.00

56-382/412

BRIAN PFAIL

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO INTERNET SERVICES
PO BOX 884033
LOS ANGELES, CA 90088-4033

June 09, 2022

1104 9855 EPV 07 0610 1/1 43281029.1 00136753

Pay  TWO HUNDRED AND 00/100 ------------------------------------------------------------------------  DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

$ *******200.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

⑆0016583370⑆ ⑆041203824⑆ 969882898⑈

A-3986

VOID VOID VOID VOID VOID

Account: NO ACCOUNT NUMBER

$500.00

56-382/412

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9620001249     0039733190

BRIAN PEAU

0039733190

December 22, 2021

1164 0856 EPV 87 1224 1/1 41601586.1 00277777

Pay  FIVE HUNDRED AND 00/100 ------------------------------------------------------     DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

00277777
A212

$ *******500.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

A-3987

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE), MICRO PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER

$200.00

56-382/412

BRIAN PFAU

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9620001249      0030742261

1184 0856 ZPV 07 1081 1/1 40785517.1 00190522

September 30, 2021

Pay  TWO HUNDRED AND 00/100 ----------------------------------------  DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235.

$ *******200.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

Received
10/12/21

**A-3988**

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. VOID FEATURE, SIMULATED WATERMARK (REVERSE SIDE). MICRO PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: NO ACCOUNT NUMBER**

**$275.00**

BRIAN PFAIL

Please Direct Any Questions To
(800) 956-4442
**WELLS FARGO BANK, NA**
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9620001249    0022540490

1164 0056 EPV 07 0716 1/1 40953854.1 00146755

**July 15, 2021**

Pay **TWO HUNDRED SEVENTY FIVE AND 00/100** ----- **DOLLARS**

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

$ *******275.00

VOID 90 DAYS AFTER ISSUE

_Authorized Signature_

**AUTHORIZED SIGNATURE**

A-3989

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: NO ACCOUNT NUMBER VOID VOID VOID $250.00

Please Direct Any Questions To
(800) 956-4442

BRIAN PFAIL
500 PECONIC ST APT 97A
RONKONKOMA, NY 11779-7124

WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9820001249

0011238242

April 06, 2021

1184 0835 EPV 07 0409 1/1 39181248.1 00114205

Pay  TWO HUNDRED FIFTY AND 00/100 ------------------------------------------  DOLLARS

TO
THE
ORDER
OF

MAUREEN C. GRIX, PH.D.
16 CARDINAL CT
GLEN COVE, NY 11542-1235

$ *******250.00

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

WARNING: THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE BACK CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW.

**A-3990**

From: neuro@aol.com,
To: ████████████████
Subject: August 2022 Invoice attached
Date: Mon, Sep 5, 2022 8:51 pm
Attachments: Brian Pfail August 2022 bill  09 05 2022.pdf (218K)

Hi Brian,

Attached is your August 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3991

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :**  Sep 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $407.04 |
| 8/2/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 8/23/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 8/30/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| | | | | | $600.00 | $468.09 |

**Please Pay this Amount:**  $468.09

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: NY 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

774

A-3992

From: neurog@aol.com,
To
Subject: July 2022 Invoice attached
Date: Sat, Aug 6, 2022 4:46 pm
Attachments: Brian Pfail July 2022 bill 08 06 2022.pdf (186K)

Hi Brian,

Attached is your July 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*


**THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.**

**THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.**

A-3993

## Maureen C. Grix, Ph.D.
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfall

**Bill as of :** Aug 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $366.34 |
| 7/6/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 7/19/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| | | | | | $400.00 | $407.04 |

**Please Pay this Amount:** $407.04

| | | | | |
|--|--|--|--|--|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528276989

A-3994

From: neurog@aol.com,
To: ███████████████
Subject: June 2022 invoice attached
Date: Sat, Jul 16, 2022 7:09 pm
Attachments: Brian Pfail June 2022 bill.pdf (221K)

Hi Brian,

Attached is your June 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*


THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3995

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :**    Jul 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $484.94 |
| 6/7/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 6/9/2022 | Payment | | | | | ($200.00) |
| 6/15/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 6/21/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 6/28/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| | | | | | $800.00 | $366.34 |

**Please Pay this Amount:**    $366.34

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528276989

GRIX

778

A-3996

From: neurog@aol.com,
To: ████████████████
Subject: May 2022 Invoice attached
Date: Mon, Jun 13, 2022 6:32 pm
Attachments: Brian Pfail May 2022 bill 06 13 2022.pdf (199K)

Hi Brian,

Attached is your May 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-3997

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
Fax 516-801-3426

**Bill To:**
Brian Pfall

**Bill as of:** Jun 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $403.54 |
| 5/4/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 5/12/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 5/20/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 5/24/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| | | | | | $800.00 | $484.94 |

**Please Pay this Amount:** $484.94

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-3998

From: neurog@aol.com,
To: ███████████████
Subject: April 2022 Invoice attached
Date: Sat, May 21, 2022 5:48 pm
Attachments: Brian Pfail April 2022 bill 05 21 2022.pdf (198K)

Hi Brian,

Attached is your April 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                781

A-3999

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :** May 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|-----------|
| | Previous Balance | | | | | $322.14 |
| 4/5/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 4/12/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 4/19/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 4/26/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| | | | | | $800.00 | $403.54 |

**Please Pay this Amount:** $403.54

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

782

A-4000

**From:** neurog@aol.com,
**To:** ▮▮▮▮▮▮
**Subject:** March 2022 Invoice attached
**Date:** Mon, Apr 11, 2022 4:39 pm
**Attachments:** Brian Pfail March 2022 Bill 04 11 2022.pdf (198K)

Hi Brian,

Attached is your March 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-4001

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :**   Apr 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $240.74 |
| 3/8/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 3/15/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 3/22/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 3/29/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| | | | | | $800.00 | $322.14 |

**Please Pay this Amount:**   $322.14

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

784

A-4002

From: neurog@aol.com,
To:
Subject: February 2022 invoice attached
Date: Thu, Mar 17, 2022 7:14 pm
Attachments: Brian Pfail February 2022 bill 03 17 2022.pdf (236K)

Hi Brian,

Attached is your February 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-4003

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :**   Mar 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|---|---|---|---|---|---|---|
| | Previous Balance | | | | | $98.29 |
| 1/4/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 1/14/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 1/18/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 1/27/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 2/10/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 2/15/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| 2/22/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.35 |
| | | | | | $1,400.00 | $240.74 |

**Please Pay this Amount:**   $240.74

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 2031234l0 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

786

A-4004

1/30/22, 4:01 PM                                      January 2022 Invoice attached

From: neurog@aol.com,
To: ████████████████████
Subject: January 2022 Invoice attached
Date: Sun, Jan 30, 2022 4:01 pm
Attachments: Brian Pfail January 2022 bill 01 30 2022.pdf (213K)

Hi Brian,

Attached is your January 2022 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                      787

**A-4005**



*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :** Feb 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $98.29 |
| 1/4/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | Medicare 2022 Deductible and/or co-pays for the month of January 2022 will be adjusted, as needed, when Remittance Advice is received from Medicare | | | | | |
| 1/14/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 1/18/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 1/27/2022 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $800.00 | $180.05 |

**Please Pay this Amount:** $180.05

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-4006

1/8/22, 9:22 PM                                                December 2021 Invoice attached

**From:** neurog@aol.com,
**To:** ███████████████
**Subject:** December 2021 Invoice attached
**Date:** Sat, Jan 8, 2022 9:22 pm
**Attachments:** Brian Pfall December 2021 bill 01 08 2022.pdf (209K)

Hi Brian,

Attached is your December 2021 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                    789

A-4007

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :** Jan 1, 2022

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $496.09 |
| 12/7/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 12/14/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 12/21/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 12/22/2021 | Payment | | | | | ($500.00) |
| 12/28/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 12/31/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $1,000.00 | $98.29 |

**Please Pay this Amount:** $98.29

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-4008

12/13/21, 9:18 PM November 2021 Invoice attached

From: neurog@aol.com,
To: ▮▮▮▮▮▮▮▮
Subject: November 2021 Invoice attached
Date: Mon, Dec 13, 2021 9:17 pm
Attachments: Brian Pfall November 2021 bill 12 13 2021.pdf (226K)

Hi Brian,

Attached is your November 2021 bill. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX 791

A-4009

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

516-746-3691
Fax 516-801-3426

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

**Bill To:**
Brian Pfail

**Bill as of :**   Dec 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $414.33 |
| 11/2/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 11/5/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 11/23/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 11/30/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $800.00 | $496.09 |

**Please Pay this Amount:**   $496.09

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

792

A-4010

11/20/21, 6:01 PM                                             October 2021 Invoice attached

**From:** neurog@aol.com,
**To:** ███████████████
**Subject:** October 2021 Invoice attached
**Date:** Sat, Nov 20, 2021 6:01 pm
**Attachments:** Brian Pfail October 2021 bill 11 20 2021.pdf (242K)

Hi Brian,

Attached is your October 2021 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                          793

A-4011

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :** Nov 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $471.25 |
| 9/7/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 9/14/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 9/21/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 9/30/2021 | Payment<br>Payment received 10/12/21 | | | | | ($200.00) |
| 10/5/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 10/12/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 10/19/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 10/26/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $1,400.00 | $414.33 |

**Please Pay this Amount:** $414.33

| | | | | |
|--|--|--|--|--|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

794

A-4012

10/9/21, 4:40 PM                                             September 2021 Invoice attached

From: neurog@aol.com,
To:
Subject: September 2021 Invoice attached
Date: Sat, Oct 9, 2021 4:39 pm
Attachments: Brian Pfail September 2021 bill 10 09 2021.pdf (223K)

Hi Brian,

Attached is your September 2021 bill. I know you sent me a check so deduct the amount that you sent from the balance shown on this invoice and that is your true balance. The payment will be shown on your October 2021 invoice. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-4013

### *Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

516-746-3691
FAX 516-801-3426

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

**Bill To:**
Brian Pfaff

████████████████

**Bill as of :** Oct 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|------------|----------|-----------|---------------|--------|-----------|
| | Previous Balance | | | | | $471.25 |
| 9/7/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 9/14/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 9/21/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $600.00 | $532.57 |

**Please Pay this Amount:** $532.57

| | | | |
|---|---|---|---|
| Date of Birth : | ████ | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-4014

From: neurog@aol.com,
To: █████████████
Subject: August 2021 Invoice attached
Date: Fri, Sep 3, 2021 4:44 pm
Attachments: Brian Pfail August 2021 bill 09 03 2021.pdf (223K)

Hi Brian,

Attached is your August 2021 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-4015

## *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfail

**Bill as of :** Sep 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $369.05 |
| 8/4/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 8/10/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 8/17/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 8/24/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 8/31/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $1,000.00 | $471.25 |

**Please Pay this Amount:** $471.25

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

798

A-4016

From: neurog@aol.com,
To: ▮▮▮▮▮▮▮▮
Subject: July 2021 Invoice attached
Date: Sun, Aug 8, 2021 5:12 pm
Attachments: Brian Pfail July 2021 bill 08 08 2021.pdf (225K)

Hi Brian,

Attached is your July 2021 bill. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-4017

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

18 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfall

**Bill as of :**  Aug 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $562.29 |
| 7/6/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 7/13/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 7/15/2021 | Payment | | | | | ($275.00) |
| 7/20/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 7/27/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $800.00 | $369.05 |

**Please Pay this Amount:** $369.05

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

800

A-4018

7/12/2021                                            June 2021 Invoice attached

**From:** neurog@aol.com,
**To:** ███████████████████
**Subject:** June 2021 Invoice attached
**Date:** Mon, Jul 12, 2021 4:23 pm
**Attachments:** Brian Pfail June 2021 bill  07 12 2021.pdf (227K)

Hi Brian,

Attached is your June 2021 bill.  Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE.  PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS.  THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED.  NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY.  FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH.  IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                          801

A-4019

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of:** Jul 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $480.53 |
| 6/8/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 6/15/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 6/22/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 6/29/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $800.00 | $562.29 |

**Please Pay this Amount:** $562.29

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528276989

GRIX

802

A-4020

From: neurog@aol.com,
To: ▮▮▮▮▮▮▮▮▮▮▮▮
Subject: May 2021 Invoice
Date: Tue, Jun 15, 2021 5:43 pm
Attachments: Brian Pfail Invoice May 2021.pdf (215K)

Hi Brian,

Attached is your bill for May 2021. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-4021

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

~~Brian Pfell~~
███████████████████

**Bill as of :** Jun 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $419.21 |
| 5/4/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 5/11/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 5/18/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $600.00 | $480.53 |

**Please Pay this Amount:** $480.53

| | | | |
|---|---|---|---|
| Date of Birth : | ████ | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
· License Number: 014284
Tax Id: 203123410
NPI: 1528275989

A-4022

5/3/2021 April 2021 Invoice

From: neuroo@aol.com
To: ████████████████
Subject: April 2021 Invoice
Date: Mon, May 3, 2021 7:00 pm
Attachments: Brian Pfall April 2021 Bill 05 03 21.pdf (219K)

Hi Brian,

Attached is your bill for April 2021. Any questions, please let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX 805

A-4023

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

516-746-3691
FAX 516-801-3426

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

**Bill To:**

~~Brian Pfeil~~

**Bill as of :** May 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $587.45 |
| 4/6/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 4/6/2021 | Payment | | | | | ($250.00) |
| 4/13/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 4/20/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 4/27/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $800.00 | $419.21 |

**Please Pay this Amount:** $419.21

| | | | | |
|---|---|---|---|---|
| Date of Birth : | | Referring Physician : | | |
| SS # : | | | | |
| Sex : | M | Is there another health plan? : | N/A | |
| Medicaid resub code : | | Signature on file? : | N/A | |
| Was outside lab work done? : | No | Accept assignment? : | N/A | |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 | |
| Date of first symptom : | | | | |
| Date of similar illness : | | | | |
| Dates unable to work : | to | | | |
| Hospitalization dates : | to | | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

806

A-4024

4/11/2021                                                    Your bill for March 2021

From: neurog@aol.com,
To: ███████████████
Subject: Your bill for March 2021
Date: Sun, Apr 11, 2021 9:22 pm
Attachments: Brian Pfail March 2021 Bill 04 11 21.pdf (226K)

Hi Brian,

Attached please find subject bill. I haven't received your check yet but please deduct it from the total due on the attached invoice. It will be shown on next month's statement. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                                         807

A-4025

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfall

**Bill as of :**   Apr 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $485.25 |
| 3/2/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 3/10/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 3/18/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 3/23/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 3/30/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $1,000.00 | $587.45 |

**Please Pay this Amount:**   $587.45

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

808

A-4026

3/14/2021                                                    February 2021 Invoice

**From:** neurog@aol.com,
**To** ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** February 2021 Invoice
**Date:** Sun, Mar 14, 2021 5:34 pm
**Attachments:** Brian Pfall Bill February 2021 03 14 21.pdf (219K)

Hi Brian,

Attached please find subject invoice. Any questions let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                              809

A-4027

*Maureen C. Grix, Ph.D.*

LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**

Brian Pfail

**Bill as of :** Mar 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
|  | Previous Balance |  |  |  |  | $403.49 |
| 2/2/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $20.44 |
| 2/9/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $20.44 |
| 2/16/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $20.44 |
| 2/24/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 |  | $200.00 | $20.44 |
|  |  |  |  |  | $800.00 | $485.25 |

**Please Pay this Amount:** $485.25

| | | | |
|---|---|---|---|
| Date of Birth : |  | Referring Physician : |  |
| SS # : |  |  |  |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : |  | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : |  |  |  |
| Date of similar illness : |  |  |  |
| Dates unable to work : | to |  |  |
| Hospitalization dates : | to |  |  |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

810

A-4028

3/15/2021                                                    Revised Invoice - February 2021

**From:** neurog@aol.com,
**To:** ███████████████████
**Subject:** Revised Invoice - February 2021
**Date:** Mon, Mar 15, 2021 9:22 am
**Attachments:** Brian Pfail Invoice 2 February 2021  03 15 21.pdf (253K)

---

Hi Brian,

Sent you another invoice showing the increase in your Medicare co-pay as of January 2021.  That is why your previous balance shown on the invoice I sent you yesterday was slightly higher than last month's invoice. Any questions, let me know.

Sincerely,
Dr. Grix


*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*


THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE.  PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS.  THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED.  NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY.  FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW.  RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH.  IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

GRIX                                                    811

A-4029

*Maureen C. Grix, Ph.D.*
LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3426

**Bill To:**
Brian Pfeil

**Bill as of :**    Mar 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|------------|
| | Previous Balance | | | | | $321.73 |
| 1/5/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | January deductible and co-pays will be adjusted, as needed, when payment is received from Medicare | | | | | |
| 1/12/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 1/20/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 1/27/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 2/2/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 2/9/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 2/16/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| 2/24/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $20.44 |
| | | | | | $1,600.00 | $485.25 |

**Please Pay this Amount:**    $485.25

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

812

A-4030

2/8/2021                                                                                January 2021 Invoice

From: neurog@aol.com,
To:
Subject: January 2021 Invoice
Date: Mon, Feb 8, 2021 2:29 pm
Attachments: Brian Pfall January 2021 bill 02 08 2021.pdf (228K)

Hi Brian,

Attached is your bill for January 2021. As noted on the bill - the amount due for January may have to be adjusted when I receive payment from Medicare depending on whether or not you met your deductible. Any questions, let me know.

Sincerely,
Dr. Grix

*Maureen C. Grix, Ph.D.*
*Clinical Neuropsychologist*
*Psychodynamic Psychotherapist*
*16 Cardinal Court*
*Glen Cove, NY 11542*
*Tel. No. 516-746-3691*
*Fax No. 516-801-3426*

THE INFORMATION AND MATERIAL CONTAINED IN THIS E-MAIL ARE INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE INSTRUCTED NOT TO DISCLOSE, COPY OR DISTRIBUTE THIS COMMUNICATION AND ARE NOT AUTHORIZED TO TAKE ANY ACTION WITH RESPECT TO IT OTHER THAN TO ASSURE ITS PROPER DELIVERY TO THE PERSON TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT NAMED ABOVE, THEN YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND IT IS REQUESTED THAT YOU NOTIFY DR. MAUREEN GRIX, 516-746-3691 IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS PROPER RETURN.

THIS E-MAIL CONTAINS PROTECTED HEALTH INFORMATION PROTECTED BY FEDERAL (HIPAA) AND NEW YORK STATE PRIVACY AND CONFIDENTIALITY LAWS AND REGULATIONS. THIS IS STRICTLY CONFIDENTIAL MATERIAL AND IS THE INFORMATION OF ONLY THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY CAN BE ACCEPTED IF IT IS MADE AVAILABLE TO ANY OTHER PERSON OR ENTITY. FEDERAL AND NEW YORK STATE LAWS AND REGULATIONS PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY WRITTEN AUTHORIZATION OF THE PERSON TO WHOM IT PERTAINS, OR IS OTHERWISE PERMITTED BY LAW. RE-DISCLOSURE IN VIOLATION OF APPLICABLE LAWS AND REGULATIONS MAY RESULT IN A FINE OR JAIL SENTENCE OR BOTH. IN CERTAIN INSTANCES, A GENERAL AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION IS NOT SUFFICIENT AUTHORIZATION FOR DISCLOSURE.

A-4031

## *Maureen C. Grix, Ph.D.*
### LICENSED PSYCHOLOGIST

16 CARDINAL COURT
GLEN COVE, NEW YORK 11542

FEDERAL TAX ID #20-3123410
NYS LICENSE #014284

516-746-3691
FAX 516-801-3428

**Bill To:**

Brian Pfail

**Bill as of :** Feb 1, 2021

| Date | Transaction | CPT Code | Diagnosis | Adj. Category | Charge | Total Owed |
|------|-------------|----------|-----------|---------------|--------|-----------|
| | Previous Balance | | | | | $321.73 |
| 1/5/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | January deductible and co-pays will be adjusted, as needed, when payment is received from Medicare | | | | | |
| 1/12/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/20/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| 1/27/2021 | Psychotherapy, 45 Min. | 90834 | F06.32 | | $200.00 | $18.92 |
| | | | | | $800.00 | $397.41 |

**Please Pay this Amount:** $397.41

| | | | |
|---|---|---|---|
| Date of Birth : | | Referring Physician : | |
| SS # : | | | |
| Sex : | M | Is there another health plan? : | N/A |
| Medicaid resub code : | | Signature on file? : | N/A |
| Was outside lab work done? : | No | Accept assignment? : | N/A |
| Lab Charges : | $0.00 | Physician Tax ID : | 203123410 |
| Date of first symptom : | | | |
| Date of similar illness : | | | |
| Dates unable to work : | to | | |
| Hospitalization dates : | to | | |

Maureen C Grix, Ph.D.
Psychologist
License Number: 014284
Tax Id: 203123410
NPI: 1528275989

GRIX

814

# PROVIDER SUMMARY VOUCHER

Beacon Health Options, Inc.
P.O. Box 1850
Hicksville, NY 11802-1850
1-888-447-2526

MAUREEN C. GRIX, PH.
233 7TH ST
STE 200
GARDEN CITY, NY 11530-5747

Date: 07/13/2018
Profile: EH8
Vendor #: D943464
NPI: 1528275989
Check #: 2004462221
Check Amount: $0.00

| Date of Service | Proc Code | Mod Code | Units | Charged Amount | Allowed Amount | Provider Withhold | Discount Amount | COB Amount | Prepaid Amount | Non-covered Amount | Deductible Amount | Co-Pay Amount | Co-Ins Amount | Paid Amount | Other Ins | EOP Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient: BRIAN PFAIL | | | | | | Member #: ▮ | | | | Member #: 1327110110 | | | | | Claim #: 01  052718 09039 00084 | |
| Provider: MAUREEN C. GRIX | | | | | | Provider #: 594779 | | | | SVC NPI: 1528275989 | | | Parent/Group: EHCO  U98286 | | GL Code: EHAA | |
| 05-09-2018 – 05-09-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 05-23-2018 – 05-23-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| Claim Totals: | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |
| Statement Totals: | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |
| Provider Summary | | | | | | | | | | | | | | | | |
| MAUREEN C. GRIX | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |

| EOP Code | Description |
|---|---|

34D - Provider notice: The member's plan does not provide out of plan benefits for non-emergency services. Important member information about this

denial: Please refer to the "limitations and exclusions", "inpatient care" and "medical services" sections in your plan document.

Case: 25-3129, 04/30/2026, DktEntry: 64.1, Page 73 of 125

A-4032

**Beacon Health Options, Inc.**
P.O. Box 1850
Hicksville, NY 11802-1850
1-888-447-2526

**MAUREEN C GRIX**
233 7TH ST
STE 200
GARDEN CITY, NY 11530-5747

Date: 06/01/2018
Profile: EH8
Vendor #: D943464
NPI: 1528275989
Check #: 2004406435
Check Amount: $0.00

| Date of Service | Proc Code | Mod Code | Units | Charged Amount | Allowed Amount | Provider Withhold | Discount Amount | COB Amount | Prepaid Amount | Non-covered Amount | Deductible Amount | Co-Pay Amount | Co-Ins Amount | Paid Amount | Other Ins | EOP Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient: BRIAN PFAIL  Provider: MAUREEN C. GRIX | | | | | | Member #: ▮  Provider #: 594779 | | | Member #: 1327110110  SVC NPI: 1528275989 | | | | Parent/Group: EHCO U98286 | | | Claim #: 01  051818 09720 00079  GL Code: EHAA |
| 04-03-2018 - 04-03-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 04-17-2018 - 04-17-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| Claim Totals: | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |
| Statement Totals: | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |
| Provider Summary | | | | | | | | | | | | | | | | |
| MAUREEN C. GRIX | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |

GRIX

| EOP Code | Description |
|---|---|

34D - Provider notice: The member's plan does not provide out of plan benefits for non-emergency services. Important member information about this

denial: Please refer to the "limitations and exclusions", "inpatient care" and "medical services" sections in your plan document.

AAB - PLEASE FAX W9 TO 866-612-7795

Case: 25-3129, 04/30/2026, DktEntry: 64.1, Page 74 of 125

A-4033

# PROVIDER SUMMARY VOUCHER

**Beacon Health Options, Inc.**
P.O. Box 1850
Hicksville, NY 11802-1850
1-888-447-2526

**MAUREEN C. GRIX, PH.**
233 7TH ST
STE 200
GARDEN CITY, NY 11530-5747

Date: 06/29/2018
Profile: EH8
Vendor #: D943464
NPI: 1528275989
Check #: 2004444391
Check Amount: $0.00

| Date of Service | Proc Code | Mod Code | Units | Charged Amount | Allowed Amount | Provider Withhold | Discount Amount | COB Amount | Prepaid Amount | Non-covered Amount | Deductible Amount | Co-Pay Amount | Co-Ins Amount | Paid Amount | Other Ins | EOP Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient: BRIAN PFAIL | | | | | Member #: ▓▓▓ | | | | Member #: 1327110110 | | | | | | Claim #: 01 062118 09920 00045 | |
| Provider: MAUREEN C. GRIX | | | | | Provider #: 594779 | | | | SVC NPI: 1528275989 | | | Parent/Group: EHCO U98286 | | | GL Code: EHAA | |
| 03-06-2018 – 03-06-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 03-13-2018 – 03-13-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 03-23-2018 – 03-23-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| Claim Totals: | | | | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | Precert Penalty: 0.00 | | | | | |
| Statement Totals: | | | | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | Precert Penalty: 0.00 | | | | | |

**Provider Summary**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAUREEN C. GRIX | | | | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | Precert Penalty: 0.00 | | | | | |

| EOP Code | Description |
|---|---|

34D - Provider notice: The member's plan does not provide out of plan benefits for non-emergency services. Important member information about this

denial: Please refer to the "limitations and exclusions", "inpatient care" and "medical services" sections in your plan document.

Case: 25-3129, 04/30/2026, DktEntry: 64.1, Page 75 of 125

A-4034

817

# PROVIDER SUMMARY VOUCHER

**Beacon Health Options, Inc.**
10 British American Blvd
Latham, NY 12110
1-888-447-2526

**MAUREEN C GRIX**
233 7TH ST
STE 200
GARDEN CITY, NY 11530-5747

Date: 03/30/2018
Profile: EH8
Vendor #: D943464
NPI: 1528275989
Check #: 2004313258
Check Amount: $0.00

| Date of Service | Proc Code | Mod Code | Units | Charged Amount | Allowed Amount | Provider Withhold | Discount Amount | COB Amount | Prepaid Amount | Non-covered Amount | Deductible Amount | Co-Pay Amount | Co-Ins Amount | Paid Amount | Other Ins | EOP Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient: [illegible] Provider: MAUREEN C GRIX | | | | | | MEMBER #: [illegible] Provider's NPI: | | | | Member #: [illegible] AVG NPI: [illegible] | | | | | Class: [illegible] Ref Code: EHAA | |
| 02-07-2018~02-07-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 02-13-2018~02-13-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 02-28-2018~02-28-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| Claim Totals: | | | | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |
| Statement Totals: | | | | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |

**Provider Summary**

| | | | | Charged | Allowed | Provider Withhold | Discount | COB | Prepaid | Non-covered | Deductible | Co-Pay | Co-Ins | Paid | Other Ins | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAUREEN C. GRIX | | | | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |

| EOP Code | Description |
|---|---|

34D - Provider notice: The member's plan does not provide out of plan benefits for non-emergency services. Important member information about this denial: Please refer to the "limitations and exclusions", "inpatient care" and "medical services" sections in your plan document.

AAB - PLEASE FAX W9 TO 866-612-7795

Case: 25-3129, 04/30/2026, DktEntry: 64.1, Page 76 of 125

A-4035

Sent 13/04/2018 at 22:00:14 — from — to 516 801 3426 p3/6

# PROVIDER SUMMARY VOUCHER

**Beacon Health Options, Inc.**
10 British American Blvd
Latham, NY 12110
1-888-447-2526

**MAUREEN C GRIX**
233 7TH ST
STE 200
GARDEN CITY, NY 11530-5747

Date: 03/02/2018
Profile: EH8
Vendor #: D943464
NPI: 1528275989
Check #: 2004268706
Check Amount: $0.00

Case: 25-3129, 04/30/2026, DktEntry: 64.1, Page 77 of 125

A-4036

| Date of Service | Proc Code | Mod Code | Units | Charged Amount | Allowed Amount | Provider Withhold | Discount Amount | COB Amount | Prepaid Amount | Non-covered Amount | Deductible Amount | Co-Pay Amount | Co-Ins Amount | Paid Amount | Other Ins | EOP Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Patient:** BRIAN PFAIL | | | | | Member #: [redacted] | | | | Member #: 1327110110 | | | | Claim #: 01  021618 09029 00005 | | | |
| **Provider:** MAUREEN C. GRIX | | | | | Provider #: 594779 | | | | SVC NPI: 1528275989 | | | Parent/Group: EHCO U98286 | | GL Code: EHAA | | |
| 01-09-2018 - 01-09-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 01-17-2018 - 01-17-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 01-24-2018 - 01-24-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| 01-30-2018 - 01-30-2018 | 90834 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34D AAB |
| Post Max Copay: 0.00 | | Post Max Coins: 0.00 | | | | | | | | | | | | | | |
| **Claim Totals:** | | | | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |
| **Statement Totals:** | | | | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |
| **Provider Summary** | | | | | | | | | | | | | | | | |
| MAUREEN C. GRIX | | | | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | | | | Precert Penalty: 0.00 | | | | |

**EOP Code**          **Description**

34D - Provider notice: The member's plan does not provide out of plan benefits for non-emergency services. Important member information about this denial: Please refer to the "limitations and exclusions", "inpatient care" and "medical services" sections in your plan document.

AAB - PLEASE FAX W9 TO 866-612-7795

A-4037

01451

## Provider Explanation of Benefits

Page 3 of 3

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE |
|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 01/16/18 |



SITE NUMBER
200

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 |  | COMPREHENSIVE | 80154245830 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320180151862500 | | | |

Submitted ID Number
SNHAN5659969

| | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|
| **Service Information** Procedure Code: 90834  Date(s): 12/05/17 – 12/05/17  Service Type/Place: Z /OFC  No. of Units: 1 | $150.00 | $150.00 | $0.00 |
| Submitted Procedure Code: No Change  Submitted Date(s): No Change  Submitted Charge: No Change | | | |

| **Payment Calculation** | Allowed Amount | | $0.00 |
|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*    Plan Payment for this Service: **$0.00**

• *Your policy was not in effect at the time the service was provided.*

| | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|
| **Service Information** Procedure Code: 90834  Date(s): 12/13/17 – 12/13/17  Service Type/Place: Z /OFC  No. of Units: 1 | $150.00 | $150.00 | $0.00 |
| Submitted Procedure Code: No Change  Submitted Date(s): No Change  Submitted Charge: No Change | | | |

| **Payment Calculation** | Allowed Amount | | $0.00 |
|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*    Plan Payment for this Service: **$0.00**

• *Your policy was not in effect at the time the service was provided.*

| | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|
| **Service Information** Procedure Code: 90834  Date(s): 12/20/17 – 12/20/17  Service Type/Place: Z /OFC  No. of Units: 1 | $150.00 | $150.00 | $0.00 |
| Submitted Procedure Code: No Change  Submitted Date(s): No Change  Submitted Charge: No Change | | | |

| **Payment Calculation** | Allowed Amount | | $0.00 |
|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*    Plan Payment for this Service: **$0.00**

• *Your policy was not in effect at the time the service was provided.*

*Total Patient Responsibility:* **$450.00**
*Total Payment for this Claim:* **$0.00**

**IMPORTANT NOTE:** You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

GRIX

820

## A-4038

| | | SITE NUMBER | CHECK NUMBER | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 200 | 0000045634456 | | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
| --- | --- | --- | --- | --- |
| BRIAN PFAIL | 1327110110 | | COMPREHENSIVE | 73564011260 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320173562401300 | | | |

Submitted ID Number
**SNHAN5559969**

| | | | Charges | Charges Not Allowed | Allowed Amount |
| --- | --- | --- | --- | --- | --- |
| **Service Information** | Procedure Code: 90834 | Date(s): 11/01/17 – 11/01/17 | $150.00 | $55.00 | $95.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
| --- | --- | --- | --- | --- |
| | Coinsurance | | | 25.00 |
| | | | Plan Payment for this Service: | $70.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**

* Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| | | | Charges | Charges Not Allowed | Allowed Amount |
| --- | --- | --- | --- | --- | --- |
| **Service Information** | Procedure Code: 90834 | Date(s): 11/15/17 – 11/15/17 | $150.00 | $55.00 | $95.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
| --- | --- | --- | --- | --- |
| | Coinsurance | | | 25.00 |
| | | | Plan Payment for this Service: | $70.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**

* Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| | | | Charges | Charges Not Allowed | Allowed Amount |
| --- | --- | --- | --- | --- | --- |
| **Service Information** | Procedure Code: 90834 | Date(s): 11/28/17 – 11/28/17 | $150.00 | $150.00 | $0.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| **Payment Calculation** | Allowed Amount | | | $0.00 |
| --- | --- | --- | --- | --- |
| | | | Plan Payment for this Service: | $0.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**

* Your policy was not in effect at the time the service was provided.

| | |
| --- | --- |
| **Total Patient Responsibility:** | $200.00 |
| **Total Payment for this Claim:** | $140.00 |

**IMPORTANT NOTE:** You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

NON-NEGOTIABLE

A-4039

## Provider Explanation of Benefits

Page 1 of 3



BLUECROSS BLUESHIELD

Services provided by Empire HealthChoice Assurance, Inc., a licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans

Empire HealthChoice Assurance, Inc.
165 Broadway, New York, NY 10006

**For Inquiry Contacts, Please See Back of This Page**

| | |
|---|---|
| PROVIDER NAME | STATEMENT DATE |
| MAUREEN C GRIX PHD | 12/25/17 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 200 | 0000045634456 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 1**

| | |
|---|---|
| Total Charges | $450.00 |
| Total Allowed Amount | $190.00 |
| Total Coinsurance | 50.00 |
| **Empire Payment** | **$140.00** |
| **Total Amount Paid by Check # 0000045634456** | **$140.00** |

DETACH AT PERFORATION

GRIX

822

A-4040

# Empire ✚ 🛡
### BLUECROSS BLUESHIELD

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1526275989

C000571

0000043634456

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

DATE
12/25/17

AMOUNT
$140.00

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

AUTHORIZED SIGNATURE

Security features
included.
Details on back.

A-4041

## Provider Explanation of Benefits

Page 3 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID |  |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 12/13/17 | 203123410 | Empire BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 200 | 0000045567528 | | |

### Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | ███████ | COMPREHENSIVE | 73404009170 |
| | ITS SERIAL NO. | | | PSU CODE B |
| | 303201734B2625500 | | | |

Submitted ID Number
SNHAN5559989

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834   Date(s): 10/04/17 – 10/04/17  Service Type/Place: Z /OFC   No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change   Submitted Date(s): No Change   Submitted Charge: No Change | | | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
|---|---|---|---|---|
| | Coinsurance | | | 25.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**   Plan Payment for this Service: **$70.00**

- Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| **Service Information** Procedure Code: 90834   Date(s): 10/10/17 – 10/10/17  Service Type/Place: Z /OFC   No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
|---|---|---|---|---|
| Submitted Procedure Code: No Change   Submitted Date(s): No Change   Submitted Charge: No Change | | | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
|---|---|---|---|---|
| | Coinsurance | | | 25.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**   Plan Payment for this Service: **$70.00**

- Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| **Service Information** Procedure Code: 90834   Date(s): 10/18/17 – 10/18/17  Service Type/Place: Z /OFC   No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
|---|---|---|---|---|
| Submitted Procedure Code: No Change   Submitted Date(s): No Change   Submitted Charge: No Change | | | | |

  

NON-NEGOTIABLE

## Provider Explanation of Benefits

Page 4 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 12/13/17 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 200 | 0000045567528 | | |

**BRIAN PFAIL - CLAIM NUMBER 73464008170** *CONTINUED*

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|
| | Coinsurance | | 25.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*      Plan Payment for this Service:    **$70.00**

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834<br>Service Type/Place: Z /OFC | Date(s): 10/25/17 – 10/25/17<br>No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|
| | Coinsurance | | 25.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*      Plan Payment for this Service:    **$70.00**

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

    *Total Patient Responsibility:*    **$100.00**
    *Total Payment for this Claim:*    **$280.00**

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| ███ | ███ | ███ | | ███ |
| | ITS SERIAL NO. ███ | | | |
| | | Submitted ID Number ███ | | |






| **Service Information** | Procedure Code ███ | Date(s) ███ | ███ | ███ | ███ |
|---|---|---|---|---|---|
| | Service Type/Place ███ | No. of Units ███ | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| Payment Calculation | Allowed Amount | | ███ |
|---|---|---|---|
| | Coinsurance | | ███ |

*MESSAGE(S) SENT TO YOUR PATIENT:*      Plan Payment for this Service:    ███

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

    *Total Patient Responsibility:*    ███
    *Total Payment for this Claim:*    ███

**IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.**

GRIX        825

A-4043

## Provider Explanation of Benefits

Page 1 of 4



BLUECROSS BLUESHIELD

Services provided by Empire HealthChoice Assurance, Inc., a licensee of the
Blue Cross and Blue Shield Association, an association of Independent Blue
Cross and Blue Shield Plans

Empire HealthChoice Assurance, Inc.
165 Broadway, New York, NY 10006

**For Inquiry Contacts, Please See Back of This Page**

| | |
|---|---|
| PROVIDER NAME | STATEMENT DATE |
| MAUREEN C GRIX PHD | 12/13/17 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 200 | 0000045567528 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 2**

| | | |
|---|---|---|
| Total Charges | $750.00 | |
| Total Allowed Amount | | $475.00 |
| Total Coinsurance | | 120.00 |
| **Empire Payment** | | **$355.00** |
| Total Amount Paid by Check # 0000045567528 | | $355.00 |

DETACH AT PERFORATION

NYCCSD05 COMB 20171215B08 J751

GRIX

826

A-4044

**Empire** ✚ ⊛
**BlueCross BlueShield**
165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1528275989

C000859

0000045567528

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

DATE
12/13/17

AMOUNT
$355.00

Bank of America, N.A.
Atlanta, Dekalb County, Georgia

AUTHORIZED SIGNATURE

Security features
included.
Details on back.

CHECKING THE ENDORSEMENT

A-4045

01973

## Provider Explanation of Benefits

Page 3 of 3

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | *Empire* |
| MAUREEN C GRIX PHD | 1528275989 | 11/03/17 | 203123410 | BlueCross BlueShield |

| | SITE NUMBER | CHECK NUMBER | | |
| | 200 | 0000045343608 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
| BRIAN PFAIL | 1327110110 | ▓▓▓▓▓ | COMPREHENSIVE | 73064012520 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320173061787900 | | | |

Submitted ID Number
**SNHAN5559969**

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834  Date(s): 09/05/17 – 09/05/17  Service Type/Place: Z /OFC  No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change  Submitted Date(s): No Change  Submitted Charge: No Change | | | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
| | Coinsurance | | | 25.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*  **Plan Payment for this Service:** $70.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834  Date(s): 09/13/17 – 09/13/17  Service Type/Place: Z /OFC  No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change  Submitted Date(s): No Change  Submitted Charge: No Change | | | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
| | Coinsurance | | | 25.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*  **Plan Payment for this Service:** $70.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834  Date(s): 09/27/17 – 09/27/17  Service Type/Place: Z /OFC  No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change  Submitted Date(s): No Change  Submitted Charge: No Change | | | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
| | Coinsurance | | | 25.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*  **Plan Payment for this Service:** $70.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

**Total Patient Responsibility:** $75.00
**Total Payment for this Claim:** $210.00

IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

NON-NEGOTIABLE

A-4046

# Provider Explanation of Benefits



Services provided by Empire HealthChoice Assurance, Inc., a licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans

Empire HealthChoice Assurance, Inc.
165 Broadway, New York, NY 10006

**For Inquiry Contacts, Please See Back of This Page**

| | |
|---|---|
| PROVIDER NAME | STATEMENT DATE |
| MAUREEN C GRIX PHD | 11/03/17 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 200 | 0000045343608 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 1**

| | |
|---|---|
| Total Charges | $450.00 |
| Total Allowed Amount | $285.00 |
| Total Coinsurance | 75.00 |
| **Empire Payment** | $210.00 |
| **Total Amount Paid by Check # 0000045343608** | $210.00 |

DETACH AT PERFORATION

GRIX

A-4047

**Empire** ✚ ⬡
**BlueCross BlueShield**

165 Broadway
New York, NY 10006

C000625          0000043343609

PROVIDER NUMBER: 1528276989

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

DATE
11/03/17

AMOUNT
$210.00

*Larry L. Devine*

AUTHORIZED SIGNATURE

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

Security features
included.
Details on back.

GRIX                    830

A-4048

03174

# Provider Explanation of Benefits

Page 3 of 3

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 07/11/17 | 203123410 | Empire ✚♥ BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000044700386 | | |



## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | SNHAN5559969 | COMPREHENSIVE | 71914031790 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320171912652200 | | | |
| | | Submitted ID Number | | |
| | | SNHAN5559969 | | |

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** — Procedure Code: 90834, Service Type/Place: Z /OFC, Date(s): 06/07/17 – 06/07/17, No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
|---|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*

**Plan Payment for this Service:** $95.00

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** — Procedure Code: 90834, Service Type/Place: Z /OFC, Date(s): 06/21/17 – 06/21/17, No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
|---|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*

**Plan Payment for this Service:** $95.00

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | |
|---|---|
| **Total Patient Responsibility:** | *$0.00* |
| **Total Payment for this Claim:** | *$190.00* |

**IMPORTANT NOTE:** You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

NYCCS005 COMB 20170713B08 J201

NON-NEGOTIABLE

A-4049

03173

## Provider Explanation of Benefits

Page 1 of 3


Services provided by Empire HealthChoice Assurance, Inc., a licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans

Empire HealthChoice Assurance, Inc.
165 Broadway, New York, NY 10006

For Inquiry Contacts, Please See Back of This Page

| | |
|---|---|
| PROVIDER NAME | STATEMENT DATE |
| MAUREEN C GRIX PHD | 07/11/17 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 100 | 0000044700386 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 1**

| | | |
|---|---|---|
| Total Charges | $300.00 | |
| Total Allowed Amount | | $190.00 |
| **Empire Payment** | | **$190.00** |
| Total Amount Paid by Check # 0000044700386 | | $190.00 |

DETACH AT PERFORATION

NYCCS005 COMB 20170713B08 J201

GRIX

832

A-4050

# Empire ✚ ⛊
## BlueCross BlueShield

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1528275989

C000974

CHECK NUMBER
0000044700386

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

DATE
07/11/17

AMOUNT
$190.00

*Larry L. Devane*

AUTHORIZED SIGNATURE

CHECKING THE ENDORSEMENT

*Bank of America, N.A.*
Atlanta, Dekalb County, Georgia

Security features
included.
Details on back.

A-4051

02964

## Provider Explanation of Benefits

Page 3 of 3

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 06/29/17 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000044639427 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | | COMPREHENSIVE | 71794001100 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 303201717923060900 | | | |

Submitted ID Number

| | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|
| **Service Information** Procedure Code: 90834 Date(s): 05/04/17 – 05/04/17 Service Type/Place: Z /OFC No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change Submitted Date(s): No Change Submitted Charge: No Change | | | |

| **Payment Calculation** Allowed Amount | | | $95.00 |

MESSAGE(S) SENT TO YOUR PATIENT: | | Plan Payment for this Service: | $95.00 |

* Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| **Service Information** Procedure Code: 90834 Date(s): 05/23/17 – 05/23/17 Service Type/Place: Z /OFC No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change Submitted Date(s): No Change Submitted Charge: No Change | | | |

| **Payment Calculation** Allowed Amount | | | $95.00 |

MESSAGE(S) SENT TO YOUR PATIENT: | | Plan Payment for this Service: | $95.00 |

* Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| **Service Information** Procedure Code: 90834 Date(s): 05/31/17 – 05/31/17 Service Type/Place: Z /OFC No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change Submitted Date(s): No Change Submitted Charge: No Change | | | |

| **Payment Calculation** Allowed Amount | | | $95.00 |

MESSAGE(S) SENT TO YOUR PATIENT: | | Plan Payment for this Service: | $95.00 |

* Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| Total Patient Responsibility: | $0.00 |
| Total Payment for this Claim: | $285.00 |

IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool or sent in any other medium including mail, email, fax, or other electronic transmission.

NON-NEGOTIABLE

GRIX

834

NYCC5005 CCMB 20170708B07 J60D

A-4052

## Provider Explanation of Benefits

Page 1 of 3



BlueCross BlueShield

Services provided by Empire HealthChoice Assurance, Inc., a licensee of the Blue Cross and Blue Shield Association, an association of Independent Blue Cross and Blue Shield Plans

Empire HealthChoice Assurance, Inc.
165 Broadway, New York, NY 10006

**For Inquiry Contacts, Please See Back of This Page**

| | |
|---|---|
| PROVIDER NAME | STATEMENT DATE |
| MAUREEN C GRIX PHD | 06/29/17 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 100 | 0000044639427 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 1**

| | |
|---|---|
| Total Charges | $450.00 |
| Total Allowed Amount | $285.00 |
| **Empire Payment** | $285.00 |
| Total Amount Paid by Check # 0000044639427 | $285.00 |

DETACH AT PERFORATION

NYCCS005 COMB 20170703B07 J80D

A-4053

# Empire ✚ BlueCross BlueShield

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1528276989

C000916

CHECK NUMBER
0000044639427

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

| DATE | AMOUNT |
|------|--------|
| 06/29/17 | $285.00 |

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

AUTHORIZED SIGNATURE

Security features
included.
Details on back.

GRIX

836

## Provider Explanation of Benefits

Page 3 of 4

| | | | | |
|---|---|---|---|---|
| **PROVIDER NAME** | **PROVIDER NUMBER** | **STATEMENT DATE** | **TAX ID** | *Empire* ⊞ ♥ |
| MAUREEN C GRIX PHD | 1528275989 | 02/22/17 | 203123410 | BlueCross BlueShield |
| | **SITE NUMBER** | **CHECK NUMBER** | | |
| | 100 | 0000043884525 | | |

### Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| | ITS SERIAL NO. | | | |
| | ▮▮▮ | ▮▮▮ | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|

**Service Information** Procedure C▮ | Service Type/Plac▮

Submitted Procedure Code: No Change — Submitted Date(s): No Change — Submitted Charge: No Change

**Payment Calculation**
Allowed Amount
Amount Applied to Deductible
Coinsurance

**MESSAGE(S) SENT TO YOUR PATIENT:**
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Plan Payment for this Service: ▮▮▮

**Total Patient Responsibility:** ▮▮▮
**Total Payment for this Claim:** ▮▮▮



| PATIENT NAME | PATIENT ACCOUNT NUMBER | | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | ▮▮▮ | COMPREHENSIVE | 70514008200 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320170511898200 | | | |
| | | Submitted ID Number ▮▮▮ | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z/OFC | Date(s): 01/04/17 - 01/04/17 No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | | |

**Payment Calculation**
Allowed Amount — $95.00

**MESSAGE(S) SENT TO YOUR PATIENT:**
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Plan Payment for this Service: $95.00

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z/OFC | Date(s): 01/12/17 - 01/12/17 No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | | |

## NON-NEGOTIABLE

A-4055

## Provider Explanation of Benefits

Page 4 of 4

| | | | | |
|---|---|---|---|---|
| PROVIDER NAME<br>MAUREEN C GRIX PHD | PROVIDER NUMBER<br>1528275989 | STATEMENT DATE<br>02/22/17 | TAX ID<br>203123410 | Empire 🔵 ♥<br>BlueCross BlueShield |
| | SITE NUMBER<br>100 | CHECK NUMBER | | |

**BRIAN PFAIL - CLAIM NUMBER 70514008200** *CONTINUED*

| Payment Calculation | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service: **$95.00**

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Date(s): 01/18/17 – 01/18/17 | | | $150.00 | $55.00 | $95.00 |
| Service Type/Place: Z /OFC No. of Units: 1 | | | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | | |

| Payment Calculation | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service: **$95.00**

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Date(s): 01/25/17 – 01/25/17 | | | $150.00 | $55.00 | $95.00 |
| Service Type/Place: Z /OFC No. of Units: 1 | | | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | | |

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service: **$95.00**

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Total Patient Responsibility: **$0.00**
Total Payment for this Claim: **$380.00**

**IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.**

A-4056



**BLUECROSS BLUESHIELD**

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1528275989

CHECK NUMBER
0000043884525

64-1278
611 OA

C001388

| DATE | AMOUNT |
|------|--------|
| 02/22/17 | $409.60 |

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

AUTHORIZED SIGNATURE

Security features
included.
Details on back

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

A-4057

02927

# Provider Explanation of Benefits

Page 3 of 5

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | Empire |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 01/26/17 | 203123410 | BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000043725478 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ |
| | ITS SERIAL NO. | | | |
| | ▓▓▓▓ | Submitted ID Number | | |
| | | ▓▓▓▓ | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** | Procedure Code: ▓ | Date(s): ▓▓▓ | ▓▓ | ▓▓ | ▓▓ |
| | Service Type/Place: ▓ | No. of Units ▓ | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| **Payment Calculation** | Allowed Amount |  |
|---|---|---|
| | Coinsurance | |

*MESSAGE(S) SENT TO YOUR PATIENT:*

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Plan Payment for this Service:

*Total Patient Responsibility:*
*Total Payment for this Claim:*

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| **BRIAN PFAIL** | 1327110110 | SNHAN5559969 | COMPREHENSIVE | 70244211720 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320170240869400 | Submitted ID Number | | |
| | | SNHAN5559969 | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 12/07/16 – 12/07/16 | $150.00 | $55.00 | $95.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| **Payment Calculation** | Allowed Amount | $95.00 |
|---|---|---|
| | Coinsurance | 25.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*

Plan Payment for this Service: $70.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | | | |
|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 12/14/16 – 12/14/16 | $150.00 | $55.00 | $95.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | |

NON-NEGOTIABLE

GRIX                                                          840

A-4058

# Provider Explanation of Benefits

Page 4 of 5

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | Empire BlueCross BlueShield |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 01/26/17 | 203123410 | |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000043725478 | | |

**BRIAN PFAIL - CLAIM NUMBER 70244211720** *CONTINUED*

| **Payment Calculation** | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**     **Plan Payment for this Service:**   $70.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 12/21/16 – 12/21/16 | | $150.00 | $55.00 | $95.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**     **Plan Payment for this Service:**   $70.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

     ***Total Patient Responsibility:***   *$75.00*
     ***Total Payment for this Claim:***   *$210.00*

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | | ▓▓▓▓▓ |
| | ITS SERIAL NO. | | | |
| | ▓▓▓▓▓ | Submitted ID Number | | |

| **Service Information** | Procedure Cod... | Date... | | | | |
|---|---|---|---|---|---|---|
| | Service Type/Plac... | No. of ... | | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | | ▓▓▓ |
|---|---|---|---|---|---|
| | Coinsurance | | | | ▓▓▓ |

**MESSAGE(S) SENT TO YOUR PATIENT:**     **Plan Payment for this Service:**

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| **Service Information** | Procedure Code: ▓▓ | Date(s): ▓▓▓ | | | | |
|---|---|---|---|---|---|---|
| | Service Type/Place: ▓▓ | | | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

17513387

A-4059

# Empire ✠ 🛡
### *BlueCross BlueShield*

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1528275989

C000930

CHECK NUMBER
0000043725478

64-1278
611 GA

| DATE | AMOUNT |
|------|--------|
| 01/26/17 | $531.00 |

PAY
TO THE
ORDER OF :

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

*Larry L. Durane*

**AUTHORIZED SIGNATURE**

Security features
included.
Details on back.

**Bank of America, N.A.**
*Atlanta, Dekalb County, Georgia*

ON THE BACK, HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

A-4060

04830

## Provider Explanation of Benefits

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | Empire BlueCross BlueShield |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 01/19/17 | 203123410 | |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000043685975 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | ▮▮▮ | COMPREHENSIVE | 70174009080 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320170172977300 | | | |

Submitted ID Number ▮▮▮

| | | | Charges | Charges Net Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Submitted Procedure Code: No Change | Procedure Code: 90834 Service Type/Place: Z /OFC | Date(s): 11/02/16 – 11/02/16 No. of Units: 1 Submitted Date(s): No Change | $150.00 | $55.00 Submitted Charge: No Change | $95.00 |

| **Payment Calculation** | Allowed Amount | | $95.00 |
|---|---|---|---|
| | Coinsurance | | 25.00 |

***MESSAGE(S) SENT TO YOUR PATIENT:***

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

**Plan Payment for this Service:** **$70.00**

| | | | Charges | Charges Net Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Submitted Procedure Code: No Change | Procedure Code: 90834 Service Type/Place: Z /OFC | Date(s): 11/09/16 – 11/09/16 No. of Units: 1 Submitted Date(s): No Change | $150.00 | $55.00 Submitted Charge: No Change | $95.00 |

| **Payment Calculation** | Allowed Amount | | $95.00 |
|---|---|---|---|
| | Coinsurance | | 25.00 |

***MESSAGE(S) SENT TO YOUR PATIENT:***

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

**Plan Payment for this Service:** **$70.00**

| | | | Charges | Charges Net Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Submitted Procedure Code: No Change | Procedure Code: 90834 Service Type/Place: Z /OFC | Date(s): 11/16/16 – 11/16/16 No. of Units: 1 Submitted Date(s): No Change | $150.00 | $55.00 Submitted Charge: No Change | $95.00 |

NON-NEGOTIABLE

A-4061

## Provider Explanation of Benefits

Page 4 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 01/19/17 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000043685975 | | |

### BRIAN PFAIL - CLAIM NUMBER 70174009080 CONTINUED

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|
| | Coinsurance | | 25.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**          Plan Payment for this Service: **$70.00**

• Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| | | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 11/30/16 – 11/30/16 | | $150.00 | $55.00 | $95.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | | Submitted Charge: No Change | |

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|
| | Coinsurance | | 25.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**          Plan Payment for this Service: **$70.00**

• Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

**Total Patient Responsibility:** **$100.00**
**Total Payment for this Claim:** **$280.00**

IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

A-4062

04829

## Provider Explanation of Benefits

Page 1 of 4



Services provided by Empire HealthChoice Assurance, Inc., a licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans

Empire HealthChoice Assurance, inc.
165 Broadway, New York, NY 10006

For Inquiry Contacts, Please See Back of This Page

| PROVIDER NAME | STATEMENT DATE |
|---|---|
| MAUREEN C GRIX PHD | 01/19/17 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 100 | 0000043685975 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 1**

| | |
|---|---|
| Total Charges | $600.00 |
| Total Allowed Amount | $380.00 |
| Total Coinsurance | 100.00 |
| **Empire Payment** | **$280.00** |
| **Total Amount Paid by Check # 0000043685975** | **$280.00** |

DETACH AT PERFORATION

NYCC9005 CCMB 20170123B07 J/68A

GRIX                                                                 845

A-4063



BlueCross BlueShield

165 Broadway
New York, NY 10006

C001501

CHECK NUMBER
0000043685975

PROVIDER NUMBER: 1528275989

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 200
233 7TH ST
GARDEN CITY NY 11530

DATE
01/19/17

AMOUNT
$280.00

Bank of America, N.A.
Atlanta, Dekalb County, Georgia

AUTHORIZED SIGNATURE

Security features
included.
Details on back.

A-4063

GRIX

846

A-4064

## Provider Explanation of Benefits

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 11/23/16 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000043341491 | | |

| Payment Calculation | Allowed Amount | |
|---|---|---|
| | Coinsurance | |

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service:

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

*Total Patient Responsibility:*
*Total Payment for this Claim:*

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | SNHAN5559969 | COMPREHENSIVE | 63264008460 PSU CODE E |
| | ITS SERIAL NO. 30320163262501100 | Submitted ID Number SNHAN5559969 | | |

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 | Date(s): 09/22/16 – 09/22/16 | $150.00 | $55.00 | $95.00 |
| Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | |

| Payment Calculation | Allowed Amount | $95.00 |
|---|---|---|
| | Coinsurance | 25.00 |

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service: $70.00

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

*Total Patient Responsibility:* $25.00
*Total Payment for this Claim:* $70.00

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | | COMPREHENSIVE | 63264008530 PSU CODE E |
| | ITS SERIAL NO. 30320163262501800 | Submitted ID Number | | |

| | | | | |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 | Date(s): 10/05/16 – 10/05/16 | $150.00 | $55.00 | $95.00 |
| Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | |

A-4065

07520

## Provider Explanation of Benefits

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 11/23/16 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000043341491 | | |

**BRIAN PFAIL - CLAIM NUMBER 63264008530** *CONTINUED:*

| **Payment Calculation** | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

Plan Payment for this Service: **$70.00**

*MESSAGE(S) SENT TO YOUR PATIENT:*
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 10/12/16 – 10/12/16 | $150.00 | $55.00 | $95.00 |
| | Service Type/Place: Z/OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

Plan Payment for this Service: **$70.00**

*MESSAGE(S) SENT TO YOUR PATIENT:*
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| **Service Information** | Procedure Code: 90834 | Date(s): 10/26/16 – 10/26/16 | $150.00 | $55.00 | $95.00 |
|---|---|---|---|---|---|
| | Service Type/Place: Z/OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

Plan Payment for this Service: **$70.00**

*MESSAGE(S) SENT TO YOUR PATIENT:*
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

*Total Patient Responsibility:* **$75.00**
*Total Payment for this Claim:* **$210.00**

**IMPORTANT NOTE:** You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

NON-NEGOTIABLE

GRIX                                   848

A-4066


**Empire** BlueCross BlueShield

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1528275989

CHECK NUMBER
0000043341491

C002334

64-1278
611 GA

| DATE | AMOUNT |
|------|--------|
| 11/23/16 | $508.00 |

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 211
520 FRANKLIN AVE
GARDEN CITY NY 11530

*Larry L. Durand*

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

AUTHORIZED SIGNATURE

Security features
included.
Details on back.

ON THE BACK, HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

GRIX

849

A-4067

07662

## Provider Explanation of Benefits

Page 3 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 11/10/16 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER 100 | CHECK NUMBER 0000043248570 | | |

### Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | | ▮▮▮▮▮ |
| | ITS SERIAL NO. ▮▮▮▮▮ | | | |
| | | Submitted ID Number ▮▮▮▮▮ | | |



| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| Service Information | Procedure ▮▮▮ / Service Type/Place ▮▮▮ / Date ▮▮▮ / No. of Units ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| Payment Calculation | Allowed Amount | ▮▮▮ |
|---|---|---|
| | Coinsurance | |

MESSAGE(S) SENT TO YOUR PATIENT:

Plan Payment for this Service:

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

**Total Patient Responsibility:**
**Total Payment for this Claim:**  ▮▮▮

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | SNHAN5559969 | COMPREHENSIVE | 63134003840 PSU CODE E |
| | ITS SERIAL NO. 30320163132477300 | | | |
| | | Submitted ID Number SNHAN5559969 | | |

| Service Information | Procedure Code: 90834 / Service Type/Place: Z /OFC | Date(s): 08/10/16 – 08/10/16 / No. of Units: 1 | $150.00 | $55.00 | $95.00 |
|---|---|---|---|---|---|
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| Payment Calculation | Allowed Amount | $95.00 |
|---|---|---|
| | Coinsurance | 25.00 |

MESSAGE(S) SENT TO YOUR PATIENT:

Plan Payment for this Service: $70.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| Service Information | Procedure Code: 90834 / Service Type/Place: Z /OFC | Date(s): 08/17/16 – 08/17/16 / No. of Units: 1 | $150.00 | $55.00 | $95.00 |
|---|---|---|---|---|---|
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | Submitted Charge: No Change | | |

NON-NEGOTIABLE

GRIX                                                                 850

A-4068

## Provider Explanation of Benefits

Page 4 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 11/10/16 | 203123410 | *Empire* BlueCross BlueShield |
| | SITE NUMBER 100 | CHECK NUMBER 0000043248570 | | |

**BRIAN PFAIL - CLAIM NUMBER 63134003840** *CONTINUED*

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|
| | Coinsurance | | 25.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | |
|---|---|
| Plan Payment for this Service: | $70.00 |
| Total Patient Responsibility: | $50.00 |
| Total Payment for this Claim: | $140.00 |

IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

94645362

GRIX

851

A-4069

07661

## Provider Explanation of Benefits

Page 1 of 4


**Empire** ✛ ◉
*BlueCross BlueShield*

Services provided by Empire HealthChoice Assurance, Inc., a licensee of the
Blue Cross and Blue Shield Association, an association of independent Blue
Cross and Blue Shield Plans

Empire HealthChoice Assurance, Inc.
165 Broadway, New York, NY 10006

**For Inquiry Contacts, Please See Back of This Page**

| | |
|---|---|
| PROVIDER NAME | STATEMENT DATE |
| MAUREEN C GRIX PHD | 11/10/16 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 100 | 0000043248570 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 2**

| | |
|---|---|
| Total Charges | $450.00 |
| Total Allowed Amount | $285.00 |
| Total Coinsurance | 69.00 |
| **Empire Payment** | **$216.00** |
| Total Amount Paid by Check # 0000043248570 | $216.00 |

DETACH AT PERFORATION

GRIX                                    852

A-4070

# Empire ✚ ⛊
## BlueCross BlueShield

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1529275989

C002397

CHECK NUMBER
0000043248570

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 211
520 FRANKLIN AVE
GARDEN CITY NY 11530

DATE: 11/10/16     AMOUNT: $216.00

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

*Larry L. Dwane*
AUTHORIZED SIGNATURE

Security features
included.
Details on back.

CHECKING THE ENDORSEMENT

GRIX

853

A-4071

## Provider Explanation of Benefits

Page 3 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 08/29/16 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000042727598 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ |
| | ITS SERIAL NO. | | | |
| | ▓▓▓▓ | | | |
| | | Submitted ID Number | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|

| | | |  |
|---|---|---|---|

**Service Information** Procedure Code: ▓▓▓▓ Service Type/Place ▓▓▓▓ No. of Unit ▓▓▓▓
Submitted Procedure Code: No Change    Submitted Date(s): No Change    Submitted Charge: No Change

**Payment Calculation** Allowed Amount ▓▓▓▓
Coinsurance

MESSAGE(S) SENT TO YOUR PATIENT:
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Plan Payment for this Service: ▓▓▓▓
Total Patient Responsibility: ▓▓▓▓
Total Payment for this Claim: ▓▓▓▓



---

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | SNHAN5559969 | COMPREHENSIVE | 62384007250 PSU CODE E |
| | ITS SERIAL NO. 30320162382693900 | | | |
| | | Submitted ID Number SNHAN5559969 | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z /OFC No. of Units: 1 | Date(s): 07/06/16 – 07/06/16 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

**Payment Calculation** Allowed Amount $95.00
Coinsurance 25.00

MESSAGE(S) SENT TO YOUR PATIENT:
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Plan Payment for this Service: $70.00

---

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z /OFC No. of Units: 1 | Date(s): 07/13/16 – 07/13/16 | | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |



NON-NEGOTIABLE

A-4072

# Provider Explanation of Benefits

Page 4 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | Empire BlueCross BlueShield |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 08/29/16 | 203123410 | |
| | SITE NUMBER 100 | CHECK NUMBER 0000042727598 | | |

**BRIAN PFAIL - CLAIM NUMBER 62394007250** *CONTINUED*

| Payment Calculation | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

**Plan Payment for this Service:** $70.00

*MESSAGE(S) SENT TO YOUR PATIENT:*
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| Service Information | Procedure Code: 90834 Service Type/Place: Z/OFC Submitted Procedure Code: No Change | Date(s): 07/20/16 - 07/20/16 No. of Units: 1 Submitted Date(s): No Change | $150.00 | $55.00 Submitted Charge: No Change | $95.00 |

| Payment Calculation | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

**Plan Payment for this Service:** $70.00

*MESSAGE(S) SENT TO YOUR PATIENT:*
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| Service Information | Procedure Code: 90834 Service Type/Place: Z/OFC Submitted Procedure Code: No Change | Date(s): 07/27/16 - 07/27/16 No. of Units: 1 Submitted Date(s): No Change | $150.00 | $55.00 Submitted Charge: No Change | $95.00 |

| Payment Calculation | Allowed Amount | | | | $95.00 |
|---|---|---|---|---|---|
| | Coinsurance | | | | 25.00 |

**Plan Payment for this Service:** $70.00

*MESSAGE(S) SENT TO YOUR PATIENT:*
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

**Total Patient Responsibility:** $100.00
**Total Payment for this Claim:** $280.00

IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

GRIX

72860656
855

A-4073

# Empire ✚ 🛡
## BlueCross BlueShield

165 Broadway
New York, NY 10006

C002335      0000042727598

PROVIDER NUMBER: 1528275989

64-1278
611 OA

| DATE | AMOUNT |
|------|--------|
| 08/29/16 | $356.00 |

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 211
520 FRANKLIN AVE
GARDEN CITY NY 11530

*Lary L. Davone*

AUTHORIZED SIGNATURE

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

Security features
included.
Details on back.

IN THE BACK HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

GRIX      856

A-4074

08258

## Provider Explanation of Benefits

Page 3 of 6

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 08/24/16 | 203123410 |  Empire Blue Cross Blue Shield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000042696195 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| | ITS SERIAL NO. | | | |
| | | Submitted ID Number | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| Service Information | Procedure Code: Service Type/Place: | | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

**Payment Calculation**
Allowed Amount
Coinsurance

**MESSAGE(S) SENT TO YOUR PATIENT:**
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Plan Payment for this Service:
*Total Patient Responsibility:*
*Total Payment for this Claim:*

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| | ITS SERIAL NO. | | | |
| | | Submitted ID Number | | |

| | | | | | |
|---|---|---|---|---|---|
| Service Information | Procedure Code: Service Type/Place: No. of | | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

**Payment Calculation**
Allowed Amount

**MESSAGE(S) SENT TO YOUR PATIENT:**
- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Plan Payment for this Service:
*Total Patient Responsibility:*
*Total Payment for this Claim:*

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | SNHAN5559969 | COMPREHENSIVE | 62354006050 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320162352278300 | | | |
| | | Submitted ID Number | | |
| | | SNHAN5559969 | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| Service Information | Procedure Code: 90834 | Date(s): 06/08/16 - 06/08/16 | $150.00 | $150.00 | $0.00 |
| | Service Type/Place: 2 /OFC No. of Units: 1 | | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

 

NON NEGOTIABLE


GRIX

857

A-4075

## Provider Explanation of Benefits

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | Empire BlueCross BlueShield |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 08/24/16 | 203123410 | |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000042696195 | | |

**BRIAN PFAIL - CLAIM NUMBER 62354008050** *CONTINUED*

| Payment Calculation | Allowed Amount | | $0.00 |
|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*
**Plan Payment for this Service:** $0.00

* *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 06/15/16 – 06/15/16 | | $150.00 | $150.00 | $0.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

| Payment Calculation | Allowed Amount | | $0.00 |
|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*
**Plan Payment for this Service:** $0.00

* *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 06/22/16 – 06/22/16 | | $150.00 | $150.00 | $0.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

| Payment Calculation | Allowed Amount | | $0.00 |
|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*
**Plan Payment for this Service:** $0.00

* *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 | Date(s): 06/29/16 – 06/29/16 | | $150.00 | $150.00 | $0.00 |
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | | |
| Submitted Procedure Code: No Change | | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

| Payment Calculation | Allowed Amount | | $0.00 |
|---|---|---|---|

*MESSAGE(S) SENT TO YOUR PATIENT:*
**Plan Payment for this Service:** $0.00

* *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | |
|---|---|
| *Total Patient Responsibility:* | *$0.00* |
| *Total Payment for this Claim:* | *$0.00* |

GRIX

858

A-4076

08259

## Provider Explanation of Benefits

Page 5 of 6

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | Empire |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 08/24/16 | 203123410 | BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000042696195 | | |

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | ████████ | COMPREHENSIVE | 62354007530 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320162352293100 | | | |
| | | Submitted ID Number | | |
| | | ████████ | | |

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z /OFC | Date(s): 06/08/16 – 06/08/16 No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
|---|---|---|---|---|

MESSAGE(S) SENT TO YOUR PATIENT:     Plan Payment for this Service: $95.00

- Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z /OFC | Date(s): 06/15/16 – 06/15/16 No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
|---|---|---|---|---|

MESSAGE(S) SENT TO YOUR PATIENT:     Plan Payment for this Service: $95.00

- Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z /OFC | Date(s): 06/22/16 – 06/22/16 No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |
|---|---|---|---|---|

MESSAGE(S) SENT TO YOUR PATIENT:     Plan Payment for this Service: $95.00

- Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.

| | | | | |
|---|---|---|---|---|
| **Service Information** Procedure Code: 90834 Service Type/Place: Z /OFC | Date(s): 06/29/16 – 06/29/16 No. of Units: 1 | $150.00 | $55.00 | $95.00 |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | Submitted Charge: No Change | | |

NON-NEGOTIABLE

GRIX

859

A-4077

## Provider Explanation of Benefits

Page 6 of 6

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 08/24/16 | 203123410 |  Empire BlueCross BlueShield |
| | SITE NUMBER 100 | CHECK NUMBER 0000042696195 | | |

**BRIAN PFAIL - CLAIM NUMBER 62354007530** *CONTINUED*

**Payment Calculation**     Allowed Amount         $95.00

*MESSAGE(S) SENT TO YOUR PATIENT:*

* *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | |
|---|---|
| Plan Payment for this Service: | $95.00 |
| *Total Patient Responsibility:* | *$0.00* |
| *Total Payment for this Claim:* | *$380.00* |

**IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.**

GRIX     860

**A-4078**



**Empire BlueCross BlueShield**

165 Broadway
New York, NY 10006

C002593

CHECK NUMBER
0000042696195

PROVIDER NUMBER: 1528275989

64-1278
611 GA

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 211
520 FRANKLIN AVE
GARDEN CITY NY 11530

DATE
08/24/16

AMOUNT
$456.00

Bank of America, N.A.
Atlanta, Dekalb County, Georgia

AUTHORIZED SIGNATURE

Security features
included.
Details on back

A-4079

07090

# Provider Explanation of Benefits

Page 3 of 3

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | Empire ✚ ♥ |
| MAUREEN C GRIX PHD | 1528275989 | 08/15/16 | 203123410 | BlueCross BlueShield |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000042631449 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | | COMPREHENSIVE | 62244009510 |
| | ITS SERIAL NO. | | | PSU CODE E |
| | 30320162242193100 | | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** Procedure Code: 90834  Date(s): 05/11/16 – 05/11/16 | Service Type/Place: Z /OFC  No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| **Submitted Procedure Code:** No Change | **Submitted Date(s):** No Change | **Submitted Charge:** No Change | | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*

Plan Payment for this Service: $95.00

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment–in–full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| **Service Information** Procedure Code: 90834  Date(s): 05/25/16 – 05/25/16 | Service Type/Place: Z /OFC  No. of Units: 1 | | $150.00 | $55.00 | $95.00 |
| **Submitted Procedure Code:** No Change | **Submitted Date(s):** No Change | **Submitted Charge:** No Change | | | |

| **Payment Calculation** | Allowed Amount | | | $95.00 |

*MESSAGE(S) SENT TO YOUR PATIENT:*

Plan Payment for this Service: $95.00

• *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment–in–full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

Total Patient Responsibility: $0.00
Total Payment for this Claim: $190.00

**IMPORTANT NOTE:** You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.

NON-NEGOTIABLE

A-4080

## Provider Explanation of Benefits



Services provided by Empire HealthChoice Assurance, Inc., a licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans

Empire HealthChoice Assurance, Inc.
165 Broadway, New York, NY 10006

**For Inquiry Contacts, Please See Back of This Page**

| | |
|---|---|
| PROVIDER NAME | STATEMENT DATE |
| MAUREEN C GRIX PHD | 08/15/16 |
| PROVIDER NUMBER | TAX ID |
| 1528275989 | 203123410 |
| SITE NUMBER | CHECK NUMBER |
| 100 | 0000042631449 |

## Summary of Claims

*Provider Service Unit codes are listed on the reverse side of this page. Please reference this list to obtain the correct address and phone number for each claim inquiry.*

*If you suspect illegal activities involving your patients' benefits, please contact us at 1-800-IC-FRAUD. When calling, you do not need to identify yourself.*

*You or your authorized representative may appeal or grieve our determination by writing to us at the address on page two that corresponds to the PSU code for the claim in question, or by calling our Provider Service Department. You must submit your appeal or grievance within 180 calendar days of this statement's date. If your appeal involves a medical necessity, experimental, or investigational denial, you may have the right to have it reviewed by an External Appeals Agency certified by the NYS Department of Insurance after Empire's final determination.*

**Total Number of Claims - 1**

| | |
|---|---|
| Total Charges | $300.00 |
| Total Allowed Amount | $190.00 |
| **Empire Payment** | **$190.00** |
| Total Amount Paid by Check # 0000042631449 | **$190.00** |

DETACH AT PERFORATION

A-4081

# Empire ✚ ♥
### BlueCross BlueShield

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 1528276989

CHECK NUMBER
0000042631449

C002417

64-1278
611 GA

| DATE | AMOUNT |
|------|--------|
| 08/15/16 | $190.00 |

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 211
520 FRANKLIN AVE
GARDEN CITY NY 11530

*Lary L. Dwane*

AUTHORIZED SIGNATURE

**Bank of America, N.A.**
Atlanta, Dekalb County, Georgia

Security features
included.
Details on back.

ON THE BACK, HOLD AT AN ANGLE TO VIEW WHEN
CHECKING THE ENDORSEMENT

A-4082

05788

## Provider Explanation of Benefits

Page 3 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID | |
|---|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 06/10/16 | 203123410 | *Empire* BLUE CROSS BLUE SHIELD  |
| | SITE NUMBER | CHECK NUMBER | | |
| | 100 | 0000042162682 | | |

## Detail of Claims

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| ▉▉▉▉▉▉ | ▉▉▉▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉▉▉ |
| | ITS SERIAL NO. ▉▉▉▉▉▉ | | | |
| | | Submitted ID Number | | |

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|

| Service Information | Procedure Code ▉▉ Date(s) ▉▉ | | ▉▉▉ | ▉▉▉ | ▉▉▉ |
|---|---|---|---|---|---|
| | Service Type/Place ▉▉ No. of Un ▉▉ | | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

| Payment Calculation | Allowed Amount | ▉▉▉ |
|---|---|---|
| | Coinsurance | ▉▉▉ |

*MESSAGE(S) SENT TO YOUR PATIENT:*

Plan Payment for this Service:

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| Service Information | Procedure C ▉▉ | | ▉▉▉ | ▉▉▉ | ▉▉▉ |
|---|---|---|---|---|---|
| | Service Type/Place ▉▉ | | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

| Payment Calculation | Allowed Amount | ▉▉▉ |
|---|---|---|
| | Coinsurance | ▉▉▉ |

*MESSAGE(S) SENT TO YOUR PATIENT:*

Plan Payment for this Service:

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

*Total Patient Responsibility:*
*Total Payment for this Claim:*

| PATIENT NAME | PATIENT ACCOUNT NUMBER | MEMBER ID | CONTRACT TYPE | CLAIM NUMBER |
|---|---|---|---|---|
| BRIAN PFAIL | 1327110110 | SNHAN5559969 | COMPREHENSIVE | 61604182240 |
| | ITS SERIAL NO. 30320161600576000 | | | PSU CODE E |
| | | Submitted ID Number SNHAN5559969 | | |

| Service Information | Procedure Code: 90834 | Date(s): 04/13/16 – 04/13/16 | $150.00 | $55.00 | $95.00 |
|---|---|---|---|---|---|
| | Service Type/Place: Z /OFC | No. of Units: 1 | | | |
| Submitted Procedure Code: No Change | Submitted Date(s): No Change | | Submitted Charge: No Change | | |

## NON-NEGOTIABLE

A-4083

## Provider Explanation of Benefits

Page 4 of 4

| PROVIDER NAME | PROVIDER NUMBER | STATEMENT DATE | TAX ID |
|---|---|---|---|
| MAUREEN C GRIX PHD | 1528275989 | 06/10/16 | 203123410 |

*Empire* BlueCross BlueShield

| | SITE NUMBER | CHECK NUMBER |
|---|---|---|
| | 100 | 0000042162682 |

**BRIAN PFAIL - CLAIM NUMBER 61604182240** *CONTINUED*

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service: $95.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 Service Type/Place: Z /OFC Submitted Procedure Code: No Change | Date(s): 04/20/16 – 04/20/16 No. of Units: 1 Submitted Date(s): No Change | $150.00 | $55.00 Submitted Charge: No Change | $95.00 |

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service: $95.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

| | | | Charges | Charges Not Allowed | Allowed Amount |
|---|---|---|---|---|---|
| **Service Information** | Procedure Code: 90834 Service Type/Place: Z /OFC Submitted Procedure Code: No Change | Date(s): 04/27/16 – 04/27/16 No. of Units: 1 Submitted Date(s): No Change | $150.00 | $55.00 Submitted Charge: No Change | $95.00 |

| Payment Calculation | Allowed Amount | | $95.00 |
|---|---|---|---|

**MESSAGE(S) SENT TO YOUR PATIENT:**

Plan Payment for this Service: $95.00

- *Participating providers accept our payment and the amount in "Your Total Responsibility" as payment-in-full. The provider is entitled to bill you for the amount shown in "Your Total Responsibility" if it has not already been paid.*

**Total Patient Responsibility:** $0.00
**Total Payment for this Claim:** $285.00

**IMPORTANT NOTE: You are not permitted to use or disclose Protected Health Information about individuals that you are not currently treating. This applies to Protected Health Information accessible in any online tool, or sent in any other medium including mail, email, fax, or other electronic transmission.**

GRIX

866



# Empire

### BLUECROSS BLUESHIELD

165 Broadway
New York, NY 10006

PROVIDER NUMBER: 152827589

PAY
TO THE
ORDER OF

MAUREEN C GRIX PHD
STE 211
520 FRANKLIN AVE
GARDEN CITY NY 11530

Bank of America, N.A.
Atlanta, Dekalb County, Georgia

CHECK NUMBER
00000A0,162682

C001840

| DATE | AMOUNT |
|------|--------|
| 06/10/16 | $437.00 |

64-1278
611 GA

AUTHORIZED SIGNATURE

Security features
included.
Details on back.

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK
ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN
CHECKING THE ENDORSEMENT

GRIX

867

A-4084