**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: July 22, 2026
Docket #: 25-3129, 25-3132, 25-3135
Short Title: Pfail v. County of Nassau

DC Docket #: 2:16-cv-518
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Nina R. Morrison

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.