# 25-3129(L)

## 25-3132(con), 25-3135(con)

UNITED STATES COURTS OF APPEALS

FOR THE SECOND CIRCUIT

---

---

Brian Pfail,

Plaintiff - Appellee,

v.

County of Nassau, Police Officer Jonathan Panuthos, in his individual and official capacity, Police Officer Karen C. O'Brien, in her individual and official capacity, John Does 1-10, in their individual and official capacities, Nassau County Police Department, Sergeant Thomas Iannucci, in his individual and official capacity, Police Officer Joseph Massaro, in his individual and official capacity,

Defendants - Appellants.

# Exhibit

---

CD: 74-B, 74-C, 85